```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE J04-0010--CV (JKS)
            "NATURAL RESOURCES DEFENSE ET AL V U.S. FOREST"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 03/23/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (893) Environmental Matters
                  5 USC 702; 16 USC 593D
           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: Paid $150.00 on 03/23/04 receipt # 10096775
         Trial by:
```

Parties of Record:                                  Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | NATURAL RESOURCES DEFENSE COUNCIL | Thomas S. Waldo<br>Earthjustice<br>325 4th Street<br>Juneau, AK 99801<br>907-586-2751 |
| PLF 2.1 | SOUTHEAST ALASKA CONSERVATION COUNCIL | Thomas S. Waldo<br>(see above) |
| PLF 3.1 | SIERRA CLUB | Thomas S. Waldo<br>(see above) |
| PLF 4.1 | WILDERNESS SOCIETY, THE | Thomas S. Waldo<br>(see above) |
| PLF 5.1 | CENTER FOR BIOLOGICAL DIVERSITY | Thomas S. Waldo<br>(see above) |
| DEF 1.1 | U.S. FOREST SERVICE | Bruce M. Landon<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452 |
| DEF 2.1 | U.S. DEPT OF AGRICULTURE | Bruce M. Landon<br>(see above) |
| DEF 3.1 | REY, MARK | Bruce M. Landon<br>(see above) |
| DEF 4.1 | BSCHOR, DENNIS E. | Bruce M. Landon<br>(see above) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET PARTY INFORMATION FOR CASE J04-0010--CV (JKS)
                         "NATURAL RESOURCES DEFENSE ET AL V U.S. FOREST"

                    Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 5.1 | COLE, FORREST | Bruce M. Landon<br>(see above) |
| DII 1.1 | ALASKA, STATE OF | Zachary P. Falcon<br>Attorney General's Office<br>POB 110300<br>Juneau, AK 99811-0300<br>907-465-3600<br>FAX 907-465-6735 |
| DII 2.1 | ALASKA FOREST ASSOC | Amy Gurton Mead<br>Robertson Monagle et al<br>801 W. 10th Street, Suite 300<br>Juneau, AK 99801<br>907-586-3340<br>FAX 907-586-6818 |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE J04-0010--CV (JKS)
                      "NATURAL RESOURCES DEFENSE ET AL V U.S. FOREST"

                                    For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 03/23/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters
                   5 USC 702; 16 USC 593D
            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $150.00 on 03/23/04 receipt # 10096775
          Trial by:


Document #   Filed      Docket text

    1 -  1   03/23/04   Complaint filed; Summons issued.

    2 -  1   03/23/04   PLF 1-5 Notice of related cases [J03-0029 CV (JKS), J04-002 CV (JKS),
                        J99-0013 CV (JKS), J00-0009 CV (JKS)].

    3 -  1   04/02/04   JWS Minute Order that by agreement of the judges this case is reassigned
                        to Judge Singleton for all further proceedings.  Use case number
                        J04-0010 CV (JKS) on all future filings. cc: cnsl, Judge Singleton

    4 -  1   05/24/04   DEF 1-5 Answer to Complaint.

    5 -  1   05/26/04   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    6 -  1   06/04/04   DII motion to intervene or to participate as an amicus w/att lodged
                        answer.

    7 -  1   06/07/04   PLF 1-5 Return of Service Executed by mail on Defs 1-5, USAtty,
                        USAtty-Anch.

    8 -  1   06/22/04   PLF 1-5 [Qualified] non-opposition to ZZZ 1 motion to intervene or to
                        participate as an amicus w/att exhs. (6-1)

    9 -  1   06/23/04   PLF 1-5 Response to 5/26/04 Order at 5-1 re: 26(f) mtg w/no discovery
                        need anticipated at this point.

   10 -  1   06/25/04   PLF 1-5 Unopposed motion for additional time to 7/6/04 to submit
                        standing declarations.

   11 -  1   06/25/04   PLF 1-5 motion opening brief on Count VI.

   12 -  1   06/25/04   PLF 1-5 Stipulation re Count VI briefing.

