Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>Defendants. | Case No. J04-010 CV (JKS) |

**MOTION FOR EQUITABLE RELIEF PENDING REVISION
OF THE TONGASS LAND MANAGEMENT PLAN**

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J04-010 CV (JKS)

Plaintiffs Natural Resources Defense Council, et al., hereby move for an order that would, with certain exceptions: (1) enjoin the Forest Service from signing or implementing any decision documents authorizing timber sales on Kuiu Island or in roadless areas of the Tongass National Forest until 45 days after the Forest Service completes its required revision of the Tongass Land Management Plan; and (2) vacate site-specific decision documents that authorize timber sales on Kuiu Island or in roadless areas of the Tongass. A proposed order specifying this relief in greater detail is attached.

Plaintiffs seek this relief pursuant to this Court's order of February 17, 2006, in *Natural Resources Defense Council v. United States Forest Service*, No. J03-0029, approving the parties' Joint Status Report in that case. *See NRDC v. USFS*, No. J03-0029, Joint Status Report (Feb. 15, 2006) (Docket No. 106), and Order approving status report (Feb. 17, 2006) (Docket No. 107). The relief sought in this motion is identical to the relief sought today by plaintiffs in *Organized Village of Kake v. United States Forest Service*, No. J04-0029 CV (JKS), Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan. As provided in the status report approved by this Court in No. J03-0029, Plaintiffs hereby incorporate the motion in *Organized Village of Kake* by reference and attach it hereto as Exhibit A.

This motion seeks relief for the claims on which the plaintiffs prevailed in *Natural Resources Defense Council v. United States Forest Service*, 421 F.3d 797 (9th Cir. 2005). All of the Plaintiffs here were also plaintiffs in that case and raise identical claims to those on which the plaintiffs there prevailed. *See* Complaint at 20-24, Counts II, III & IV (May 23, 2004) (Docket No. 1).

In the present case, Plaintiffs have also raised one claim specific to the Woodpecker timber sale that was not at issue in case No. J03-0029. *See* Pls.' Opening Br. on Count VI

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J04-010 CV (JKS)                              1

(June 25, 2004) (Docket No. 11).  The relief sought in the present motion addresses only the programmatic forest plan claims on which Plaintiffs prevailed in the appeal of No. J03-0029.  If the Court vacates the Woodpecker Record of Decision, as requested in this motion, there will be no site-specific final agency action to challenge, and the claim raised in Plaintiffs' Opening Brief on Count VI may be dismissed without prejudice as moot.  If vacatur is not granted, Plaintiffs may later seek additional appropriate relief based on the site-specific timber sale claim raised in their opening brief.

      Respectfully submitted this 8th day of March, 2006,

                        /s/ Thomas S. Waldo

                    Thomas S. Waldo (ABA# 9007047)
                    Eric P. Jorgensen (ABA# 8904010)
                    EARTHJUSTICE
                    325 Fourth Street
                    Juneau, AK 99801
                    Ph: 907-586-2751
                    Fax: 907-463-5891
                    Email: twaldo@earthjustice.org

                    Nathaniel S. W. Lawrence
                    NATURAL RESOURCES DEFENSE COUNCIL
                    3723 Holiday Drive, SE
                    Olympia, WA 98501
                    Phone: (360) 534-9900
                    Fax: (360) 534-9909
                    Email: nlawrence@nrdc.org

                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Tom Waldo, certify that on March 8. 2006, a true and correct copy of MOTION FOR EQUITABLE RELIEF PENDING REVISIONOF THE TONGASS LAND MANAGEMENT PLAN, with accompanying documents, was served electronically to Bruce M. Landon, Amy Gurton Mead, and Steve Silver, and by first-class mail to Kevin Saxby.

/s/ Thomas S. Waldo
Thomas S. Waldo