Table ROD-5
**Potential Changes in Habitat Capability within the Project Area for MIS in 1997**

| Species | Habitat Capability | | Changes from 1995 by Alternative | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1954 | 1995 | 1 | 2 | 3 | 5 | 6 | 7 |
| Sitka black-tailed deer | 629 | 389 | 0 | -32 | -18 | -25 | -22 | -13 |
| black bear | 75 | 70 | 0 | -4 | -3 | -3 | -3 | -2 |
| otter | 26 | 17 | 0 | -1 | -1 | -1 | -1 | -1 |
| marten | 58 | 44 | 0 | -5 | -3 | -4 | -3 | -2 |
| hairy woodpecker | 501 | 341 | 0 | -38 | -21 | -30 | -23 | -16 |
| Vancouver Canada goose | 86 | 74 | 0 | -7 | -6 | -7 | -6 | -5 |
| bald eagle | 54 | 40 | 0 | 0 | 0 | 0 | 0 | 0 |
| brown creeper | 993 | 497 | 0 | -53 | -29 | -42 | -29 | -20 |
| red squirrel | 24,637 | 22,714 | 0 | -1,488 | -824 | -1,160 | -856 | -536 |
| grey wolf | 2.3 | 1.5 | 0 | 0 | 0 | 0 | 0 | 0 |

Source: Burns 1996

Note: Deer habitat capability assumes the unit has zero habitat value.

Forest fragmentation represents a change in the overall forest landscape from large, contiguous blocks of old-growth forest to smaller blocks separated by timber harvest units. Increased amounts of forest fragmentation indicate reduced habitat potential for species which are thought to be dependent on interior old-growth forest habitat. One way to analyze forest fragmentation is to measure the reduction of large, contiguous blocks of old-growth forest as a result of timber harvest. Large and medium-sized blocks of old growth (Naha Roadless Area, Misty Fiords National Monument, Traitor's Cove Retention, Orchard Lake, and Swan Lake) are adjacent to the Project Area. In addition, the Project Area contains a significant amount of old-growth habitat in blocks over 1,000 acres in size. Table ROD-6 displays the number of acres of old-growth habitat in large blocks that will remain after implementation of an alternative.

Table ROD-6
**Effect of Timber Harvest on Forest Fragmentation in Acres**

|  | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 5 | Alt. 6 | Alt. 7 |
|---|---|---|---|---|---|---|
| Acres of large, unfragmented blocks 100-500 acres remaining after harvest | 2,243 | 3,492 | 3,329 | 3,607 | 2,920 | 3,027 |
| Acres of large, unfragmented blocks 500-1,000 acres remaining after harvest | 2,270 | 5,881 | 4,381 | 6,282 | 4,058 | 4,601 |
| Acres of large, unfragmented blocks >1,000 acres remaining after harvest | 11,735 | 4,563 | 7,135 | 4,494 | 7,940 | 7,724 |
| Total Acres of old growth remaining after harvest | 17,641 | 15,644 | 16,567 | 16,023 | 16,609 | 17,050 |

SOURCE: Burns and Nightingale, 1996

Note: Old growth includes only Volume Class 4 and above.

A portion of the Naha old-growth habitat block extends outside of the LUD II area into the Project Area. This portion of the block is designated as a LUD IV under the current Forest Plan (TLMP 1979, as amended) and is available for timber harvest. Alternatives 2 and 7 propose to harvest two units totaling 48 acres within this old-growth block. The remaining alternatives do not propose any harvest within this block primarily for economic and wildlife management reasons.

The west side of Carroll Creek represents a small block of unfragmented old-growth habitat located inside the project boundary. The southwest portion of this area is adjacent to the Naha Block. Alternative 3 does not propose any harvest within this block primarily for economic and wildlife management reasons. Alternative 7 would harvest a very minor amount of timber (43 acres). Alternatives 2, 5, and 6 would harvest 302, 317, and 237 acres respectively from the Carroll Creek block.

Late successional wildlife travel corridors that provide connectivity between core areas of unfragmented old-growth habitat were analyzed. These corridors contain 2,737 acres of which 799 acres are not commercial forest land. Alternative 2 would impact the corridors to the largest degree (73 acres), followed by Alternatives 5 and 6 (60 acres), Alternative 3 (25 acres), and Alternative 7 (1 acre). The TLMP RSDEIS (1996a) Preferred Alternative Standards and Guidelines, proposes wildlife travel corridors of approximately 600 feet in width. No timber harvest is proposed under any of the action alternatives that would result in a wildlife travel corridor being less than 600 feet wide.

**Highlights of the Selected Alternative (3)** include the following:

- Incorporates the viable population strategy of small, medium, and large old-growth reserves consistent with the VPOP committee recommendations and TLMP RSDEIS (1996a) Preferred Alternative.

- Meets the TLMP (1979, as amended) old-growth retention requirements

- Does not impact the Naha large old-growth habitat reserve block or the west side of Carroll Creek.

- Designating the west side of Carroll Creek as a small block of old-growth retention will result in greater protection for a probable goshawk nest site than would otherwise occur.

- Meets the proportionality requirement of the Tongass Timber Reform Act, as measured by the current method and the transition method.

- Results in relatively few miles of new road construction, all of which is scheduled for closure (administrative or physical). A road connection to Shelter Cove is not constructed, thereby limiting the likelihood of significant additional hunting pressure.

- Harvests primarily lower value wildlife habitat, as indicated by the relatively minor change in the current habitat capability indices.

- The application of 1,000-foot estuary, 500-foot beach, and 300-foot anadromous stream buffers will also serve to help protect some of the more important wildlife habitat.

**Issue 5**

### Subsistence Use

This issue reflects public concern for the availability of wildlife, marine life, and plants for customary and traditional use by rural Alaska residents. The Alaska National Interest Lands Conservation Act (ANILCA) requires the Forest Service to determine if proposed activities may significantly restrict use of subsistence resources. If such a finding is made, then ANILCA requires public hearings and determinations regarding actions to minimize impacts prior to proceeding with a project.

Chapter 3 of the FEIS evaluates the potential site-specific effects on subsistence that could result from implementing any of the proposed timber harvest and associated road construction alternatives.

The Tongass Resource Use Cooperative Survey (TRUCS) identified areas which are most heavily used by subsistence households. Based on the TRUCS, the Project Area contains no high or moderate use subsistence areas. High and moderate use is interpreted to mean greater than 50 households ever used the area for subsistence deer hunting.

