

United States
Department of
Agriculture

Forest Service

Tongass National
Forest
Stikine Area
R10-MB-337

December 1996



# South Lindenberg Timber Sale(s)

# Final Environmental Impact Statement

## Stikine Area



Exhibit 5, page 1 of 28

# South Lindenberg Timber Sale(s)

# Final Environmental Impact Statement

# RECORD OF DECISION

Abigail R. Kimbell
Forest Supervisor

Tongass National Forest, Stikine Area
USDA Forest Service

# TABLE OF CONTENTS

**INTRODUCTION** ........................................................................................................................... 3

**BACKGROUND** ............................................................................................................................. 3

**DECISION** ..................................................................................................................................... 5

**REASONS FOR THE DECISION** ............................................................................................... 6

**SIGNIFICANT ISSUES** ................................................................................................................ 8
   *Issue 1: Timber Management* ..................................................................................................... 8
   *Issue 2: Harvest Economics* ....................................................................................................... 8
   *Issue 3: Soils* ............................................................................................................................... 9
   *Issue 4: Watersheds* .................................................................................................................... 9
   *Issue 5: Fisheries* ........................................................................................................................ 9
   *Issue 6: Wildlife* .......................................................................................................................... 9
   *Issue 7: TES Species and Species of Concern* ........................................................................ 10
   *Issue 8: Biological Diversity* ................................................................................................... 10
   *Issue 9: Subsistence* ................................................................................................................. 10
   *Issue 10: Recreation* ................................................................................................................ 12
   *Issue 11: Visual Resources* ...................................................................................................... 12

**PUBLIC INVOLVEMENT** ........................................................................................................ 12

**COORDINATION WITH OTHER AGENCIES** ...................................................................... 13

**ALTERNATIVES** ....................................................................................................................... 13
ALTERNATIVES SELECTED FOR DETAILED EVALUATION ......................................................................... 13
   Alternative 1 ............................................................................................................................... 13
   Alternative 2 ............................................................................................................................... 13
   Alternative 3 ............................................................................................................................... 13
   Alternative 4 ............................................................................................................................... 13
   Alternative 5 ............................................................................................................................... 14
ENVIRONMENTALLY PREFERRED ALTERNATIVE ...................................................................................... 14
ALTERNATIVES NOT CONSIDERED IN DETAIL ........................................................................................... 14
ADMINISTRATIVE RECORD ...................................................................................................................... 15

**MITIGATION** .............................................................................................................................. 15

**MONITORING** ............................................................................................................................ 15

**FINDINGS REQUIRED BY LAW** ........................................................................................... 16
   *National Forest Management Act* ........................................................................................ 16
   *Tongass Timber Reform Act* ................................................................................................ 18
   *Endangered Species Act* ...................................................................................................... 18
   *Bald Eagle Protection Act* .................................................................................................... 18
   *Clean Water Act* ................................................................................................................... 18
   *National Historic Preservation Act* ...................................................................................... 19
   *Federal Cave Resource Protection Act of 1988* ................................................................... 19
   *ANILCA Section 810, Subsistence Evaluation and Findings* ............................................... 19
   *Coastal Zone Management Act* ............................................................................................ 22

**EXECUTIVE ORDERS** .......................................................................................................... 23

**FEDERAL AND STATE PERMITS** ...................................................................................... 24

**IMPLEMENTATION PROCESS** ........................................................................................... 24
   PROCEDURE FOR CHANGES DURING IMPLEMENTATION ............................................................. 25

**RIGHT TO APPEAL** .............................................................................................................. 26

# South Lindenberg Timber Sale(s) Record of Decision

## Introduction

This Record of Decision documents my decision to select an alternative from the South Lindenberg Timber Sale(s) Final Environmental Impact Statement (Final EIS) project area on Kupreanof Island. The selection includes the specific harvest unit locations, requirements for harvesting timber and constructing associated roads, and log transfer facilities to be used. The timber proposed in this project is intended to be sold in several sales ranging in size from less than 2 Million Board Feet (MMBF) to 15 MMBF.

