**Opinion/Editorial -- Tongass Forest Products Program**

by Jim Webb, Acting Tongass Forest Supervisor

1/8/99

Congress and the Clinton Administration provided $16.5 million for a 1999 timber sale program of 155 million board feet on the Tongass National Forest. They also "earmarked" an additional $12.5 million

> *"for expenses directly related to timber sale preparation to facilitate a reliable timber supply and transition to value added processing for the forest products industry in Southeast Alaska, consistent with all applicable environmental laws......"*

These dollars and the work that will be accomplished are important to Alaskans, particularly those of us who live in the Southeast. People are offering ideas about how to accomplish this Appropriation Act language. We're grateful for those ideas and we are using some of them.

Here's how we plan to meet Congressional and Administration direction. We will offer 155 million board feet of timber and start the analysis for an additional 65 million board feet of timber to be sold in future years.

This work may be controversial. Last year we only sold 20 million of the 187 million board feet offered. Extremely soft Asian markets are the principal reason for this lack of interest in our timber offerings. Demand actually declined about ten percent per month from July to November. We will look at last years unsold sales to see if there is any way to make them more desirable given the current and expected market. All sales will be in full compliance with the revised Tongass Land Management Plan.

Many economic pundits predict a five-year slump in timber prices based on a slow Pacific-rim economic recovery. Cyclical marketplaces are not a new phenomenon for the Timber Industry. Diversification of products and adding value to raw materials here in Southeast Alaska are seen as two keys to a more reliable wood products industry in the future. We want to participate in the evolution of the forest products industry so that it is not so sensitive to market fluctuations.

One way to do that is to supply the right amount of product at the right time. We are exploring how best to do that in a draft report called "Evaluating Timber Demand for the Tongass National Forest." We'd like your comments on our ideas by January 15.

Another way is to explore the varied potential products available from National Forest System Lands.

We want to support Alaska entrepreneurs as they strive to "add-value" via richer manufacturing of forest products. These kinds of businesses could manufacture logs into finished products such as panelling, furniture, or decking, instead of chips. Other businesses could process berries into syrups, dressings, or candies, and thereby, open new markets for Southeast. We will be receptive to other yet-to-be discovered uses of forest products.

Opportunities exist for such value-added, sustainable forest-products development. In other parts of the U.S., these businesses are worth hundreds of millions of dollars annually. They contribute to the

economic vitality of diverse, prosperous, and sustainable communities. They help communities be less subject to the whims of single or limited markets.

So, we plan to spend about two million dollars this year to support the emergence of new value-added forest-products businesses. These funds will support small-business seminars, business incubation, community collaboration, market research, and training programs. This work will support communities and businesses in addition to the Southeast Alaska Community Economic Revitalization Team (SEACERT) effort, jointly supported by the State and Federal governments.

Please contact your local National Forest office for what sustainable forest-products development opportunities exist.

###

08/06/99  16:29  ☎202 720 4732         USDA-NRE                              ⌀002



**DEPARTMENT OF AGRICULTURE**
OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20250

AUG  6 1999

Mr. Mark A. Suwyn
Chairman and Chief Executive Officer
Louisiana-Pacific Corporation
111 S.W. Fifth Avenue
Portland, Oregon 97204

Dear Mr. Suwyn:

Your June 14, 1999, letter to Secretary Glickman formally committed Ketchikan Pulp Company (KPC), a wholly owned subsidiary of Louisiana-Pacific Corporation (LP), to install a veneer mill at Ketchikan (Ward Cove), Alaska, in participation with Gateway Forest Products, Inc. Your letter indicated that, assuming the appropriate agencies issue the necessary authorizing permits, the mill will be operational by June 15, 2000. Accordingly, your letter requested that the Forest Service provide KPC an offering term adjustment by one additional operating season pursuant to provision B8.21 of the long-term sale contract No. A10fs-1042, which is incorporated as modified in the Agreement of February 21, 1997 (the Agreement).

Separately, but also on June 14, 1999, KPC proposed changes to the annual operating plan for the Contract. That proposal consisted of two options based upon whether the veneer saw is installed. Option A assumes the veneer mill will become operational and proposed an operating plan by which KPC would need an offering term adjustment until October 31, 2000. Option B assumes no veneer mill is built and an offering term adjustment on the Klu/Hassler/Shrimp and the East 12 Mile offerings that KPC believes it is entitled to due to adverse weather conditions earlier this year. The letter accompanying the proposed changes did not otherwise seek an offering term adjustment with regard to Option B. By letter dated June 25, 1999, the contracting officer responded to the proposed changes. Because the contracting officer was unaware of your June 14, 1999 letter committing to install the veneer mill at Ward Cove, the contracting officer accepted only KPC's annual operating plan for proposed Option B and there was no final action taken on your request for offering term adjustment.

