

**USDA**
United States
Department of
Agriculture

Forest Service
R10-MB-481a

February 2003



# Tongass Land Management Plan Revision

# Final Supplemental Environmental Impact Statement

Roadless Area Evaluation
for Wilderness Recommendations

## VOLUME I: Final SEIS
## Appendix A, B, D, E

### HR 2908 – Full Proposal

Another option associated with HR 2908 would be to evaluate the entire proposal, including lands that would be given other designations in addition to wilderness and LUD II. This alternative would go well beyond the purpose and need of this SEIS and was, therefore, not considered in detail.

### High Qualitative Wilderness Attributes

Between the Draft SEIS and the Final SEIS, the ID Team developed an additional alternative for potential consideration in the SEIS. This alternative was based on a qualitative assessment by staff and consisted of those roadless areas which exhibited a combination of high public interest and high wilderness value. It considered areas that were most often identified in the public comment process for the Draft SEIS, considered ways to reduce the potential economic effects, and considered ways to strengthen the conservation strategy. It included 14 different areas, each consisting of portions of one or more roadless areas. These areas were considered for wilderness or LUD II recommendations. After further review, it was determined that this alternative fell well within the range of the alternatives being considered in detail and was similar in many respects to Alternatives 5 and 7. In addition, selection of any of the areas included in the potential alternative was already available to the Decision Maker from the current range of alternatives. Therefore, it was not considered in detail in the Final SEIS.

### Ecological Subsection Representation

Between the Draft SEIS and the Final SEIS, another potential alternative was considered. This alternative examined how well the ecological sections and subsections (Nowacki et al., 2001) of the Tongass were represented in Wilderness and Natural Setting LUD Groups. It was determined that all of the major ecological sections and most of the 73 ecological subsections of the Tongass were already represented in wilderness, National Monument, or LUD II areas, and that all of them were represented in Natural Setting LUDs. There were also concerns relating to the quality and manageability of areas if they were based on ecological representation alone. It was determined that the existing alternatives captured a range of additional representation while addressing other issues at the same time. Therefore, basing an additional alternative on ecological sections and/or subsections was not warranted.

## Alternatives Considered in Detail

The following section defines terminology and presents information regarding several aspects of the alternatives. The alternatives considered in detail are presented afterward.

### The Allowable Sale Quantity

The amount of timber that could be sold under a Forest Plan is expressed as an Allowable Sale Quantity (ASQ). The ASQ is the maximum amount of timber that may be sold from the area of suitable land contained under the Forest Plan within a given decade (although it is usually expressed in average annual terms). It is neither a targeted amount, nor is it a required amount (it is a ceiling). The amount of timber offered for sale in any year can exceed the annual average as long as the total decade's ASQ is not exceeded, and can also be anywhere below the annual average; the amount offered for sale over a decade can be below the decadal ASQ. Many factors can result in timber sale offerings that are below the average annual ASQ, including lack of program funding, new resource issues that need to be

# 2 Alternatives

addressed, changes in timber markets, sales delayed by appeals or lawsuits, or other factors that reduce actual volume offered below that which was planned.

**Non-interchangeable Components (NIC)**

Economics is an important consideration in determining what land can be harvested; however, economic conditions can fluctuate greatly from year to year, shifting specific forest stands from being economic to uneconomic to harvest. As a result, the Tongass National Forest uses the concept of non-interchangeable components (NIC) to consider economics. NICs allow the separation of ASQ into discrete, individually accountable categories. Chargeable timber volume from one NIC cannot be substituted for the achievement of the volume limit of another NIC, nor can the limits on the sale of chargeable timber volume associated with each NIC be exceeded. All eight alternatives have an ASQ for the first decade made up of two NICs:

**NIC I.** Normal operable volume scheduled from suitable lands that are available for harvest using standard logging systems. This is the most economically operable ground and is typically where the Tongass National Forest has been offering most sales.

**NIC II.** Non-standard (difficult and isolated) operable volume scheduled from suitable lands that are available for harvest using logging systems not in common use. These lands are currently considered economically and technologically marginal. In the past, this land has rarely been economical to harvest.

**Standards and Guidelines and Mitigation**

The Forest-wide standards and guidelines in Chapter 4 of the 1997 Tongass Forest Plan (USDA Forest Service, 1997b) apply to all alternatives in this SEIS and are not repeated here. No changes in Forest-wide standards and guidelines are proposed for any of the alternatives considered in this SEIS.

