*3  Environment and Effects*

**Figure 3.4-6**
**Southeast Alaska Timber Sector Direct Employment by Type, 1981-2001**



Note: These data, originally compiled by the Alaska DOL, are by place of work and do not include self-employed workers or proprietors. As a result, self-employed loggers are not included in these employment totals. In addition, employment totals include nonresident workers (i.e., workers who do not permanently reside in Southeast Alaska). Nonresident workers comprised 35 percent of total employment in the Southeast Alaska wood products sector in 1994 (see Figure 3.4-3).
Source: USDA Forest Service, 2002a; Alaska DOL, 2002a

**Current Conditions.** This section is divided into two parts that discuss the current status of the industry and projected future demand, respectively.

***Current Status of the Industry.*** It is clear from the preceding sections that the wood products industry in Southeast Alaska has undergone significant change over the past decade. The closure of the APC and KPC Pulp Mills in 1993 and 1997, respectively, has had a large effect on the overall regional demand for timber. Wood consumption by these pulp mills accounted for about half of Alaska National Forest timber harvest since 1970 and chip by-products (manufacturing residues) from the region's sawmills were historically used in pulp production (Brooks and Haynes, 1997). The KPC Pulp Mill, for example, required 190 MMBF of pulpwood and/or chips to operate at its reported full annual capacity of 210,000 tons of pulp (USDA Forest Service, 1997a; 3-450). The analysis prepared for the 1997 Forest Plan Revision Final EIS noted that, on average, 19 percent of Native Corporation harvests were reportedly used in pulp production. The 1997 Forest Plan Revision Final EIS also noted that an average of 17 percent of Tongass National Forest logs were classified as utility grade, meaning that they were more likely to be used for pulp or chips. This figure does not, however, necessarily indicate the amount of timber that was dedicated to pulp production, as lower grade sawlogs were also chipped for pulp and some utility logs may be sawn depending on market conditions.

Recent harvest data show a decline in the percent of annual harvest on the Tongass National Forest comprised of utility logs, with the utility log share declining from 19 percent in 1996 to around 9 percent in 1999 and 2000 (USDA Forest Service, 2002a). The preliminary results of a mill survey conducted by the Forest Service in 2000 indicate that 46.1 MMBF of utility and low grade saw logs were chipped in 2000 (26.9 and 19.2 MMBF, respectively). The majority of these chips were exported to pulp mills in the continental U.S. (61.6 percent) and Canada (31.3 percent), with just 7.1 percent consumed in Alaska. While these data indicate that a market existed for

**Exhibit 14, page 9 of 16**

10_010261

chips in 2000, this is no longer the case. Utility logs originate from whole trees that do not meet sawlog specifications, or when part of a tree is defective but the rest meets sawlog specifications. Utility logs and sawlogs are mixed in the same tree stands and the loss of the market for wood chips has important implications for the economic viability of timber sales on the Tongass. As a result, timber sales on the Tongass now include an Optional Removal clause (Forest Service Handbook (FSH): 2409.22 Chapter 630) that allows sale purchasers to leave behind utility logs. These logs still have to be purchased as part of the timber sale but the purchaser no longer has to remove them, saving on logging and haul costs. The lack of a market for chips has also resulted in an increase in applications to export low grade round Sitka spruce and hemlock logs harvested on the Tongass.

More recently there have also been changes in the market for Southeast Alaskan lumber and other processed wood products. Japan has traditionally been the major destination market for Southeast Alaskan lumber and other processed wood products. In recent years, however, this situation has changed dramatically. In calendar year 2000, exports to Asian destinations (primarily Japan) accounted for 24 percent of the disposition of Southeast Alaskan sawnwood on a volume basis. The bulk of sales (62 percent) went to the continental U.S. for remanufacture and shipment to various markets, domestic and foreign, with the remainder going to Alaskan (9 percent) and Canadian markets (4 percent). Japan still dominates the log export market, but the value of this trade has declined by more than half over the last five years (USDA Forest Service, 2002a).

There are a number of reasons for this shift including Japan's lagging economic performance, the relatively robust U.S. housing construction market, and the structural changes that have occurred in the Japanese wood products and construction sectors. Solid-wood products from the west coast of North America, traditional mainstays of the wood housing construction materials market in Japan, have increasingly given way to composite and engineered wood products—products that are not currently produced in Southeast Alaska. New competitors have also entered the Japanese market, most notably the Europeans, who have dramatically increased their market share over the last decade. In the past Japan provided a lucrative market for Tongass National Forest products, especially those at the higher end of the quality spectrum. The U.S. market places less of a premium on particular species and grades, and, as a result, generally offers lower prices for Tongass products. Prices for all of the species harvested on the Tongass have declined considerably over the last five years (USDA Forest Service, 2002a).

| Reductions in demand and prices for Southeast Alaskan lumber products have affected the profitability of the region's remaining sawmills, which operated at 23 percent of available capacity in 2000. |

These changes in demand and prices have had significant effects on the Southeast Alaskan wood products industry and the profitability of the remaining facilities. This is at least partially reflected in the results of the mill survey conducted by the Forest Service in 2000, which indicated that mills only used approximately 23 percent (68 MMBF) of available capacity (293 MMBF) (see Table 3.4-5). Available capacity was consistently defined for the purposes of the mill survey as two shifts per day with full production 250 days per year. The 1997 Forest Plan Revision Final EIS reported an average utilization rate of 66 percent during the 1985 to 1994 time period using variable standards to calculate capacity based on mill owners' estimates (USDA Forest Service, 1997a; Table 3-133). This difference in utilization rates may be partially explained by differences in methodologies, but the current low utilization rates may also indicate that changes in capacity are likely as the region's wood products sector adjusts to current supply and end-market realities. Under current market conditions, if a mill were to close, it is highly unlikely that it would be reopened or replaced by other processing capacity. It may, however, be noted that part-time operation of some of the smaller mills may fit into a seasonal schedule that involves other economic activities, such as commercial fishing or recreation-related activities.

# 3 Environment and Effects

**Table 3.4-5**
**Timber Processors in Southeast Alaska in Calendar Year 2000**

| | Estimated Mill Capacity (MMBF)[1] | Actual Mill Production (MMBF)[2] | % Capacity Utilized |
|---|---|---|---|
| **Major Operators** | | | |
| Annette Island Sawmill (KPC)[3] | 0 | 0 | 0 |
| Silver Bay, Inc. | 65 | 14 | 21 |
| Viking Lumber Co. | 60 | 13 | 22 |
| Gateway Forest Products (lumber)[3] | 0 | 0 | 0 |
| Gateway Forest Products (veneer) | 30 | 0 | 0 |
| Pacific Log & Lumber | 34 | 9 | 28 |
| **Smaller Operators** | | | |
| Metlakatla Forest Products[3] | 0 | 0 | 0 |
| Icy Straits Lumber Co. | 20 | 5 | 25 |
| The Mill | 20 | 7 | 36 |
| Kasaan Mountain Lumber & Log | 15 | 7 | 47 |
| Porter Lumber Co. | 14 | 4 | 30 |
| Herring Bay Lumber | 10 | 0 | 0 |
| Other Small Mills[4] | 26 | 9 | 34 |
| **Total** | 293 | 68 | 23 |

[1] Estimated mill capacity is an estimate of the processing capability of the mill based on the amount of net sawlog volume (Scribner log scale) that could be utilized by the mill, as currently configured, during a standard 250-day per year, two shifts per day, annual operating schedule, not limited by labor force, raw material, or market constraints. These data were compiled as part of the Forest Service's mill survey for calendar year 2000.
[2] Actual mill production is the net sawlog volume (Scribner log scale) that was used during the year to manufacture sawn products.
[3] The estimated mill capacity was adjusted between the Draft and Final SEIS to account for the permanent closure of the Annette Island Sawmill, Metlakatla Forest Products, and Gateway Forest Products (lumber) facilities. This involved adjusting the actual mill production and percent capacity utilized columns to exclude production at the Gateway (lumber) facility in 2000. There was no production at the Annette Island Sawmill or Metlakatla Forest Products facilities in 2000. These adjustments resulted in a revised estimated mill capacity of 293 MMBF, actual mill production of 68 MMBF, and a 23 percent utilization rate.
[4] Includes mills with estimated capacities less than 10 MMBF.
Source: USDA Forest Service, 2001a.

The estimated mill capacity data presented in Table 3.4-5 was adjusted between the Draft and Final SEIS to account for the permanent closure of the Annette Island Sawmill, Metlakatla Forest Products, and Gateway Forest Products (lumber) facilities. There was no production at the Annette Island Sawmill or Metlakatla Forest Products facilities in 2000 and these mills are assumed to be permanently closed. Gateway Forest Products (Gateway) filed for bankruptcy in 2001 and announced in April 2002 that the sawmill and veneer mill they owned in Ketchikan would be auctioned off to resolve the bankruptcy. The sawmill was auctioned off, but the city of Ketchikan purchased the veneer plant with the expectation of finding an operator to take it over (it is currently shutdown). The estimated mill capacity data in Table 3.4-5 was revised to reflect the loss of this sawmill capacity and the actual mill production and percent capacity utilized columns were adjusted to exclude the lumber production that occurred at the Gateway sawmill in 2000. Although it is currently shutdown, the veneer mill formerly owned by Gateway is included as part of the regional mill capacity. The above adjustments resulted in a revised estimated mill capacity of 293 MMBF, actual mill production of 68 MMBF, and a 23 percent utilization rate. (Table 3.4-5).

Silver Bay Logging announced in February 2003 that it has filed for Chapter 11 reorganization with the U.S. Bankruptcy Court, citing depressed lumber prices and increased costs to harvest Federal timber sales as the principle reasons for the filing. The company also announced that they plan to continue operating and plan to harvest approxmately 25 MMBF of timber in 2003.

**Exhibit 14, page 11 of 16**

10_010263

Several individuals and organizations commenting on the Draft SEIS noted that uncertainty surrounding Federal land use policy on the Tongass National Forest has had a negative effect on investment in the wood products industry. While it is possible that uncertainty regarding the stability of future supplies of Federal timber in the region may have helped discourage investment, a number of other changes, primarily market-related, have also had significant effects on the region's timber industry. These changes are discussed in the preceding paragraphs.

The adjusted installed production capacity for 2000 (293 MMBF), which excludes the Annette Island Sawmill, Gateway Forest Products (lumber), and Metlakatla Forest Products facilities, is used as one benchmark to evaluate the alternatives in the long-term wood products effects portion of this section.

***Projected Demand.*** Demand for Southeast Alaskan wood products depends upon changing technology, developments within consumer markets, including economic growth in key markets and changes in consumer tastes and preferences, and developments in other producing regions whose products compete with those of Alaska. The capacity and efficiency of Southeast Alaska mills coupled with the availability and cost of raw material inputs determines the ability of local producers to compete in export markets.

Brooks and Haynes' (1997) medium projection for 2005 is used as one benchmark to evaluate the alternatives. This projection estimates that 152 MMBF of Tongass timber would be harvested in 2005.

Brooks and Haynes developed projections of Alaska National Forest timber harvests in 1990. These projections were subsequently revised in 1994 and again in 1997 to reflect changes in the Alaska forest products sector, specifically closure of the pulp mills in Sitka and Ketchikan. Brooks and Haynes 1997 report used three alternative scenarios—low, medium, and high—to display a range of possible future "demand." All three scenarios assume that Southeast Alaskan lumber exports (particularly to Japan) will be limited. North America's share of Japanese lumber imports are assumed to range from 70 percent (low scenario) to 76 percent (high scenario) in 2010. Alaska's share of North American shipments to Japan is assumed to increase from less than 1 percent in 1996 to nearly 3 percent by 2010 under the medium scenario. In addition, U.S. domestic markets are assumed to be the destination of 25 percent of Alaska's production. Under this scenario, lumber production was predicted to increase to 158 MMBF in 2010. Brooks and Haynes (1997) note that even this projected gain in market share would be a reversal of trends observed over the preceding two decades. Low grade logs or residues from lumber manufacturing formerly used in pulp production are assumed to be exported. A final assumption employed by Brooks and Haynes is that harvests on private lands would stabilize at around 75 MMBF by 2005, with private and State harvests accounting for a combined total harvest of 91 MMBF through 2010.

