| U.S. Forest Service, Alaska Region, Remaining Timber Sales Volumes (MBF) and Values Through January 31, 2006 | | | | | | | | | February 16, 2006 |
|---|---|---|---|---|---|---|---|---|---|
| District | Contract Identifi-cation | Bid Date | Termination Date | Purchaser Name | Sale Name | Current Quantity Estimate | Volume Cut | Remaining Volume | Remaining Value | Remaining Volume by Purchaser |
| **Tongass National Forest** | | | | | | | | | | |
| Wrangell | 61138 | 12/20/2005 | 12/31/2006 | Alaska Timber Wolf | Midpoint Special Salvage | 115.79 | 0.00 | 115.79 | $1,090.52 | 115.79 |
| Yakutat | 60718 | 4/26/2005 | 10/31/2007 | Alcan Forest Products LLP | Coyak Salvage | 3,429.71 | 3,429.71 | 0.00 | $0.00 | |
| Yakutat | 60312 | 10/20/2003 | 10/31/2006 | Alcan Forest Products LLP | Situk Blowdown Reoffer | 23,517.31 | 23,389.41 | 127.90 | $3,266.57 | 127.90 |
| Thorne Bay | 57573 | 7/25/2000 | 10/31/2005 | Beaver Creek Logging. | Buster Bay | 268.75 | 268.75 | 0.00 | $0.00 | 0.00 |
| Juneau | 60924 | 7/27/2005 | 10/31/2008 | Coeur Alaska, Inc | Kensington Gold Project | 887.50 | 150.87 | 736.63 | $56,034.03 | |
| Juneau | 61005 | 10/11/2005 | 10/31/2008 | Coeur Alaska, Inc | Kensington Gold Settlement | 949.20 | 0.00 | 949.20 | $98,286.38 | 1,685.83 |
| Thorne Bay | 60999 | 7/22/2005 | 7/26/2010 | CSL Farm and Services | Kosciusko Stewardship | 517.05 | 0.00 | 517.05 | $0.00 | 517.05 |
| Hoonah | 60577 | 9/21/2004 | 10/31/2006 | D & L Woodworks | Beaver Pond | 189.75 | 189.75 | 0.00 | $0.00 | |
| Hoonah | 60932 | 8/25/2005 | 10/31/2008 | D & L Woodworks | Big Bear | 149.90 | 0.00 | 149.90 | $2,900.43 | 149.90 |
| Thorne Bay | 57102 | 6/11/1999 | 10/31/2005 | David Seaford | Rush Fast | 836.93 | 790.08 | 46.85 | $833.87 | 46.85 |
| Juneau | 60684 | 1/31/2005 | 9/30/2006 | Dept. Of Transportation | Cascade Point ROW Setttlement | 634.57 | 634.57 | 0.00 | $0.00 | 0.00 |
| Thorne Bay | 60874 | 7/13/2005 | 10/31/2006 | Ernie Eads | Prime Special Salvage | 161.69 | 36.05 | 125.64 | $13,863.27 | 125.64 |
| Sitka | 60304 | 9/29/2003 | 9/30/2004 | Gregg Jones | False Island Alder | 16.37 | 16.37 | 0.00 | $0.00 | |
| Sitka | 60023 | 10/4/2002 | 9/15/2003 | Gregg Jones | Summit Windjammer | 20.17 | 20.17 | 0.00 | $0.00 | 0.00 |
| Craig | 60866 | 7/13/2005 | 10/31/2007 | H & L Salvage, Inc | Ambrosia | 142.64 | 0.00 | 142.64 | $3,534.15 | |
| Craig | 61013 | 10/18/2005 | 10/31/2007 | H & L Salvage, Inc | Little Rock | 143.74 | 0.00 | 143.74 | $2,684.87 | |
| Thorne Bay | 60403 | 3/16/2004 | 6/1/2006 | H & L Salvage, Inc | Rocky Ratz Special Salvage | 41.62 | 17.69 | 23.93 | $3,439.35 | |
| Thorne Bay | 60825 | 6/14/2005 | 10/31/2006 | H & L Salvage, Inc | Vientos Cinco #5 | 69.68 | 0.00 | 69.68 | $1,730.96 | 379.99 |
| Thorne Bay | 60767 | 5/26/2005 | 6/1/2006 | Harold A Rhodes | Microsale #105 | 42.23 | 42.23 | 0.00 | $0.00 | 0.00 |
| Hoonah | 60940 | 8/25/2005 | 10/31/2007 | Icy Straits Lumber & Mill | Dry Stream Special Salvage | 111.91 | 111.91 | 0.00 | $0.00 | |
| Hoonah | 60627 | 10/26/2004 | 10/31/2011 | Icy Straits Lumber & Mill | Midway Reoffer II | 8,222.48 | 0.00 | 8,222.48 | $57,289.81 | |
