IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL et al., | ) |
| Plaintiffs, | ) Case No. J03-029 CV (JKS) <br> ) <br> ) DECLARATION OF <br> ) JOHN ERICKSON |
| v. | |
| UNITED STATES FOREST SERVICE, et al., | |
| Defendants. | |

I, John Erickson, hereby declare:

1. I live in Hoonah, Alaska. My current mailing address is P.O. Box 251, Hoonah 99820.

2. I am a member of Southeast Alaska Conservation Council (SEACC).

3. I am the owner of Tok River Outfitters, and a licensed Master Guide with over forty years of guiding experience in Alaska. I am a lifetime member of the Pioneers of Alaska and a fulltime resident of Alaska. Tok River Outfitters holds a Priority Special Use Permit for guided hunts in the Tenakee Inlet area. We employ three to five people annually to maintain our guiding business. Tenakee Inlet is our guiding area assigned to us by the U.S. Forest Service and the State of Alaska.

4. The area being affected by the Finger Mountain Timber Sale is some of our best hunting area. Crab Bay to Seal Bay has some of the best shoreline for bear habitat in the spring. Goose River watershed (a local name), west of the Inbetween logging site, is one of the few pristine areas left in the lower Tenakee Inlet area and should be protected, as it is one of the best bear habitat areas and supports Coho and other salmon and trout runs that use it for spawning streams.

5. All the before-mentioned places are also very important for the Blacktail Deer population, as they supply excellent feeding areas, which are needed after a severe winter.

6. If you factor in all the costs to log this area and the revenue that can be gained from the timber sale sold on the open market you would realize the area is worth much more to the people and

wildlife just left as it is for recreation use and wildlife habitat.

7. In the past year, due to a pound herring fishery and all the action caused by the seine boats, the shoreline from Trap Bay to the log dump at Crab Bay has been lost to resident hunters and guided hunts for the spring season April through May. Now, if the Finger Mountain sale takes place, we have lost most of the shoreline from Trap Bay to Seal Bay. If you factor in the Midway Sale on the north bank of Tenakee Inlet this will just about shut down Tenakee Inlet as a viable recreation, hunting, and guiding area. I market my hunts as wilderness adventures. My clients aren't paying to listen to chainsaws or logging trucks, or to encounter logging operations in any way. After the loggers are gone, more of the remaining wild places inside my guiding area where my clients want to go will be gone, too, never to return in my lifetime.

8. Not only does clearcutting destroy habitat, but workers at the Crab Bay camp will be able to get permits to go bear hunting, too. Bears will be attracted to the camp—they even are drawn to the smell of lube oil—where they will encounter humans, resulting in many DLPs, or "defense of life and property" kills. All of this will significantly reduce the bear populations in my guide area. Instead of Tenakee Inlet being a place where there are still wild places where the bears can roam and thrive, it will become a dangerous place for bears to be.

9. As I look back at Tenakee Inlet and all the damage that has been done to this area due to logging over the past forty years I wonder just what the U.S. Forest Service is thinking when they make all the recreation and commercial hunting users jump through so many hoops while hardly leaving a track on the Tongass National Forest, and then condone the destruction of this one-of-a kind rainforest by clear-cut logging.

10. I also wonder just what my Priority Special Use Permit is really worth when the U.S. Forest Service is trying to put me out of business by destroying this wildlife habitat.

11. Moving my guiding area is not an option. I have been guiding in the Tenakee Inlet for many years. Other guide areas have similar problems and are already taken by other guides.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Signed: _____   Dated: 3-26-04
John Erickson
State of Alaska Master Guide #37

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>     Defendants. | Case No. J03-029 CV (JKS)<br><br>DECLARATION OF KURT WOHLHUETER |

I, Kurt Wohlhueter, hereby declare as follows:

1. I am a resident of Petersburg, Alaska. My address is P.O. Box 1312, Petersburg, 99833. I have resided in Alaska for twenty-eight years and in Petersburg for twenty-four years.

Exhibit 57, page 1 of 5

2. I am a member of Chichagof Conservation Council, a member group of the Southeast Alaska Conservation Council.

3. In 1994, I submitted a Declaration of Harm in <u>AWRTA, et al., v. Morrison et al.</u>, No. J-94-033-CV (JWS) declaring much of what I will attest to below, as my pattern of use of the bays, shorelines and slopes along the south side of Tenakee Inlet has basically continued as described in the statement I filed with the court ten years ago.

