IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATURAL RESOURCES DEFENSE COUNCIL, )
SOUTHEAST ALASKA CONSERVATION )
COUNCIL, SIERRA CLUB, THE WILDERNESS )
SOCIETY, and CENTER FOR BIOLOGICAL )
DIVERSITY, )
)
Plaintiffs, )
)
v. )
) Case No. J04-010 CV (JKS)
UNITED STATES FOREST SERVICE; UNITED )
STATES DEPARTMENT OF AGRICULTURE; )
MARK REY, in his official capacity as Under )
Secretary of Agriculture; DENNIS E. BSCHOR, in )
his official capacity as Alaska Regional Forester; and ) DECLARATION OF
FORREST COLE, in his official capacity as Forest ) MELISSA CRAWFORD
Supervisor for the Tongass National Forest. )
)
Defendants. )
)

I, Melissa Crawford, declare as follows:

1. I am a member of the Sierra Club.

2. I live and work in Petersburg, on the northern tip of Mitkof Island. My address is P.O. Box 1233, Petersburg, AK 99833.

3. I am familiar with the Forest Service's planned Woodpecker timber sale on the southern portion of Mitkof Island.

4. I moved to Petersburg from Sacramento, California four years ago. I moved in part to escape the noise and commotion associated with life in the city. I was drawn to Southeast Alaska because of the region's astounding scenery and abundant wildlife, which are central to

my quality of life. I take great pleasure in living in a place where wild places and wild things remain.

5. I frequently hike in the natural forests on the southern portion of Mitkof Island. On average, I probably make a dozen such trips each year. I use the established logging roads to access natural areas of the forest that have not been logged, and I have hiked in the old growth areas that the Forest Service proposes to log in the Woodpecker sale. I have plans to hike there again within the next month and again in the future.

6. I seek out areas that have not been logged because they are the most beautiful and pristine parts of the forest. It is a delight to walk through the old growth trees and the open and varied ground cover. I also go to these areas because they are quiet places where I can see wildlife such as birds, moose, deer, and bears.

7. If the Forest Service moves ahead with its plans to log undisturbed parts of the forest, it will completely ruin those areas for my use. Logging activities will bring noise and traffic that will disrupt the natural setting. Once the trees have been cut, the character and ecology of the affected area will be fundamentally changed. The second growth forest that will someday grow in the logged areas will be an impoverished shadow of the dynamic forest that now exists. In short, the forest will be desecrated and decimated, and it will no longer be an appealing place to visit.

8. For the reasons stated above, I will not hike in areas that have been logged. If the Woodpecker project is carried out as planned, I will lose the aesthetic and emotional enjoyment I get from those places.

9. The Woodpecker sale could affect my business, as well. I own and operate a restaurant in Petersburg. Although the large cruise ships do not dock here, smaller boats and independent travelers do come to the town, and they are important customers for my restaurant

business. These tourists are drawn to the hiking, camping, and other outdoor opportunities available on the island. If the proposed logging is carried out, Mitkof Island may lose some of its allure to travelers, and my business would suffer as a result.

9. I declare under penalty of perjury that the foregoing information is true and correct.

Date: 7/2/04                    Signed: _____
                                        Melissa Crawford

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br>           Plaintiffs, <br><br>     v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. J03-029 CV (JKS) ) ) ) ) ) ) ) ) ) ) |

**DECLARATION OF DAVID BEEBE**

I, David Beebe, declare as follows:

1. I am a member of The Wilderness Society, Sierra Club, Natural Resources Defense Council, Southeast Alaska Conservation Council, and the Center for Biological Diversity.

2. I reside at USS 2480, Lot 2, within the City of Kupreanof, on the island of Kupreanof in central Southeast Alaska. My mailing address is P.O. Box 148, Petersburg, AK 99833.

3. I have been a self-employed fisherman for the past 20 years and currently own and operate the F/V Jerry O. My principal means of living is fishing a 300 pot limited entry permit for Dungeness crab. I fish Dungeness crab during the four months (two months in the summer and two months in the fall) that it is open. I have been commercial crab fishing principally in ADF&G statistical area 105-32 (which includes Threemile Arm), and area 105-31 (immediately to the south), consistently for the last 10 years, and plan to continue crab fishing in those areas in the future.

4. I hunt Sitka Blacktail deer every year in the Threemile Arm area in the fall portion of my Dungeness crab fishing. I hunt in the roadless area north and east of Hiller Cove, within three miles of the shore of Threemile Arm. Many of the proposed harvest units in the Threemile timber sale are in the area where I hunt. The proposed timber sales will disrupt the natural habitat of the deer that I hunt. I believe that the continued clearcutting of high quality deer winter range degrades my deer hunting opportunities. I plan to continue to hunt in this area in the future, and this logging will hurt my chances of getting a deer in the coming seasons.

