UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL RESOURCES DEFENSE COUNCIL; SOUTHEAST ALASKA CONSERVATION COUNCIL; SIERRA CLUB; THE WILDERNESS SOCIETY; and CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 1:04-cv-00010-JKS |
| **Plaintiffs,** | |
| vs. | ORDER [Re: Count VI] |
| UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest, | |
| **Defendants.** | |

Upon the stipulation of the parties approved by the court, the parties agreed that they would be bound by the decision in *Natural Resources Defense Council, et al. v. United States Forest Service, et al*. Case No. 1:03-cv-00029-JKS, pending in this court as to counts I through V and the matter would be submitted to the court for determination of Count VI on the merits. At dockets 11, 21, and 44, the parties have fully briefed Count VI. At docket 53 Plaintiffs have moved the court for equitable relief, which would, with certain exceptions: (1) enjoin the Forest Service from signing or implementing any decision documents authorizing timber sales on Kuiu Island or in roadless areas of the Tongass National Forest until 45 days after the Forest Service completes its required revision of the Tongass Land Management Plan; and (2) vacate site-

specific decision documents that authorize timber sales on Kuiu Island or in roadless areas of the Tongass.

The relief sought in the motion at docket 53 addresses only the programmatic forest plan claims on which Plaintiffs prevailed in the appeal of No. 1:03-cv-00029-JKS. If the Court vacates the Woodpecker Record of Decision, as requested in the motion at docket 53, there will be no site-specific final agency action to challenge, and the claim raised in Count VI of the complaint may be dismissed without prejudice as moot.

**IT IS THEREFORE ORDERED THAT** the briefs at dockets 11, 21, and 44 are hereby **STRICKEN**, without prejudice. If vacatur is not granted by the motion at docket 53, the briefs at dockets 11, 21, and 44 may be restored to the docket.

**IT IS FURTHER ORDERED THAT** not later than 15 days after the final ruling is entered on the motion at docket 53 is entered, the parties must inform the court whether or not further action is required on Count VI and, if appropriate, include a request that the briefs at dockets 11, 21, and 44 be restored to the docket.

**IT IS FURTHER ORDERED THAT** if the parties do report to the court that further action is required on Count VI as provided in the immediately preceding paragraph, Count VI of the complaint will be dismissed without prejudice without further notice.

Dated at Anchorage, Alaska this 13th day of March 2006

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge