Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 570-9309
Fax: (360) 570-9310
Email: nlawrence@nrdc.org
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. J04-010 CV (JKS) |

**PLAINTIFFS' NOTICE OF RELATED CASE**

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J04-010 CV (JKS)

Pursuant to Local Rule 40.2, Plaintiffs hereby provide notice of a related case recently filed: *Southeast Alaska Conservation Council v. United States Forest Service, et al.*, No. J006-0005 CV (D. Alaska) (filed March 23, 2006).

The complaint in *Southeast Alaska Conservation Council* overlaps substantially with the complaint in this case. The parties are identical except that the Sitka Conservation Society and the Tongass Conservation Society are additional plaintiffs in the new case. Further, the two cases include identical claims challenging the 1997 Tongass Land Management Plan and substantially overlapping claims challenging site-specific timber sales implementing that plan.

Assignment of the new case to the same judge is likely to promote judicial economy. *Southeast Alaska Conservation Council* overlaps significantly with this case, and resolution of the issues by two separate judges would result in substantial duplication of time and effort.

Respectfully submitted this 10th day of April, 2006,

/s/ Thomas S. Waldo
Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J04-010 CV (JKS)                1

**CERTIFICATE OF SERVICE**

I, Thomas S. Waldo, certify that on April 10, 2006, a true and correct copy of PLAINTIFFS' NOTICE OF RELATED CASES was served electronically to Bruce M. Landon, Amy Gurton Mead, and Steve Silver, and by first-class mail to Kevin Saxby. A courtesy copy was sent by email to Tim Obst, USDA Office of General Counsel.

/s/ Thomas S. Waldo
Thomas S. Waldo

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J04-010 CV (JKS)                    2