BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>Defendants. | Case No. 1:04-cv-0010(JWS) |

UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Federal defendants move for an order modifying the scheduling order in this case. Currently, federal defendants' and intervenor-defendants' response to plaintiffs' Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan is due on April 17,

and plaintiffs' reply is due on May 1, 2006.  The modification would make the response briefs due on April 19, and plaintiffs' reply due on May 3.

The parties proposed, and this Court approved, a briefing schedule for simultaneous briefing of motions for injunctive relief in three cases involving timber sales on the Tongass National Forest.  This is one of those cases.  The cases are not consolidated, but the parties are filing a lead brief in *Organized Village of Kake v. U.S. Forest Service,* J04-0029 CV (JKS) (D. Alaska) and incorporating that briefing with supporting documents by reference and as an exhibit in the other two cases.

Federal defendants do not propose to alter the briefing schedule for the lead briefing in *Organized Village of Kake.*  Rather, they seek to give the parties two additional days to file the Kake briefing in the other two cases.  In this way, the parties avoid the bottleneck that would be experienced were they to attempt to file electronically all of the identical briefs and exhibits in the three cases on the same day. The modification does not delay the actual merits briefing.

Counsel for all parties have authorized the undersigned to represent that they do not oppose this motion.  A proposed order accompanies this motion.

RESPECTFULLY SUBMITTED this 17th day of April, 2006 at Anchorage, Alaska.

        S/ Bruce M. Landon
        BRUCE M. LANDON
        Department of Justice
        Environment & Natural Resources Division
        801 B Street, Suite 504
        Anchorage, Alaska  99501-3657
        Phone: (907) 271-5452
        Facsimile: (907) 271-5827
        Email: bruce.landon@usdoj.gov
        Attorney for Federal Defendants

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 17th day of April, 2006 a copy of the foregoing UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER and PROPOSED ORDER were served electronically:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Kevin Saxby
Steve Silver
Amy Gurton Mead

s. Bruce M. Landon