BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, ) <br> SOUTHEAST ALASKA CONSERVATION COUNCIL, ) <br> SIERRA CLUB, THE WILDERNESS SOCIETY, ) <br> and CENTER FOR BIOLOGICAL DIVERSITY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES FOREST SERVICE; UNITED ) <br> STATES DEPARTMENT OF AGRICULTURE; ) <br> MARK REY, in his official as Under Secretary of ) <br> Agriculture; DENNIS E. BSCHOR, in his official ) <br> capacity as Alaska Regional Forester; and FORREST ) <br> COLE, in his official capacity as Forest Supervisor for ) <br> the Tongass National Forest, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:04-cv-0010(JWS) |

(PROPOSED) ORDER MODIFYING SCHEDULING ORDER

Federal defendants' unopposed motion for an order modifying the scheduling order is

GRANTED.  Federal defendants and Intervenor-defendants shall file their response to Plaintiffs'

Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan on April

1

17, 2006, and plaintiffs shall file any reply on May 3, 2006.


DATED: _____                    _____
                                               JAMES K. SINGLETON
                                               United States District Judge