# Timber Products Output and Timber Harvests in Alaska: Projections for 2005-25

Allen M. Brackley, Thomas D. Rojas, and Richard W. Haynes

**Authors**

**Allen M. Brackley** is a research forester and **Thomas D. Rojas** is a research economist, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Alaska Wood Utilization Research and Development Center, 204 Siginaka Way, Sitka, AK 99835; and **Richard W. Haynes** is a research forester, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, P.O. Box 3890, Portland, OR 97208.

DRAFT

## Abstract

**Brackley, Allen M.; Rojas, Thomas D.; Haynes, Richard W. 2006.** Timber products output and timber harvests in Alaska: projections for 2005-25. Gen. Tech. Rep. PNW-GTR-XXX. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. XX p.

Projections of Alaska timber products output, the derived demand for logs and chips, and timber harvest by owner are developed using a trend-based analysis. These are revised projections of those made in 1990, 1994, and 1997, and reflect the consequences of recent changes in the Alaska forest sector and trends in markets for Alaska products. With the cancellation of the long-term contracts and the closure of the two southeast Alaska pulp mills, demand for Alaska National Forest timber now depends on markets for sawn wood and the ability to export manufacturing residues and lower grade logs. Four scenarios are presented that display a range of possible future demands. The range in annual demand for timber from Alaska National Forests is 48 to 370 million board feet of logs annually. Areas of uncertainty include the prospect of continuing changes in markets and conditions faced by competitors, and the rate of investment and innovation in manufacturing in Alaska.

Keywords: National Forest (Alaska), forest sector models, lumber.

# Contents

__Introduction

__Literature Review

    Recent Literature

__Timber Industry in Alaska from 1997-2004

    Tongass National Forest

    The Forest Products Industry in Alaska

    Demand Projections and Market Developments

__Methods

    Description of the Model

    Description of Data

    Applicability of the Model for Current Use

    Origin of Demand Functions Used in Current Projections

    Assumptions

__Results

    Alternative Projections

    Expanded Results Illustrated Using the Medium Integrated Scenario

    Key Market Share Values

    Sensitivity Analysis

    Stumpage Price Projections

    Maximum Derived Demand

    Most Probable Outcome

__Conclusions

__Suggestions for Future Research

__Acknowledgments

__Metric Equivalents

__Literature Cited

__Tables and Figures

# Introduction

The United States Congress (RPA 1974) has charged the U.S. Department of Agriculture, Forest Service to maintain information relative to the future demand for forest products from the nation's forestlands. In addition, the Tongass Timber Reform Act (TTRA 1990) states that the Secretary of Agriculture will "…seek to provide a supply of timber from the Tongass National Forest which (1) meets the annual market demand for timber from such forest and (2) meets the market demand from such forest for each planning cycle." These requirements for the Tongass are more explicit than the general requirements posed by Forest Planning regulations that began in the early 1980s, requiring estimates of demand for national forest timber as part of land management planning. For the fourth time, we address the question of what is the demand for timber from the Tongass National Forest.[1]

Contextually, supply and demand for forest products is usually expressed by softwood and hardwood species (see Haynes et al., in press, for general discussion of supply and demand trends for forest products). Supply and demand are being used here in their economic sense. In the context of forest planning, they refer to a desire by producers to purchase timber in the region and sell products in the global marketplace. Ultimately, the volumes processed and sold depend on the ability of producers to provide products at a competitive price. In the development of land management plans, land managers will ask what the demand is for the various products that will be produced from the

forest. From an economic perspective, the question becomes what is the derived (from final product markets) demand for stumpage from that forest.

Round logs and rough-sawn green lumber are the traditional products shipped from Alaska. Both export and domestic markets in the continental 48 states are large enough to absorb essentially unlimited volumes of round logs from the region (see Warren 2005 for a summary of U.S. log exports by customs districts). Prior to 2000, lumber shipments were linked to housing starts in Japan. Since 2000, the bulk of the lumber produced in Alaska has been sold in the domestic market. Given existing legislation, only limited quantities of round logs are exported from national forests. Other owners, primarily Native corporations, are the main source of log exports from the region. Because of these conditions, demand for lumber products is the most important determinant of demand for national forest timber.

This report projects the demand for Alaska National Forest timber using a trend-based analysis. These projections are revisions of previous reports in 1990, 1994, and 1997. Four alternative scenarios are used to display a range of possible future demand for Tongass timber from 2005-25.

## Literature Review