   13 -  1   06/28/04   DII 1 reply to [Qualified Non-] opposition to ZZZ 1 motion to intervene
                        or to participate as an amicus. (6-1)

   14 -  1   07/06/04   PLF 1-5 Supplemental exhibits [declarations] 24-32 to Plfs' 6/25/04
                        opening brief re: Count VI (11-1).
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE J04-0010--CV (JKS)
                          "NATURAL RESOURCES DEFENSE ET AL V U.S. FOREST"

                                       For all filing dates

Document #    Filed       Docket text

    15 -  1   07/08/04    RRB Order granting stip re Count VI briefing (12-1); plfs shall file
                          delcarations by 07/06/04. cc: cnsl

    16 -  1   07/12/04    JKS Minute Order re parties S&P report @ #9 is accepted & adopted in
                          full. cc: cnsl

    17 -  1   07/12/04    PLF 1-5 Notice of filing original signed Lee and Crawford declarations
                          in support of Plfs' opening brief.

    12 -  2   07/13/04    JKS Order that stip is accepted; the parties in this action will brief
                          the merits of ct VI; will not brief the merits of the remaining cts in
                          the cmplt; rather whichever parties in J03-0029CV obtains judg on the
                          merits of cts I, II, III, IV and ct VI of the amended judg may req and
                          obtain judg on the merits in this action for ct V. cc: cnsl

    18 -  1   07/13/04    ZZZ 2 motion to intervene w/att memo, decls, exhs; lodged Answer; and
                          lodged proposed Order.

    19 -  1   07/14/04    DEF 1-5 Notice of lodging bound copy of FInal EIS and records of
                          decision for Woodpecker Timer Sale project. (4 bound vols)

    20 -  1   07/14/04    ZZZ 2 Notice of filing fascimile signatures at 18-1 filed 7/13/04.

    21 -  1   07/15/04    DEF 1-5 opposition brief to PLF 1-5 motion opening brief on Count VI
                          (11-1). w/att exhs.

    22 -  1   07/19/04    ZZZ 2 Original signed declarations re: ZZZ 2 motion to intervene. (18-1)

    23 -  1   07/22/04    PLF 1-5 Unopposed motion for change in briefing schedule.

    24 -  1   07/23/04    PLF 1-5 motion to strike extra-record brief of Forrest Cole or, in the
                          alternative

    24 -  2   07/23/04    PLF 1-5 motion for continuance and discovery w/att exh.

    25 -  1   07/27/04    PLF 1-5 [Qualified] non-opposition to ZZZ 2 motion to intervene w/att
                          exhs. (18-1)

    23 -  2   07/29/04    JKS Order granting unopposed motion for change in briefing schedule
                          (23-1); def's oppo to pltf's mot @ #24 due 8/13; pltf's reply due 8/20;
                          pltf's reply to def's oppo to pltf's mot @ #11 due 7 days after svc of
                          crts order on #24. cc: cnsl

    26 -  1   08/13/04    DII 1-2 [joint] opposition to PLF 1-5 motion to strike extra-record
                          brief of Forrest Cole or, in the alternative (24-1), PLF 1-5 motion for
                          continuance and discovery. (24-2)

    27 -  1   08/13/04    DEF 1-5 opposition to PLF 1-5 motion to strike extra-record brief of
                          Forrest Cole or, in the alternative, for continuance & discovery (24-1).

    28 -  1   08/16/04    JKS Minute Order granting unopposed motion nunc pro tync 7/25/04, for
                          additional time to 7/6/04 to submit standing declarations (10-1).  cc;
                          cnsl

    29 -  1   08/16/04    JKS Order granting motion to intervene or to participate as an amicus
                          (6-1).  The SOA may participate a party to defend its interests.  The
                          answer lodged by the SOA is deemed filed with the court.  cc: cnsl
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE J04-0010--CV (JKS)
                     "NATURAL RESOURCES DEFENSE ET AL V U.S. FOREST"

                                    For all filing dates


 Document #    Filed       Docket text

    30 -   1   08/16/04    DII 1 Answer to Complaint.