The Project Area is located within portions of two Wildlife Analysis Areas (WAA), 406 and 510. The harvest is 104 deer per year based on Alaska Department of Fish and Game (ADF&G) hunter surveys for both complete WAAs. Approximately 19 percent of the original (1954) habitat capability is needed to support this level of deer harvest. Currently (1995) the two full WAAs provide 81 percent of the original habitat capability for deer. The habitat capability through the year 2004 is projected to be approximately 78 percent of the original (1954) habitat capability.

Competition for subsistence resources in the Project Area is an issue identified during scoping. Subsistence users are concerned with competition from residents of Ketchikan. Since Ketchikan residents are considered non-rural, this competition can be regulated under ANILCA if it starts to restrict rural residents' ability to obtain subsistence resources. In the Wildlife Section, the cumulative analysis discussed a potential road connection between the Project Area and the Ketchikan road system. If such a connection is made, it would significantly increase the amount of rural and non-rural use of the area and could increase the amount of competition to the point that there would be a significant restriction in subsistence use of deer and marten in the Project Area.

The subsistence analysis indicates that the actions proposed in Alternatives 2 through 7 will not represent a significant possibility of a significant restriction on subsistence use of deer, black bear, or otter in the Project Area. Marten harvest in WAA 510 is at the peak of the level that can be sustained. Increasing human population coupled with future reductions of habitat capability for deer and marten, and in light of the fact that Saxman residents' use of the area is under-reported for the Project Area, could pose a significant possibility of a significant restriction of subsistence use of marten and deer at some point in the future (next 150 years) for all alternatives including the No Action Alternative.

The Federal Subsistence Board may use its authority to regulate non-rural harvest of deer and has authority to prioritize the harvest of deer among rural residents when necessary to protect the resource. **The current deer population level does not require restrictions on non-rural users.**

Deer hunting is one aspect of subsistence use affected by timber harvest. The Wildlife and Subsistence sections of the FEIS Chapter 3 discuss the computer models used to estimate the effects of timber harvest on deer habitat capability, both long range and short range. Based on this analysis, Alternative 1 will cause no reduction of deer habitat capability. Among the action alternatives, Alternative 7 would cause the least reduction to deer habitat capabilities, while Alternative 2 would reduce deer habitat capabilities the most severely within the Project Area; although all action alternatives result in less than a one percent reduction in current habitat capability for both WAAs.

Table ROD-7 displays the percent of the original (1954) deer habitat capability the WAAs (406 and 510) can support now and at the end of the KPC Long-term Sale (2004). The full WAA habitat capability has not been reduced for the effects of fragmentation.

**Table ROD-7**
**Percent of 1954 Deer Habitat Capability for WAAs 406 and 510**

| Alternative | Percent of 1954 Habitat Capability | | Percent of 1954 Habitat Capability Needed to Meet Current Demand |
|---|---|---|---|
| | 1997 | 2004 | 1995 |
| 1 | 81 | 78 | 19 |
| 2 | 81 | 78 | 19 |
| 3 | 81 | 78 | 19 |
| 5 | 81 | 78 | 19 |
| 6 | 81 | 78 | 19 |
| 7 | 81 | 78 | 19 |

SOURCE: Burns, 1996

Note: Habitat capability for entire WAAs has not been reduced for fragmentation.
Habitat capability assumes the units are in the clearcut stage (0-25 years).
Habitat capability in 2004 assumes full implementation of the Forest Plan for all alternatives (maximum timber harvest within standard guidelines—no reduction for economic constraints).

There is no evidence to indicate that availability of salmon, finfish, shellfish, or other food resources to subsistence users would be affected by the proposed ROD activities, sport harvest, or non-rural harvest. Any increase in competition from non-rural Alaskan residents and nonresidents would not be substantial because of the availability of resources in the immediate vicinity and in the surrounding areas.

**Highlights of the Selected Alternative (3)** include the following:

- Results in relatively few miles of new road construction, all of which is scheduled for closure (administrative or physical). A road connection to Shelter Cove is not constructed, thereby limiting the likelihood of significant additional hunting pressure.

- Harvests primarily lower value wildlife habitat, as indicated by the relatively minor change in the current habitat capability indices.

- The application of 1,000-foot estuary, 500-foot beach, and 300-foot anadromous stream buffers will also serve to help protect important subsistence use areas.

- The west side of Carroll Creek has been avoided to protect high value fish and wildlife habitat.

# Record of Decision

| | |
|---|---|
| **Issue 6** | **Transportation/Utility Corridor** |

The Tongass Land Management Plan Revision team has mapped the transportation and utility corridors on the Tongass National Forest. The maps show two corridors passing through the Project Area. The Alaska Legislature passed Senate Joint Resolution 40 during the 1992 session. This resolution urges the Forest Service to avoid actions which would preclude the use of any of the transportation and utility corridors identified by an interagency group.

The Upper Carroll Project Area contains approximately 30 to 40 miles of the various potential routes identified to date. The Interdisciplinary Team (IDT) reviewed the possibilities of action being taken on the transportation and utility corridors in the foreseeable future. The review indicated that the corridor could be used for electrical transmission lines within the next decade. The review concluded that the road connections proposed are unlikely within the foreseeable future and that no actions proposed under any alternative would preclude use of any of the transportation and utility corridors.

The *Lake Tyee to Swan Lake Transmission Intertie* (R.W. Beck and Associates., 1992) presents a feasible electric power transmission line route within the Project Area. The preferred route identified in the R.W. Beck study passes through the Project Area by way of Carroll Creek and Neets Creek drainages. Ketchikan Public Utilities has awarded a contract to Foster Wheeler Environmental Corporation to complete an EIS for the proposed electrical intertie. A DEIS was issued in March 1996; the FEIS is planned for November 1996. The initial routes through the Project Area have remained essentially unchanged.

The Ketchikan Gateway Borough and the Alaska Department of Transportation and Public Facilities cooperated in an examination of highway corridor opportunities south of Bradfield Canal. This study, Ketchikan-Revillagigedo Island Corridor Study (R&M Engineering, 1992), identified a preferred highway route that passes through the Project Area along the west side of Carroll Inlet, then north along Carroll Creek until the junction with Neets Creek and Orchard Creek. At this point one potential route heads north outside the Project Area toward Orchard Lake, the other route follows Neets Creek before heading north to Shrimp Bay. As part of the Upper Carroll field reconnaissance, the Forest Service located and flagged on the ground the preliminary route from Shelter Cove to Shrimp Bay. This alternative route uses a ferry terminal at Shrimp Bay as an alternative to the route on the north side of Orchard Lake and some very difficult highway building terrain north of Shrimp Bay.