## Background

The proposed project is a component of the overall timber sale program on the Tongass National Forest. Timber sales are allowed by the Forest Plan in order to maintain a supply of timber from National Forest lands for Southeast Alaska.

### Project History

Public scoping, data collection and analysis, and documentation production began with issuance of the Notice of Intent published in the Federal Register on July 19, 1993. Following field studies of existing resource conditions, a second Notice of Intent reduced target volume for the project from 55 to approximately 40 MMBF in January 1995. A Draft Environmental Impact Statement (Draft EIS) for this project was distributed in July of 1996 and the comment period continued into September of 1996. This Record of Decision (ROD) and Final EIS of the South Lindenberg Timber Sale(s) disclose the environmental effects of the alternatives considered and document the decision for authorization of activities within the project area.

### Purpose and Need

The purpose of the proposed timber harvest(s) is to meet the goals and objectives for the Stikine Area of the Tongass National Forest and to provide for long-term transportation needs for National Forest visitors and administration. The economies of communities in Southeast Alaska are largely dependent on the Tongass National Forest to provide natural resources for uses such as fishing, timber harvesting, recreation, tourism, mining and subsistence. The Draft Forest Plan Revision (USDA Forest Service, 1991b) and several studies used in this analysis concluded that demand for timber will remain strong during the 1990s with National Forest timber expected to account for at least two-thirds of the total harvest. The proposed sale or sales would provide approximately 40 MMBF of the government's commitment to the timber industry.

Section 101 of the Tongass Timber Reform Act (TTRA) directs the Forest Service, "to the extent consistent with providing for multiple use and sustained yield of all renewable forest resources, seek to provide a supply of timber from the Tongass National Forest which (1) meets the annual market demand for timber and (2) meets the market demand from such forest for each planning cycle." Section 101 specifies that Forest Service efforts to seek to meet market demand are subject to appropriations, National Forest Management Act (NFMA) requirements, and other applicable laws. Providing a timber supply from the Tongass for sustained local wood products industry employment, and related economic and social benefits is an objective of the Forest Plan and the Alaska National Interest Lands Conservation Act (ANILCA), as amended by TTRA.

This project is part of the timber management program designed to implement the Forest Plan and meet TTRA direction (see Appendix A of this ROD for a detailed analysis). Recent timber market assessments (Morse, 1994 and 1995) confirm that there is underutilized mill capacity in the region and a strong market for wood products. Under current market conditions, there is good potential for timber sales from the project area to be profitable to operators.

Although timber sales from the South Lindenberg area are scheduled for independent sales, the Ketchikan Pulp Corporation (KPC) mill has provided a historic market for the pulp and utility grade volume from independent sales. KPC has announced its intent to close its Ketchikan pulp mill in 1997. At this point in time the pulp mill is still in operation and what effect the possible mill closure has on timber markets is unknown. Since the KPC pulp mill is the primary manufacturing facility currently operating in southeast Alaska which uses pulp and utility grade wood, it plays an important role in the local timber economy. If that mill should close, it will be critical to fill that role by bringing on line some other facility that can provide a market for the pulp and utility grade logs. Log supply is one of the most important factors in starting and maintaining such facilities. Even if the KPC mill were no longer in operation, the availability of timber volume from this project could play a key role in facilitating a transition in markets for the local timber industry. Under these circumstances, and given the limited supply of timber from other sources, there is a market demand for timber from the project area and all sales offered are expected to be purchased.

**Forest Plan Process**

The Tongass Land Management Plan (TLMP) currently is undergoing revision, as required by the National Forest Management Act (NFMA). A supplement to the TLMP Draft Environmental Impact Statement (DEIS) (the Draft Revision) was issued in 1991 (1991 TLMP Revision Supplement DEIS). A draft revised supplement to the 1991 TLMP Revision Supplement DEIS was issued in 1996 (TLMP RSDEIS 1996). A final EIS is expected soon.