The Forest Service has determined that allowing KPC time to install and operate a veneer mill in Ketchikan would further the goal, established in the Agreement, of a smooth transition from the long term contract to future management of the Tongass. Because the Department of Agriculture (USDA) and the Forest Service are committed to this goal, USDA is requesting under provision B8.21(c) of the long-term sale contract No. A10fs-1042 that KPC delay operations for offerings as indicated in Option A of KPC's letter of June 14, 1999, or as specified in any modification to Option A approved by the Forest Service in the ordinary course of business. The delay is requested to allow KPC to slow its harvest so that the timber provided in the Agreement and not yet harvested can be harvested during the remainder of the current operating season and the year 2000 operating season, to be available with a minimum of deterioration as startup timber for the veneer mill which KPC proposes to build. The delay requested will involve approximately 210

Exhibit 9, page 1 of 2
001

Mr. Mark A. Suwyn                                                                          2

days in the year 2000 operating season. Hence, if KPC accepts this request for delay as set forth below, an offering term adjustment will be provided pursuant to B8.21 which extends the offering term date to October 31, 2000.

Nothing in the offering term adjustment granted as a result of the delay request made in this letter extends the termination of the Contract beyond October 31, 2000, as established in the Agreement. All harvest operation requirements must be met by that date. In the event that KPC seeks adjustments pursuant to B8.21 unrelated to this request, the Forest Service may grant KPC offering term adjustments as appropriate. However, the Forest Service will commensurately alter the length of this request for delay and adjustment so that the total adjustments will not extend beyond October 31, 2000, and in no event will the Contract or Agreement be extended beyond that date.

This request for delay of operations is made with the full expectation that KPC will honor its commitment, as later clarified, to install and operate the veneer mill by August 5, 2000. Accordingly, this request for delay and attendant offering term adjustment are subject to the following conditions: if by June 15, 2000, the installation of the foundation for the mill lathe has not been completed or if by August 5, 2000, the veneer mill is not in operation, KPC will be allowed only any offering term adjustment that has been otherwise earned and granted for reasons other than the delay requested in this letter (e.g. any offering term adjustment for delay caused by weather).

Sincerely,

*[signature]*

JAMES R. LYONS
Under Secretary
Natural Resources and the Environment

Accepted for Louisiana-Pacific Corporation

MARK A. SUWYN
Chairman and Chief Executive Officer
Louisiana-Pacific Corporation

# Kuiu Island
# Road Analysis

## Petersburg Ranger District

## Tongass National Forest

October, 2001

Patricia A. Grantham, District Ranger

Analysis Team:
Dan McMahon, Civil Engineer, Analysis Team Leader
Everett Kissinger, Soils Scientist
Mary Clemens, Recreation Forester
Jim Brainard, Wildlife Biologist
Rich Jennings, Silviculturist
Gina Siroy, GIS Specialist
Bob Moniz, Timber Economic Analyst
Bruce Sims, Hydrologist
Bill Pawuk, Ecologist
Russ Beers, Special Use Permits

## Project Overview

At the national level, the Forest Service is currently developing new management policy in regards to existing roads, new road development, and roadless areas within the national forests. Part of this policy is to use an analysis process that efficiently and accurately describes the biological, physical, social, and economic information essential to making sound road management decisions. The Road Analysis is a scientific assessment of the extent and current condition of the existing road system. The current condition of the road system can be used to compare to a desired condition identifying any needed changes.

## Project Objectives

The primary objective of the Road Analysis is to provide information to develop a road system that is safe and responsive to public needs and desires, is affordable and efficiently managed, has minimal negative ecological effects on the land, and is in balance with available funding for needed management actions.

The analysis itself is not a decision document. It contains both a description of the existing conditions as well as recommendations for a desired future condition. The information provided herein is meant to aid land managers in reaching decisions pertaining to the forest road network.

## Project Area

The Kuiu Island Road Analysis Project Area is located on the Petersburg Ranger District in Southeast Alaska, and is part of the Tongass National Forest. The entire island is included in the analysis area. The island covers approximately 753 square miles, or 482,102 acres. Approximately 99% of the island is National Forest land, with the remaining 1% a combination of State of Alaska and Native-selected lands. Surrounding the island are approximately 754 miles of tidal-influenced coastline, which also provides motorized access to the national forest.

There are no cities or towns on the island. A logging camp community occupied a site on the shore of Saginaw Bay during the 1970's, while another logging camp has operated in Rowan Bay from the mid 1970's to the present. No roads link the island to other islands or to the mainland. Access to the island is by boat, barge, or by floatplane. The nearest community is the village of Kake on Kupreanof Island, approximately 14 miles east of Saginaw Bay.

The interior of the northern part of the island can be accessed by forest roads leading from three sites on the shore; Rowan Bay, Saginaw Bay and Three Mile Arm. From each of these beach sites, a contiguous road sytem allows access to many of the watersheds located on the northern part of Kuiu, between Threemile Arm and Port Camden on the southern boundary to Saginaw and Security bays on the northern shore.