Applicable Land Use Designation management prescriptions and Forest-wide standards and guidelines are discussed throughout the environmental consequences sections of Chapter 3 because they serve as the basic mitigation measures for individual projects under the Forest Plan. The Forest-wide standards and guidelines, and the standards and guidelines for each LUD management prescription, are the full set of mitigation measures for each alternative.

Management prescriptions and Forest-wide standards and guidelines for wilderness and LUD II are included in the 1997 Tongass Forest Plan. Management prescriptions and standards and guidelines for the new LUDs (i.e., Recommended Wilderness and Recommended LUD II) will be very similar to corresponding LUDs in the Forest Plan (see Appendix D to this SEIS). Note that the Forest Plan LUDs for Wild, Scenic, and Recreation Rivers represent recommendations to Congress and are designed to maintain conditions that make those rivers eligible. If an alternative is selected in the SEIS that adds one or more of the new LUDs, a similar approach to applying management prescriptions and standards and guidelines is anticipated.

**Descriptions of the Alternatives**

Each alternative description includes a framework; a list and description of areas recommended for new wilderness or LUD II designation; a table with the acreages allocated to each LUD; a map showing the distribution of development, natural setting, and wilderness LUDs; a map (included in the *Map Packet* accompanying the

Exhibit 14, page 3 of 16

10_009956

SEIS hard copy or in the *Map Section* of the CD version) showing locations of new wilderness and LUD II recommendations; and outputs and measures displayed numerically. The prescriptions (i.e., LUD-specific standards and guidelines) of each LUD are included in the 1997 Tongass Forest Plan, as are the Forest-wide standards and guidelines applying to all alternatives. Prescriptions for the new LUDs are described in Appendix D to this SEIS. Details on the modeling of each alternative are included in Appendix B to this SEIS.

In the LUD tables for each alternative, described in the following sections, the changes from existing acreages represent the differences between the decisions made in the 1997 Tongass Forest Plan Revision ROD, as amended, and the SEIS alternatives. Except as they may be modified by the selection of an alternative proposing Recommended Wilderness or Recommended LUD II areas, the current Forest Plan LUD allocations are outside the scope of this SEIS process.

Because all alternatives are based on the prescriptions for each LUD and the Forest-wide standards and guidelines defined in the current Tongass Forest Plan (with the exception of areas allocated to the two new LUDs), the multiple-use goals are the same for all alternatives. The degree to which these goals are achieved will, however, vary by alternative. In addition, the Tongass Timber Reform Act (Section 101) direction for the Tongass to "seek to provide a supply of timber which 1) meets the annual market demand for timber from such forest and 2) meets the market demand from such forest for each planning cycle" will be followed by each alternative "to the extent consistent with providing for the multiple use and sustained yield of all renewable forest resources," as determined by that alternative, and subject to appropriations and applicable law.

### Alternative 8

**Framework**

Alternative 8 would recommend approximately 9,601,000 acres for new wilderness designation. It would result in the conversion of all inventoried roadless areas in the current roadless inventory to Recommended Wilderness. This alternative responds to Key Issue 1 at a very high level by recommending almost all roadless lands for long-term protection of resource values. It does not respond to Key Issue 2. Virtually all acres of LUD II would be included in this conversion. Under this alternative, there would be no change to existing wilderness.

**New Wilderness or LUD II Areas**

This alternative would result in the creation of large tracts of land consisting of almost continuous wilderness and Recommended Wilderness across each of the islands and the mainland of the Tongass National Forest. If designated by Congress, this would result in 15.4 million acres of wilderness. Approximately 10,000 acres of LUD II areas (outside of current roadless areas) would remain. If designated, the Recommended Wildernesses would result in 22 new wilderness groupings. These groupings are described in Table 2-21. The Alternative 8 map in the *Map Packet* accompanying the SEIS hard copy or in the *Map Section* of the CD version displays the locations of the areas.