Brooks and Haynes' (1997) medium projection for 2005 is used as a benchmark to evaluate the alternatives in the long-term wood products effects portion of this section. This projection, summarized in Table 3.4-6, estimates that 152 MMBF of Tongass timber would be harvested in 2005. This estimate is consistent with the 2002 demand analysis that was developed to comply with Section 101 of TTRA and ensure that annual timber sale offerings are consistent with market demand (USDA Forest Service, 2000). Comparing Brooks and Haynes' medium scenario for 2005 with actual data for 2000 suggests that there would be a net loss of approximately 76 jobs between 2000 and 2005. There would, however, be a shift from logging to sawmill employment as a result of projected increases in lumber production coupled with projected decreases in private and state harvest totals (Table 3.4-6).

The scenario presented in the previous paragraphs is not intended to indicate the range of potential outputs and industrial activity possible from timber harvests on the Tongass National Forest. It merely describes possible levels of activity given certain assumptions and provides one benchmark for evaluation in the effects analysis (see Figure 3.4-15). The results of the 2000 mill survey and data from the annual Timber

**Exhibit 14, page 12 of 16**

10_010264

# 3  Environment and Effects

Supply and Demand reports suggest a number of differences between Brooks and Haynes' (1997) assumptions and actual conditions in 2000. This is discussed further in the environmental consequences section.

**Table 3.4-6**
**Southeast Alaska Timber Production and Employment, 1995 to 2005**

| | Actual 2000[1] | Brooks and Haynes 2005[2] |
|---|---|---|
| **Volumes Produced** | | |
| Tongass Harvest (MMBF log scale) | 147 | 152 |
| Private & State Harvest (MMBF log scale) | 191 | 91 |
| Total Harvest (MMBF log scale) | 338 | 243 |
| Log Exports (MMBF log scale) | 270 | 87 |
| Lumber Production (MMBF lumber tally) | 87 | 133 |
| Pulp Production (million tons) | 0 | 0 |
| Chip Exports (million tons) | 179 | 187 |
| **Employment (Average Annual)** | | |
| Logging | 711 | 474 |
| Sawmills | 280 | 443 |
| Pulp | 2 | 0 |
| Wood Products Total | 993 | 917 |
| **Total (Direct, Indirect, and Induced)[3]** | **1,955** | **1,836** |
| **Employee Earnings (Million 2000$)** | | |
| Direct Earnings | 44.0 | 40.7 |
| **Total (Direct, Indirect, and Induced)[3]** | **62.7** | **58.9** |

[1]  These data are actual statistics for 2000. Earnings were estimated using 1999 data adjusted to account for the decrease in employment between 1999 and 2000.
[2]  The data on volumes produced are from Brooks and Haynes, 1997. Logging and sawmill employment estimates were calculated using the logging jobs/total harvest and sawmill/lumber production ratios used in the effects analysis. These ratios, which are based on average annual employment ratios from 1990 to 1994, are 1.95 for logging and 3.33 for sawmills. The corresponding averages based on the 2000 data in this table are 2.10 for logging and 3.21 for sawmills.
[3]  Total employment and income effects were calculated using Type II Employment and Income multipliers for the logging and sawmill sectors (see Table 3.4-4).
Sources: USDA Forest Service, 1997a (Table 3-134); Brooks and Haynes, 1997; USDA Forest Service, 2002a; Alaska DOL, 2001e.

> Recreation and tourism in Southeast Alaska has increased significantly over the past decade and was the largest resource dependent sector in terms of employment and earnings in 2001.

**Recreation and Tourism**

Recreation and tourism within Southeast Alaska has increased significantly over the past decade. Nonresident recreation and tourism accounted for an estimated 4,278 jobs in Southeast Alaska in 2001 (direct employment only). This figure comprised approximately 11 percent of total employment in Southeast Alaska in 2001 and was the largest resource-dependent sector in terms of total direct employment and earnings (Table 3.4-3).

A distinction is made between resident recreationists and nonresident visitors for the purposes of this analysis because significant differences exist between these groups. Surveys indicate that visitors are generally older, often purchase package tours, use many expensive services, and spend relatively little time in remote settings while in Southeast Alaska. This is typically the case with cruise ship passengers, who presently comprise a majority of the visitors to the region. The distinction between resident recreationists and nonresident visitors is also important from an economic impact assessment perspective. Jobs generated by nonresident expenditures on goods and services are considered comparable to an export industry that brings new money into the region, creating new wealth and development opportunities. Multipliers are used to analyze the impact of "new" money coming into the regional economy. Expenditures by local residents represent a recirculation of money that is already present in the regional economy and are, therefore, not typically identified as "new" money. That is not to say, however, that

**Exhibit 14, page 13 of 16**

10_010265

In some communities, this potential loss of logging and related employment would be exacerbated by a loss of jobs in local Forest Service offices. Closure of the Tongass National Forest's timber program could reduce the Forest's budget by as much as a third, which would in turn lead to a reduction in employees, specifically those directly and indirectly related to the timber program (see the Tongass National Forest Budget discussion at the end of this section). While it is possible that some existing Forest Service employees would be assigned to other tasks, it is likely that some reduction in Forest Service employment would occur under this scenario. Forest Service Ranger District offices are located in Craig, Hoonah, Juneau, Ketchikan, Petersburg, Sitka, Thorne Bay, Wrangell, and Yakutat. All of these offices, with the exceptions of Hoonah, Juneau, and Yakutat, have more than 10 employees that work in forestry programs. The loss of these jobs or some of these jobs would be especially hard felt in the smaller communities, such as Craig and Thorne Bay.

### Long-term Effects

> Allowable Sale Quantity (ASQ) is the maximum quantity of timber that may be scheduled from suitable lands on the entire forest. Usually expressed as an annual average, it is a ceiling not a future sale level projection or target.

This section addresses the potential effects of the alternatives on the future supply of National Forest timber based on the available ASQ calculated for each alternative. The ASQ is the maximum quantity of timber that may be scheduled from suitable lands on the entire Forest for a 10-year period (36 CFR 219.3). It is usually expressed as an annual average. The ASQ is a ceiling; it is not a future sale level projection or target and does not reflect all of the factors that may influence future sale levels. This is discussed further in the *Timber* section of this document. The estimated ASQ by alternative is the maximum amount of timber that may be scheduled for sale from the suitable lands identified under each alternative. The ASQ consists of two non-interchangeable components (NICs): NIC I, which includes lands that can be harvested with normal logging systems, and NIC II, which is comprised of lands with especially high logging costs usually due to isolation or special equipment requirements. Acres included in the ASQ but not in NIC I are more costly to harvest and not likely to be cut under current market conditions.

Estimated annual average ASQ and NIC I volumes are presented by alternative for the first decade following implementation in Table 3.4-17. These volumes are divided into general log class and species type based on the ratios identified in Table 3.3-5. This table also includes projected non-National Forest harvests, which are assumed to be 91 MMBF based on Brooks and Haynes' (1997) estimate for 2005 (see Table 3.4-6 of this document). Harvest from private lands comprises the majority (75 MMBF) of the non-National Forest harvest, with harvest from other public lands accounting for the remaining 16 MMBF. As previously noted, harvests from private lands are exported as logs and not processed locally. Harvest from the Tongass National Forest accounted for 92 percent of the wood sawn in Southeast Alaska in 2000. Harvest from State land accounted for 7 percent (USDA Forest Service, 2001a). Estimated supply by alternative is presented graphically in Figure 3.4-14 using the NIC I volumes only.

The following section is divided into three parts. The first two parts evaluate the alternatives in terms of projected demand for 2005 and installed production capacity identified during the Forest Service's 2000 mill survey, respectively. The third part assesses the long-term effects of the alternatives in terms of employment and income.

**Demand.** Brooks and Haynes' (1997) medium projection for 2005 is used as one benchmark to evaluate the alternatives. This projection, summarized in Table 3.4-6, estimates that 152 MMBF of Tongass timber would be harvested in 2005. This estimate is consistent with the 2002 demand analysis that was developed to comply with Section 101 of TTRA and ensure that annual timber sale offerings are consistent with market demand (USDA Forest Service, 2000a). This projected level

**Exhibit 14, page 14 of 16**

10_010294

## 3  Environment and Effects

### Table 3.4-17
### Estimated Timber Supply (First Decade Annual Average)

| | 2005[1] | Alternative | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| **Total ASQ Harvested (MMBF log scale)[2]** | | | | | | | | | |
| Hem-Spruce Sawlogs | — | 158 | 158 | 144 | 158 | 127 | 56 | 106 | 59 |
| Hem-Spruce Chip logs | — | 73 | 73 | 66 | 73 | 59 | 26 | 49 | 27 |
| Cedar Logs | — | 28 | 28 | 26 | 28 | 23 | 10 | 19 | 11 |
| Total Tongass | 152 | 259 | 259 | 236 | 259 | 209 | 92 | 174 | 96 |
| Non-Tongass National Forest[3] | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 |
| **Total Southeast Alaska** | **243** | **350** | **350** | **327** | **350** | **300** | **183** | **265** | **187** |
| **NIC 1 Only Harvested (MMBF log scale)[2]** | | | | | | | | | |
| Hem-Spruce Sawlogs | — | 130 | 130 | 118 | 130 | 105 | 46 | 87 | 48 |
| Hem-Spruce Chip logs | — | 59 | 59 | 54 | 59 | 48 | 21 | 40 | 22 |
| Cedar Logs | — | 23 | 23 | 21 | 23 | 19 | 8 | 16 | 9 |
| Total Tongass | 152 | 212 | 212 | 194 | 212 | 171 | 75 | 143 | 79 |
| Non-Tongass National Forest[3] | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 | 91 |
| **Total Southeast Alaska** | **243** | **303** | **303** | **285** | **303** | **262** | **166** | **234** | **170** |

[1]  The 2005 baseline estimate is from Brooks and Haynes (1997) (see Table 3.4-6).
[2]  ASQ and NIC I estimates were divided into species and log grades based on the ratios identified in Table 3.3-5.
[3]  This 91 MMBF is from Brooks and Haynes' 2005 projection and consists of 75 MMBF from private lands and 16 MMBF from other public lands. Following the historic pattern, harvest from private lands is assumed to be exported in log form and not processed in Southeast Alaska. Non-Tongass harvest levels are assumed to be constant across alternatives.
ASQ = Allowable Sale Quantity
NIC I = Non-Interchangeable Component I. NIC I includes lands that can be harvested with normal logging systems.

### Figure 3.4-14
### Estimated Supply by Alternative:  NIC I Only (First Decade Annual Average)



Notes:
1. The 2005 baseline is from Brooks and Haynes (1997) (see Table 3.4-6).
2. The NIC I amounts presented here represent the maximum volumes that could be harvested under each alternative.  It would take unprecedented market conditions for the entire NIC I volume to be harvested and sold.  Historically, around 70 percent of the estimated NIC I volume has been sold and harvested.
3. The Non-Tongass National Forest component is from Brooks and Haynes' 2005 projection and consists of 75 MMBF from private lands and 16 MMBF from other public lands.  Following the historic pattern, harvest from private land is assumed to be exported in log form and not processed in Southeast Alaska.  Non-Tongass harvest levels are assumed to be constant across alternatives.

of demand is compared with the estimated annual average NIC I component of each alternative for the first decade folloiwng implementation in Figure 3.4-15. It is important to understand that like the ASQ volume, the NIC I component is not a future sale level projection or target. Rather, it represents the maximum volume that could be harvested with normal logging systems. It would take unprecedented conditions to meet the maximum volume authorized for each sale by the programmatic Forest Plan. In order for this to occur, sales would need to consistently meet the upper limits established by the 1997 Forest Plan's standards and guidelines regulating timber sale design and resource protection. The sales would also need to meet the economic criteria required to sell and sale implementation would need to not be affected by litigation. Realistically, approximately 70 percent of the total volume allowed by the NIC I ceiling can be expected to be sold and harvested under any of the alternatives. This is reflected in the second set of bars on the supply side of Figure 3.4-15.