| Hoonah | 60585 | 9/21/2004 | 10/31/2006 | Icy Straits Lumber & Mill | Upside | 237.56 | 237.56 | 0.00 | $0.00 | 8,222.48 |
| Thorne Bay | 61039 | 10/18/2005 | 10/31/2008 | James Harrison | Beaver Tail Special Salvage | 212.11 | 0.00 | 212.11 | $13,410.70 | 212.11 |
| Thorne Bay | 60916 | 7/26/2005 | 7/22/2006 | Jeff Larson | Microsale # 110 | 3.69 | 0.00 | 3.69 | $250.29 | 3.69 |
| Thorne Bay | 60361 | 6/25/2003 | 4/1/2006 | Keith Dahl | Lucky Duck Reoffer | 494.08 | 381.74 | 112.34 | $7,735.79 | 112.34 |
| Ketchikan | 58118 | 5/20/2002 | 10/31/2006 | Ketchikan Public Utility | Swan Tyee Settlement | 17,960.38 | 16,409.91 | 1,550.47 | $9,380.10 | 1,550.47 |
| Admirality | 60783 | 6/7/2005 | 7/1/2007 | Kwaan Electric Transmission | B' Road Powerline | 313.19 | 313.19 | 0.00 | $0.00 | |
| Juneau | 60544 | 8/30/2004 | 8/30/2005 | Kwaan Electric Transmission | KGCMC - Intertie Settlement | 62.65 | 0.00 | 62.65 | $378.56 | 62.65 |
| Thorne Bay | 60809 | 6/14/2005 | 10/31/2006 | Mel Cook | Angel | 101.15 | 34.66 | 66.50 | $4,108.89 | 66.50 |
| Thorne Bay | 60478 | 5/4/2004 | 10/31/2005 | Norther Star Cedar Products | Surku Swing Salvage | 314.68 | 0.00 | 314.68 | $17,570.14 | 314.68 |
| Ketchikan | 60619 | 10/12/2004 | 10/31/2007 | Pacific Log & Lumber Ltd | Licking Creek | 15,353.63 | 8,293.61 | 7,060.02 | $36,667.57 | |
| Ketchikan | 60437 | 5/11/2004 | 10/31/2009 | Pacific Log & Lumber Ltd | Orion North | 8,374.68 | 0.00 | 8,374.68 | $81,128.50 | |
| Ketchikan | 61070 | 11/17/2005 | 10/31/2010 | Pacific Log & Lumber Ltd | Upper Carroll II | 16,494.56 | 0.00 | 16,494.56 | $185,142.93 | 31,929.26 |
| Thorne Bay | 57904 | 8/13/2001 | 10/31/2006 | Porter Lumber | Nossuk Creek Salvage | 176.75 | 176.75 | 0.00 | $0.00 | |
| Thorne Bay | 61088 | 12/6/2005 | 10/31/2006 | Porter Lumber | Power Line ROW | 86.49 | 0.00 | 86.49 | $8,775.78 | |
| Thorne Bay | 60460 | 5/18/2004 | 6/1/2006 | Porter Lumber | Yatuk Creek Salvage | 272.70 | 85.80 | 186.90 | $3,376.90 | 273.39 |
| Thorne Bay | 60791 | 6/2/2005 | 5/10/2006 | Red Esslinger | Microsale #102 | 21.73 | 21.73 | 0.00 | $0.00 | 0.00 |
| Thorn Bay | 60981 | 9/23/2005 | 9/30/2006 | Rodney Howard | Microsale # 111 | 9.50 | 4.00 | 5.50 | $481.38 | 5.50 |
| Thorne Bay | 60387 | 12/2/2003 | 10/31/2005 | Ronger E Grant | Election Special Salvage | 56.17 | 0.00 | 56.17 | $402.54 | 56.17 |
| Wrangell | 60734 | 5/3/2005 | 10/31/2007 | SE Alaska Wood Products | Shady | 4,091.44 | 1,286.42 | 2,805.02 | $25,012.02 | |
| Petersburg | 60759 | 5/20/2005 | 6/19/2006 | SE Alaska Wood Products | Woodchine Re-Sale | 41.61 | 41.61 | 0.00 | $0.00 | 2,805.02 |
| Ketchikan | 60221 | 8/11/2003 | 10/31/2006 | Seley Family Partnership | Orion South | 2,906.44 | 2,906.44 | 0.00 | $0.00 | 0.00 |
| Sitka | 36058 | 9/7/1994 | 7/31/2002 | Silver Bay Logging Inc | Appleton Resale | 26,241.42 | 26,241.42 | 0.00 | $0.00 | |
| Wrangell | 23214 | 5/13/1997 | 5/21/2007 | Silver Bay Logging Inc | King George | 25,479.04 | 15,624.53 | 9,854.51 | $686,536.67 | |