4. I own a fishing boat, the <u>Betty,</u> and have fished Dungeness, tanner and red crab from Tenakee Inlet for the past seventeen years. I have also fished shrimp in Tenakee Inlet for the past seven years. I have been crabbing for a total of twenty years. I fish the June-August crab opening and the October shrimp opening out of Tenakee.

5. I make about half my income from the crab and shrimp fisheries. The crab I sell are direct marketed live crab; that is, the crab are flown out and sold live, so they must be of very high quality.

6. In my experience, crab stocks often become damaged or destroyed in marine areas adjacent to logging activities. I personally witnessed many years ago severe damage to the crab fishery at Hamilton Bay on Kupreanof.

In that instance, bark from a log dump, like that proposed for Inbetween in the Finger Mountain sale, sank to the bottom in what had previously been a rich crab bed, and acidified the water to the point where crab could no longer survive.

7. In addition to the harm caused by bark deposited around logging operations, silt and debris that, despite mitigation measures, often flows from streams disturbed by logging, and from roads and log ramps, can damage the crab and shrimp fisheries in the salt water bays located downstream. This is especially true for Dungeness crab, which dwell in the near-shore areas of the bays where I harvest crab in Tenakee Inlet, including Crab Bay, Inbetween, Little Seal Bay, and Seal Bay.

8. Any damage to the crab and shrimp in Tenakee Inlet will do harm to my economic well-being. The value of direct marketed live crab is keyed to a healthy, quality catch. If acidity or other dynamics cause blackening or other defects to the catch, the live crab becomes less marketable (as opposed to processed crab, where the bad parts of the crab can be cut off.)

9. In addition to my fishing activities in Tenakee Inlet, I also very much enjoy walking around in the

remaining wooded areas in the Finger Mountain sale area. For example I really like to anchor my boat and go ashore at the little peninsula between Little Seal Bay and Seal Bay. I love this area for its big old trees, moss-covered ground, and canopied under-story. In an Inlet where so much clearcutting has already occurred, these rare untouched places should not be disturbed by nearby logging and all the industrial activities that come along with it.

10. Although over the years the number of my family living at home has become smaller, as my children have grown up and moved on, we still depend on fish and deer harvested from around the Tongass for much of our food. I continue to hunt the drainages of Tenakee Inlet, particularly in the Inbetween and Seal Bay areas. Although I don't always get a deer on these trips, I do always enjoy my hunting trips into these familiar drainages. Seal Bay is a particularly important area for the older hunters in Tenakee Springs, because the slopes there are gradual enough that the old-timers can still go after the deer there.

11. If the Finger Mountain sale is allowed to go forward, I risk being harmed because my longstanding crab and shrimp fishing activities will be put in danger. Harm

3-31-04;16:16    ;Earthjustice                    ;907 463 6891              #  5/  5

to these fisheries will spell harm to my family's economic well-being. I also stand to be harmed aesthetically if more of the woods in which I have hunted and recreated for most of my adult life are cut down.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1ST day of April, 2004.

*Kurt Wohlhueter*
Kurt Wohlhueter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATURAL RESOURCES DEFENSE COUNCIL, )
SOUTHEAST ALASKA CONSERVATION )
COUNCIL, SIERRA CLUB, NATIONAL )
AUDUBON SOCIETY, THE WILDERNESS )
SOCIETY, and CENTER FOR BIOLOGICAL )
DIVERSITY, )
  )
    Plaintiffs, )
  )
    v. ) Case No. J03-029 CV (JKS)
  )
UNITED STATES FOREST SERVICE; UNITED )
STATES DEPARTMENT OF AGRICULTURE; ) DECLARATION OF
MARK REY, in his official capacity as Under ) LARRY EDWARDS
Secretary of Agriculture; DENNIS E. BSCHOR, in )
his official capacity as Alaska Regional Forester; and )
FORREST COLE, in his official capacity as Forest )
Supervisor for the Tongass National Forest. )
  )
    Defendants. )
  )

I, Larry Edwards, declare as follows:

1. I am a member of Southeast Alaska Conservation Council, Natural Resource Defense Council, and the Sierra Club.

2. My address is P. O. Box 6484, Sitka, Ak 99835

3. Over the years I have commented many times on logging plans for Kuiu Island. In 2001 and 2003 I prepared comments for the Sitka Conservation Society on the Cholmondeley DEIS and an appeal of the FEIS and ROD. I also commented on the Forest Plan during its initial planning (pre-1979) and its revision (pre-1997), which directly affects these areas. I have also commented at every opportunity on adoption, application, and perpetuation of the Roadless Rule on the Tongass National Forest, which affects these areas.