5. Some of the most productive crab habitat in Threemile Arm is where the arm narrows. This is near the proposed Log Transfer Facility, and to the north and west of the proposed LTF (further up the arm). The proposed LTF site is in a shallow and narrow (less than one half mile in width) portion of the arm. I am extremely worried that the construction and operation of the LTF will destroy the crab habitat in the area and will make parts of Threemile Arm inaccessible. Even with a "travel corridor" from the proposed LTF, the operations will certainly destroy some of the most productive crab habitat in Threemile Arm. I currently fish for crab in that exact area, I plan to do so in the future, and I will be harmed if this activity goes forward.

6. I routinely encounter the existing logging roads when hunting for deer near Threemile Arm. These roads harm my ability to hunt and my enjoyment of the area while hunting. The alteration of the habitat favors wolves, which prey on deer. Also, logging roads allow other hunters to use motorized vehicles. This increased traffic disturbs the solitude I enjoy while on Kuiu Island and increases competition for the deer. I avoid the roads and try to hunt in roadless areas.

7. I am a videographer and I often use Threemile Arm for purposes of nature videography. I often go on shore to make my videos. I hope to supplement my fishing with making videos to educate the public about the environment, and eventually transition into that field. This proposed activity will spoil the Threemile Arm area for this purpose. I value pristine, unfragmented areas, and I want to portray these areas on film. The activity and noise of logging, and the resulting changed scenery, threaten my personal enjoyment of the area while I am filming, and make it more difficult for me to compose the videos of pristine wilderness that I want to make. I plan to continue to make videos of the Threemile Arm area. If the proposed activity goes forward, it will displace me from the Hiller Cove area.

8. It is very disturbing to see an area of pristine wilderness become an industrial zone. I used to fish and spend time near Bucareli Bay, just south of Craig. Recent logging has ringed the area with roads, clearcuts and activity. I have literally pulled my gear out of there because I could not stand it. I do not want the same thing to happen to Threemile Arm.

9. The Lindenberg Peninsula is literally my backyard. I have taken excursions for all manner of activities in the roadless areas of Lindenberg Peninsula, ranging from foraging for wild herbs and berry picking to hiking, hunting, bird watching, sport fishing, wildlife photography, skiing, showshoeing, kayaking, canoeing, and camping. And one of my

favorite activities, tree climbing. The rainforest canopies contain an amazing diversity of animals and plants and climbing into the canopy is an incredible exercise in discovery. The more logging that happens in roadless areas, the less canopy there is to explore.

10. The Lindenberg Peninsula, including areas near the South Lindenberg timber sale, is an important area for deer hunting locally. The waters around all of South Lindenberg are protected, so it is easy to access from Petersburg without a big boat. A lot of people hunt near the Tonka LTF because it is such a do-able trip by skiff.

11. I have done some hunting and hiking around Tonka Mountain and the peaks and ridges near the Tonka LTF, where some of the proposed harvest units for the timber sale are located. I mostly use the area for deer hunting, within a couple of miles of the beach, but when it is not the hunting season, I also use it for hiking, wildlife viewing, and general exploring. In the spring, I also hunt grouse in this part of South Lindenberg.

12. I hunt or hike in South Lindenberg at least once a year, if not more often, and I intend to continue to do so.

13. I am concerned that more logging and road-building will affect the deer population. South Lindenberg has some important winter habitat for deer, and increased development is likely to displace the deer, diminish the carrying capacity of deer, and decrease my chances of a successful hunt.

14. Now, I usually access South Lindenberg by way of Wrangell Narrows and use a skiff to get in through the beach fringe and hunt in the muskeg, mountain slopes, and ridges. I used to live in Keene Channel area, which connects Duncan Canal and Wrangell Narrows. When I lived there, I got to the west side of South Lindenberg quite a bit. I still go to the other side, up around Ohmer Creek and Mitchell Slough, but once they started logging the hillsides of Duncan Canal, I stopped going as frequently.

15. The area near Ohmer Creek and Mitchell Slough is an important access point for the Duncan Salt Chuck Wilderness Area, and I have guided kayak trips through this part of the Lindenberg and into the Duncan Salt Chuck Wilderness Area.  The Duncan Salt Chuck Wilderness Area is a good place for viewing wildlife, like moose, because it is a bit farther from town.  Some of the planned logging is near the border with Duncan Salt Chuck Wilderness Area, and is right in the areas that provide access to the wilderness area.  This development will displace the animals and make my future trips less enjoyable because of the development and the decreased opportunities for wildlife viewing.