    31 -   1   08/20/04    PLF 1-5 reply to opposition to PLF 1-5 motion to strike extra-record
                           brief of Forrest Cole or, in the alternative (24-1), PLF 1-5 motion for
                           continuance and discovery w/att exhs. (24-2)

    32 -   1   08/26/04    DEF 1-5 motion for leave to file amended answer w/att prop amended ans.

    33 -   1   09/09/04    PLF 1-5 [Response] non-opposition to DEF 1-5 motion for leave to file
                           amended answer. (32-1)

    34 -   1   10/08/04    CERTIFIED CY of JKS Order entered in J03-029 CV (JKS): denying motion to
                           strike extra-record brief of Forrest Cole or, (24-1), motion for
                           continuance and discovery (24-2); granting motion to intervene (18-1),
                           motion for leave to file amended answer (32-1); denying mot for stay
                           pending appeal (dkt 70 in J03-29 CV (JKS)).  TRO extended to 10/12/04.

    34A-   1   10/08/04    DII 2 Answer to Complaint.

    35 -   1   10/12/04    PLF 1-5 motion for clarification w/att exh.

    36 -   1   10/15/04    DEF 1-4 opposition to PLF 1-5 motion for clarification w/att exh.
                           (35-1).

    37 -   1   10/22/04    PLF 1-5 reply to opposition to PLF 1-5 motion for clarification. (35-1)

    38 -   1   10/22/04    DEF 1-5 Notice of Lodging Administrative Record (on external Hard Drive
                           in Jno vault).

    39 -   1   10/27/04    DII 1 Attorney Substitution of Zachary P. Falcon.

    40 -   1   11/12/04    PLF 1-5 Notice of related case. (J04-0029 CV (RRB))

    41 -   1   12/28/04    DII 2 Attorney Substitution of Amy Mead.

    42 -   1   01/11/05    DII 2 Address Change Notice.

    43 -   1   04/05/05    JDR Order granting motion for clarification (35-1) & setting the
                           following dates: NRDC to have until 06/01/05 to complete discovery; NRDC
                           reply to oppo to opening brief on ct VI due 6/10/05. cc: cnsl

    44 -   1   06/10/05    PLF 1-5 reply to opposition to PLF 1-5 motion opening brief on Count VI
                           w/att exhs. (11-1)

    45 -   1   06/15/05    DEF 1-5 Request for Oral Argument re: deposition of Forrest Cole.

    46 -   1   08/11/05    PLF 1-5; DEF 1-5; DII 1-2 motion (joint) for stay until 10/12/05 w/att
                           exhs.

    47 -   1   08/17/05    JKS Minute Order granting motion (joint) for stay until 10/12/05 (46-1);
                           striking briefing opening brief on Count VI (11-1); jnt status rpt due
                           10/12/05. cc: cnsl

    48 -   1   10/06/05    DEF 1-5 joint motion for extension of time to file status report.

    49 -   1   10/11/05    JKS Minute Order granting joint motion for extension of time to file
                           status report (48-1); status report due 11/7/05. cc: cnsl

 ACRS: R_VDSDX                 As of 12/01/05 at 3:58 PM by GARRY                       Page 3
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE J04-0010--CV (JKS)
                        "NATURAL RESOURCES DEFENSE ET AL V U.S. FOREST"

                                    For all filing dates

Document #    Filed      Docket text
_____    _____    _____

   50 -  1    11/07/05   DEF 1-5 motion for ext of time to 11/10 to file status report.

   50 -  2    11/10/05   JWS Order granting motion for ext of time to 11/10 to file status report
                         (50-1). cc: cnsl

   51 -  1    11/10/05   DEF 1-5 Jnt Rprt of the parites on further proceedings.

   52 -  1    11/23/05   JKS Minute Order that pursuant to the parties request in jnt report fld
                         @ 51, the stay in this case is lifted; filings relevant to ct VI at doc
                         11, 21 & 44 are reinstated; crt will defer a ruling on Fed defs' request
                         for O/A on ct VI. cc: cnsl
```