The IDT considered these routes in alternative formulation and also evaluated them for likelihood of construction within the foreseeable future through other means. For the purpose of this analysis, the reasonably foreseeable time frame over which the indirect effects are estimated is until the end of the Ketchikan Pulp Company (KPC) Long-term Contract (year 2004). This determination of reasonably foreseeable is based on the time frame of the KPC contract commitment.

Based on the feasibility and likelihood of findings for power transmission projects within Southeast Alaska, the IDT concluded that the construction of the Swan Lake to Lake Tyee powerline was likely within the foreseeable future.

The effects of the possible construction of the power line within the Project Area have primary effects on the visual resource. The clearing of the corridor along the transmission lines would be seen from a number of view points.

The actions proposed in the Project Area could potentially benefit the transmission project by incidental transportation and logistical use. The construction of the transmission lines across National Forest lands normally requires removal of all merchantable timber felled along the corridor. The road system will allow shorter flights for helicopters removing the timber which would reduce costs. The roads will also allow shorter transportation by helicopter for towers, cable, and other logistics. This activity is expected to result in a reduction of costs. Table ROD-8 displays the miles of road that would be constructed or reconstructed that could potentially serve as access to a possible utility corridor or eventually as a transportation link within the Project Area under each alternative.

**Table ROD-8**
**Potential Transportation/Utility Corridor Access Miles**

| Alternative | Utility Corridor Miles | Transportation Link Miles |
| --- | --- | --- |
| 1 | 0 | 0 |
| 2 | 23.2 | 31.9 |
| 3 | 6.5 | 4.2 |
| 5 | 8.9 | 6.8 |
| 6 | 8.9 | 6.8 |
| 7 | 2.7 | 0.4 |

SOURCE: Nightingale and Oien, 1996

Based on the historical nature of state highway development in Southeast Alaska and limited funding, the IDT concluded that a road connection would not reach the Project Area within the foreseeable future.

The IDT evaluated the action alternatives as requested by State of Alaska Senate Joint Resolution 40, and determined that none of the action alternatives will preclude the identified transportation and utility corridors within the foreseeable future.

**Highlights of the Selected Alternative (3) include the following:**

- Results in relatively few miles of new road construction. Approximately 6.5 miles of road extending northward from the Carroll Inlet LTF could possibly be used to facilitate the construction and/or maintenance of the Swan Lake to Lake Tyee Powerline Intertie. Approximately 4.2 miles of road could potentially be utilized as part of a future transportation link.

**Issue 7**

**Social and Economic Effects**
This issue reflects concern about economic development and employment, and about maintaining Alaskan lifestyles. Social and economic effects are important to the Forest Service in its land management decision-making. Land use designations, scheduling of activities, and rural development program decisions are all made with consideration of social and economic effects.

Implementation of the Selected Alternative authorizes harvest of approximately 33 MMBF of timber volume from harvest units, and 1 MMBF from road right-of-ways, for a total of 34 MMBF. Additionally, it authorizes new road construction on approximately 21.1 miles of road, and reconstruction of 3.7 miles of existing road. The Selected Alternative provides raw materials to support the local forest products industry. The Selected Alternative could provide, on the average, 65 forest product jobs annually over the next four years.

None of the alternatives are projected to have a measurable effect on income or employment opportunities in the sport or commercial fishing industries or those related economic sectors. Since little commercial recreational activity takes place in the Upper Carroll Project Area and because the alternatives affect only some of the inventoried Recreation Places, no significant impact is expected on employment and income opportunities in the recreation and tourism industry.

I have verified that the harvest levels proposed for the Selected Alternative are consistent with the principles of long-term sustained yield and non-declining even flow. Analysis in Chapter 3 of the FEIS and the TLMP RSDEIS (1996a) indicate that these harvest levels can be sustained over time, assuming economic predictions take place on schedule and the suitable timber base remains relatively constant over time.

**Highlights of the Selected Alternative (3)** include the following:

- Produces 34 MMBF of economically viable timber to help support the local forest products industry.

- Results in approximately 65 forest products jobs annually over the next four years.

- Funds received by the State of Alaska from the sale of timber on National Forest Lands (25 percent) will continue to contribute funding for local public schools and road maintenance.

**Issue 8**

**Marine Environment**
Direct effects to the marine environment are assumed to occur only from development and use of LTFs, and are limited to the intertidal area affected by rock fill and either the intertidal or subtidal areas potentially affected by accumulations of bark debris.

A total of five potential LTF locations were considered for possible development. There are four existing LTF sites and 1 potential new site. The maximum number of LTFs that would be utilized under any alternative is three (one new site and two existing sites), as there are several possible sites considered for each road system. The final selection of which LTF sites to utilize was based on the interagency guidelines (Alaska Log Transfer Facility Siting, Construction, Operation, and Monitoring/Reporting Guidelines). The U.S. Fish and Wildlife Service and the National Marine Fisheries Service staff conducted subtidal surveys at the sites that appeared to best meet the interagency guidelines. The subtidal survey reports and recommendations which are included as part of FEIS Appendix G, were used to further define which of the potential LTF locations were preferable. Table ROD-9 displays the LTFs involved in the various alternatives. See also the detailed alternative maps included with Upper Carroll FEIS.

**Record of Decision**

Table ROD-9
**Log Transfer Facilities Required, by Alternative and System**

| Name | Site No. | 1 | 2 | 3 | 5 | 6 | 7 | System |
|---|---|---|---|---|---|---|---|---|
| Shrimp Bay | 1 | N | I | N | I | N | N | A Frame |
| Shelter Cove | 3 | N | I | I | I | I | I | A Frame |
| Carroll Inlet No. 7 | 4* | N | N | I | I | I | I | Low Angle Ramp |

SOURCE: Oien, 1996

I = Planned for intermittent use; N = Not planned for use.

*New Log Transfer Facilities

Table ROD-10 displays the number of LTFs used or developed, the total acreage of the structural embankment, and the estimated acres to be affected by bark deposition. The combination of the marine habitat covered by the structural embankment and the area potentially covered by bark deposition represents the total loss of marine benthic habitat for each alternative.