I have reviewed this project against managment direction and the environmental analysis in the TLMP RSDEIS 1996, Preferred Alternative. I find this project consistent with the goals and objectives, standards and guidelines, environmental effects, and management prescriptions described in that document.

**Exhibit 5, page 6 of 28**

One key component of TLMP RSDEIS 1996 is to provide a strategy for the management of old-growth dependent species. This strategy relies on a comprehensive network of land allocations and standards and guidelines. This project is consistent with that old-growth strategy. The Selected Alternative identifies old-growth retention as per TLMP 1979a in a fashion which incorporates the viable population strategy consistent with the VPOP Committee Report and the TLMP RSDEIS (1996) Preferred Alternative.

Another key component of the TLMP RSDEIS 1996 is the protection of fish habitat and riparian resources. The stream protection measures used for this project will provide resource protection equivalent to that in the TLMP RSDEIS 1996. These streams have had site specific analysis addressing the pertinent resource issues.

Although the South Lindenberg Final EIS document refers to the 1991 TLMP Revision Supplement DEIS by name, the South Lindenberg Final Environmental Impact Statement (FEIS) is also consistent with the TLMP RSDEIS 1996.

## Decision

This Record of Decision documents my decision to make timber volume available from the South Lindenberg project area on Kupreanof Island to meet the Stikine Area's timber sale program goals. My decision encompasses the following:

- whether or not timber volume should be made available for harvest, and if so, how much;
- the location and design of timber harvest units;
- the location and design of associated local road corridors; and
- mitigation measures associated with implementation of timber harvest.

It is my decision to choose Alternative 5 as the Selected Alternative for implementation in the South Lindenberg Project area. This decision is responsive to issues raised during scoping, data gathering, public responses to the Draft EIS, and testimony received at the subsistence hearings.

This Selected Alternative allows harvest of 40 million board feet of timber on 1,727 acres from the project area. An estimated 12.4 miles of Forest Development Road would be constructed. Design features of the harvest units and roads are described in detail on the Unit and Road Description Cards in Appendices A and B, respectively, in the Final EIS.

The project will be reviewed for consistency with the Final TLMP Revision once that plan is implemented. Any portions of this project not yet implemented will be adjusted as necessary in order to be consistent with the management direction in that plan.

**Subsistence**

I have determined that there may be a significant possibility of a significant restriction of subsistence use of deer on projected past, present, and reasonably foreseeable future use in the project area (see pages 4-97 to 4-107 of the Final EIS for a detailed analysis). I find (a) such restriction is necessary, consistent with sound management of public lands; (b) the amount of public land involved to implement the Selected Alternative is (considering sound multiple-use management of public lands) the minimum necessary; and (c) reasonable measures to minimize impacts on subsistence have been adopted to the maximum extent practicable while still meeting the purpose and need for this project. See *ANILCA Section 810*, later in the ROD for Subsistence Evaluation and Findings.

# Reasons for the Decision

In making my decision, I considered all issues and took into account the competing interests and values of the public. There were many divergent public, personal, and professional opinions expressed during this analysis. This decision will probably not completely satisfy any one particular group or individual. However, I have considered all views and feel the decision I have made is reasonable. The Selected Alternative provides a beneficial mix of resources for the public within the framework of the existing laws, regulations, policies, public needs and desires, and capabilities of the land, while meeting the stated purpose and need for this project.

Although all action alternatives met the purpose and need of providing approximately 40 MMBF, the Selected Alternative embodied several characteristics that resulted in it being the alternative chosen for implementation. The Selected Alternative:

- provides the best protection to known Queen Charlotte goshawk nests at Mountain Point and Mitchell Creek;
- maintains the roadless character of the Skogs Creek area allowing for future options;
- provides protection to the productive fisheries of Colorado Creek;
- has the least potential impact of sedimentation to streams by avoiding road construction and harvesting in Skogs Creek;
- maintains the option of designating Old-Growth Habitat as proposed in the TLMP RSDEIS 1996;
- has relatively low potential impacts to subsistence users;
- provides the highest net stumpage value per MBF; and
- contributes to meeting timber market demand

My decision to implement this Selected Alternative is in conformance with the Tongass Land Management Plan (TLMP), 1979 as amended, and sound National Forest management. In making my decision, I have balanced the need to seek to meet market demand for timber, and the need to help maintain a current timber supply in support of community stability, with the need to provide strong protection measures for soil, water, fish, wildlife, subsistence, and visual resources.