In the southern part of the island, south of Three Mile Arm, Port Camden and Pillar Bay, numerous small timber harvests were completed between 1930 and 1960. No roads were associated with these timber harvests and none is expected in the future since the land has been designated either wilderness or other land use designations which do not alllow road construction.

Exhibit 10, page 2 of 4

The landscape of the northern part of the island has changed through the years through development and resource extraction. Timber harvest and logging roads opened up the interior of the island from Saginaw Bay beginning in 1966 and from Rowan Bay in 1972. The two road headings were connected in 1979, forming the contiguous road system that exists today. Because of it's remote location, the road system on Kuiu Island has not been used extensively by the public. Most of the traffic on the roads has been related to the logging industry.

There are approximately 190 miles of National Forest System roads* on Kuiu Island. Approximately 147 miles of the forest roads are currently open and drivable for either standard passenger vehicles or pickup trucks. In addition to the classified roads, there are approximately 115 miles of temporary roads on the island. All of the forest roads were constructed in support of timber sales in order to transport logs to salt water for rafting to mills, except for a short boat ramp access road in Threemile Arm and an access road to the salmon egg boxes in Port Camden.

There are two Log Transfer Facilities located on the island, at Rowan and Saginaw Bays, which are both on national forest lands.

There are 8 Roadless Areas on Kuiu, each greater than 5,000 acres, that were identified and described in TLMP. These are Keku, Security, North Kuiu, Camden, Rocky Pass, Bay of Pillars, East Kuiu, and South Kuiu. In addition, there are 13 unroaded areas less than 5,000 acres each on Kuiu island.

---

* the following definitions are recent additions to the Forest Service manuals

**National Forest System road** – A classified forest road under the jurisdiction of the Forest Service.

**Road**  A motor vehicle travelway over 50 inches wide, unless designated and managed as a trail. A road may be classified, unclassified, or temporary.

**Classified Roads**  Roads wholly or partially within or adjacent to National Forest System lands that are determined to be needed for long-term motor vehicle access, including State roads, county roads, privately owned roads, National Forest System roads, and other roads authorized by the Forest Service.

**Unclassified Roads**  Roads on National Forest System lands that are not managed as part of the forest transportation system, such as unplanned roads, abandoned travelways, and off-road vehicle tracks that have not been designated and managed as a trail; and those roads that were once under permit or other authorization and were not decommissioned upon the termination of the authorization.

**Temporary Roads**  Roads authorized by contract, permit, lease, other written authorization, or emergency operation not intended to be a part of the forest transportation system and not necessary for long-term resource management.

**Recreation access** – Though not used heavily by the public, some comments have expressed concern about closing roads into favorite hunting and fishing areas. However, some public comments have asked for less open roads for more resource protection.

**Subsistence use** - Access for fish and game, firewood, sight seeing, berries and other forest products are all important components of the island lifestyle. Open forest roads continue to provide the link to these practices.

**Soil and water** - Public concerns echo management concerns about the effects of roads on the water resource.

**Road maintenance** – Agencies have expressed concern that closing roads without removing drainage structures can lead to fish passage problems. Also expressed is the need to maintain existing roads before allowing any more new road construction.

**Migratory fish passage** – Agencies and environmental groups have expressed concern that some culverts on forest roads have created barriers to both Class I and Class II fish migration.

## Kuiu Island Road History

There were no forest roads on the island until 1962, when during the Saginaw Creek No. 1 timber sale a road into the interior of the island was begun. Just under 4 miles long, this was the beginning of the main road that exists today connecting Saginaw Bay to Rowan Bay, approximately 20 miles to the south. There were no new roads added to the island until late in 1972, when Mud Bay Logging Company arrived in Rowan Bay with a floating camp and began construction on a shore camp, sort yard, and the first permanent road in the area. The logging camp at Rowan Bay has been in operation almost continuously since that time.

Prior to 1972, timber sales on Kuiu Island were purchased by various small independent operators, but the arrival of Mud Bay Logging began a 20 year period during which Alaska Lumber and Pulp Co. (ALP, later to be named Alaska Pulp Corporation, APC) was the primary timber purchaser on the island. Between 1972 and 1993, Mud Bay Logging Co., Pentilla Logging Co., Homer Construction Co., South Coast Inc., Rock-N-Road Construction Co., White Construction Co., Northern Timber Corpration, Sun Raven Corporation, Ludwigson-Davis Construction Co., APC and perhaps others combined to construct approximately 184 miles of classified roads and associated bridges and culverts on Kuiu Island. All of the roads constructed in this time period were built to access timber in fulfillment of a 50 year timber sale contract between the Forest Service and APC that began in 1954, and was subsequently terminated in 1993 by the Secretary of Agriculture.

Between 1994 and 2000, four independent timber sales have been purchased on the island. These timber sales combined have added approximately 6 additional miles of road onto the island road system. The following chart displays the annual and cumulative road construction on the island between 1973 and the present. Periods of no road construction occurred in 1983 and 1984 during a slump in timber and pulp prices, and between 1994 and 1998 after the long term contract was terminated and before the independent timber sale program had become active on the island.