**Table 2-21**
**New Wilderness Recommendations for Alternative 8**

| Area Recommended | National Forest System Acres | Wilderness Name or Addition |
|---|---|---|
| Roadless Areas 338, 339, and 341 | 856,383 | Addition to Russell Fiord Wilderness |
| Roadless Areas 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 301, 302, 305, 308, 313, 523, 524, 525, 526, 528, 529, 530, and 577 | 4,061,513 | Additions to and Connection Between Mainland Wilderness group (Tracy Arm-Fords Terror/Chuck River, Stikine-LeConte, Misty Fiords) |
| Roadless Areas 303 and 304 | 264,252 | Addition to Endicott River Wilderness |
| Roadless Areas 306 and 307 | 71,947 | Additions to Kootznoowoo Wilderness – Admiralty National Monument (Mansfield Peninsula, Greens Creek) |
| Roadless Areas 309 and 310 | 27,636 | New Juneau/Douglas Islands Wilderness |
| Roadless Areas 311, 312, 314, 317, 318, 319, 321, 323, 325, and 328 | 869,038 | Additions to Chichagof Island Wildernesses (connects with West Chichagof-Yakobi Wilderness) |
| Roadless Areas 326, 327, 329, 330, 331, 332, 333, and 334 | 754,507 | Addition to Baranof Island Wildernesses (connects with South Baranof Wilderness – includes Kruzof and adjacent Islands) |
| Roadless Areas 239, 240, 241, 242, 244, 245, 246, and part of 243 | 266,655 | Additions to Kuiu Island Wilderness (connects with Tebenkof Bay/Kuiu Wilderness) |
| Roadless Areas 211, 212, 213, 214, 215, 216, 217, 218, and part of 243 | 499,849 | Additions to Kupreanof Island Wilderness (connects with Petersburg Creek-Duncan Salt Chuck Wilderness – includes Woewodski Island) |
| Roadless Areas 219, 220, 222, 223, and 224 | 55,497 | New Mitkof Island Wildernesses |
| Roadless Areas 235, 236, and 237 | 66,718 | New Zarembo Island Wildernesses |
| Roadless Areas 225, 227, 229, 247, 288, 289, and 290 | 75,278 | New Wrangell Island Wilderness – includes Kadin-Greys Islands |
| Roadless Areas 231, 232, 233, and 234 | 140,598 | Additions to Etolin Island Wildernesses (connects with South Etolin Wilderness – includes Woronkofski Island |
| Roadless Areas 523, 524, 525, 526, and 535 | 326,069 | Additions to Revilla Island Wildernesses (connects with Misty Fiords Wilderness) |

Exhibit 14, page 5 of 16

10_009989

# 2. Alternatives

**Table 2-21 (continued)**
**New Wilderness Recommendations for Alternative 8**

| Area Recommended | National Forest System Acres | Wilderness Name or Addition |
|---|---|---|
| Roadless Area 522 | 38,978 | New Gravina Island Wilderness |
| Roadless Area 521 | 46,863 | New Duke Island Wilderness |
| Roadless Area 238 | 5,743 | New Kashevarof Islands Wilderness |
| Roadless Areas 505, 507, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 531, 532, 533, 534, 535, and 536 | 888,517 | Additions to Prince of Wales Wildernesses (connects with Karta and South Prince of Wales Wildernesses) – includes Heceta Is. |
| Roadless Area 503 | 99,741 | New Outside Islands Wilderness |
| Roadless Area 502 | 24,478 | New Suemez Island Wilderness |
| Roadless Area 501 | 111,545 | New Dall Island Wilderness |
| Roadless Area 504 | 49,459 | New Sukkwan Wilderness |

**Table 2-22**
**Land Use Designations for Alternative 8[1]**

| Land Use Designation | Acres Allocated | Net Change from Current Forest Plan Acres[3] |
|---|---|---|
| **Wilderness LUD Group** | | |
| Recommended Wilderness[2] | 9,601,263 | 9,601,263 |
| Wilderness | 2,642,123 | 0 |
| Wilderness National Monument | 3,112,464 | 0 |
| Nonwilderness National Monument | 4,575 | -155,106 |
| Total for Wilderness LUD Group | 15,360,425 | 9,446,157 |
| **Natural Setting LUD Group** | | |
| Research Natural Area | 405 | -25,615 |
| Special Interest Area | 7,450 | -166,783 |
| Remote Recreation | 2,768 | -2,130,533 |
| Enacted Municipal Watershed | 1,891 | -43,381 |
| Old-Growth Habitat | 198,285 | -977,911 |
| Semi-Remote Recreation | 57,990 | -2,792,928 |
| Recommended LUD II | 0 | 0 |
| LUD II | 9,871 | -711,310 |
| Wild, Scenic, Recreational River | 16,032 | -103,609 |
| Total for Natural Setting LUD Group | 294,692 | -6,952,070 |
| **Development LUD Group** | | |
| Experimental Forest | 4,361 | -12,746 |
| Scenic Viewshed | 124,741 | -359,614 |
| Modified Landscape | 235,924 | -376,953 |
| Timber Production | 780,835 | -1,744,775 |
| Total for Development LUD Group | 1,145,860 | -2,494,087 |

[1] When more than one LUD is applied to the same area, such as a Special Interest Area within Wilderness, only the acreage of the more restrictive LUD is included, except that total Wilderness, Wilderness National Monument, and LUD II acres are always shown. The acreage for Minerals LUD would be 15,134; these acres are not included in the table because the Minerals LUD is an overlay. No acreages have been calculated for the Transportation and Utility Systems LUD because it is a corridor. Totals may not exactly equal the sum of individual entries due to rounding.