**Figure 3.4-15**
**Projected Demand and Estimated Average Annual Supply, First Decade**



Notes:
1. The estimated demand for 2005 (152 MMBF) is based on the Brooks and Haynes (1997) medium scenario.
2. Estimated supply by alternative is based on the projected volume of the NIC I component of the ASQ. The projected volume of the NIC I component is not a projected harvest level. Realistically, approximately 70 percent of the total volume allowed by the NIC I ceiling can be expected to be sold and harvested under any of the alternatives. This is reflected in the second set of bars on the supply side of the figure.

The Brooks and Haynes 2005 scenario provides one benchmark against which to evaluate potential harvest levels by alternative. As discussed in the affected environment section, this scenario merely describes possible levels of activity given certain assumptions. As no supply curves and subsequent price equilibrium are used in these studies, their results do not correspond to an economic concept of demand and are more correctly viewed as predicted levels of production and sales under key assumptions. It is, therefore, important to note that the results of the Forest Service's 2000 mill survey and data from the annual Timber Supply and Demand reports, suggest a number of differences between Brooks and Haynes' (1997) assumptions and actual conditions in 2000. Brooks and Haynes assumed, for example, that North

**Exhibit 14, page 16 of 16**

10_010296

 # Alaska Timber Industry Health

## Issue

A reliable economic timber supply, new durable markets, and more efficient timber harvesting and processing infrastructure is necessary for the Alaska timber industry to survive.

## Background

The timber industry in Alaska over the last eight years has significantly declined in economic health.

The Pacific Rim market for timber products has considerably changed due to new suppliers and modifications to Japanese building codes. The Alaska industry struggles to replace the demand.

The industry, prior to 1994, enjoyed more efficiency from the infrastructure than what exists today. Markets existed for products produced; support services were in operation throughout the region; and, considerably more timber volume was being moved providing advantages in economies of scale. Today, nearly fifty percent of the volume harvested has limited market potential, support services are lacking, and operational inefficiencies are abundant.

As for supply, village corporation lands are, for the most part, harvested with exception of the Regional Corporation. Sealaska is actively managing their lands for the round log export market.

Federal lands are the primary source of timber. In 1997, the Forest Service revised the *1979 Tongass Land Management Plan* (TLMP) resulting in an allowable sale quantity (ASQ) of 2.67 billion board feet per decade as compared to 4.5 billion. In 1999, Jim Lyons, Under Secretary of Agriculture for Natural Resources and Environment, modified the Plan with an ASQ of 1.87 billion. Later, the District Court of Alaska enjoined the 1999 modification leaving the 1997 Plan

with caveats, as the guidance document for the Tongass.

## Industry Vision

The industry vision for Alaska is an integrated timber manufacturing trade requiring an annual offer of 360 million board feet from the Tongass, with a supply of volume under contract of 1.08 billion board feet. The assumption being the industry will expand to utilize it.

The Revised Plan allows this level within the confines of the ASQ for the remainder of the decade. However, the Forest Service would need to rebuild its infrastructure to meet the demands of project development, be funded at over twice its current appropriation, require approximately five years to build a pipeline, and the harvest level would not be sustainable under the current plan.

## Current Situation

The Forest Service is working to facilitate the rebuild of the industry.

- Injunction on preparing sales in roadless until completion of SEIS was up April 21 although US 9th Circuit Court decision in Dec. 2002 reinstated the 2001 Roadless Rule A permanent injunction was ordered on the Roadless Rule by the Dist. Court of Wyoming in July 2003;
- As a result of a settlement agreement, proposed rules to exclude the TNF from the Rule was published July 15;
- Existing timber sale contracts have been allowed extension to provide opportunity for new markets and better economic operational conditions;
- Ten-year timber sale contracts are being evaluated;

**Briefing Paper**
**July 2003**



## Alaska Timber Industry Health

- *Stumpage relief or cancellation is currently being sought on projects established under old market scenarios;*
- *Alaska timber products are being tested to determine if higher quality species designations can be created; and*
- *Modifications to timber harvest utilization standards, road construction techniques, scaling requirements and export criteria are being evaluated for economically marginal sale offerings.*

### More Information

Forrest Cole, Alaska Region Director of Forest Management, 907-586-7875.

Updated July 2003.

Briefing Paper
July 2003



# Taxpayer Losses and Missed Opportunities:

## How Logging and Road Building in the Tongass National Forest Costs Taxpayers Millions

*A Report by the*
*Southeast Alaska Conservation Council*
*2003*

**The Southeast Alaska Conservation Council** (SEACC) is a coalition of 18 volunteer conservation groups in 14 Southeast Alaskan communities surrounded by the Tongass National Forest. SEACC's members include small-scale wood product manufacturers, commercial fishermen, Native Alaskans, sportsmen and women, and others who want to safeguard the Tongass' world-class environment while providing for the sustainable use of the region's resources. For information contact us at 419 Sixth Street, Suite #200, Juneau, Alaska 99801, (907) 586-6942, or www.seacc.org

# Table of Contents

Executive Summary ................................................................................................ 3

I.  U.S. Taxpayers Spend Millions of Dollars Logging Old-Growth Rainforests ......... 6

II.  Why Taxpayer Losses Are So Big ...................................................................... 7

    A.  Pork Barrel Spending ................................................................................... 7

    B.  Building Roads to Nowhere .......................................................................... 8

    C.  Noncompetitive Bidding .............................................................................. 9

    D.  The Big Trees are Gone .............................................................................. 10

    E.  Environmental Laws and Policy Are Not to Blame for Taxpayer Losses ......... 10

III.  Timber Jobs Decline Despite Huge Subsidies ................................................. 11

    A.  The Tongass Timber Industry has Plenty of Timber ...................................... 11

    B.  Loss of Markets for Tongass Trees is the Timber Industry's Real Problem ...... 12

    C.  Markets and the Pulp Mills ......................................................................... 13

    D.  Low Timber Prices Continue Today ............................................................. 14

    E.  The Forest Service Inflates Market Demand for Tongass Timber ................... 15

    F.  Taxpayer Subsidies Send Jobs to Asia ......................................................... 16

IV.  Future Investments:  Where Should They Go? ................................................ 17

    A.  Tourism and Recreation in the Inside Passage Continue to Grow ................... 17

    B.  A Healthy Environment Provides Far More Jobs Than Logging ...................... 18

    C.  The Forest Service is Failing to Respond to Changes in Alaska's Economy ..... 19

    D.  A Healthy Environment Generates Jobs and Earnings ................................... 20

    E.  Putting People to Work Restoring the Environment ....................................... 21

    F.  Small-scale timber operations ..................................................................... 22

    G.  Investing in the Future, Not the Past .......................................................... 23

VI.  Recommendations ....................................................................................... 24

Endnotes ........................................................................................................... 25

# Executive Summary

- The Federal Government wastes millions of dollars every year laying out timber sales and building logging roads on the Tongass National Forest in Alaska's world-famous Inside Passage. Since 1982, American taxpayers have lost almost one billion dollars on the Tongass timber program. These taxpayer subsidies directly benefit private timber companies that are logging the world's largest intact temperate rainforest.

- Despite these chronic taxpayer losses, the number of Tongass timber jobs continues to nosedive in the face of changing world markets. Last year, taxpayers paid more than $178,000 for each direct Tongass timber job.

- The Forest Service spends millions of taxpayers dollars every year building "roads to nowhere." Many of these roads go nowhere except to big stands of publicly owned timber. Timber companies use these roads to haul away the timber but then the Forest Service virtually abandons the roads because it can't afford to maintain them.

- The timber sales the Forest Service does sell are sold with little competition at prices that do not reflect their total cost to produce. More than 52 percent of the timber sales between 1998 and 2001 only had one bidder. Without bidding competition, timber companies have no reason to pay above a minimum rate, far below actual timber sale preparation costs. Taxpayers end up paying the difference.

- While the timber industry and its political supporters blame environmental groups for taxpayer losses on the Tongass, of the $414 million the Forest Service spent on the Tongass timber program (including road maintenance) from 1991 to 2002, only $1.6 million - *less than one-half of one percent* - was spent on appeals and litigation.

- The Tongass timber industry has plenty of timber. At the end of July 2003, the timber industry had nearly 300 million board feet of timber (mmbf) under contract or available, free and clear of litigation, that could be cut at any time. This amounts to a 6-year supply of timber at the 10-year average annual independent logging level and over a 4-year supply at the 20-year level.

- Loss of markets for Tongass trees is the timber industry's real problem. Actual market demand for Tongass trees has fallen dramatically because of permanent and fundamental changes in world timber markets and increased competition from timber producers in Canada, Russia, and other countries.

- Timber markets are so low that the Forest Service estimates that 90 to 95 percent of all existing timber contracts are unprofitable. In fact, in 2002 the Forest Service gave timber companies a blanket three-year contract extension to allow them to hold on to timber rather than cut it at a loss. Now the timber industry is seeking special 10-year contracts so they can delay logging even longer until the "price is right" to cut.

- The Forest Service dramatically overestimates market demand for Tongass timber. While timber companies cut only 34 million board feet in 2002 and a number of timber

**Taxpayer Losses and Missed Opportunities**
**SEACC ~ 2003**

sales went unsold, the Forest Service continues to estimate the market demand for timber at 152 million board feet. The higher the Forest Service estimates demand, the more taxpayer dollars the Forest Service gets for logging, and the more pressure there is for logging and road building projects in controversial roadless areas.

- Too much of the old-growth temperate rainforest logged on the Tongass is exported out of Alaska to Asia and the Pacific Northwest without creating a single processing or manufacturing job in Alaska. The Forest Service allowed timber companies to export a volume equal to 23 percent of the total timber logged on the Tongass in 2000 and 2001 as raw logs with no processing or manufacturing in Alaska.

- Taxpayer subsidies on the Tongass largely benefit a declining timber industry that provides fewer jobs and economic benefits than other sectors of Southeast Alaska's economy that do less harm to the environment. In 2001, recreation, tourism, salmon harvesting, and seafood processing accounted for 87 percent of Southeast Alaska resource-based employment while only 9 percent of jobs were in the wood products industry. The Forest Service estimates that Tongass-related employment in the woods product industry provided only 195 jobs in 2002, less than 0.6 percent of the total jobs in the region.

- Although tourism, recreation, and commercial fishing provide far more jobs and economic benefits to the region than the timber industry, they are clearly lower Forest Service funding priorities. The agency consistently spends two and a half times more money on Tongass logging and logging roads than it does on tourism and recreation and four times more than it does on fish and wildlife management activities.

- Today, the Forest Service has nearly a $100 million road maintenance backlog. This includes the need to replace or repair more than 1,500 stream culverts under logging roads that block passage for salmon and other fish. By addressing culvert problems and other road repair needs, the Forest Service can create well paying jobs that are good for Alaskan workers and for the environment.

- While Southeast Alaska's economic landscape has changed dramatically over the last decade, the Forest Service remains stuck in the past. If the agency started making smarter investments, it would help the region's communities avoid the boom and bust economy of the past, diversify their economies, and support a vibrant, balanced, and increasingly sustainable economy on the Tongass.

- SEACC urges the Forest Service to:
  - reduce logging subsidies,
  - create incentives to reduce the export of unprocessed logs,
  - stop building logging roads into roadless areas,
  - adopt a timber sale schedule that responds to actual market demand, and
  - invest more wisely in growing sectors of the economy that provide more jobs and income at a fraction of the cost to taxpayers and the environment.

# Taxpayer Losses and Missed Opportunities:
## How Tongass Rainforest Logging Costs Taxpayers Millions

The 17-million acre Tongass National Forest of Southeast Alaska is the largest intact temperate rainforest remaining in the world and one of the earth's most incredible landscapes. Owned by the American people, the Tongass is managed by the U.S. Forest Service. The islands and waters of the Tongass support bears, eagles, wild salmon, and whales like nowhere else in the world. Hundreds of thousands of Americans visit the Tongass rainforest and Inside Passage every year.

Unfortunately, the federal government wastes millions of taxpayer dollars every year logging the Tongass rainforest. Timber companies pay the government a fraction of what it costs taxpayers to prepare timber sales. In fact, the Forest Service pays private companies to build logging roads into pristine areas to haul away public timber at dirt cheap prices. The Forest Service also wastes millions of taxpayer dollars subsidizing timber sales for which there is little or no demand. Many sales go unsold.