**Exhibit 42, page 1 of 2**

| District | Contract Identification | Bid Date | Termination Date | Purchaser Name | Sale Name | Current Quantity Estimate | Volume Cut | Remaining Volume | Remaining Value | Remaining Volume by Purchaser |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Tongass National Forest** | | | | | |
| Sitka | 36074 | 9/29/1994 | 9/15/2003 | Silver Bay Logging Inc | Saook pending cancellation. No harvest took place. | 23,348.00 | 0.00 | 0.00 | 0.00 | |
| Petersburg | 23289 | 10/28/1997 | 8/28/2005 | Silver Bay Logging Inc | South Lindy | 10,607.13 | 4,678.13 | 5,929.00 | $724,189.14 | |
| Petersburg | 58175 | 7/9/2002 | 6/30/2005 | Silver Bay Logging Inc | South Park Resale | 302.16 | 302.16 | 0.00 | $0.00 | |
| Petersburg | 58217 | 7/22/2002 | 6/30/2005 | Silver Bay Logging Inc | South Sand Reoffer | 753.14 | 753.14 | 0.00 | $0.00 | 15,783.51 |
| Hoonah | 60965 | 8/25/2005 | 10/30/2008 | Steve Little | Low Ridge | 159.89 | 0.00 | 159.89 | $2,825.71 | 159.89 |
| Yakutat | 60346 | 10/29/2003 | 9/30/2006 | T & T Lumber | Flora's Folly | 192.39 | 192.39 | 0.00 | $0.00 | 0.00 |
| Petersburg | 23578 | 7/27/1999 | 11/1/2006 | The Mill Inc | Wedge | 643.95 | 0.00 | 643.95 | $24,871.94 | 643.95 |
| Petersburg | 23107 | 10/31/1995 | 12/31/2005 | Viking Lumber Company | Bohemia | 35,784.00 | 27,939.00 | 7,845.00 | $522,354.59 | |
| Petersburg | 23404 | 5/20/1999 | 6/30/2005 | Viking Lumber Company | Crane | 7,706.86 | 7,706.86 | 0.00 | $0.00 | |
| Petersburg | 60510 | 7/20/2004 | 3/31/2009 | Viking Lumber Company | Finger Point | 10,312.33 | 0.00 | 10,312.33 | $73,940.05 | |
| Petersburg | 23552 | 10/26/1999 | 10/31/2005 | Viking Lumber Company | Fourleaf | 21,906.02 | 21,906.02 | 0.00 | $0.00 | |
| Craig | 60338 | 10/27/2003 | 5/26/2009 | Viking Lumber Company | Fusion | 31,892.71 | 29,290.68 | 2,602.03 | $29,200.89 | |
| Thorne Bay | 60650 | 11/4/2004 | 10/31/2008 | Viking Lumber Company | Kogish Shinaku II | 8,028.33 | 6,203.16 | 1,825.17 | $30,162.46 | |
| Wrangell | 57714 | 1/9/2001 | 12/31/2005 | Viking Lumber Company | Kuakan | 11,159.83 | 11,159.83 | 0.00 | $0.00 | |
| Petersburg | 61062 | 11/8/2005 | 11/30/2009 | Viking Lumber Company | Lindenberg | 23,239.47 | 0.00 | 23,239.47 | $267,293.56 | |
| Thorne Bay | 60957 | 8/25/2005 | 10/31/2008 | Viking Lumber Company | Luck Lac II | 8,586.04 | 1,912.72 | 6,673.32 | $99,688.06 | |
| Petersburg | 23172 | 10/29/1996 | 6/30/2005 | Viking Lumber Company | Shamrock | 24,339.33 | 20,791.33 | 3,548.00 | $713,881.11 | |
| Thorne Bay | 60056 | 10/30/2002 | 10/31/2007 | Viking Lumber Company | Summore Change | 11,016.01 | 6,919.31 | 4,096.69 | $232,456.06 | |