4. I have lived in Sitka for 27 years. I moved here to take a position as a Project Engineer for Alaska Pulp Corporation. Since then I have worked as a Fish and Wildlife

**Exhibit 58, page 1 of 4**

Technician for the Alaska Department of Fish and Game (retired 2004), an environmental consultant, a Forest Campaigner for Greenpeace (1991-1995 and presently), and in the seafood processing industry. I ran my own business for 23 years -- Baidarka Boats, a sea kayak retail, mail order and rental shop, which I sold in 2000.

5. In May 1978 a friend and I paddled from Kake to Kadake Bay, then to the head of Port Camden. We hiked across the isthmus to Bay of Pillars, and portaged into Three Mile Arm, and then back to Kake through Three Mile Arm and Rocky Pass. Among other places, we camped in Kadake Bay, near the planned Crane timber sales. I was attracted to the area by its remoteness, its wilderness character (except for part of Three Mile Arm), the "pinch point" wildlife corridor at the isthmus, and the portages. We experienced solitude and much wild country throughout the trip -- the isthmuses had no roads then.

6. From 1981 to 1986 I was on an Alaska Department of Fish and Game crew that did pink salmon pre-emergent surveys during the month of March. On successive years we visited (by helicopter) streams in Bay of Pillars, Security Bay, Saginaw Bay, Tebenkof Bay, and Kell Bay on Kuiu Island (among other locations in northern Southeast Alaska). Rowan Bay logging camp was a frequent refueling stop, and I often appreciated the stands of trees that are now scheduled to be cut on Rowan Mountain. The extent of logging in the vicinities of Rowan, Security, and Saginaw Bays, and over the divide into the Kadake watershed was apparent and was sickening. The contrast with Kell and Tebenkof Bays and Bay of Pillars was stark. These trips were a learning experience beyond the purpose of the work.

7. In 1991 I flew over Cholmondeley Sound and Dora Bay with a Greenpeace videographer. I was astounded by the devastation caused by private logging in Dora Bay. Still I could appreciate the view of the forests now scheduled to be part of the Cholmondeley and Chasina timber projects.

8. In August 1994 I took a recreational trip to Sulzer Portage and Dora Bay. I visited the Cholmondeley Project Area as a guest on Greenpeace's M/V Esperanza. We anchored in Dora Bay. We flew over Sulzer Portage and Hetta Inlet, taking video footage of the same areas we had filmed earlier, and which were now logged. We

also flew over Polk Inlet and much of the Cholmondeley Project Area. On successive days following that I went on hikes to several of the planned Cholmondeley logging units along Cholmondeley Sound and in the Sunny Creek drainage. Among the units visited was the largest unit in the project. While visiting two of the units we were accompanied by a wildlife biologist, and found the units to be big-tree stands that are high quality habitat. Two goshawk plucking sites were found there. In the other units, which were judged by the Forest Service in the Cholmondeley Final EIS to be high-value deer habitat, we found wolf scats that contained deer hair and hoof parts. In light of the already existing extent of logging on this peninsula and throughout Cholmondeley Sound and Sulzer Portage, I believe the logging planned in the Cholmondeley project is sinful.

9. In 1998 my wife and I acquired a sailboat for the purpose of visiting remote areas of Southeast Alaska. We also have a folding two-seat kayak and two single-seat fiberglass kayaks for the same purpose. Visits to Port Camden and Cholmondeley Sound are high priorities, and I hope to make this trip next year. Our trips include hiking as well as marine activities.

10. I value the remoteness and solitude that these areas offer, and their presently intact web of wildlife habitat. If the timber sales near Kadake Bay and Rowan Bay in the Crane and Rowan projects go forward, and if the sales along Cholmondeley Sound in the Chasina and Cholmondeley projects go forward, it will ruin our experience in these places.