16. As an aspiring videographer, I prefer to film pristine areas.  The aesthetic character of the roadless areas of the Tongass is an exquisite natural beauty that is stunning to behold.  The complex mosaics of plant communities and the full diversity of plant and animal life creates a subjective response in viewers that is the result of being in the presence of such a dynamic, complex, rich, and abundant landscape.

17. I grew up in a Navy family and have seen a lot of North America and the world as a result.  I have an intimate awareness of what landscape looks like when it is used up, and to me, the landscape in the roadless areas of the Tongass shows all the signs of an intact area still evolving in its natural course.  It is one of the more spiritually inspiring landscapes on the planet, and all of that would be destroyed with logging and roads.

18. This landscape is, for me, an essential element to relationships with friends and family and all visitors to southeast Alaska.  I have watched friends and family, or other visitors I have run into, respond to the landscape, and there is an undeniable process that clearly becomes a lifechanging event to them and becomes a relationship-building experience for me.  The interdependence of a panoply of plant and animal species thriving in an intact temperate rainforest ecosystem represents, to me, one of the finest examples for our culture to not only value but to use as a model for how our communities and individuals

within those communities form relationships and react to each other. In the roadless areas that I have explored, we have an irreplaceable spiritual and cultural resource that will be irrevocably damaged with continued logging and roading.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/4/06

David Beebe

6

Exhibit 68, page 6 of 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. J03-029 CV (JKS) |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF ERIC LEE**

I, Eric Lee, hereby declare as follows:

1. I am a member of SEACC.

**Exhibit 69, page 1 of 3**

2. I was born in Petersburg in 1951 and began hunting at an early age.  At that time, hunting anywhere off Mitkof Island was usually done by small skiff because there were few logging roads.  The Tonka Mountain area was a very good place to hunt because of the sheltered access by small boat and the abundance of deer.  As the timber industry began harvesting large clearcuts on Mitkof Island in the mid to late-60's, I began hunting in the Tonka Mountain area more frequently, especially after the Falls Creek watershed was clearcut and the clearcut along the northern side of Blind Slough.  Those two areas were prime hunting and people like myself who hunted there each year had to find new places after that.  The Tonka Mountain area was a logical place to hunt after that and I hunted there for many years thereafter.  I did not hunt there exclusively, but it was one of the main places I tried to get the supply of meat my family needed for the year.

3. I have a mother, a sister, and a brother-in-law all, of whom live in Petersburg and share the deer meat I get.  My brother-in-law does not know how to hunt so I am the one who hunts for the family.

4. As the deer limit each year on Mitkof Island is one deer, and the season is only two weeks long, I still hunt in the Tonka Mountain area every year.

5. Looking at the map of South Lindenberg, it is clear that a large amount of habitat has already been lost to clearcutting.  Looking at the proposed logging in this sale, it is clear that much more important habitat will be lost.  Much of the proposed logging in this area is next to or close to prior clearcuts.  The loss of this habitat which is now increasingly important to the deer displaced by previous clearcuts will be very detrimental to the long-term well-being of the deer population in that area.  This increased fragmentation of an already fragmented habitat concerns me greatly.  Anyone who has seen deer looking for

**Exhibit 69, page 2 of 3**

food late in winter knows that food is difficult to find whether there is snow on the ground or not. Smaller areas of intact habitat will only be able to sustain a smaller population of deer. Considering the increased hunting pressure in this area due to access by logging roads, the deer population could be greatly diminished. Therefore my hunting will be negatively impacted by this sale.

6. I do not have unlimited time each fall to get the deer I need. Although I enjoy hunting, unsuccessful hunts mean lots of hard work and lots of wasted valuable time. Anyone who hunts knows this is true.

7. The state land on South Lindenberg Peninsula could have extensive logging on it as well. Although there are no immediate plans to log the state lands, I am very concerned about the cumulative effects of continued Forest Service logging and logging on the state lands on South Lindenberg.

I declare under penalty of perjury that the foregoing is true and correct.

_March 5, 2006_  _Eric Lee_
Date                          Eric Lee

Exhibit 69, page 3 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, NATIONAL AUDUBON SOCIETY, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>          Plaintiffs,<br><br>          v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. J03-029 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MARCEL LAPERRIERE**

I, Marcel LaPerriere, declare as follows:

1. I am a member of Southeast Alaska Conservation Council and the Center for Biological Diversity.

2. I moved to Sitka about two and half years ago. My mailing address is P.O. Box 645, Sitka, Alaska 99835. Before moving to Sitka, I lived in Ketchikan for twenty-two years.

3. While I lived in Ketchikan, I spent a lot of time on Gravina Island. In fact, I would say it was pretty rare that a month would go by when I didn't go out to Gravina at least once.