Table ROD-10
**Marine Benthic Habitat Affected by Alternative**

| | Alt. 1 | Alt. 2 | Alt. 3 | Alt. 5 | Alt. 6 | Alt. 7 |
|---|---|---|---|---|---|---|
| Existing LTF Sites | 2 | 2 | 2 | 2 | 2 | 2 |
| Proposed New LTF Sites | 0 | 0 | 1 | 1 | 1 | 1 |
| Structural Embankment (Acres Affected) | 0.5 | 0.5 | 0.7 | 0.7 | 0.7 | 0.7 |
| Bark Deposition (Acres Affected) | 2.0 | 2.0 | 3.0 | 3.0 | 3.0 | 3.0 |
| Total Acres of Marine Benthic Habitat Affected | 2.5 | 2.5 | 3.7 | 3.7 | 3.7 | 3.7 |

SOURCE: Oien, 1996

Note: Shrimp Bay and Shelter Cove LTFs are existing facilities. Therefore, the impacts to the marine environment have already occurred.

The No-action Alternative and Alternative 2 would have no measurable additional effect on the marine environment, while Alternatives 3, 5, 6, and 7 affect the marine system (3.7 acres) in a similar fashion. The loss of habitat is much less than one percent of the available marine habitat in the Project Area. Since all species identified along the subtidal (underwater) survey transects are common throughout Southeast Alaska, it is concluded that there would not be a significant impact to the marine environment from constructing (or continuing to use) LTFs at the proposed sites.

**Highlights of the Selected Alternative (3)** include the following:

- The one new LTF (Carroll Inlet) will be constructed at the location of a previously used LTF location, thereby helping to minimize additional impacts to the marine environment.

- The Carroll Inlet LTF meets the Alaska Timber Task Force siting guidelines and results in less upland and marine impacts than other potential sites, including a potential road connection back to Shelter Cove. All of the alternative sites were evaluated in detail, with the selected Carroll Inlet site being preferable for both economic and environmental reasons.

- All LTFs currently have marine dives conducted prior to construction, during use, and periodically following harvest to document and monitor effects on the marine environment.

## Public Involvement

Public involvement has been instrumental in identifying issues, formulating alternatives, and influencing this decision. Public scoping and involvement activities for the Upper Carroll Project Area are listed in Chapter 1 and Appendix L of the FEIS. A summary of the significant issues was provided in a previous section of this ROD and in Chapter 1 of the FEIS.

## Coordination With Other Agencies

From the time scoping was initiated, meetings and site visits with interested State and Federal agencies have occurred. Issues were discussed and information was exchanged.

Coordination meetings were held with the State of Alaska including the Department of Governmental Coordination, Department of Fish and Game, and the Department of Environmental Conservation. The Alaska Coastal Management Plan (ACMP) review process occurred between the DEIS and FEIS. The State of Alaska issued a consistency finding on August 2, 1996 (State I.D. No. AK 9605-04JJ). Based on the information contained in the DEIS and subsequent meetings, the State of Alaska agreed that the activities proposed in the Upper Carroll Project Area are consistent with the ACMP.

A Biological Assessment was prepared and sent to the U.S. Fish and Wildlife Service and to the National Marine Fisheries Service as part of the Section 7 consultation under the Endangered Species Act.

The FEIS identifies the agencies who were informed of and/or involved in the planning process (see List of Agencies, Organizations, and Individuals to Whom Copies of this

Statement Were Sent). See also the discussion of subsistence in the section entitled "Findings Required by Law", later in this ROD.

# Alternatives Eliminated From Detailed Consideration

A number of alternatives were examined, but not considered for detailed study in this EIS. This section summarizes those alternatives and the rationale for not considering them further. For a more complete description of these alternatives, refer to Chapter 2 of the FEIS.

**Alternative A**

### Single Resource or Issue
Alternatives that focused solely upon one resource or issue were eliminated from consideration as implementable alternatives. While alternatives constructed around a single resource may not be implementable, the issue itself may still be significant. Each alternative was evaluated against all the significant issues.

**Alternative B**

### Transportation/Utility Corridor between Ketchikan and the Project Area
The proposed road link and utility corridor are separate projects and independent from this FEIS. The road link project is not reasonably foreseeable. Ketchikan Public Utilities has awarded a contract to Foster Wheeler Environmental Corporation to complete an EIS for the proposed electrical intertie (including associated roads, if any) from Swan Lake to Lake Tyee. The preliminary preferred powerline route includes approximately 30 to 40 miles within the Upper Carroll Project Area. The two proposed actions appear to be similar because of the potential road locations and opportunity for cooperative agreements. The similar time lines could make the issue ripe for a decision as well. Alternative 2, looks at how much timber and associated Roads could be built and still meet Forest Plan standards and guidelines. The question as to how much of the transportation/utility corridor could be built is addressed for each alternative, with Alternative 2 serving as the upper level benchmark. A separate alternative, which maximizes road construction for the transportation/utility corridor is, therefore, unnecessary.

**Alternative C**

### Avoid Previously Mapped Old-growth Retention Areas
Several commenters asked the Forest Service to analyze an alternative that would keep intact all previously mapped old-growth retention during this entry. Under the TLMP RSDEIS (1996a), 16 out of 19 land use designations preclude or severely restrict timber harvest, including the establishment of old-growth habitat reserves. The standards and guidelines for the remaining LUD's retain unaltered old-growth habitat in beach, estuary, and TTRA buffers, as well as in unsuitable commercial forest land. Previously mapped old-growth retention areas are consequently considered as part of the tentatively suitable and available timber base, unless otherwise excluded. Approximately 5,147 acres of retention were established as part of previous project level EISs.

The IDT examined the possibility of constructing an alternative which avoided all previously mapped old-growth retention areas. Due to the location and disjointed smaller patch size, it was impossible to construct an economically viable alternative which completely avoided existing retention with all roads and units. Many of the retention blocks were located at higher elevations, in low volume stands, were small and narrow, and did not logically connect to other high value areas. Current conservation biology theory places greater emphasis on larger blocks of old-growth which have logical connections for wildlife movement. This alternative was, therefore, not considered in detail. The effects of the alternatives on previously mapped old-growth areas are considered in Chapter 3.

| | |
|---|---|
| **Alternative D** | **Neets Bay/Orchard Lake Alternative** |

Several commenters asked the Forest Service to eliminate specific areas or individual units that were of concern to them. For example, the Southern Southeast Regional Aquaculture Association (SSRAA) operates the Neets Bay Fish Hatchery under special use permit from the Forest Service. A number of comments received indicated that the proposed harvest in Neets Bay would pose a sedimentation risk to the fish hatchery operation. A citizen's alternative recommended dropping the Neets Bay harvest units and making up the volume from the Orchard Lake area.