In addition, the Selected Alternative best addresses many of the concerns brought up during public scoping. A few of these concerns and how they were addressed follow.

- Proposed volume is too high - Following field review of the study area it was determined that the target volume for the project would be reduced from 55 MMBF to 40 MMBF.

- No harvest in Skogs Creek - The Selected Alternative does not propose road building or timber harvest in Skogs Creek.

- Protect known goshawk nests - The protection measures proposed for this project maintain important habitat beyond that required in the TLMP RSDEIS 1996.

- Maintain important wildlife habitat and old growth forest - All of the highest quality deer habitat in the project area has been maintained. The Selected Alternative identifies old-growth retention as per TLMP 1979 in a fashion which incorporates the viable population strategy consistent with the VPOP Committee Report and the TLMP RSDEIS (1996) Preferred Alternative.

- No harvest along Wrangell Narrows - The Selected Alternative includes harvest along the Narrows, limited to group selection units or small clearcuts with reserves. This type of harvest system allows the units to appear less obtrusive and meets visual quality objectives from the Wrangell Narrows and the Mitkof Highway.

- No impact to fish habitat or water quality - Stream protection measures and Best Management Practices are expected to preclude measurable effects on fish habitat or water quality for all alternatives. In addition, the Selected Alternative has no harvest or road building in the Skogs Creek drainage. It also has the fewest number of Class I and II stream crossings (6) of all action alternatives. Many of the recommendations of the Anadromous Fish Habitat Assessment were applied to this project.

- No road building across State Mental Health lands - None of the alternatives propose road building across the large block of Mental Health land in the north end of the study area.

- More small sales for local operators - The Selected Alternative creates opportunities for several small sales by placing units along the existing road system or with little road needed for access.

- Economical sales - The Selected Alternative provides the best net stumpage values per MBF.

# Significant Issues

In making my decision, I considered eleven major issues identified during the planning process. In the following summary, I disclose how the Selected Alternative addresses each of these significant issues. Table 2-9 and Chapter 4 of the Final EIS supplement the following discussion and provide a comparison of the alternatives.

### Issue 1: Timber Management

The Selected Alternative converts 1,661 acres of old growth forest to a young, even-aged condition. Approximately 66 acres would be harvested in small 1.5 - 2.5 acre patches across an area of 413 acres. Four acres would be partial cut in a sanitation prescription. Second-growth acres in the project area would increase to 4,947 acres, 23.6 percent of the suitable commercial forest land. For a detailed analysis of the timber resource see pages 4-11 to 4-25 of the Final EIS.

### Issue 2: Harvest Economics

The Selected Alternative provides the most volume to contribute to the Forest Service's attempt to seek to meet market demand while being consistent with the Tongass Land Management Plan and the standards and guidelines for all resources. Current timber market analysis indicates that the timber demand appears to exceed timber supply. The Selected Alternative will contribute to supply. This volume is necessary as a component of the timber sale schedule to provide timber to industry in an even flow over the ten year planning cycle. The timber volume is also necessary as a substantial component of the timber sale program to be offered in 1997 on the Stikine Area to meet annual market demand.

The mid-market analysis contained in the Final EIS resulted in a negative net stumpage value for all alternatives. This mid-market analysis is not responsive to the highly fluctuating nature of the timber market in Southeast Alaska because it is based on an average ten year period. To address the unresponsiveness of the mid-market analysis, a current-market analysis was conducted on the Bohemia Mountain timber sale which showed a $190 profit per MBF for the Preferred Alternative in contrast to the $65 loss per MBF projected by the mid-market analysis.