[2] Note that 155,106 acres of the Recommended Wilderness acres would eventually become Wilderness National Monument if designated by Congress.

[3] These changes from current Forest Plan acres are the differences from the decisions made in the 1997 Tongass Forest Plan Revision ROD, as amended. Except as they may be modified in this SEIS process by the selection of an alternative proposing Recommended Wilderness or Recommended LUD II, the current Forest Plan LUD allocations are outside the scope of this SEIS process.

**Land Use Designations**

If Alternative 8 is selected, the LUD allocation acres shown in Table 2-22 would result. Figure 2-8 shows the distribution of LUDs across the Tongass under Alternative 8 according to three LUD groups (see Table 2-22 for definitions of the LUD groups). Table 2-23 displays selected outputs and other measures associated with this alternative.

**Figure 2-8
Wilderness, Natural Setting, and Development LUDs on the Tongass National Forest under Alternative 8**



# 2 Alternatives

**Table 2-23**
**Selected Outputs and Measures Associated with Alternative 8[1]**

| Resource/Category | Output/Measure |
|---|---|
| **Amount of Wilderness and LUD II Protection (millions of acres)** | |
| Recommended Wilderness plus Current Wilderness and National Monument | 15.4 |
| Recommended LUD II plus Current LUD II | <0.1 |
| Percent of Ecoregion Protected in Reserves | |
| Northern Pacific Coastal Forest | 50% |
| Pacific Coastal Mountain Tundra and Ice Fields | 49% |
| **Productive Old-growth after 150 Years (millions of acres)** | **4.81** |
| Estimated Land Suitable for Timber Production (acres) | 351,000 |
| **Allowable Sale Quantity (million board feet)[2]** | |
| Non-interchangeable component I | 79 |
| Non-interchangeable component II | 17 |
| Total | 96 |
| Annual Road Construction during 1st Decade, based on the ASQ (miles) | 25 |
| **Annual Timber Harvest during 1st Decade, based on the ASQ (acres)** | **3,300** |
| Short-term Effects on Timber Industry | |
| Percent of Timber Sales Under Contract Affected | 58% |
| Percent of Proposed Timber Sales (10-year plan) Affected | 57% |
| **Percent of Identified and Undiscovered Mineral Areas Withdrawn or Potentially Withdrawn** | |
| Percent of Identified Mineral Tracts | 64% |
| Percent of Undiscovered Mineral Areas | 90% |
| Recreation Opportunity Spectrum Classes after 150 Years (millions of acres) | |
| Primitive and Semi-primitive Non-motorized | 13.4 |
| Semi-primitive Motorized | 1.4 |
| Roaded Natural and Roaded Modified | 2.0 |

[1] Unless otherwise noted, figures are average annual amounts for the next decade (2002 to 2012).
[2] All timber volumes are sawlog plus utility. Totals may not add exactly due to rounding.

## Comparison of the Alternatives

This section briefly compares the environmental consequences of the eight alternatives with respect to the key issues described in Chapter 1. This comparison is based on the effects analysis presented in Chapter 3. Table 2-24 and Figure 2-9 summarize the LUD allocations of the alternatives using LUD Group combinations. The four LUD Groups combine the individual LUDs in terms of similarities in management and/or potential effects as described in the *Introduction* to Chapter 3. Table 2-25 displays some of the key indicators or measures that are used to quantitatively compare the alternatives relative to the key issues.

In addition to these tables and figures that focus on the indicators and measures most closely related to the key issues, Table 2-26, located at the end of this chapter, represents a "Summary of Effects Matrix." This table allows the reader to compare the effects of the alternatives on essentially all resource areas simultaneously, so that a cumulative picture of the net effect can be obtained. This table presents many quantitative measures, but it uses qualitative comparisons where quantitative measures are not feasible. This table may be used to help consider the net public benefits associated with each alternative.