The private timber companies benefiting from these huge taxpayer subsidies say the subsidies are needed to provide jobs in the timber industry. But investigative research shows that while the subsidies continue to grow, employment in Alaska's timber industry has declined dramatically because of increased competition in world timber markets. These companies also export huge volumes of trees (and associated jobs) to Asia and the Pacific Northwest without any processing or manufacturing in Alaska.

Taxpayers continue to spend far more money every year laying out new logging sales for the timber industry than they do helping other users of the Tongass. This is true even though recreation and tourism businesses, commercial and sport fishermen, and hunters, generate far more jobs and earnings in the regional economy than the timber industry.

If the Forest Service really cared about creating jobs in Alaska, it would change its spending habits. It would stop squandering trees and taxpayer dollars trying to rebuild a timber industry in decline because of global economic forces. It would identify growing sectors of Southeast Alaska's economy and invest more in tourism and recreation, commercial fishing, and environmental restoration. It would create incentives to reduce the export of raw unmanufactured logs. It would also adopt a logging schedule that responds to actual demand for Tongass timber and protects an environment important to the American people and Alaskans, including tourism and recreation businesses, commercial fishermen, hunters, and subsistence users.

# I. U.S. Taxpayers Spend Millions of Dollars Logging Old-Growth Rainforests

Since 1982, American taxpayers have spent almost one billion dollars supporting activities related to logging on the Tongass.[1]  The U.S. Forest Service has consistently lost more taxpayer money on the Tongass timber program than any other National Forest.

In 2002, the Forest Service spent more than $36 million dollars of U.S. taxpayer money preparing timber sales and building logging roads on the Tongass.[2]  Yet, private timber companies paid the federal government just $1.2 million in return for the right to cut down about a thousand acres of old-growth forest, resulting in a nearly $35 million subsidy to the timber industry.[3]  These taxpayer subsidies directly benefit private timber companies that are logging at the expense of other forest users. (*See Figure 1*)

The Forest Service estimates that it spends more than $100 of taxpayer money to prepare, administer, and support every thousand board feet of Tongass timber it sells.  Yet the agency estimates a return on this expense of only $36 per thousand board feet.[4]

U.S. taxpayers spent more than $178,000 for every direct timber job created by logging on the Tongass National Forest in 2002.[5] (*See Figure 2*)

Massive taxpayer losses on the Tongass helped fuel passage of the Tongass Timber Reform Act in 1990.  The law repealed a mandatory $40 million annual appropriation for road building and logging on the Tongass put in place in 1980.

But the losses have not stopped.  According to a 1995 General Accounting Office report, the Tongass timber program cost American taxpayers more than $102 million between 1992 and 1994.[6]  The timber program lost another $69 million between 1995 and 1997.[7]

**Figure 1**



**Figure 2**



**Taxpayer Subsidies for Each Tongass Timber Job**

Source: Robertson, U.S. Forest Service, Employment in the Wood Products Industry in Southeast Alaska, 1982-2002

## II.  Why Taxpayer Losses Are So Big

### A.  Pork Barrel Spending

Alaska's U.S. Senator Ted Stevens, Chairman of the powerful Senate Appropriations Commit-
tee, has been the leading advocate for high taxpayer spending on the Tongass timber program.  In
fiscal year 1999, Senator Stevens added $12.5 million to the Forest Service's regular budget to
increase Tongass timber sales.[8]  He added $10.1 million in 2000,[9] $5 million in 2001,[10] $5 mil-
lion in 2002,[11] and $4 million in 2003.[12]

This special funding has come despite a declining Tongass timber market and the Forest Ser-
vice's inability to sell the timber funded by it.  The result: massive taxpayer subsidies.

In addition to subsidizing the Forest Service timber program's regular budget with millions of
bonus dollars, Senator Stevens and Congress provided direct financial support to timber corpora-
tions and to Tongass communities.  Pursuant to a 1997 settlement agreement with timber giant
Louisiana-Pacific Corporation (LP) terminating the 50-year monopoly timber contract held by its
wholly-owned subsidiary, Ketchikan Pulp Company, the federal government paid LP $150 mil-
lion.  This sum included $135 million in settlement of LP's outstanding contract claims, an addi-
tional $5 million upon the satisfactory completion of LP's obligations under the contract closeout
agreement, and an additional $10 million in refunds for purchaser road credits earned by LP in
constructing roads to access the timber provided in closeout of its 50-year timber contract.[13]

In 1999, Senator Stevens gave the Ketchikan Gateway Borough $2 million that went to privately
owned Gateway Forest Products for a veneer plant feasibility study that had already been com-

pleted.[14]  In 2000, Senator Stevens appropriated $4 million to help the Sealaska Corporation develop a timber-related ethanol facility in Southeast Alaska.[15] An independent economic analysis showed the proposal to be a highly risky investment using commercially unproven technology.[16]

Senator Stevens also has directed millions of taxpayer dollars specifically to help Tongass communities deal with the fundamental changes affecting the Tongass timber industry.  In 1996, Senator Stevens sent $110 million in federal tax dollars directly to Tongass communities for economic assistance.[17] He added an additional $22 million in community aid in 1999.[18]

---

### The Midway Road Boondoggle

The Forest Service spent $2.7 million building the Midway Road on the Tongass.[19]  The only use of the road is to access unsold old-growth timber for logging.  The Forest Service has tried to sell the timber twice, once before building the road and once afterward.  Both times the Forest Service failed to find a buyer.

As of this report, the timber at the end of the new road remains unsold.  Even if the Forest Service eventually succeeds in selling it, the government will be unable to recover the full taxpayer cost of building or maintaining the road.

---

### B. Building Roads to Nowhere

Taxpayers spend millions of appropriated dollars every year designing and laying out "roads to nowhere" throughout the Tongass.  In 2002, the Forest Service spent millions of appropriated dollars building roads that go nowhere except to stands of publicly owned old-growth rainforest.  Private timber companies then use these roads to haul away public timber for their own profit.

The Tongass already has a 5,000 mile road system,[20] enough roads to drive from Seattle to Miami and then north to Boston.  Because of the Tongass' many islands, only 800 miles of the existing logging road system are accessible by ferry or communities, the rest are largely abandoned logging roads.[21]

Despite the high cost, the Forest Service shows no sign of slowing its road building.  Although the Forest Service states "[r]oads pose the greatest risk to fish resources on the Tongass,"[22] it still plans to build another 1,065 miles of new logging roads over the next decade, enough roads to drive from Boston to St. Louis.[23]  Over the next fifty years, it plans to build 2,800 more miles of roads, increasing the miles of existing roads by more than 50 percent.[24]

While it continues to build new roads, the Forest Service is unable to maintain its existing logging road system.  The agency has an estimated road maintenance backlog in Southeast Alaska of nearly $100 million dollars.[25] For example, the Forest Service and Alaska Department of Fish and Game (ADF&G) have identified more than 1,500 stream culverts (the metal pipes under roads) that fail to meet standards for allowing salmon and other fish to swim under the logging roads.[26]  These problems should be fixed before the Forest Service builds expensive new roads into pristine and controversial areas of the Tongass.

Because of its high costs, questionable returns, and environmental impacts, the building of new logging roads into pristine areas is highly controversial at both the national and local levels.

---

### The Tongass Needs Roadless Area Protection

Many of these new logging roads are planned for pristine wildlands currently protected by the 2001 Roadless Area Conservation Rule. This rule safeguards the largest blocks of unprotected old-growth temperate rainforest remaining in the world. These lands are also important for community hunting, fishing, commercial fishing, subsistence, recreation, and tourism use. If the Bush Administration succeeds in its efforts to override strong public support for the Roadless Rule and eliminates protections for Tongass roadless areas, the cost to taxpayers and the environment will only grow.

---

### C. Noncompetitive Bidding

The majority of timber sales the Forest Service sells on the Tongass National Forest only have one bidder.[27] Without bidding competition, timber companies have no reason to pay above a minimum rate, far below actual timber sale preparation costs. Taxpayers end up paying the difference.

The Forest Service also spends millions of dollars preparing timber sales that no one buys. Between 1998 and 2001, the Forest Service failed to sell 30 percent of the timber sales it spent tax dollars to prepare and offer.[28] (*See Figure 3*)

The timber industry and its political supporters are now pressuring the Forest Service to create special long-term timber contracts that would allow timber companies to hang on to standing timber for up to 10 years until the "price is right" to cut. Time will tell whether these special contracts will enhance competition among the industry players that potentially could result in reduced taxpayer subsidies. If past experience with long-term contracts is any indication, taxpayers shouldn't count on obtaining relief. During the era of the two fifty-year monopoly pulp timber contracts that ruled the Tongass from 1954 until 1997, taxpayers paid hundreds of millions in subsidies so that the multi-national timber companies could buy Tongass rainforest trees at non-competitive, bargain-basement prices.

**Figure 3**



Source: Forest Service data provided to Taxpayers for Common Sense (2002).

## D. The Big Trees are Gone

Unfortunately for the timber industry, the bill for years of unsustainable logging has come due. The stands of timber standing on the Tongass today are less economical, less accessible, and more important to other resource users like recreation businesses, communities, hunters, and fishermen than they were 50 years ago.

Today, more than 70 percent of the biggest and best timber stands that once stood in Southeast Alaska are gone.[29] Remaining pockets of old-growth rainforest protect streams full of wild salmon, provide deer for hunters, and are important for tourism, recreation, and Native Alaskans and other Alaskans who live a subsistence lifestyle.

While the Tongass is the nation's largest national forest, the vast majority of this landscape is rock, ice, and scrub timber. Although there are 5.5 million acres of what the Forest Service terms "productive forest land" on the Tongass, the vast majority of these lands will never be economical to log. In contrast, the acres the Forest Service plans to clearcut are the biological and economic heart of the Tongass. Many users depend on the same rare, large, high-value trees that the Forest Service targets for logging.

## E. Environmental Laws and Policy Are Not to Blame for Taxpayer Losses

The timber industry blames environmental laws and the environmental groups that support them for high taxpayer losses on the Tongass. However, the facts do not support its criticism. The Tongass timber program has been a consistent money loser during the last twenty years. There is no relationship between the amount of the subsidies and changes in environmental law or policy.

Environmental reviews of timber sales under the National Environmental Policy Act (NEPA) are important because they identify and document the harmful effects that logging projects have on salmon, bear, deer, and other fish and wildlife habitat. Additionally, they provide local citizens and other Americans opportunities to comment on proposed sales. The cost to the Forest Service to do these critical environmental reviews is nearly one and a half times less that the cost for timber sale preparation, administration, and engineering support.[30]

Efforts to hold the Forest Service accountable for compliance with federal and state laws are also not to blame.  Of the $414 million the Forest Service spent on the Tongass timber program (including road maintenance) from 1991 through 2002, only $1.6 million - *less than one-half of one percent* - was spent on appeals and litigation.[31]

Logging on lands owned by the State of Alaska, that receive far less environmental protection and oversight than the Tongass National Forest, also loses money.  In fiscal year 2002, the State of Alaska spent $9,900,200 on its timber program.[32]  These sales returned just $446,700.[33]

## III.  Timber Jobs Decline Despite Huge Subsidies

Justified on the basis of providing jobs, the Tongass timber program continues to provide fewer and fewer employment opportunities for Southeast Alaskans.  Despite large taxpayer subsidies, the Tongass timber industry has continued to lose jobs in the face of tough world competition, unforgiving world timber markets, and fundamental timber market changes.

### A.  The Tongass Timber Industry has Plenty of Timber

Despite its persistent claims to the contrary, the Tongass timber industry continues to be flush with both timber and taxpayer cash.