| Thorne Bay | 60452 | 5/4/2004 | 7/31/2006 | Viking Lumber Company | Thorne Island | 1,906.22 | 0.00 | 1,906.22 | $47,281.99 | |
| Thorne Bay | 60171 | 7/14/2003 | 10/31/2006 | Viking Lumber Company | Twin Bridges II | 5,519.57 | 5,519.57 | 0.00 | $0.00 | 62,048.23 |
| Thorne Bay | 60890 | 7/19/2005 | 7/28/2006 | William Thomason | Microsale # 112 | 12.30 | 12.30 | 0.00 | $0.00 | 0.00 |
| Thorne Bay | 61021 | 10/18/2005 | 10/31/2008 | William Thomason | Mink Tail Special Salvage | 152.89 | 0.00 | 152.89 | $9,718.55 | 152.89 |
| Wrangell | 903180 | | 10/31/2006 | Alaska Timber Wolf | Hoedown Special Salvage | 6.48 | 0.00 | 6.48 | $77.76 | 6.48 |
| Thorne Bay | 903230 | | 12/15/2006 | Commercial Firewood | Permit | 7.50 | 0.00 | 7.50 | $75.00 | |
| Thorne Bay | 903263 | | 12/31/2006 | Commercial Firewood | Permit | 5.00 | 0.00 | 5.00 | $50.00 | |
| Thorne Bay | 903289 | | 3/11/2006 | Commercial Firewood | Permit | 5.00 | 0.00 | 5.00 | $50.00 | |
| Thorne Bay | 903297 | | 3/13/2006 | Commercial Firewood | Permit | 6.00 | 0.00 | 6.00 | $60.00 | |
| Thorne Bay | 903271 | | 3/11/2006 | Commercial Sawlog | Permit | 2.46 | 0.00 | 2.46 | $6.00 | |
| Petersburg | 903305 | | 3/13/2006 | Commercial Products | Permit | 2.57 | 0.00 | 2.57 | $37.62 | |
| Wrangell | 903222 | | 2/13/2006 | Commercial Firewood | Permit | 12.55 | 0.00 | 12.55 | $128.00 | 41.08 |
| Thorne Bay | 902984 | | 3/8/2006 | Harold A Rhodes | Flyboy Salvage | 10.66 | 0.00 | 10.66 | $3,000.14 | 10.66 |
| Thorne Bay | 903164 | | 11/5/2006 | Jerry Baker | Microsale #115 | 7.00 | 0.00 | 7.00 | $327.32 | 7.00 |
| Thorne Bay | 903255 | | 12/31/2006 | Larry Trumble | Microsale #114 | 8.00 | 0.00 | 8.00 | $374.08 | 8.00 |
| Thorne Bay | 903156 | | 10/30/2006 | Scott Arrington | Microsale #100 | 9.00 | 0.00 | 9.00 | $420.84 | 9.00 |
| Thorne Bay | 903313 | | 9/30/2006 | William Kaufman Murwood | Microsale #119 | 23.00 | 0.00 | 23.00 | $1,138.22 | 23.00 |
| Craig | 903206 | | 10/31/2006 | Winrod Logging | Mircrosale #21 | 16.46 | 0.00 | 16.46 | $1,802.37 | 16.46 |
| | Subtotals | | | 55 | Sales & Permits > 0 | 397,349.10 | 246,443.53 | 127,557.57 | $4,109,633.91 | 127,557.57 |
| | | | | | **Chugach National Forest** | | | | | |
| Seward | 930093 | | 3/30/2006 | Robert Roberts | Permit | 24.60 | 0.00 | 24.60 | $300.00 | 24.60 |
| | Subtotals | | | 1 | Permits > 0 | 24.60 | 0.00 | 24.60 | $300.00 | 24.60 |
| | | | | | **Alaska Region** | | | | | |
| | Totals | | | 56 | Sales & Permits > 0 | 397,373.70 | 246,443.53 | 127,582.17 | $4,109,933.91 | 127,582.17 |