11. I have explored a number of regenerating clearcuts in Sitka, near Juneau, in Ketchikan, and on Prince of Wales Island. They are effectively impassible to humans, and offer no habitat of the kind associated with old-growth forest. I have also visited a thinning and pruning project on Prince of Wales Island, and believe it to a desperate and unsuccessful attempt to show that large scale logging need not be harmful. I have seen a large culvert on a logging road in the Staney Creek area of Prince of Wales Island that was crushed, with both ends elevated and "perched," preventing passage of fish. From my extensive low-elevation flying over Southeast Alaska, I am aware of the patchy nature of the forest in the region. From review of many timber sale environmental impact statements and familiarity with the TimTyp

**Exhibit 58, page 3 of 4**

maps, I am keenly aware of how heavily the best wildlife habitat on the Tongass and throughout Southeast Alaska has been high-graded. The loss has been extreme. I do not want to see further loss in the areas in which I enjoy recreating.

12. I moved to Southeast Alaska in part because of a job offer, but primarily because of the extent of its wilderness. I have gotten out into this wilderness at every opportunity, both recreationally on my own time and through various jobs. Much of my travel has been on long kayak and sailboat trips, with side trips into the uplands. Loss of the wild character of the region is detrimental to the value of such trips to me. Loss of particular places, such as on Kuiu Island and in the Cholmondeley area is particularly painful to me. Loss of wildlife habitat, impact to wildlife populations, and diminishment of the opportunity to view wildlife and to hunt deer are particular outcomes that will harm me.

I declare under penalty of perjury that the foregoing information is true and correct.

Date: MARCH 26, 2004    _____
                         Larry Edwards

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>      Defendants. | Case No. J03-029 CV (JKS)<br><br>DECLARATION OF<br>MARGARET CLABBY |

I, Margaret Clabby, hereby declare as follows:

1. My address is 7960 S. Tongass Highway, Ketchikan, Alaska 99901. I live at Herring Cove outside of Ketchikan, Alaska, near where George Inlet, Carroll Inlet, and Thorne Arm enter Revillagigedo Channel, in close proximity to the Sea Level timber sale area. I have lived in this area since 1980.

2. I am a member of the Sierra Club, and the Tongass Conservation Society, a member group of Southeast Alaska Conservation Council.

3. My family and my neighbors use the areas of the Sea Level timber sale for a diverse number of activities including fishing, plant and berry harvesting, camping, boating, and

Exhibit 59, page 1 of 5

hiking. For example, over the past 20 years, throughout the year, but most frequently during the spring and summer, we have pulled our small skiff up to shore at various places in Carroll Inlet and Thorne Arm and then hiked along the beaches, back along streams and up through the forest.

4. We tend not to use established trails or anchorages, and avoid areas where there has been logging or roading. This has become trickier over the years as more and more places in Carroll Inlet and Thorne Arm have been clearcut. There are still good places to go in this sale area, however—especially around the mouth and along the east side of Thorne Arm, and stretches of Carroll Inlet.

5. Our trips have usually been a combination of recreation (often with children along) combined with food gathering, including picking berries and, of course, fishing. Fish that we have caught in this area have been an important part of our food for the year. Like my family, many people in my neighborhood depend heavily on locally caught fish, crab and shrimp (often from Carroll Inlet and Thorne Arm) as a main family food supply for the year.

6. Each trip, whether just a day trip or overnight camping trip, has always brought with it unique wildlife viewing opportunities—bears, otters, deer, humpback whales, orcas, porpoises and/or dolphins, seals and sea lions, and a great variety of birds depending on the time of year and whether we are in the estuaries or coves (where shorebirds congregate) or back up in the forest or muskeg areas.

7. We plan to continue to engage in these activities in this area as long as there remain areas of unlogged and unroaded wilderness. We are drawn to parts of the Sea Level timber sale area because of the remaining old growth forests, roadless lands, productive fisheries, scenery, and biological diversity.

8. The Sea Level timber sale, as planned, will destroy many of the remaining natural attributes important to my family. The old growth forest patches still left in the Sea Level sale area are reservoirs of native biological diversity that enrich my family's recreational experiences by providing critical habitat for the wildlife and plants that we seek when we visit. As planned, the Sea Level timber sale will destroy an additional 1,800 acres of old growth forest and fragment what remains, so that the forest's ability to support interior forest dwelling species important to my family's use and enjoyment of the project area will be impaired

9. It is my understanding that the project will reduce roadless lands by 2,800 acres. The unfragmented old growth stands and roadless lands in the Sea Level project area contain abundant wildlife and provide important connectivity and travel corridors. The undeveloped nature of these remaining unlogged lands provides scenery, wildlife viewing opportunities, and a sense of solitude important to the quality of my family's recreational experiences. Proposed logging and road building in these undeveloped areas will destroy these attributes. Forests in the vicinity of the Sea Level project harvest units have been severely disturbed by fragmentation and road building in the past, and the proposed activities will worsen the situation.