4. I have sailed around Gravina many times, explored the bays and inlets by skiff, scuba dived near the island, and hiked and snowshoed all over the island. I also love caving, and have explored many of the caves around the island. About the only place on Gravina that I have not been is to the top of the Puppets. Gravina is so close to Ketchikan that, while we lived in Ketchikan, we even took an inflatable boat over to the island to picnic or hike sometimes.

5. Although I no longer live as close to Gravina, I still have friends in Ketchikan and sometimes visit them and go to Gravina. Gravina is a beautiful island. I have been in and around Phocena Bay before, but there are some caves near Phocena Bay that I have not yet explored and I intend to go back and explore them. Besides, I still need to get to the top of the Puppets, so I will definitely return to visit Gravina again.

6. I am familiar with the proposed timber sale on Gravina Island. Areas with logging or roads have a lot less appeal, both for anchoring my boat and for activities on land. I have anchored in Blank Inlet and Bostwick Inlet, as well as many of the bays around Gravina in the past, but I prefer areas that are pristine.

7. Some of the logging sites will be near Phocena Bay, which is where some of the caves I still need to explore are located. If that logging happens, then when I return to explore the caves or to hike on the island, the area will have lost much of what I enjoy about it— the solitude, the beauty, the majesty, the serenity of being untouched and undeveloped.

8. I worked off and on at the Swan Lake Power Plant in the Upper Carroll Inlet for over fifteen years. During that time, I explored much of the Upper Carroll Inlet. The Carroll River has a lot of salmon, and I took a skiff and hiked quite a ways up the river to fish. I also hiked twice from Misty Fjords on East Behm Cannel, over Mt. Reid into Carroll Inlet. I have done a lot of backpacking and caving in the area.

9. I'm not a religious man, but if I were I would say that Upper Carroll is God's country. When I first went up to Upper Carroll to work in 1983, I thought I was in heaven—it was the most beautiful place I can imagine to work. I fought tooth and nail against the Tyee-Swan Lake power line, but now there are clear cuts all the way from Swan Lake up to Bradfield. I hiked the most of length of the proposed power line at one point. A lot of the appeal of Upper Carroll has been lost for me now; they have destroyed what was one of the most beautiful areas in Southeast Alaska.

10. I hope to go back to the Calamity Creek area. A couple of years ago, I did some volunteer work with the Forest Service and studied the caves in the Calamity Creek area. They are some of the most unique caves in Alaska because they very unique vertically dipped marble caves and have a lot of important paleontology information within. They whole geology of the Inlet is unique, and I would hate to see it logged and lose that unique geological information.

11. Although I have been around and even hiked on logging roads before, I prefer wilderness. Even a well-traveled trail is sometimes too populated for my taste, as I really enjoy more of a wilderness experience. For me, a wilderness experience is experiencing a pristine forest, enjoying the solitude and majesty of the trees, and the serenity of knowing it has

not been touched by man. I appreciate the importance of the habitat for animals, and in many areas, for subsistence use.

12. I have done some logging in the past, and understand the importance of logging, but I believe we have to use our resources wisely and not throw them away without any thought for the future as we are doing now. In the past, I have been involved in public hearings and meetings to oppose timber sales. I have also volunteered with the Forest Service to help with karst and cave location for timber harvest proposals.

13. I have two very young grandchildren who are already learning how important wilderness and nature are. They already like hiking, even if that just means sitting on grandpa's shoulders and I hope that they will have a chance to enjoy the same untouched wilderness, on Gravina and elsewhere that I have enjoyed.

14. My wife and I have sailed all over southeast Alaska. Although we have not spent as much time on the boat over the last couple of years because we have been busy building a house and playing with our new grandchildren, we used to take at least two or three weeks a year to sail full time. Sometimes we spent up to four weeks a year sailing. We still sail as often as we can, and we will continue to sail as often as we can. I have been to and know every major island in southeast Alaska, as well as a lot of islands that most people don't even know exist. I have volunteered with the Forest Service frequently during the summers from 1990 to 2003, plus many weekends, and have seen a lot of areas by floatplanes and different types of boats as well.

15. Many of the areas I have explored and enjoyed in the past have been cut up with logging and roads. At this point, the Forest Service has lots of roads, and needs to take care of the roads that already exist before building any new roads.

16. Hiking and sailing are just more fun when they're in the wilderness. Logging activity and roads take away from the solitude and the beauty and the experience as a whole. I intend to keep exploring and enjoying southeast Alaska as long as I am able to do so, and I hope that the areas I like best will still be untouched for me to explore.

I declare under penalty of perjury that the foregoing information is true and correct.

Date: 3-6-06

Marcel LaPerriere