Harvesting in the Orchard Lake area was not considered because: (1) it is a recommended semi-remote recreation area under the Revised TLMP Revision Supplement to the Draft EIS, Alternative 3; (2) Orchard Lake and Creek have been determined to be eligible for possible inclusion in the National Wild and Scenic Rivers System; and (3) it is outside the Project Area boundary.

Concern about sedimentation from timber harvest and associated roads was addressed in various ways. Alternatives 3, 6 and 7 do not propose any harvest in the Neets Creek watershed, while Alternatives 2 and 5 propose distinctly different levels of harvest and road construction within the watershed. A watershed analysis which looks at sedimentation risk was conducted for both the Neets Creek and Carroll Creek drainages (see FEIS Chapter 3). Forest Service standards and guidelines, as well as BMPs to protect soil and water quality, apply to all alternatives.

**Alternative E**  **Helicopter Logging Alternative**

Public comments expressed a concern for the effects of road and LTF construction on the marine environment as well as the Carroll Creek estuary, water quality, fisheries, and subsistence values. Alternative E in the Upper Carroll DEIS was originally developed as a project alternative by the IDT but eliminated from detailed study due to poor economic returns and not meeting the project's stated purpose and need.

In conversations with members of the Ketchikan Indian Corporation's subsistence board the Forest Service received clarification regarding new roads versus existing roads. The primary concern was to avoid the construction of new roads to limit additional subsistence impacts. The ability to re-construct the existing roads is critical to the viability of this alternative, since it reduces the yarding/flight distances by several miles. This is due to the fact that the shallow water in Carroll Estuary prohibits the placement of a barge closer than the proposed LTF location used in the other alternatives. The reconstruction of the existing roads results in additional volume and improved economics.

Alternative E from the DEIS has been modified as described above and is considered for detailed study in the FEIS as Alternative 7.

**Alternative F**  **"Fishermen's Alternative"**

The proposed "Fishermen's Alternative" was evaluated by the Upper Carroll IDT. Constraints applied by the commenter were that no harvesting occur north of, and including Unit No. 49 (FEIS) (first drainage to the east of Carroll Creek). The alternative would need to meet proportionality, which would be very difficult because all of the remaining units in VCU 744 but one are composed of high volume stands. The constructed alternative would have resulted in approximately six MMBF of harvest in Management Area K32 (VCU 744) and approximately one to two MMBF in Management Area K35 (VCU 746).

This alternative was considered but eliminated from detailed study because:

- it does not address any significant issues in a way that is meaningfully different;
- the economic viability is hampered by the low volume to spread fixed costs against;
- the alternative does not respond to the underlying purpose and need for the project (40 CFR 1502.13).

**Alternative G**

In public comments received on the DEIS, Alternatives 3 and 4 received a considerable amount of support from individuals and agencies who emphasize the protection of water quality, fisheries and wildlife habitat. Fewer acres of timber harvest, less road construction, avoiding impacts to the SSRAA facility and the west side of Carroll Creek were commonly mentioned reasons. Most of the commenters indicated that they saw little difference between Alternatives 3 and 4, but preferred Alternative 3 because it constructed less road, harvested fewer acres of old-growth timber, and was economically more efficient.

In the DEIS, Alternative 4 harvested the northern portion of VCU 744 while Alternative 3 did not. Additional analysis after the DEIS resulted in Units 75 and 129 being deleted for low volume (less than 8 MBF/acre). As a result, Units 15 and 108 located adjacent to the units listed above could no longer support the roading costs associated with providing access. The end result being that Alternatives 3 and 4 would have had no meaningful difference if both were carried forward to the FEIS.

DEIS Alternative 3 plus Units 73, 74, 130, 131 and 132 (approximately 3.5 MMBF) from Alternative 4 will be presented in the FEIS as Alternative 3. Alternative 4 has been eliminated from further detailed study.

## Alternatives Considered for Detailed Study

Six alternatives for making timber available to KPC and/or the Ketchikan Area Independent Timber Sale Program from the Upper Carroll Project Area were considered in detail. Each alternative is consistent with the TLMP (1979a, as amended) and the Preferred Alternative of the TLMP RSDEIS (1996a). For each alternative this section provides a discussion of: (1) the emphasis or intent of the alternative, and (2) various resource outputs associated with implementation. **Alternatives are compared in detail later in this ROD and summarized in Table ROD-11**.

### Alternative 1 (No Action)
Emphasis
The emphasis of this alternative is to propose no new timber harvest from the Upper Carroll Project Area at this time. It does not preclude timber harvest from other areas at this time, or from the Upper Carroll Project Area at some time in the future. The Council of Environmental Quality (CEQ) regulations 40 CFR 1502.14d requires a "No Action" alternative be analyzed in every EIS to serve as a benchmark by which effects of the other action alternatives are to be measured. The Existing Condition map (Alternative 1), shows the distribution of vegetation associated with no new timber harvest.

Outputs
There are no new timber harvest outputs associated with this FEIS alternative. Visual quality, wildlife habitat quality, semi-primitive recreation opportunities, as well as other resource values would remain at their current condition.