A more recently sold sale, the Shamrock Timber Sale, had a mid-market value of $149 loss per MBF. This sale sold for $193 per MBF. I expect the timber sales associated with the South Lindenberg project to be more attractive to the timber industry than these recently sold sales due to less road building and better quality timber.

The Selected Alternative would provide the highest predicted net stumpage of all the action alternatives. This alternative has the lowest road construction cost and the second-lowest logging cost. For a detailed analysis of the economics issue see pages 4-129 to 4-133 of the Final EIS.

**Issue 3: Soils**

No Alternative is expected to have an adverse effect on the soil resource. Potential impacts are mitigated by using Best Management Practices. The Selected Alternative would have the least sediment delivery potential of all the action alternatives. Harvesting would occur in units 32 and 35, which could potentially affect Duncan Creek, but avoids locating units and roads in sensitive locations in Skogs Creek and Colorado Creek. This alternative would have 0.3 miles of new road construction on high hazard soils, the same as Alternative 2. Under this alternative, 140 acres of high hazard soils would be harvested, approximately the same number of acres as Alternatives 3 and 4. However, the Selected Alternative includes several helicopter units, where potential impacts are expected to be less than that of cable-logged units. The Selected Alternative is not expected to have an adverse effect on the soil resource. For a detailed analysis of the soils resource see pages 4-1 to 4-6 of the Final EIS.

**Issue 4: Watersheds**

The anticipated hydrological impacts associated with timber harvesting under all the action alternatives is small. The potential impacts will be mitigated by using stream protection prescriptions and Best Management Practices. The Selected Alternative would have 26.8 miles of class III streams within or adjacent to proposed harvest units, the second highest of all alternatives. This alternative includes 55 Class III stream crossings, the second lowest of the action alternatives. The Selected Alternative is not expected to have an adverse effect on water quality. For a detailed analysis of the watershed issue see pages 4-6 to 4-11 in the Final EIS.

**Issue 5: Fisheries**

Because of stream protection measures and Best Management Practices, no alternative is expected to have a measurable effect on fish habitat or water quality. The Selected Alternative would have the fewest number of Class I and II stream crossings (6), of all the action alternatives. None of these crossings would block fish passage. This alternative would have 15.9 miles of class III streams within proposed harvest units (does not include adjacent Class III streams), the second highest of all alternatives. For a detailed analysis of the fisheries resource see pages 4-57 to 4-66 in the Final EIS.

**Issue 6: Wildlife**

The Selected Alternative provides for the maximum protection of old-growth dependent species of all the action alternatives. This alternative concentrates harvest in areas that have already been fragmented, while maintaining the lowest road density of all action alternatives. The Selected Alternative also provides for the potential designation of Old-Growth Habitat in the TLMP RSDEIS, 1996. The Selected Alternative is not expected to have an adverse effect on the wildlife resource. For a detailed analysis of the wildlife issue see pages 4-29 to 4-56 of the Final EIS.

**Issue 7: TES Species and Species of Concern**

The Selected Alternative would not locate a road adjacent to the known goshawk nest near Mountain Point or high value habitat around the Mitchell Creek and Duncan Creek nest sites. Construction of the lowest road density under this alternative is favorable for wolf and marbled murrelet. Skogs Creek drainage would remain intact, preserving valuable wolf and marbled murrelet habitat. For a detailed analysis of threatened endangered and sensitive (TES) species see pages 4-66 to 4-85 of the Final EIS.

**Issue 8: Biological Diversity**

Because the Selected Alternative was specifically designed to minimize adverse effects to biodiversity elements, the Selected Alternative would be the most favorable for biodiversity. There would be no harvest or road construction in the Skogs Creek or Colorado Creek drainages, leaving intact the proposed (TLMP RSDEIS 1996) Old-Growth Habitat in the southern end of the Lindenberg Peninsula and existing unfragmented forest in the Skogs Creek drainage. For a detailed analysis of biodiversity elements see pages 4-85 to 4-96 of the Final EIS.