At the end of July 2003, the timber industry had nearly 300 million board feet of timber (mmbf) under contract or available, free and clear of litigation, that could be cut at any time.[34]  This amounts to a 6-year supply of timber at the 10-year average annual independent logging level and over a 4-year supply at the 20-year level.[35]  To put things in perspective, one million board feet of timber would cover one acre, two feet deep, or provide enough lumber to build 120 houses.[36] (See Figure 4)

**Figure 4**



The Tongass Timber Industry Has Years of Timber That Is Free & Clear of Litigation and Available For Logging

\* Independent Logging Level 1993-2002
\*\* Independent Logging Level 1983-2002
Source: U.S. Forest Service data: 1) Remaining Timber Sales Volumes and Values Through July 31, 2003; 2) Volume Harvested in Million Board Feet, Fiscal Year 1980-2002

## B. Loss of Markets for Tongass Trees is the Timber Industry's Real Problem

Demand for Tongass timber in world markets has dropped sharply. In recent years, many Tongass timber sales have gone unsold or uncut. However, the Forest Service continues to spend millions of dollars laying out new sales, often in controversial areas.

The most reliable customer in the past for Tongass wood products—Japan—is wrestling with economic stagnation and is substituting higher quality wood products and inexpensive Russian logs for the Alaskan wood products it once purchased. These changes likely are permanent and "not simply the down side of a cycle. . . . [A]ggressive new competitors, with new and often superior products, permanently established themselves [in the Japanese market] and began expanding their market shares."[37]

In 2000, North American log exports to Japan declined by 37 percent from 1994 levels; total log and lumber exports declined by 38 percent during the same period.[38] In 2001, total Japanese log and lumber imports from North America reached the lowest level since 1965.[39] As noted in a December 2001-January 2002 Pacific Rim Wood Market Report:

> A special challenge, with long-term implications, is the weakened market for hemlock lumber in Japan. . . . It has traditionally found a ready market in Japan, where it is sold green. . . . [However, n]ew building codes (following the Kobe earthquake in 1995) have resulted in green hemlock losing favor to kiln-dried lumber readily available from Scandinavia and elsewhere.[40]

In May 2003, the Alaska Department of Labor predicted a continued decline in timber jobs: "[l]ow prices for milled timber, the uncertainty concerning the success of Silver Bay's[*] [bankruptcy] reorganization plans, a national glut of timber, and sharp Canadian competition all point to continuing erosion in the logging and wood products industries."[41] (*See Figure 5*)

**Figure 5**



Tongass-Related Timber Jobs Have Declined Steadily Because of Tough Market Competition

\* Preliminary estimate based on first 2 quarters of 2002.
Source: Robertson, U.S. Forest Service, Employment in the Wood Products Industry in Southeast Alaska, 1982-2002

## C.  Markets and the Pulp Mills

By 1997, Alaska's two pulp mills had closed their doors, even though both had significant timber supplies at their disposal.[42]  In fact, the Ketchikan Pulp Company continued to log Tongass timber already approved for its use for three years after it shut down its pulp mill.

Several factors contributed to these mill closures, including worldwide competition, high worldwide pulp inventories, and declining pulp prices.  The competition came from newer, larger, and more efficient pulp mills in South Africa, Brazil, and elsewhere.[43]  In a quarterly report filed with the Securities and Exchange Commission, Louisiana-Pacific Corporation stated: "[l]arge worldwide pulp inventories at the end of 1995 have carried through the first six months of 1996, creating very weak pulp markets."[44]  According to the Forest Service, "[w]orld spot markets from rayon-grade dissolving pulp dropped as low as $500-$600/metric ton compared with 1995 prices as high as $1300-$1400."[45]

---

[*] Silver Bay Logging, Inc. is an independent logging operator and mill owner in Wrangell, AK.

Louisiana-Pacific Corporation's pulp division, including Ketchikan Pulp Company, lost money four out of five years from 1992-1996.[46] In the first six months of 1996, the division lost $52 million;[47] $21 million of this loss was attributed to their Ketchikan mill.[48] Similarly, the Alaska Pulp Corporation had a $163 million cumulative operating deficit when it closed.[49]

## D.  Low Timber Prices Continue Today

The Forest Service says that worldwide markets for Alaskan wood products are now so low that 90-95 percent of all existing timber contracts are unprofitable.[50] In fact, in late 2002, the Forest Service gave timber contract holders a 3-year extension to allow them to hold on to the timber they had already purchased rather than cut it at a loss.[51]

In justifying this extension, the Chief of the Forest Service said "[t]he lumber market in 2001 was at its lowest level in 10 years.  Purchasers of National Forest System timber in Alaska are unable to harvest the timber sales without incurring losses that threaten bankruptcy, mill closures, or severe economic losses."[52]

The Tongass timber industry is a high-cost producer in a competitive world market.  Relative to British Columbia, the Pacific Northwest, and other competitors, the Tongass has higher labor and production costs, higher vulnerability to relatively small price fluctuations in world hemlock prices, and a higher likelihood of being out-competed by engineered wood products.[53]  (*See Figure 6*)

One result of these global economic changes is a large number of unsold timber sales on the Tongass.  Between 1998 and 2001, more than 30 percent of Tongass timber sales failed to attract even a single bidder.[54]  As a result, millions of taxpayer dollars the Forest Service spent laying out these sales have been largely wasted.

**Figure 6**



**The Tongass Timber Industry is a High Cost Producer in a Tough International Market**

Source: Robertson and Brooks, *Assessment of the Competitive Position of the Forest Products Sector in Southeast Alaska*, 1985-94, Gen. Tech. Rep. PNW-GTR-504, U.S. Forest Service, Pacific Northwest Research Station (2001), p. 20.

## E.  The Forest Service Inflates Market Demand for Tongass Timber

While timber markets have permanently and radically changed, the Forest Service continues to ask for and receive more money to produce more timber sales as if nothing has changed.

Fiscal year 2002 saw one of the lowest logging levels on record—just 34 million board feet—the lowest level since 1940.[55]  Yet, the Forest Service continues to use a flawed economic model to argue that market demand for timber on the Tongass is 152 million board feet,[56] a logging level reached by independent loggers just twice in the last twenty years.[57]  (*See Figure 7*)

The Forest Service's estimate of market demand is important because the Forest Service uses this estimate to justify its annual request to Congress for funding.  The higher the estimate of market demand, the more money the Forest Service gets for timber sales on the Tongass, even if the estimate flies in the face of reality.

Trying to meet the Forest Service's unrealistic estimate of market demand for timber costs tens of millions of taxpayer dollars a year.  It also forces the Forest Service to lay out timber sales and build roads in highly controversial areas.  These include roadless areas that are important to many other users of the Tongass.

Nevertheless, the timber industry and its political supporters want the Forest Service to provide 360 million board feet of timber a year.[58]  This amount is more than twice the Forest Service's

## Figure 7



estimate of market demand and nearly five times the 20-year average annual cut.  The Forest Service has determined this logging level to be unsustainable over time.  Not only would it significantly impact other users of the Tongass, but, if logging the Tongass continues losing money at the rate it has since 1982, *it would cost taxpayers more than $50 million each year* to log this much timber.[59]

---

> *"After reappraisal of most timber sales under contract, 90-95 percent of the timber sales are not economically viable in today's market,"*
> **- Alaska Deputy Regional Forester, Steve Brink.[60]**

---

**F.  Taxpayer Subsidies Send Jobs to Asia**

Too many trees clearcut on the Tongass are shipped as unprocessed round logs to Asia and the Pacific Northwest without producing any manufacturing or wood processing jobs in Alaska.  In fact, the Forest Service allowed timber companies to export a volume equal to 23 percent of the total timber logged on the Tongass in 2000 and 2001 as raw logs with no processing or manufacturing in Alaska.[61]

Logs were also exported without Alaska processing from state-owned lands, University of Alaska lands, Mental Health Trust lands, and private lands. Between 1990 and 2002, more than 6.1 billion board feet of timber, worth $3.6 billion dollars has been exported from Alaska as raw unmanufactured logs without creating a single processing or manufacturing job in the state.[62]

While exports of Tongass trees include all species of commercially-important conifers, most of the trees exported are cedars.  Alaska yellow cedar is highly regarded for specialty products and brings high returns to timber companies. Almost all of the yellow cedar cut on the Tongass is exported directly to Asia as round logs.  Most western red cedar cut on the Tongass is also exported as raw unmanufactured logs.[63]

Cedar makes up about half of the trees to be cut in some Tongass timber sales.  The Kuakan timber sale for example was approximately 41 percent cedar.[64]  Approximately 60% of the trees to be cut in the Cholmondeley timber sale are cedar.[65]

A fully developed, high value-added industry could support 14-18 jobs per million board feet of timber utilized.[66]  Forest Service data show that for the years 1997 through 2001, the average annual volume of trees exported was approximately 30 mmbf.[67]  If this timber had been manufactured into value-added products in Alaska, it could have supported approximately 480 additional jobs a year for Alaskans.

Unfortunately, today Tongass trees, Alaskan jobs, and U.S. tax dollars continue to be exported at unreasonably high levels.

## IV.  Future Investments:  Where Should They Go?

Is Southeast Alaska getting the biggest bang for the taxpayer buck?  Given the huge subsidies federal taxpayers are sending to Southeast Alaska, is the region making the best of these public investments?  Are the subsidies supporting jobs and an investment in the region's long-term future, or are they an expensive attempt to hold on to a past that no longer exists?

Today, taxpayer subsidies on the Tongass largely benefit a declining industry that provides few jobs and economic benefits compared to other sectors of the region's economy.  These subsidies also fund activities that are controversial in the region and across the country because they degrade one of the world's rarest and most valued landscapes.

These subsidies could provide more jobs and do less environmental damage if they were invested in smarter ways.  Tourism, recreation, and environmental restoration are a few of the many examples for how these funds could be better invested.  Other possibilities include the marketing of Alaskan salmon and high value-added wood products.

### A.  Tourism and Recreation in the Inside Passage Continue to Grow

While the timber industry is declining and providing increasingly fewer jobs in Southeast Alaska, tourism and recreation continue to grow.

Cruise ships alone brought an estimated 632,000 visitors to Southeast Alaska in 2000, compared to 235,000 visitors in 1990.[68]  The number of clients using outfitters and guides has also climbed sharply during the last decade. Outfitter/guide clients increased from approximately 1,550 in 1994 to 14,000 in 1999, an increase of 800 percent in five years.[69]

The growth of recreation and tourism is a national trend.  According to the Forest Service's 2000 Strategic Plan, by far the largest economic activity in the National Forest System is recreation use,[*] followed by hunting, fishing, and wildlife viewing. Timber holds a distant 3rd place.[70]

This Plan also shows that, in 1999, recreation use in National Forests represented 64 percent of the total dollar amount of National Forest resource outputs.[†]  The category of hunting, fishing and wildlife viewing represented another 16 percent of those outputs. Together these two recreational categories made up 80 percent of all national forest resource outputs when measured in terms of their dollar values.  In contrast, timber was responsible for just 11 percent. Mineral and energy extraction equaled 7 percent.

In terms of employment, the Plan showed that the impact of recreation was greater still. The two recreational categories made up 85 percent of jobs produced; the two resource extraction categories just 13 percent.

---

[*] In the Strategic Plan, "recreation use" includes all recreation activities except hunting, fishing, and wildlife viewing.

[†] "Output" is defined as "measurable goods, end products, or services resulting from management activities that are purchased, consumed or used directly by people." See U.S. Forest Service *Final Supplemental Environmental Impact Statement Roadless Area Evaluation for Wilderness Recommendations*, February 2003, p. 7-15.

A 1997 comparison between the value of logging Tongass old-growth forest and recreation and tourism use of these lands showed the latter was nine times more valuable than logging. By 2000, recreation and tourism on the Tongass contributed 30 times the value of clearcutting the forest.[71]  Clearly, trees left standing for recreation and tourism contribute substantially more than logging to Southeast Alaska's long-term economy.