U.S. Forest Service, Alaska Region, Remaining Timber Sales Volumes (MBF) and Values Through January 31, 2006    February 16, 2006

**Exhibit 42, page 2 of 2**

RECEIVED FEB 21 2006 EARTHJUSTICE

| United States Department of Agriculture | Forest Service | Tongass Wrangell Ranger District | 525 Bennett Street Po Box 51 Wrangell, Alaska 99929-0051 |
|---|---|---|---|

Reply to:    2430

Date:    02/18/2006

Dear Prospective Bidder:

On 03/07/2006, at 02:00 PM, sealed bids will be opened in the Petersburg Supervisor's Office for the RED MOUNTAIN sale. This sale is located in Township 64 South, Range 84 East, Sections 2,3,4,7,8,9,10,11,18,19,20,21,22,23,24,27,28,29,30,31,32, and 33; Township 64 South, Range 82 East, Sections 12,13,23,24,26, and 36; Township 65 South, Range 84 East Section 6 and Township 65 South, Range 83 East Section 1; Copper River Meridian.. Timber sale Contract 2400-6T will be used. The termination date for this sale is 10/31/2007.

There are 14.4 kilometers of specified road reconstruction. A specified road construction cost of $26,926.75 has been allowed in the appraisal for this work.

The estimated quantities in this contract have been determined prior to felling. The total estimated quantity on this sale is 5,888.70 MBF. The Forest Service encourages potential bidders to make their own inspection and estimate prior to bid submission. The Forest Service makes no representation, warranty, or guarantee of the accuracy of the following quantity estimates:

### Estimated Quantities and Minimum Acceptable Rates per Unit of Measure

| Species | Product | Unit of Measure | Estimated Quantities | Average DBH | Minimum Acceptable Bid Rates | Base Rates | Required Deposits | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Slash Disposal | Road Maintenance |
| Western Hemlock | Sawtimber | MBF | 2,995.93 | 22.20 | $2.00 | $2.00 | $0.00 | $0.00 |
| Western Red Cedar | Sawtimber | MBF | 210.75 | 23.30 | $12.00 | $12.00 | $0.00 | $0.00 |
| Sitka Spruce | Sawtimber | MBF | 909.77 | 32.50 | $12.00 | $12.00 | $0.00 | $0.00 |
| Alaska Cedar | Sawtimber | MBF | 773.69 | 22.00 | $20.00 | $20.00 | $0.00 | $0.00 |
| Only the Fixed Rate Applies | | | | | | | | |
| Western Hemlock Utility | Pulpwood | MBF | 839.60 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Sitka Spruce Utility | Pulpwood | MBF | 117.68 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Western Hemlock | Sm Rnd Wd | MBF | 27.46 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Western Red Cedar | Sm Rnd Wd | MBF | 6.09 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| Alaska Cedar | Sm Rnd Wd | MBF | 7.73 | N/A | $2.00 | $2.00 | $0.00 | $0.00 |
| | Total | MBF | 5,888.70 | | | | $0.00 | $0.00 |

The minimum acceptable bid for advertised timber is $34,911.90 for the biddable species.

Exhibit 43, page 1 of 4

There is a $3,700.00 bid guarantee required on this sale.

If you wish further information on this sale, the prospectus and bid form, please write or call the Petersburg Supervisor's Office, Ketchikan Supervisor's Office, or Wrangell Ranger District Office.

Sincerely,

Austin O'Brien
TMA

Enclosure

Contract Special Provision CT2.12# - OPTIONAL REMOVAL is included in the contract. This provision allows the Purchaser the option of leaving in the harvest unit all Fixed Rate Products (Utility Logs and Small Round Wood). The Purchaser will make a lump sum payment for the Fixed Rate Products whether or not the material is removed.

This sale is being advertised at base rates with 10" top diameter utilization.

This is a HELICOPTER Sale.

Approximately 35% of the sawlog volume in this sale was previously felled and bucked during the 2001 operating season. No additional allowance for deterioration of this volume has been made in table AT2 Volume Estimate and Utilization Standards of the sample contract.