10. The visual impacts of the proposed timber cutting will be seen from places we use—during boat travel up Carroll Inlet and Thorne Arm and from many areas in and around the sale area in which we hike regularly.

11. I am also worried about the 578 acres of wetlands the EIS says will be lost to roads and timber harvesting in the Sea Level sale. Having walked in forested wetlands in this area and similar forested wetlands which have been logged, I have seen the before and after of what happens to the fragile soils, plant life, bird and insect life, and water flow when intact old growth trees are logged on wetlands and/or roads are built through wetlands. The integrity of

the wetland is lost forever. This will negatively affect not only the specific harvest areas, but the small steams in the area and the valuable wetlands and waters down below the logged area—places which are important for our recreation and food gathering, as well as for plants and wildlife. While each wetland area is unique, the ones potentially affected by logging in this area function in many valuable ways—including providing storage of winter snowpack and recharge of down-slope streams and aquifers, adding to the quality of wildlife habitat for deer, bear, fish and other aquatic life, birds of many species, small mammals such as mink and river otter, providing areas where chemicals and pollutants are diluted, areas of flood conveyance, and areas for deposition of sediment and nutrient storage, and providing habitat for rare and useful plants. The loss and disturbance of these wetlands will greatly diminish the quality of my family's recreational experiences as well as important food gathering in and near the Sea Level project area.

12. I am concerned about how all this logging will affect the many marine mammals that frequent the area around my home. We have a good view of the mouth of Carroll Inlet and can see and hear the humpbacks and other whales quite well. We have observed extensive courting and feeding behavior on numerous occasions. It is obvious to me that the George Inlet/Carroll Inlet area is an important area for humpbacks, orcas, white-sided dolphins, porpoises, seals, and sea lions.

13. On August 8th, 1998, I submitted comments on the Sea Level project to the Forest Supervisor. In those comments, I specifically asked the Forest Service to address the above negative impacts of further logging and road building in this area. The clearcutting and road building in this unnecessary sale will undoubtedly have negative effects on our way of life here at Herring Cove.

5

I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

Signed, this 24th day of March, 2004.

By: _____*Margaret Clabby*_____
        Margaret Clabby

Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801-1145
Phone: (907) 586-2751
Fax: (907) 463-5891

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>Defendants. | Case No. J03-029 CV (JKS) |

**DECLARATION OF NANCY BEHNKEN**

Exhibit 60, page 1 of 3

I, Nancy Behnken, hereby declare as follows:

1. I reside at 117 Jeff Davis Street, Sitka, Alaska. I have lived in Sitka since 1988.

2. I am a member of Natural Resources Defense Council, Southeast Alaska Conservation Council, Sierra Club, and The Wilderness Society.

3. I originally came to Alaska in the spring of 1981 with friends to spend the summer kayaking from Haines to Sitka. After falling in love with southeast Alaska that summer, I decided to remain in the area.

4. I earn my living through commercial fishing. In the fall of 1981, I got a job on a commercial fishing boat, and have continued to work in the southeast Alaska commercial fishing industry since that time. I expect to continue commercial fishing for many years into the future. I do not have plans to retire any time soon, and will fish as long as I am physically able to do so.

5. Since 1981, I have fished in Chatham Strait and in the entrance to Rowan Bay as a crewmember on various long line and troll fishing vessels. Within this area, I fish for wild salmon and black cod (also called sablefish). On an average fishing trip, I will spend anywhere from two to six weeks fishing for black cod. Time spent trolling for salmon in Chatham Strait can vary. Last summer, I fished for little over a week in Chatham Strait.

6. There are several salmon spawning streams in Rowan Bay, and Chatham Strait currently supports a thriving black cod fishery. I depend on both these species for a major source of my income.

7. I value all of the Tongass, especially the stands that have the oldest, largest trees. These stands provide valuable fish and wildlife habitat — habitat that I depend on for my livelihood.

8. I have seen how clearcuts and other past logging activities, along Peril Strait and on Chichagof Island, have resulted in slash and blowdowns. These slash and blowdowns have choked salmon spawning streams.

9. All species, humans included, will lose something irreplaceable if the logging of these last stands of old growth, including the stands on Rowan Mountain, is allowed. Fishermen, like me, will lose the ability to do our life's work as a result of the damage done to fish runs and wildlife habitat by logging.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2004

_____
Nancy Behnken