### Alternative 2
Emphasis
The emphasis of this alternative is to accelerate progress toward the desired future condition for timber management while meeting Forest Plan Standards and Guidelines for other

resources. Timber volume made available to local timber purchasers is maximized this entry under this alternative. This alternative is designed to evaluate the effects of harvesting as much of the Project Area as possible in a combination that still meets standards and guidelines. This alternative serves as an upper level benchmark that can be used to project the cumulative effects of the reasonably foreseeable future activities (see FEIS Appendix A) within the Project Area. Another feature of this alternative is that it looks at the maximum amount of road that could be constructed as part of a commercial timber sale that could be used to facilitate the development of a potential transportation/utility intertie within the Project Area. The environmental effects and cost of a road connection between Shelter Cove and Carroll Inlet have been incorporated into this alternative

Outputs
Implementation of this alternative would schedule the harvest of 1,996 acres, in 72 harvest units for approximately 61 MMBF of sawlog and utility volume, indicating an average unit size of 27.7 acres. Of this harvest, 13 units totaling 332 acres are planned for partial cut; the remainder are planned for clearcut harvest. To implement this level of harvest, 61 miles of new road would be constructed, and 7 miles of existing road would require reconstruction. Road construction clearing will yield an additional 3 MMBF of right-of-way (ROW) volume. This indicates an average of 1.1 MMBF per mile of new road construction and a total of 0.9 MMBF per mile of road. It schedules 368 acres or 11.2 MMBF of volume for helicopter yarding. Preliminary analysis indicates a net mid-market stumpage value of -$158.40 per MBF. This alternative would result in approximately 31.9 miles of road located within a proposed transportation corridor or 23.2 miles within a utility corridor that could facilitate its future construction and/or maintenance.

The use of two existing LTFs will be required to implement this alternative. Floating or land based logging camps are anticipated with the Shelter Cove and Shrimp Bay LTFs. The road connection between Shelter Cove and Carroll Inlet would eliminate the need for the Carroll Inlet LTF and floating log camp. The Alternative 2 map provides the spatial relationship among roads, units and other geographic features of the Upper Carroll Project Area.

**Alternative 3**
Emphasis
The objective of this alternative is to emphasize timber economics and conventional cable yarding methods. The location of harvest units, selection of silvicultural prescriptions, logging systems, and a transportation network is primarily based on maximizing the mid-market value. This entry proposes only limited helicopter timber harvest. This approach emphasizes a positive net economic return for the proposed harvest units, by avoiding the low and very low economic zones. Due to the juxtaposition of the landscape management zones within the Project Area, this alternative minimizes impacts to old-growth habitat blocks, late-successional corridors, riparian habitat, fens, and avoids the SSRAA Fish Hatchery in Neets Bay, and the west side of Carroll Creek. Road development within the transportation/utility corridor would be minimized as a consequence of harvesting a lesser amount of timber and constructing fewer miles of road.

Outputs
Alternative 3 schedules the harvest of 40 individual harvest units, totaling 33 MMBF of sawlog and utility volume from 1,074 acres, indicating an average unit size of 26.9 acres. Of this harvest, three units totaling 15 acres are planned for partial cut; the remainder are planned for clearcut harvest. This alternative requires the construction of 21 miles of new specified roads plus four miles of reconstruction. Road construction clearing will yield an additional 1 MMBF of right-of-way (ROW) volume. This indicates an average of 1.6 MMBF per mile of new road construction and a total of 1.4 MMBF per mile of specified road. It schedules 51 acres or 1.3 MMBF of volume for helicopter yarding. Preliminary analysis indicates a net mid-market stumpage value of +$19.06 per MBF. This alternative would result in approximately 4.2 miles of road located within a proposed transportation corridor or 6.5 miles

within a utility corridor that could potentially facilitate its future construction and/or maintenance.

The development of one new Log Transfer Facility (LTF) and one existing LTF will be required to implement this alternative. Floating or land based logging camps are anticipated with the Shelter Cove and Carroll Inlet LTFs. The Alternative 3 map provides the spatial relationship among roads, units, and other geographic features of the Upper Carroll Project Area.

### Alternative 5
Emphasis
The emphasis of this alternative was to have met the stated Purpose and Need while responding to public comments to avoid road construction in Neets Bay. This will be accomplished by helicopter logging the units to the north of the SSRAA facility and dropping the remaining roaded access units located further up-stream from the SSRAA fish hatchery. This alternative differed from Alternative 2 in that less volume would have been harvested, no road construction occurred in the Neets Bay Drainage (VCU 737), no harvest occurred in the Naha large old-growth block, and the road tie from Shelter Cove to Carroll Inlet would not be constructed.

Outputs
Alternative 5 scheduled the harvest of 60 individual harvest units, totaling 51 MMBF of sawlog plus utility volume from 1,618 acres, indicating an average unit size of 27.0 acres. Of this harvest, 15 units totaling 252 acres were planned for partial cut; the remainder were planned for clearcut harvest. This alternative required the construction of 40 miles of new specified roads plus eight miles of reconstruction. Road construction clearing would have yielded an additional 2 MMBF of right-of-way (ROW) volume. This indicated an average of 1.3 MMBF per mile of new road construction and a total of 1.1 MMBF per mile of specified road. It schedules 393 acres or 13 MMBF of volume for helicopter yarding. Preliminary analysis indicates a net mid-market stumpage value of -$53.64 per MBF. This alternative would result in approximately 6.8 miles of road located within a proposed transportation corridor or 8.9 miles with a utility corridor that could potentially facilitate its future construction and/or maintenance.

The development of one new Log Transfer Facility (LTF) and two existing LTFs would have been required to implement this alternative. Floating or land based logging camps are anticipated with the Shelter Cove, Shrimp Bay and Carroll Inlet LTFs. FEIS Alternative 5 map provides the spatial relationship among roads, units, and other geographic features of the Upper Carroll Project Area.

### Alternative 6
Emphasis
The emphasis of this alternative was to meet the stated purpose while responding to public comments to minimize or avoid impacts to goat winter range, the SSRAA Fish Hatchery, and the west side of Carroll Creek. This alternative would have avoided road construction in the old-growth block located on the west side of Carroll Creek through the use of helicopter yarding. Neets Creek drainage (including the SSRAA Fish Hatchery) and potential goat winter range would have been completely avoided.

Outputs
Alternative 6 scheduled the harvest of 42 individual harvest units, totaling 32 MMBF of sawlog plus utility volume from 1,032 acres, indicating an average unit size of 24.6 acres. Of this harvest, five units and 100 acres were planned for partial cut; the remainder were planned for clearcut harvest. This alternative required the construction of 19 miles of new specified roads plus four miles of reconstruction. Road construction clearing would have yielded an additional 1 MMBF of right-of-way (ROW) volume. This indicated an average of 1.7 MMBF per mile of new road construction and a total of 1.4 MMBF per mile of road. It scheduled 288

acres or 9.0 MMBF of volume for helicopter yarding. Preliminary analysis indicated a net mid-market stumpage value of -$8.64 per MBF. This alternative would have resulted in approximately 6.8 miles of road located within a proposed transportation corridor or 8.9 miles within a utility corridor that could have potentially facilitated its future construction and/or maintenance.