The evaluation of comments from the public subsistence hearing testimony, and additional analysis, indicates that the potential foreseeable effects from the action alternatives including the Selected Alternative do not indicate a significant possibility of a significant restriction for any subsistence resource.

**Issue 9: Subsistence**

None of the Alternatives would have a significant impact on any subsistence resource except for deer. All of the Alternatives, including the No Action Alternative, may have a significant possibility of a significant restriction to subsistence use of deer in the future due to anticipated human population growth with its associated increase in subsistence demand when compared to the habitat capability to produce deer.

The Selected Alternative ranks second-highest in avoiding acres of harvest in traditional subsistence use areas. This alternative creates additional access and timber harvest units in the Duncan Creek drainage, which could result in increased hunting pressure and some loss of deer carrying capacity. Of all the action alternatives, the Selected Alternative would have the minimum potential effects of wolf predation on deer populations. See also the discussion of subsistence in the section entitled *Findings Required by Law*, later in this ROD. For a detailed analysis of the subsistence issue see pages 4-97 to 4-107 of the Final EIS.

The activities of the Selected Alternative by itself do not present a significant possibility of a significant restriction to subsistence use of deer. The Selected Alternative projects a reduction in deer habitat capability in WAA 5138, will increase access to subsistence deer in the interior of the peninsula, and would not change the current competition between subsistence and non-subsistence hunters. Subsistence needs are currently being met.

However, there is a significant possibility of a significant restriction when the Selected Alternative together with other past, present, and reasonably foreseeable actions are considered in a cumulative manner, because of human population growth projected to occur independent of whether the Selected Alternative is implemented.

Three major factors are used to assess subsistence impacts: access, changes in competition with non-rural users, and the abundance and distribution of subsistence resources.

**Deer Abundance and Distribution** - Computer modeling predictions for deer habitat capability in Wildlife Analysis Area (WAA) 5138 show a potential carrying capacity for all action alternatives. Analysis predicts that carrying capacity in WAA 5138 will decline by between 3.3 to 5.3 percent, depending on years after the harvest and the alternative. The Selected Alternative would have less impact than Alternative 3 but more than Alternatives 2 and 4. Due to the spacing of harvest units and the proposed timing of the harvest through several sales, changes in local deer distribution are expected to be slight in any of the alternatives.

**Access to Deer** - Traditionally, hunting access was primarily by foot and boat. The existing road system expanded access to the interior of South Lindenberg Peninsula during the 1980's. Vehicles can be transported to the Tonka Log Transfer Facility (LTF) by boat to access the road system and then used to travel the road system. Access to interior hunting areas is expected to increase as a result of additional road building. The Selected Alternative would build the least amount of road of any action alternative. No significant restrictions in access to deer by subsistence hunters is anticipated for any of the alternatives including the Selected Alternative.

**Competition** - Competition is closely linked to access. The number of hunters is not expected to significantly increase due to implementation of this project. The expanded road system under the Selected Alternative may displace hunters who have traditionally accessed the Green Rocks area, upper Mitchell Creek, and the slope north of Duncan Creek by foot. Workers employed in the area during timber harvest activities may choose to hunt there because of familiarity of the area. The Selected Alternative is expected to have the least effect on competition when compared to the other action alternatives, since this alternative builds the least amount of road.

Little or no increase in competition between subsistence hunters and non-rural non-subsistence deer hunters is anticipated due to the logistical challenges and cost of transporting a vehicle to the area from a non-rural area. In addition to the logistical challenges, the relatively low deer numbers which naturally occur within the South Lindenberg Peninsula, the sport hunting season and the sport bag limit are unlikely to draw non-rural hunters to the area. In the event that competition between sport and subsistence hunting or other factors reduces the availability of deer for subsistence, then sport hunting may be restricted by the Federal Subsistence Board to allow a priority for subsistence deer use.