### B.  A Healthy Environment Provides Far More Jobs Than Logging

Recreation, tourism, and commercial fishing related to the Tongass provide far more jobs and income to the region's economy than the timber industry.  In 2001, 51 percent of resource-dependent Southeast Alaska jobs were in recreation and tourism and 9 percent were in wood products.[72]  When the Tongass region's salmon harvesting and seafood processing are added in, 87 percent of Southeast Alaska resource-based employment, and 19 percent of all Southeast Alaska employment, was due to recreation, tourism and commercial fishing.[73]

Salmon harvesting and seafood processing produced more than 3,000 jobs in 2001.[74]  Recreation and tourism accounted for 4,278 jobs in Southeast Alaska, more than 5 times the number of jobs in the timber industry.[75]  Most of the tourism and recreation jobs were associated with small businesses.  The Alaska Division of Community and Business Development identified 736 commercial recreation businesses working in the Tongass region in 2000, and the number is probably higher.[76]

Most timber jobs in the region are associated with private lands.  The Forest Service estimates that the Tongass National Forest provided 195 timber jobs in 2002, less than 0.6 percent of the total jobs in the region's economy.[77]  (*See Figure 8*)

Timber, recreation, and tourism jobs are <u>all</u> important.  But the trend is clear: jobs in the timber industry are declining while jobs in the recreation and tourism sector are increasing.

### Figure 8



Tongass-Related Timber Jobs Comprise Less Than 0.6 % of All Southeast Alaska Jobs

* Preliminary estimate based on first 2 quarters of 2002.
<u>Source</u>:  Alaska Department of Labor: Alaska Economic Trends, May 2003; Robertson, U.S. Forest Service, Employment in the Wood Products Industry in Southeast Alaska, 1982-2002.

## C.  The Forest Service is Failing to Respond to Changes in Alaska's Economy

While the Forest Service prides itself on being a multiple-use agency, it's not a multiple-use subsidizer.  Tourism, recreation, and commercial fishing provide far more jobs and economic benefits to the region than the timber industry, but they are clearly lower Forest Service funding priorities.

The agency consistently spends two and a half times more money on Tongass logging and logging roads than it does on tourism and recreation.[78]  Similarly, it spends four times more each year on logging and road building than it does on fish and wildlife management activities.[79] (*See Figure 9*)

The Forest Service has starved its recreation program over the last decade.  While the need to plan and manage tourism and recreation growth has grown dramatically on the Tongass, the agency's recreation budget has stagnated. In fact, while the number of clients using outfit-



**Figure 9**

Southeast Alaska Resource Jobs,  2001

Recreation and Tourism  4,278 jobs

Timber  782 jobs

Fishing and Seafood  3,080 jobs

Source: 2003 FSEIS, Table 3.4-3 at 3-246.

Forest Service Spending, 2001
In Millions

Timber  $37.40

Fishing and Seafood  $5.7

Recreation and Tourism $15.50

Source: Forest Service data: 1) Region 10 Budget Expenditures by Fund Code; 2) Budget Allocation data for Alaska Region.

ter/guide services increased by 800 percent from 1994 to 1999,[*] the Forest Service's budget allo-cation for recreation, wilderness, and heritage management on the Tongass actually dropped 20 percent during the same time period.[80] The agency needs to invest now in planning and managing the ever-increasing levels of tourism and recreational use on the Tongass in order to avoid conflicts among commercial users and non-commercial users, including local residents, and to safeguard the natural resources that provide for the "wild Alaska" experience.

The Forest Service and the region reap a positive return on the agency's investment in recreation-related efforts on the Tongass, in dramatic contrast to the losses related to its timber program. The agency's four recreation fee-demonstration projects[†] on the Tongass illustrate this benefit. These popular projects raised over $765,000 in fiscal year 2001, while the expenses to run these projects totaled only $481,530.[81] In contrast, all Tongass timber sales combined generated less than $1.86 million in revenue in 2001 and only $1.24 million in 2002.[82] The costs to run the timber sale program and build logging roads for these 2 years were $37.4 million and $36.1 million, respectively.[83] The vast majority of the recreation fees stay in Alaska, while most of the timber revenue goes back to Washington, DC and the U.S. Treasury.

If the Forest Service really cared about jobs in the Tongass region, it would get a bigger bang for the taxpayer buck by investing less in logging and more in other sectors of the region's economy.

## D. A Healthy Environment Generates Jobs and Earnings

Wildlife viewing, recreational (sport) hunting and fishing, and subsistence activities on the Tongass also generate millions of dollars every year. Data on numbers of participants and the economic value of their spending have been consistently difficult to obtain for the Tongass; nevertheless, the studies that have been done illustrate the popularity of activities that depend upon maintaining healthy ecosystems on the forest.

A study prepared for the ADF&G showed that in 1993, anglers spent about $103 million ($49 million by residents, $54 million by visitors) for sport fishing in Southeast Alaska. This spending directly supported an estimated 1,260 jobs with a payroll worth an estimated $27 million.[84] Conducting most of their hunts on Tongass land, sport hunters spent $6 million on deer, moose, and mountain goat hunting in 1984 and 1985, an expenditure equal to $9.2 million today.[85] Bear hunting also draws hundreds of residents and visitors to the Tongass. Brown bear hunts on Admiralty, Baranof, and Chichagof islands are a particularly lucrative activity; non-Alaskan hunters are required to be accompanied by a guide, who typically charges $10,000 per hunt.[86] The 93 brown bears taken by non-residents from these islands in 1998[87] represent nearly $1 million in guiding fees alone.

Wildlife viewing is immensely popular on the Tongass. The Forest Service's National Visitor Use Monitoring program identified wildlife viewing as the most popular activity of visitors to the Tongass in 2000.[88] Indeed, visitors to Southeast Alaska expect to view wildlife and are willing to pay for that experience. In the summer of 1989, viewers spent an estimated $43.1 million to see wildlife.[89] A survey sponsored by the ADF&G and the Forest Service found that the more a person was motivated to take a trip to Alaska to view wildlife, the more money they were likely

---

[*] See p. 17 and endnote 69.
[†] Tongass sites include: Juneau Ranger District Recreation Complex, Southeast Alaska Discovery Center in Ketchikan, Pack Creek Bear Observation site on Admiralty Island, and Ohmer Creek Campground near Petersburg.

to spend in the state during their trip, the longer they were likely to stay, and the greater the chance that they would visit more than one region of the state.[90]

Subsistence, similarly to wildlife viewing and sport hunting and fishing, depends upon healthy fish and wildlife habitat.  Providing important cultural and nutritional benefits to Alaskans, especially those in rural areas, subsistence also generates essential non-income benefits to rural economies. Residents of rural areas of Southeast Alaska annually harvest an estimated 178 lbs. of wild subsistence foods per person.[91]  Much of this food is taken from the Tongass. While economists acknowledge the difficulty in measuring the economic value of subsistence activities, a conservative method using a replacement cost of $5 per pound sets the value of subsistence foods to rural Southeast Alaskans at over $25 million per year.[92] This value increases to over $160 million when a standard valuation method that assesses net willingness to pay to engage in subsistence is used.[93]

Healthy ecosystems, beautiful scenery, and the fish and wildlife they produce generate millions of dollars a year for Southeast Alaskans and help sustain the region economically.

### E.  Putting People to Work Restoring the Environment

The Forest Service has unique opportunities to invest in projects that will employ hard-working Alaskans doing skilled work to restore the environment and protect natural resources important to the region's economy.  The Tongass has huge environmental restoration needs.

The Forest Service and ADF&G have identified more than 1,500 stream culverts that do not pass the Forest Service standards for allowing fish to swim through.[94]  The culverts are too steep or the end of the pipe is hanging too far above the water for fish to move up and down streams to reach critical habitat. To protect Alaska's rich salmon and trout fisheries, these culverts need to be replaced or repaired as soon as possible. (*See Figure 10*)

### Figure 10



**Tongass Restoration Needs:
Culverts under Logging Roads in Need of Repair**

Source: *Assessment of Fish Passage Through Culverts on the Tongass National Forest*,
U.S. Forest Service report, March 2002.

The Forest Service has begun this work by paying contractors to replace or repair problem culverts. These well paying jobs are good for Alaskan workers and for the environment. The money fuels the local economy without controversy or undue project delays.

While this Forest Service action is commendable, the program needs to be accelerated. The agency estimates the cost of repairing the culverts at nearly $40 million.[95] Yet, in 2002, only $2.5 million was allocated for fish passage work.[96] At this pace, it will take the Forest Service 16 years to repair all of the Tongass' culverts, unrealistically assuming no additional culverts will fall into disrepair and block fish passage.

There are also other problems with the 5,000 miles of logging roads already criss-crossing the Tongass.[97] The Forest Service can't afford to maintain them and most are virtually abandoned. These unmaintained roads increase the likelihood of erosion, sedimentation, and landslides, harming fish habitat.

The Forest Service has a road maintenance backlog in Alaska totaling nearly $100 million.[98] The backlog grows every year. The annual maintenance needs for the road system on the Tongass National Forest is $17.6 million alone.[99] But in 2002, the Forest Service spent only $3.5 million on road maintenance.[100] *From 1993-2000, the average annual road maintenance budget was only $1.7 million, less than 10 percent of the annual need.*[101] At the same time, the Forest Service continues to spend millions of dollars a year building new logging roads, most of them serving no public purpose.

If the Tongass timber program is a "jobs program", the Forest Service should invest in repairing its existing logging roads, before it continues to build new logging roads at great taxpayer expense and environmental damage.

Other potential restoration projects include thinning second-growth forests to improve their economic potential and wildlife benefits. While these activities cannot replicate the original old-growth forest characteristics that can take a couple hundred years to develop, they could provide jobs to Alaskans while doing less damage to the environment than logging old-growth rainforest.

**F. Small-scale timber operations**

On Prince of Wales Island, a group of loggers, mill owners, and conservation-minded citizens worked together for over two years to develop a small-scale timber program that would provide timber for local manufacturing and have a minimum impact on the environment.

Under the program, loggers can take dead and down trees from the existing road system on the island. The program currently employees more than 40 people. It has far less environmental impact than the Forest Service's current program of building logging roads into pristine areas. It also costs taxpayers a lot less money. Taxpayers don't have to pay to build expensive new logging roads or layout large timber sales.

There are many more opportunities on the Tongass where the Forest Service could do a better job of teaming up with entrepreneurs and citizens from all walks of life to develop projects that provide more jobs, use less wood, and do less damage to the environment.

## G.  Investing in the Future, Not the Past

Southeast Alaska's economic landscape has changed dramatically over the last decade, and it will likely continue changing in the future.  If the Forest Service is interested in helping provide jobs in Southeast Alaska, it must begin to invest more in the future.

Unfortunately, the Forest Service remains stuck in the past.  The Forest Service and its political supporters continue to measure "success" by the number of large old-growth trees the timber industry cuts down, rather than the total number of jobs the Forest Service helps provide.  If the Forest Service really cared about jobs, it would be making much different investment decisions.

By continuing to expend huge federal subsidies on the timber program and failing to increase its investments in other growing sectors of Southeast Alaska's economy, the Forest Service is missing important opportunities to create more jobs and promote economic growth in the region.  It is also missing opportunities to provide more jobs with less impact on the Tongass' world class environment.

The Forest Service could generate more jobs and income in Southeast Alaska if it invested more in tourism, recreation, restoration, and smaller scale, value-added manufacturing.  The Forest Service could invest in expanding its visitor facilities, building and maintaining campgrounds, building and maintaining Tongass trails, replacing culverts that block fish passage, and planning for tourism and recreation growth.  These investments would benefit local Southeast Alaskans as well as the hundreds of thousands of Americans who visit the famed Inside Passage every year.

Small-scale, value-added wood products manufacturing, government, and commercial fishing will also continue to play key roles in Southeast Alaska's economy, as will other economic sectors that share what is special and unique about Alaska in a way that is competitive with world markets.

This is not to suggest that tourism, recreation, restoration, and value-added manufacturing should be the only areas in which the Forest Service invests.  Indeed, tourism and recreation, for example, bring their own impacts to communities and the environment, impacts that citizens of the Tongass will have to work together to balance.

However, this report makes clear that there are many opportunities for the Forest Service and Alaska's political leaders to do a much better job of providing jobs to Southeast Alaskans.  Making smarter investments would help the region's communities avoid the boom and bust economy of the past, diversify their economies, and support a vibrant, balanced, and increasingly sustainable economy on the Tongass.

## VI. Recommendations

The Southeast Alaska Conservation Council is committed to working with others in the region to determine how to provide more jobs in the region with less damage to the environment.