The purchaser may petition the Regional Forester to issue an export permit for all species and all products in this sale. Upon application by Purchaser, an export permit will be granted.





| United States Department of Agriculture | Forest Service | Alaska Region | P.O. Box 21628 Juneau, AK  99802-1628 |
|---|---|---|---|

| | **File Code:** | 1570 |
|---|---|---|
| | **Date:** | February 21, 2006 |

Mr. Buck Lindekugel
Southeast Alaska Conservation Council
419 6th Street, Suite 200
Juneau, AK 99801

Dear Mr. Lindekugel:

Pursuant to 36 CFR 215.17, I have reviewed the administrative appeal record for the Emerald Bay Timber Sale Final Supplemental Environmental Impact Statement (FSEIS) and Record of Decision (ROD). The Tongass Forest Supervisor signed the ROD. I have also considered the Appeal Reviewing Officer's (ARO) recommendation (enclosed) regarding the disposition of your appeal (Appeal No. 06-10-00-0002). The ARO recommended that the Forest Supervisor's decision be affirmed.

**DECISION**

I concur with the ARO's recommendation and I affirm the Forest Supervisor's decision. Your requested relief is denied.

With regard to your contention that the ROD failed to make a finding that clearcutting is the optimal method of harvest, the Forest Plan (p. 4-96 to 4-97) and Forest Plan EIS (Appendix G, p. G-7 to G-9) give guidance on when to use even-aged management. Clearcutting (an even-aged method) is used in this project to preclude or minimize the occurrence of potentially adverse impacts from various factors affecting forest health such as Alaskan cedar decline, windthrow, stem decay, mistletoe, and porcupine stem damage. Specific information and rationale for use of this prescription is shown in the silvicultural prescriptions on the individual unit cards (Appendix 1 of the ROD), and in Chapter 3 of the FEIS. I find that where used, this prescription has been deemed optimal related to the site-specific considerations as described above.

The ARO determined that the analysis presented regarding the effects of the project on marten is based on information obtained from the marten model; however, it does not appear that the model runs are in the project record. Therefore, I direct the Forest Supervisor to review the marten runs to ensure they support the analysis in the FSEIS, and that they are available in the planning record.

Finally, with regard to goshawk surveys, I direct the Forest Supervisor to consult with the Forest biologist to determine the need for additional goshawk surveys prior to project implementation. If a goshawk nest is found, he will implement the standards and guidelines as described in the Forest Plan.



My decision incorporates, by reference, the entire administrative record, which includes the appeal and project planning records, and constitutes the final administrative decision of the Department of Agriculture [36 CFR 215.18(c)]. The ROD may be implemented 15 days following the date of this decision [36 CFR 215.10(b)].

Sincerely,


*/s/ Dennis E. Bschor*
DENNIS E. BSCHOR
Appeal Deciding Officer

Enclosure


cc:  Tongass Forest Supervisor
Tongass Appeal Coordinator

From: Tim A Obst [tobst@fs.fed.us]
Sent: Tuesday, March 07, 2006 1:00 PM
To: Tom Waldo
Subject: RE: road contracts

Tom,

Here is the answers to your questions about the road contracts.  "PW" means public works contract.

- Tim

| CONTRACT | AWARD DATE | CONTRACT AMOUNT | CONTRACTOR/ PURCHASER | MILES CONST./ RECONST. | REMARKS |
|---|---|---|---|---|---|
| Skipping Cow TS | Pending | | Al Can Logging | 4.9C | Purchaser elected to have FS construct roads |
| Skippping Cow PW | 7/05 | 1,138,000 | DuRette Const. | 0.4R, 8.1C | |
| Upper Carroll TS | 12/05 | 1,225,000 | Pacific Log and Lumber | 0.8R, 4.7C | |
| Upper Carroll | 6/05 | 1,555,000 | DuRette | 3.47R, 11.6C | |
| Lindenburg TS | 12/05 | | Viking Lumber | 3.5C, 0.7R | |
| Lindenberg PW | 3/06 | 391,800 | Rock-N-Road Const | 2.25C, | |
| Buckdance/Madder TS | 5/06 | 87,600 | Pacific Log and Lumber | 0.4 C, | Purchaser has elected to have FS construct roads |
| Buckdance/Madder PW | Anticipated by 4/1 | | | 10.01 N, 3.3R | |

**Exhibit 45, page 1 of 1**