The development of one new Log Transfer Facility (LTF) and one existing LTF would have been required to implement this alternative. Floating or land based logging camps were anticipated with the Shelter Cove and Carroll Inlet LTFs. The Alternative 6 map provides the spatial relationship among roads, units, and other geographic features of the Upper Carroll Project Area.

**Alternative 7**
Emphasis
The emphasis of this alternative was to meet the stated purpose while responding to public comments to avoid new road construction and utilize helicopter yarding. Under this alternative the existing road in Carroll Creek would have been reconstructed to minimize helicopter yarding costs. Avoiding new road construction addressed the subsistence, fisheries, and wildlife issues of roaded access differently than standard road closures. The Naha and West Carroll old-growth blocks received a light entry under this alternative. Development of the transportation/utility corridor would have been minimized as a consequence of only reconstructing the existing roads.

Outputs
Alternative 7 scheduled the harvest of 24 individual harvest units, totaling 19 MMBF of sawlog plus utility volume from 591 acres, indicating an average unit size of 24.6 acres. Of this harvest, three units and 37 acres were planned for partial cut; the remainder were primarily planned for Type II clearcut harvest. This alternative required the reconstruction of four miles of specified roads. Road reconstruction clearing would have yielded no right-of-way (ROW) volume. It scheduled 540 acres or 17.1 MMBF of volume for helicopter yarding with the Shelter Cove area (VCU 746) continuing to be cable logged from the existing road system. Preliminary analysis indicated a net mid-market stumpage value of -$17.43 per MBF. This alternative would have resulted in approximately 0.4 miles of road located within a proposed transportation corridor or 2.7 miles within a utility corridor that could have potentially facilitated its future construction and/or maintenance.

The development of one new Log Transfer Facility (LTF) and one existing LTF would have been required to implement this alternative. Floating or land based logging camps were anticipated with the Shelter Cove and Carroll Inlet LTFs. The Alternative 7 map provides the spatial relationship among roads, units, and other geographic features of the Upper Carroll Project Area.

Table ROD-11 displays a summary comparison of the anticipated consequences of each of the alternatives including the Selected Alternative. It is presented by resource as in Chapter 3 of the FEIS.

Table ROD-11
Summary Comparison of Alternatives

| Activity/Resource | Units | Alternatives | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 5 | 6 | 7 |
| **Timber** | | | | | | | |
| Units | Number | 0 | 72 | 40 | 60 | 42 | 24 |
| Estimated harvest unit volume | MMBF | 0 | 61 | 33 | 51 | 32 | 19 |
| Estimated right-of-way (ROW) volume | MMBF | 0 | 3 | 1 | 2 | 1 | 0 |
| Partial cut (shelterwood) | Acres | 0 | 332 | 15 | 252 | 100 | 37 |
| Clearcut harvest | Acres | 0 | 1,664 | 1,059 | 1,366 | 932 | 554 |
| Total harvest | Acres | 0 | 1,996 | 1,074 | 1,618 | 1,032 | 591 |
| Units over 100 acres | Number | 0 | 1 | 1 | 2 | 0 | 0 |
| Shovel harvest | MMBF | 0 | 1.3 | 0.9 | 1.0 | 0.8 | 0.2 |
| Running Skyline | MMBF | 0 | 44.2 | 29.3 | 33.9 | 21.6 | 1.2 |
| Live Skyline (Shotgun) | MMBF | 0 | 3.1 | 1.2 | 2.6 | 0.9 | 0 |
| Slackline harvest | MMBF | 0 | 1.4 | 0 | 0.7 | 0 | 0 |
| Helicopter harvest | MMBF | 0 | 11.2 | 1.3 | 12.7 | 9.0 | 17.1 |
| Estimated stumpage (mid-market rates) | $ / MBF | 0 | -158.40 | +19.06 | -53.64 | -8.64 | -17.43 |
| Estimated stumpage (current rates) | $ / MBF | 0 | -137.42 | +51.05 | -33.50 | +9.26 | -0.43 |
| Receipts to State of Alaska | $M | 0 | 3,318 | 2,208 | 2,915 | 1,758 | 118 |
| Average annual jobs over 4 years | # of jobs | 0 | 119 | 65 | 99 | 63 | 36 |
| Proportionality Remaining (K32 - TTRA Base 8.82%) | Percent | 8.95 | 8.87 | 8.84 | 8.82 | 8.88 | 8.88 |
| Proportionality Remaining (K35 - TTRA Base 5.39%) | Percent | 5.54 | 5.55 | 5.55 | 5.54 | 5.54 | 5.55 |
| **Roads & Transportation** | | | | | | | |
| Specified road construction | Miles | 0 | 61.2 | 21.1 | 39.8 | 19.3 | 0.0 |
| Road reconstruction | Miles | 0 | 6.6 | 3.7 | 7.9 | 3.7 | 3.7 |
| Temporary road construction | Miles | 0 | 10.9 | 7.4 | 10.2 | 5.2 | 0.5 |
| New Log Transfer Facilities | Each | 0 | 0 | 1 | 1 | 1 | 1 |
| Reconstruction/Use of existing Log Transfer Facilities | Each | 0 | 2 | 1 | 2 | 1 | 1 |
| Roads crossing Class I or II streams | Number | 0 | 40 | 22 | 34 | 23 | 9 |
| **Transportation/Utility Corridor** | | | | | | | |
| Transportation Corridor (32-45 miles) | Miles | 0 | 31.9 | 4.2 | 6.8 | 6.8 | 0.4 |
| Utility Corridor (25 miles) | Miles | 0 | 23.2 | 6.5 | 8.9 | 8.9 | 2.7 |
| Road Connection from Shelter Cove to Carroll Creek | Response | No | Yes | No | No | No | No |
| Road Connection from Carroll Creek to Neets Creek Road | Response | No | Yes | No | No | No | No |
| Road Connection from Carroll Creek to Shrimp Bay | Response | No | Yes | No | No | No | No |
| **Biodiversity** | | | | | | | |
| Unfragmented old-growth patches remaining | | | | | | | |
| 1,000 Acres and larger | Acres | 11,735 | 4,563 | 7,135 | 4,494 | 7,940 | 7,724 |
| 500-1,000 Acres | Acres | 2,270 | 5,881 | 4,381 | 6,282 | 4,058 | 4,601 |
| 100-500 Acres | Acres | 2,243 | 3,492 | 3,329 | 3,607 | 2,920 | 3,027 |
| Naha old growth habitat - large block | Acres harvested | 0 | 48 | 0 | 0 | 0 | 48 |
| Carroll Creek old growth habitat - small block | Acres harvested | 0 | 302 | 0 | 317 | 237 | 43 |
| Corridors connecting old growth blocks (2,737 acres) | Acres harvested | 0 | 73 | 25 | 60 | 60 | 1 |
| Old growth acres remaining in Project Area | Acres | 17,641 | 15,644 | 16,567 | 16,023 | 16,609 | 17,050 |
| Percent of original old-growth remaining | Percent | 81 | 72 | 76 | 74 | 77 | 79 |
| **Wildlife - Project Area** | | | | | | | |
| 1997 MIS - deer | Habitat capability | 389 | 357 | 371 | 364 | 367 | 376 |
| 1997 MIS - bear | Habitat capability | 70 | 66 | 67 | 67 | 67 | 68 |
| 1997 MIS - marten | Habitat capability | 45 | 40 | 42 | 41 | 42 | 43 |
| 1997 MIS - river otter | Habitat capability | 17 | 16 | 16 | 16 | 16 | 16 |
| 1997 MIS - hairy woodpecker | Habitat capability | 341 | 303 | 320 | 311 | 318 | 325 |
| 1997 MIS - Vancouver Canada goose | Habitat capability | 74 | 67 | 68 | 67 | 68 | 69 |
| 1997 MIS - bald eagle | Habitat capability | 40 | 40 | 40 | 40 | 40 | 40 |
| 1997 MIS - brown creeper | Habitat capability | 497 | 444 | 468 | 455 | 468 | 477 |
| 1997 MIS - red squirrel | Habitat capability | 22,714 | 21,226 | 21,890 | 21,554 | 21,858 | 22,178 |
| 1997 MIS - gray wolf | Habitat capability | 1.1 | 1.0 | 1.1 | 1.0 | 1.1 | 1.1 |
| 1997 MIS - goat winter range (2044 acres) | Acres harvested | 0 | 229 | 274 | 229 | 71 | 30 |
| **Subsistence - WAAs 406 and 510** | | | | | | | |
| Deer Habitat Capability (percent of 1954) | Percent | 81 | 81 | 81 | 81 | 81 | 81 |
| Deer Population Needed to Support Current Harvest (percent of 1954) | Percent | 19 | 19 | 19 | 19 | 19 | 19 |