**Issue 10: Recreation**

All of the action alternatives would provide greater access to the area and shift the nature of the recreation experience towards the development end of the Recreation Opportunity Spectrum (ROS). In the action alternatives, the Selected Alternative has the fewest acres changing from Semi-Primitive to Roaded Modified ROS class. It retains the most acres in the Semi-Primitive, Non-Motorized Class (11,444 acres) and the Semi-Primitive Motorized Class (11,093 acres). The Selected Alternative's change in ROS class is consistent with the Forest Plan. For a detailed analysis of the recreation resource see pages 4-107 to 4-111 of the Final EIS.

**Issue 11: Visual Resources**

Unit location and design were carefully considered in all alternatives to minimize visual impacts. The Selected Alternative meets the Visual Quality Objective (VQO) of Partial Retention from all view points analyzed from Wrangell Narrows. Unit 107 can be seen from Ravens Roost but the visual impacts are expected to be reduced with mitigation using feathered backlines and reserve tree clumps. For a detailed analysis of the visual resource, see pages 4-111 to 4-129 in the Final EIS.

# Public Involvement

Ongoing public involvement has been instrumental in the identification and clarification of issues for this project. This has been helpful in the formulation of alternatives and has assisted me in making a more informed decision for the South Lindenberg project. Public meetings, Federal Register notices, news releases, open houses, subsistence hearings, the Stikine Area Project Schedule, and group and individual meetings were some of the tools used to solicit input for this project.

**Notice of Intent:** A Notice of Intent to Prepare an Environmental Impact Statement was published in the Federal Register on July 19, 1993, when it was decided that an EIS was needed for the project. Following field studies of existing resource conditions, a second Notice of Intent redefined the proposed action with a reduced project volume of 40 MMBF on January 27, 1995.

**Public Comment received for the Draft EIS:** Public comments to the South Lindenberg Timber Sale(s) Draft EIS were received from July 19 to September 3, 1996. A total of 13 letters were received prior to the close of the public comment period and were formally responded to in the Final EIS (Appendix D).

## Coordination With Other Agencies

From the time scoping was initiated, meetings and site visits with interested State and Federal agencies have occurred. Issues were discussed and information was exchanged.

The Final EIS identifies the agencies that were informed of and/or involved in the planning process (see *List of Agencies, Organizations, and Individuals to Whom Copies of this Statement Were Sent*). See also the discussion of subsistence in the section entitled *Findings Required by Law*, later in this ROD.

## Alternatives

### Alternatives Selected for Detailed Evaluation

Five alternatives were considered in detail in the Final EIS. Each action alternative is consistent with the Tongass Land Management Plan, as amended. These alternatives also propose management consistent with the Preferred Alternative Standards and Guidelines in the TLMP RSDEIS (1996). In cases of conflicting land use designations, the most restrictive standards and guidelines were applied.

The analysis of each alternative displays (1) the areas considered for harvest, (2) the location of new roads for access, (3) the type of logging systems to be used, and (4) site locations of log transfer facilities to be used. For a complete description of these alternatives refer to Chapter 2 of the Final EIS. The Alternatives are:

**Alternative 1 -** This Alternative does not propose any timber harvest or road construction (no action) in the South Lindenberg area. Substitute volume is not currently available for offer in a manner that will sustain the current level of timber processing capabilities within the Tongass National Forest. Management of the South Lindenberg area would continue as it currently exists.

**Alternative 2 -** The theme of this alternative was to provide a relatively cost-efficient timber harvest. Emphasis was given to accessing commercial forest land with cable logging and minimizing the amount of new road construction. Clearcutting is the silvicultural prescription proposed almost exclusively.

**Alternative 3 -** This alternative was designed to minimize the visual effects of timber harvest in areas seen from Duncan Canal and Wrangell Narrows. Emphasis was given to designing units that would achieve the Inventory Visual Quality Objectives.

**Alternative 4 -** The major emphasis of this alternative was to protect deer populations from habitat loss, particularly in known subsistence use areas.