We urge the Forest Service to:

❑ Reduce logging subsidies. The Forest Service should redirect a large portion of its timber and road building budget into tourism and recreation planning and infrastructure devel-opment, habitat restoration work, and marketing fish and high value-added wood prod-ucts. The Forest Service could invest in improved visitor facilities, campgrounds, and trails that benefit both local Alaskans and the hundreds of thousands of visitors who travel the famed Inside Passage every year.

❑ Create incentives that reduce the export of raw unprocessed logs to Asia and encourage the development of a high value-added timber industry that manufactures finished wood products in Alaska.

❑ Stop building logging roads into roadless areas at taxpayer expense. Taxpayers shouldn't pay millions of dollars to build roads into environmentally sensitive areas for timber companies to haul away public timber for private profit. Future logging efforts should be focused on the existing road system.

❑ Adopt a timber sale schedule that responds to actual market demand, consistent with the Tongass Timber Reform Act of 1990, not an artificially inflated number that wastes pre-cious tax dollars and threatens roadless areas that Tongass residents and Americans want to see protected.

❑ Make wiser investments for the future of the region. The Forest Service should invest more in growing sectors of the economy that provide more jobs and income at a fraction of the cost to taxpayers and the environment.

# Endnotes

[1] Total loss for fiscal years 1982 through 2002 is $750,065,582. Loss is calculated as the difference between the value of cut timber and the expenditures for timber management, road construction, and other line items referable to timber preparation and sale costs; expenditures for road maintenance are not included unless otherwise noted. Calculations are based upon data from U.S. General Accounting Office (GAO), Congressional, and U.S. Forest Service sources, available upon request from SEACC.

[2] Guy Robertson, Regional Economist, *R10 Budget Expenditures by Fund Code* U.S. Forest Service data for Alaska Region, in response to SEACC FOIA request of December 2002.

[3] *Timber Cut and Sold on National Forests, Region 10 Fiscal 2002* report, from U.S. Forest Service Alaska Region Reports and Policies webpage: http://www.fs.fed.us/r10/ref_reports/reports.shtml. Receipts cited are for value of Tongass cut timber.

[4] U.S. Forest Service *Final Supplemental Environmental Impact Statement Roadless Area Evaluation for Wilderness Recommendations* (February 2003) [hereinafter *2003 FSEIS*], *see* notes to Table 3.4-23 p. 3-299.

[5] Calculation based upon data from: 1) Guy Robertson, U.S. Forest Service, *Employment in the Wood Products Industry in Southeast Alaska, 1982-2002* data provided to SEACC, May, 2003. FY02 data is an estimate based on the first 2 quarters of 2002. 2) Guy Robertson, Regional Economist, *R10 Budget Expenditures by Fund Code*, U.S. Forest Service data for Alaska Region, in response to SEACC FOIA request of December 2002, and 3) *Timber Cut and Sold on National Forests, Region 10 Fiscal 2002* report.

[6] U.S. Forest Service: Distribution of Timber-Sales Receipts Fiscal Years 1992 - 1994, September 1995, GAO/RCED-95-237 FS, p. 51

[7] U.S. Forest Service: Distribution of Timber-Sales Receipts – FY 1995 - 1997, November 1998, GAO/RCED-99-24, p. 41

[8] Conf. Rep. No. 105-825, on H.R. 4328, Omnibus Appropriations bill FY99 105th Cong., 2d Sess. (1998), p. 1219.

[9] Conf. Rep. No. 106-479, on H.R. 3194, FY2000 Consolidated Appropriations bill 106th Cong., 1st Sess. (1999), p. 488.

[10] Dep't of the Interior and Related Agencies Appropriations Act, 2001, Pub. L. No. 106-291, 114 Stat. 922, 968.

[11] Dep't of the Interior and Related Agencies Appropriations Act, 2002, Pub. L. No. 107-63, 115 Stat. 414, 445.

[12] Consolidated Appropriations Resolution, 2003, Pub. L. No. 108-7, 117 Stat. 11, 251.

[13] Agreement Made and Entered into the 21st Day of February, 1997, by and between the United States; United States Department of Agriculture, Forest Service; Ketchikan Pulp Company and Louisiana-Pacific Corporation; Pers. Comm. Buck Lindekugel, SEACC with U.S. Forest Service Region 10, Office of General Counsel (June 5, 2003).

[14] 1999 Emergency Supplemental Appropriations Act, Publ. L. No. 106-31, 113 Stat. 57, 90.

[15] Two million dollars were appropriated in each of these 2 bills: Conf. Rep. No. 106-914, on H.R. 4578, Dep't of Interior and Related Agencies Appropriations Act, 2001, 106th Cong., 2d Sess. (2000), p. 157; Conf. Rep. No. 106-988, on H.R. 4635, Dep't of Veterans Affairs and Housing and Urban Dev., and Indep. Agencies Appropriations Act, 2001, 106th Cong., 2d Sess. (2000), p. 266.

[16] L. Scott Trainum, *Report on Feasibility: Ethanol Plant Development in Southeast Alaska*, 2000, p. 9.

[17] Omnibus Appropriations Act of 1996, Pub. L. No. 104-134, 110 Stat. 1321-182.

[18] FY2000 Consolidated Appropriations bill, Pub. L. No. 106-113, 113 Stat. 1501A-177

[19] U.S. Forest Service Contract Number 50-0109-2-61300, Midway Road Construction, issued April 30, 2002.

[20] *2003 FSEIS, supra* note 4, Table 3.3-15, p. 3-109.

[21] *Alaska Forest Roads*, updated June 14, 2002, in U.S. Forest Service Alaska Region Briefing Book 2002.

[22] *2003 FSEIS, supra* note 4, p. 3-25.

[23] *2003 FSEIS, supra* note 4, Table 3.3-15, p. 3-109.

[24] *Id.*

[25] U.S. Forest Service *2002 Road Deferred Maintenance* report, in response to SEACC FOIA request of October 10, 2002.

[26] U.S. Forest Service, *Assessment of Fish Passage Through Culverts on the Tongass National Forest*, March, 2002, Table 2.

[27] U.S. Forest Service data provided Taxpayers for Common Sense through FOIA request (2002).

[28] *Id.*

[29] SEACC, *Ghost Trees: Measuring the Vanished Forests of Southeast Alaska,* (2000), p. 6; Katz, Background Paper on *Ghost Trees: Measuring the Vanished Forests of Southeast Alaska* (August 2000); Letter from Puchlerz, Tongass Forest Supervisor to Kirsch, SEACC (Nov. 30, 2000)(commenting on *Ghost Trees*); and Letter from Kirsch to Puchlerz (Feb. 22, 2001)(point-by-point response to Forest Service critique). Although the Forest Service criticized the methodology SEACC used, the Forest Service never disagreed with our conclusion: over the past 100 years, logging has removed approximately 70% of the very largest timber stands across all land ownerships in Southeast Alaska.

[30] *2003 FSEIS, supra* note 4, Table 3.4-23, p. 3-299.

[31] Guy Robertson, Regional Economist, *R10 Budget Expenditures by Fund Code,* U.S. Forest Service data for Alaska Region, in response to SEACC FOIA request of December 2002.

[32] *Component Detail, FY 04 Operating Budget, Forest Management and Development* report, Legislative Finance Division, February 7, 2003.

[33] Department of Natural Resources FY02 Revenue data, submitted to Alaska State Representative Bruce Weyhrauch, February 7, 2003.

[34] *U.S. Forest Service Remaining Timber Sales Volumes and Values Through July 31, 2003* (*available at*: http://www.fs.fed.us /r10/ro/policy-reports/) shows a remaining volume of 284,282 mbf.

[35] Guy Robertson, *Volume Harvested in Million Board Feet, Fiscal Year 1980-2002*, U.S. Forest Service data for Alaska Region, in response to SEACC FOIA request of December 2002. Ten-year average annual cut is 47.38 mmbf, and 20-year average annual cut is 66.2 mmbf.

[36] U.S. Forest Service, *Kuakan Timber Sale Record of Decision and FEIS* March 2000, p. 4-6.

[37] Peter H. Pearse, *B.C. Coastal Forest Industry in Peril*, Pacific Rim Wood Market Report no. 170, December 2001-January 2002, p. 2. The discussion relates particularly to changes in Japanese hemlock log and green lumber markets that apply similarly to Alaska.

[38] Miyoko Kitagawa, *Japan-2002 Demand Forecast for Logs and Lumber*, Pacific Rim Wood Market Report no. 170, December 2001-January 2002, p. 14.

[39] Miyoko Kitagawa, *General Market Conditions*, Pacific Rim Wood Market Report no. 172, March 2002, p. 10.

[40] Peter H. Pearse, *B.C. Coastal Forest Industry in Peril*, Pacific Rim Wood Market Report no. 170, December 2001-January 2002, p. 5.

[41] Neal Gilbertsen, Alaska Economic Trends, Alaska Department of Labor and Workforce Development, (May 2003), p. 23.

[42] *See Timber Supply and Demand 1993*, U.S. Forest Service ANILCA Section 706(a) report (R10 MB 300 1994), p. 2, and *Timber Supply and Demand 1997*, U.S. Forest Service ANILCA Section 706(a) report (Report Number 17), p. 3.

[43] *Timber Supply and Demand 1996*, U.S. Forest Service ANILCA Section 706(a) report (R10 MB 357 1997), p. 17.

[44] Quarterly Form 10-Q Report, Commission File Number 1-7107 for the period ending June 30, 1996, p. 10. *Available at*: http://www.sec.gov/Archives/edgar/data/60519/0000892917-96-000233.txt

[45] *Timber Supply and Demand 1996*, U.S. Forest Service ANILCA Section 706(a) report (R10 MB 357 1997), pp. 15-16.

[46] Sales and Profit by Major Product Group table in Annual Form 10-K Report, Commission File Number 1-7107 for the fiscal year ending December 31, 1996, p. 4. *Available at*: http://www.sec.gov/Archives/edgar/data/60519/0000892917-97-000069.txt

[47] Quarterly Form 10-Q Report, Commission File Number 1-7107 for the period ending June 30, 1996, p. 10. *Available at*: http://www.sec.gov/Archives/edgar/data/60519/0000892917-96-000233.txt

[48] Pers. Comm., Mark Suwyn, LP CEO, July 29, 1996.

[49] Alaska Pulp Corporation Consolidated Balance Sheet, March 31, 1993.

[50] Memorandum from Steve Brink, Deputy Regional Forester for Natural Resources, to Chief of the U.S. Forest Service (March 28, 2002) (explaining a finding of overriding public interest in contract extensions).

[51] Notice of Extension of Certain Alaska Timber Sale Contracts, 67 Fed. Reg. 51165-67 (August 7, 2002).

[52] Memorandum from Dale Bosworth, Chief of the Forest Service, to Mark Rey, Under Secretary, Natural Resources and Environment, (undated), explaining contract extensions.

[53] Guy C. Robertson and David J. Brooks, *Assessment of the Competitive Position of the Forest Products Sector in Southeast Alaska, 1985-94*, Gen. Tech. Rep. PNW-GTR-504, U.S. Forest Service, Pacific Northwest Research Station (2001). *Available at:* http://www.srs.fs.usda.gov/pubs/view-pub.jsp?index=2926.

[54] U.S. Forest Service data provided in response to a FOIA request by Taxpayers for Common Sense (2002).

[55] *Timber Cut and Sold, Region 10 Fiscal Year 2002* report from USDA Forest Service Alaska Region Reports and Policies webpage: http://www.fs.fed.us/r10/ref_reports/reports.shtml; U.S. Forest Service *Tongass Land Management Plan Revision Final Environmental Impact Statement*, January 1997, Table 3-73, p. 3-259.

[56] *2003 FSEIS, supra* note 4, Table 3.4-15, p. 3-287.

[57] Guy Robertson, *Volume Harvested in Million Board Feet, Fiscal Year 1980-2002*, U.S. Forest Service data for Alaska Region, in response to SEACC FOIA request of December 2002.

[58] Alaska Governor Frank Murkowski, The State of the State Address, January 23, 2003.