**Exhibit 4, page 34 of 54**

Table ROD-11 (continued)
**Summary Comparison of Alternatives**

| Activity/Resource | Units | Alternatives | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 5 | 6 | 7 |
| Significant Possibility of a Significant Restriction | | | | | | | |
| Deer | Response | No | No | No | No | No | No |
| Bear | Response | No | No | No | No | No | No |
| Furbearers | Response | May | May | May | May | May | May |
| Salmon | Response | No | No | No | No | No | No |
| Other Finfish | Response | No | No | No | No | No | No |
| Waterfowl | Response | No | No | No | No | No | No |
| Marine Mammals | Response | No | No | No | No | No | No |
| Indirect and Cumulative Effects of Implementing the Forest Plan over the entire rotation | Response | May | May | May | May | May | May |
| **Cultural Resources** | | | | | | | |
| Impacts to known cultural resources | Response | No | No | No | No | No | No |
| **Watershed and Fisheries** | | | | | | | |
| Fens (watershed assessment) 1,192 acres | Acres harvested | 0 | 0 | 0 | 0 | 0 | 0 |
| Riparian habitat (watershed assessment) 1,912 acres | Acres harvested | 0 | 0 | 0 | 0 | 0 | 0 |
| Neets Creek Watershed (contains SSRAA Fish Hatchery) | | | | | | | |
| Acres of harvest | Acres | 0 | 366 | 0 | 201 | 0 | 0 |
| Miles of road construction and reconstruction | Miles | 0 | 17 | 0 | 0 | 0 | 0 |
| Harvest unit acres with high potential for sediment delivery to Neets Creek | Acres | 0 | 26 | 0 | 26 | 0 | 0 |
| Road miles with high potential for sediment delivery to Neets Creek | Miles | 0 | 1.2 | 0 | 0 | 0 | 0 |
| Carroll Creek Watershed | | | | | | | |
| Acres of harvest | Acres | 0 | 1,581 | 1,025 | 1,397 | 1,020 | 541 |
| Miles of road construction and reconstruction | Miles | 0 | 45 | 25 | 33 | 23 | 4 |
| Harvest unit acres with high potential for sediment delivery to Class I streams | Acres | 0 | 192 | 142 | 192 | 86 | 0 |
| Road miles with high potential for sediment delivery to Class I streams | Miles | 0 | 6.2 | 2.3 | 5.5 | 0.8 | 0.0 |
| **Soils** | | | | | | | |
| Very high mass movement | Acres harvested | 0 | 0 | 0 | 0 | 0 | 0 |
| High mass movement | Acres harvested | 0 | 520 | 245 | 455 | 231 | 107 |
| Medium mass movement | Acres harvested | 0 | 1,156 | 679 | 973 | 655 | 350 |
| Low mass movement | Acres harvested | 0 | 320 | 150 | 190 | 146 | 135 |
| Wetlands harvested/roaded | Acres | 0 | 386 | 70 | 275 | 231 | 66 |
| Total Karstlands in each Alternative | Acres | 0 | 0 | 0 | 0 | 0 | 0 |
| **Visual Quality** | | | | | | | |
| Consistent with Forest Plan Objectives | | | | | | | |
| Carroll Inlet at Shelter Cove - VCU 746 | Response | Yes | Yes | Yes | Yes | Yes | Yes |
| Carroll Estuary - VCU 744 | Response | Yes | Yes | Yes | Yes | Yes | Yes |
| Head of Neets Bay - VCU 737 | Response | Yes | Yes | Yes | Yes | Yes | Yes |
| **Roadless Areas** | | | | | | | |
| Change in ROS class from SPNM to RM | Percent | 0 | 22 | 13 | 17 | 10 | 4 |
| Roadless areas | Acres (M) | 34,413 | 24,925 | 30,217 | 27,440 | 29,954 | 34,413 |

Source: Nightingale 1996