**Alternative 5** - This alternative was designed to minimize old growth and biodiversity impacts and protect, to the extent possible, populations of old-growth dependent species for the life of the project. This alternative would use a strategy of providing for small Wildlife Retention Areas (WRAs) in each VCU and a medium WRA in the lower peninsula. This Alternative was identified as the Forest Service Preferred Alternative in the Draft EIS.

## Environmentally Preferred Alternative

Based on a comparison of the alternatives, and the discussion contained within Chapter 4 of the Final EIS, Alternative 1, the No Action Alternative, would cause the least environmental disturbance and is therefore the environmentally preferred alternative of all the alternatives studied in detail.

Of the action alternatives, Alternative 5 is the environmentally preferred alternative. This alternative minimizes the amount of road construction and minimizes effects to wildlife habitat.

## Alternatives Not Considered in Detail

**Harvesting Timber South of Mitchell Creek** - The ID Team considered harvest units and roads in the area south of Mitchell Creek and north of Road 6352, but decided not to include any of these units and roads in the unit pool. Reasons for not including this area in any of the action alternatives included:
- Poor economics - The ratio of potential harvestable volume to road miles was less than 1.0.
- Fish and Water Quality Risks - Due to gentle topography of the area, there was a high likelihood that there would be a high incidence of unmapped Class II streams within proposed units.
- Fisheries and Water Quality Risk - A bridge across Mitchell Creek was proposed that would have been expensive and potentially could result in adverse impact on water quality.

**Constructing an Alternative Road Loop from the North** - The ID Team considered locating a loop road that would have connected the current terminus of Road 6350 in the Duncan Creek drainage and proposed Road 43520 within the Skogs Creek drainage. This was not included in any of the action alternatives for the following reasons:
- This road would have been located across several miles of property located outside the National Forest where no Federal timber would be accessed.
- Locating a road from the south around Mountain Point was cheaper than building a connecting road from Duncan Creek.

**Harvest North and East of Proposed Units 57 and 58** - The ID Team considered locating several harvest units north and east of units 57 and 58. These units were dropped from consideration because of the presence of an active goshawk nest. Harvesting these units would not have met interim management guidelines for the Queen Charlotte Goshawk.

**Harvest West of Proposed Unit 16** - The ID Team considered locating several harvest units west of unit 16. These units were dropped from consideration because of the presence of an active goshawk nest located north of Duncan Creek. Harvesting these units would not have met interim management guidelines for the Queen Charlotte Goshawk.

## Administrative Record

The Administrative Record for this project includes the Draft EIS, Final EIS, Tongass Land Management Plan, Alaska Regional Guide, and all material incorporated by reference including the planning record.

## Mitigation

Mitigation includes measures taken to avoid, reduce, or minimize the adverse effects of actions. These measures were applied in the development of the project alternatives, including the Selected Alternative, and in the design of the harvest units and roads corridors. The *Mitigation Measures* section of Chapter 2 of the Final EIS discusses the mitigation measures common to all alternatives.

Mitigation measures applicable to the Selected Alternative include measures contained in the Tongass Land Management Plan (1979 as amended), Tongass Land Management Plan RSDEIS (1996), Alaska Regional Guide, and applicable Forest Service Manuals and Handbooks. The Final EIS includes site-specific mitigation measures described in Chapter 2, Unit Descriptions (Appendix A), and Road Descriptions (Appendix B). These measures are adopted as part of this decision and will be implemented. All practical means to avoid or minimize adverse environmental effects of the Selected Alternative have been adopted.

## Monitoring

A monitoring program is the process by which the Forest Service can evaluate whether or not the resource management objectives of the final environmental documents have been implemented as specified and whether or not the steps identified for mitigating the environmental effects were effective. Three levels of monitoring are recognized. The first two levels, implementation monitoring and effectiveness monitoring, are generally feasible at the project level. The third level, validation monitoring, is conducted at the Regional or Forest level.