[59] Calculation based upon the following data: 5.3 billion board feet have been logged on the Tongass from FY82 through FY02 (*see* Guy Robertson, *Volume Harvested in Million Board Feet, Fiscal Year 1980-2002*, U.S. Forest Service data for Alaska Region, in response to SEACC FOIA request of December 2002); $750,065,582 has been lost from FY82 through FY02 (*see* methodology described in note 1). Using these figures, the Forest Service has lost $141,175/mmbf of timber cut on the Tongass since 1982. At this historical rate of loss, cutting 360 mmbf yearly will cost taxpayers $50,823,000 each year.

[60] Memorandum from Steve Brink, Deputy Regional Forester for Natural Resources, to Chief of the U.S. Forest Service, (March 28, 2002).

[61] Data from: 1) Guy Robertson, U.S. Forest Service, *Tongass National Forest Log Exports CY 1997-2001*, data provided to SEACC, June, 2003; 2) *Timber Cut and Sold on National Forests, Region 10 Fiscal 2001* report; and 3) *Timber Cut and Sold on National Forests, Region 10 Fiscal 2000* report. Cut and Sold reports are available at U.S. Forest Service Alaska Region Policies and Reports webpage: http://www.fs.fed.us/r10/ro/policy-reports/.

[62] Guy Robertson, U.S. Forest Service, *Exports of Softwood Logs and Lumber from Alaska (Anchorage Customs District), CY 1988-2001*, data provided to SEACC, May, 2003.

[63] Export data from: Guy Robertson, U.S. Forest Service, *Tongass National Forest Log Exports CY 1997-2001*, data provided to SEACC, May, 2003; cedar harvest data from: Bill Wilson, *Cedar Harvest on the Tongass National Forest (1997-2001)*, March 18, 2002, p. 3.

[64] U.S. Forest Service, *Kuakan Timber Sale Record of Decision and Final Environmental Impact Statement*, March 2000, p. 2-2.

[65] U.S. Forest Service, *Cholmondeley Timber Sales Final Environmental Impact Statement*, April 2003, p. 3-87.

[66] David Katz, *Modeling a Small-Scale Secondary Manufacturing Timber Industry for Southeast Alaska.* SEACC (1997), p. 1.

[67] Guy Robertson, U.S. Forest Service, *Tongass National Forest Log Exports CY 1997-2001*, data provided to SEACC, May, 2003.

**Taxpayer Losses and Missed Opportunities**
**SEACC ~ 2003**                                                                                            **Page 27**

---

[68] U.S. Forest Service, *Shoreline Outfitter/Guide Draft Environmental Impact Statement*, July 2002, p. 3-63.

[69] U.S. Forest Service, *Shoreline Outfitter/Guide Draft Environmental Impact Statement*, July 2002, p. 3-19.

[70] USDA Forest Service Strategic Plan (2000 Revision) Table D-1, p. 61. The Plan is available at: http://www.fs.fed.us/r5/scfpr/documents/stratplan.rtf

[71] *Compare* U.S. Forest Service *Tongass Land Management Plan Revision Final Environmental Impact Statement*, January 1997, Table 3-151, p. 3-502 *with 2003 FSEIS, supra* note 4, p. 3-300. These sources present an economic efficiency analysis that quantifies the value of timber and recreation/tourism in monetary terms.

[72] *2003 FSEIS, supra* note 4, Table 3.4-3, p. 3-246.

[73] *Id.*

[74] *Id.*

[75] *Id.*

[76] U.S. Forest Service, *Shoreline Outfitter/Guide Draft Environmental Impact Statement*, July 2002, p. 3-64.

[77] Guy Robertson, U.S. Forest Service, *Employment in the Wood Products Industry in Southeast Alaska, 1982-2002* data provided to SEACC, May, 2003; Neal Gilbertsen, Alaska Economic Trends, May 2003, Alaska Department of Labor and Workforce Development, p. 25.

[78] Calculations based upon data from: 1) Guy Robertson, Regional Economist, *R10 Budget Expenditures by Fund Code,* U.S. Forest Service data for Alaska Region, in response to SEACC FOIA request of December 2002, and 2) U.S. Forest Service Budget Allocation data for Alaska Region in response to SEACC FOIA request of July 2002.

[79] *Id.*

[80] U.S. Forest Service Budget Allocation data for Alaska Region in response to SEACC FOIA request of July 2002. The 1994 budget amount for the Tongass was $5,680,300; the 1999 amount was $4,575,500. Line items used, under the recreation heading, for 1994 included recreation management, wilderness management, and cultural resource management; for 1999, line items included recreation management, wilderness management, and heritage resources.

[81] For revenues, *see Recreation Fee Demonstration Program,* updated June 4, 2002 , in U.S. Forest Service Alaska Region Briefing Book 2002. For expenses, *see* data on recreation fee demonstration program expense table for Region 10, *available at*: http://www.fs.fed.us/.

[82] *Timber Cut and Sold on National Forests, Region 10 Fiscal 2001* report and *Fiscal 2002* report, from U.S. Forest Service Alaska Region Reports and Policies webpage: http://www.fs.fed.us/r10/ref_reports /reports.shtml. Amount cited is the value of Tongass cut timber.

[83] Guy Robertson, Regional Economist, *R10 Budget Expenditures by Fund Code* U.S. Forest Service data for Alaska Region, in response to SEACC FOIA request of December 2002.

[84] Sharman Haley et al., *Executive Summary: Economics of Sport Fishing in Alaska*, December 1999, p. 10-12. Available from the Institute of Social and Economic Research, University of Alaska Anchorage.

[85] Three reports authored by Ginny Fay and Michael Thomas, ADF&G (October 1986): 1) Deer Hunter Economic Expenditure and Use Survey, Southeast Alaska, Habitat Technical Report 86-10, October 1986, p. 16; 2) Moose Hunter Economic Expenditure and Use Survey, Southeast Alaska, Habitat Technical Report 86-8, p. 14; 3) Mountain Goat Hunter Economic Expenditure and Use Survey, Southeast Alaska, Habitat Technical Report 86-9, p. 14. For 2003 value, expenditures were multiplied by a CPI factor of 1.54, using "Anchorage, All Items" table, *available at*: http://www.bls.gov/cpi/.

[86] See, e.g., http://www.longleafhunts.com/gbear/; http://www.tokriver.com/bear.htm; http://www.seahook.com/

[87] ADF&G, Div. of Wildlife Conservation, *Alaska Wildlife Harvest Summary, 2001-2002*, p. 3. *Available at*: http://www.state.ak.us/adfg/wildlife/geninfo/hunting/harvest02.pdf; U.S. Forest Service, *Shoreline Outfitter/Guide Draft Environmental Impact Statement*, July 2002, Table 3-29, p. 3-108.

[88] *2003 FSEIS, supra* note 4, Table 3.3-26, p. 3-126.

[89] Lana C. Shea, *Impacts of Development on the Non-hunting, Wildlife-oriented Businesses of Southeast Alaska*, ADF&G Habitat Division, April 5, 1990, p. 4.

[90] SuzAnne M. Miller and Daniel W. McCollum, U.S. Forest Service Rocky Mountain Research Station, *Less May Mean More: Maximizing the Economic, Environmental, and Social Benefits from Alaska's Visitors Industry*, in proceedings of Alaska Sustainable Future Conference, sponsored by the Alaska Conservation Alliance, July 22, 1999.

[91] ADF&G, Div. of Subsistence, *Subsistence in Alaska: A Year 2000 Update* (March, 2000), Figure 5, p. 2. *Available at*: http://www.state.ak.us/adfg/subsist/download/subupd00.pdf.

[92] *Id.* Figure 6, p. 3. Note that this source shows that, in addition to the wild food harvested by rural subsistence users, urban residents of Juneau and Ketchikan harvest 1.4 million pounds of wild food. Using the methodology described in the text, this additional amount of wild food has a value of between $7 million and $45 million.

[93] Steve Colt, *The Economic Importance of Healthy Alaska Ecosystems*, January 2, 2001, p. 37. *Available at*: http://www.iser.uaa.alaska.edu/ResourceStudies/healthy_ecosystems.pdf.

[94] *Assessment of Fish Passage Through Culverts on the Tongass National Forest.* U.S. Forest Service, March, 2002, Table 2.

[95] Memorandum from Fred Salinas, Acting Forest Supervisor, to Regional Forester, Region 10, U.S. Forest Service, re: *Tongass Ten Year Fish Pipe Replacement Plan.* (May 31, 2002). Plan states $25,000 average cost per site.

[96] *Fish Passage on Alaska's National Forests*, updated June 24, 2002, in U.S. Forest Service Alaska Region Briefing Book 2002.

[97] *2003 FSEIS, supra* note 4, p. 3-107.

[98] U.S. Forest Service *2002 Road Deferred Maintenance* report, in response to SEACC FOIA request of October 10, 2002.

[99] Data from Dan McMahon, U.S. Forest Service civil engineer, in response to SEACC FOIA request of June 6, 2002.

[100] U.S. Forest Service data from Shirley Cole, in response to SEACC FOIA request of October 10, 2002.

[101] U.S. Forest Service Budget Allocation data for Alaska Region, in response to SEACC FOIA request of July 2002.

Case 1:04-cv-00010-JKS    Document 55-8    Filed 03/09/2006    Page 40 of 41



**Click here to return to the original story**

# Coast Guard quits search for Kake teen

## Boy disappeared on hunting trip with father and another man, both of whose bodies have been found

The Coast Guard suspended its search Saturday for a Kake teenager who disappeared during a hunting trip with his father and another man last week.

Volunteer searchers from the village plan to head out again early Sunday to continue looking for 14-year-old David Mills, Alaska State Troopers said.

"At first light they'll be back out at it," said Trooper Chris Umbs. "It's entirely up to the community when they want to stop."

Troopers will decide today whether they will continue to play a role in the search, Umbs said. The troopers have been providing state funds for food and boat fuel.

The Coast Guard, troopers and 60 to 70 local volunteers searched all day Saturday but found no sign of the boy, whose father - 43-year-old Rick Mills - was found dead Thursday at the north shore of Kupreanof Island. The body of the third member of the hunting party - 28-year Gery Davies - was found about 12 miles to the east on Friday.

Saturday's search was mostly on the ground and centered on the north side of Kupreanof Island. The site is about 10 miles north of Kake, a Tlingit village of 700.

Searchers on Saturday walked to the beaches on logging roads because high winds made it unsafe for boats to land, Umbs said. The Civil Air Patrol in Juneau sent two aircraft to search the north coast Saturday morning, said spokesman Pat Shier. The Coast Guard used a helicopter and had a cutter in the area, Umbs said.

The three hunters left Kake on Tuesday morning in a 16-foot skiff to hunt deer on the southern part of Admiralty Island. They were expected to return home that night. Mills' wife reported them missing Wednesday night, the Coast Guard said. High seas and strong winds delayed the Coast Guard's search until Thursday morning.

Umbs said both men apparently drowned. The skiff was found flipped over in

**Exhibit 17, page 1 of 2**

Case 1:04-cv-00015-SLG    Document 33-3    Filed 03/09/2005    Page 41 of 41

the water and damaged. The bodies have been released to their families.

Rick Mills taught at Kake City Schools for 17 years, said friend and co-worker Sondra Meredith. He also coached wrestling.

"His death has pretty much affected the entire community," she said Friday.

Gary Williams, executive director of the Organized Village of Kake, the tribal government, said Mills was a "good teacher and a good heart." Mills "definitely cared about the kids and gave it his all," he said.

The Davies family did not wish to talk to reporters. Trooper Umbs said it is his understanding that Davies recently had moved to Juneau.

The mishap deeply touched Kake, prompting a rush of volunteer searchers. Several local fishing boats were enlisted, said Coast Guard Petty Officer Richard Reichenbach.

"It's a small, tight-knit village, so everyone gets out and searches," he said. "It's a difficult thing because everyone knows everyone."

Williams said Saturday that the search "was a tremendous effort, all ages and both sexes, for quite a few days now. It has been tough for the community."

"They were all wonderful people in their own way," Williams said of the three hunters. "They're certainly going to be missed. In a small community like Kake ... everybody will pull together when there's a tragedy."

Click here to return to story:
http://www.juneauempire.com/stories/010404/sta_teen.shtml

**Exhibit 17, page 2 of 2**