As part of the background for early Tongass Land Management Planning efforts, Haynes and Brooks (1990) assessed conditions in Alaska timber markets as of the late 1980s and early 1990s. They projected the derived demand for Alaska National Forest timber based on then existing conditions and trends (Brooks and Haynes 1990, 1994, 1997). Results of the previous analyses are presented in table 1. This series of projections were based on several assumptions, almost all of which were explicit. Additional important implicit assumptions assumed that there would be no structural changes in markets for Alaska timber (primarily Japan); in the regions competing with Alaska for Japanese markets (primarily other areas of North America); or, in the mix of the forest products industry in Alaska.

All previous studies recognized that Alaska had an integrated forest products industry. The industry included sawmills that processed high-grade logs and pulp mills that used round wood chips produced directly from low-grade logs for lumber production and residual sawmill chips. From 1970-97, the annual volume of material processed by sawmills ranged from 61 to 19 percent of total harvested volumes (average annual volume during this period was 39 percent). The remaining volume went directly to export (as logs) or the pulp mills.

In all of the previous projections, the main components of demand were markets for export logs, dissolving pulp, and lumber exports to Japan. Derived demand has been defined as the estimated volume of round wood harvest required to produce volumes of demanded products. From 1970-96, lumber exports from Alaska averaged 89 percent

of lumber production (annual values ranged from 60 to 95 percent). During the same period, pulp exports averaged 79 percent of annual pulp production (annual values ranged from 70 to 90 percent).

In 1993, the pulp mill in Sitka, Alaska, closed. Brooks and Haynes (1994) prepared an updated report to reflect this fact. A number of improvements were also incorporated into the model during this update. Revisions included: improved estimates of harvest by private owners (Native corporations); correction of a double counting of import contribution to timber supply; improved estimates of overrun in lumber production; improved estimates of residue production; and changes to reflect that in some sawmills, a portion of the log import went directly to chippers without processing to produce lumber. With respect to these changes, the authors (Brooks and Haynes 1994) stated, "The changes implemented in this revision of our previous model—some of which are quite significant when considered individually—have little effect overall on the accuracy of the historical estimates of the derived demand for Alaska timber." Also, this report expected that negative changes in the competitive position of the Pacific Northwest's timber industry resulting from efforts to protect the spotted owl (*Strix occidentalis caurina*) and other species would provide a modest advantage to Alaska.

The 1997 update of demand for Alaska National Forest timber (Brooks and Haynes 1997) was necessary for two reasons. First, the pulp mill in Ketchikan, Alaska, closed that year. This resulted in the loss of local markets for residues and presented a major challenge to lumber producers in southeast Alaska (fig. 1). A reduction in industry scale

was an additional effect of the mill closure. Second, updated estimates of demand were required in 1997 as part of the preparation of the final Tongass Land Management Plan.

The first change incorporated into the 1997 update was that new suppliers (primarily Scandinavia) were moving into the Japanese market. Simultaneously, traditional products manufactured from old-growth (baby squares) were being replaced with laminated wood products. Another change in this model resulted from the fact that efforts to protect the spotted owl and other threatened species in the Pacific Northwest had worked their way through the stumpage and product markets. In hindsight, the 1994 assumptions relative to a modest advantage to Alaska were proved overly optimistic. Reductions in federal timber harvests in Oregon and Washington eliminated the Pacific Northwest as one of Alaska's competitors in overseas and U.S. domestic markets. Canada, however, remained a significant competitor and quickly gained market share.

Brooks and Haynes (1997) characterized the future demand for national forest timber as, "...having a high degree of uncertainty because of the magnitude of the recent changes in the Alaska forest sector, and because many of the factors that will determine the size and type of industry in the future cannot be predicted." They went on to state that level and reliability of timber supplies from the Alaska National Forests are only two of a number of sources of uncertainty. Other factors include: rates of economic growth in key markets; changing technology; tastes and consumer preferences; and, strength of competition.

## Recent Literature

The final 1997 Tongass Land Management Plan led to several follow-on studies related to economic topics. Crone (2005) provides a synthesis of these studies but the most relevant to our work was the study by Stevens and Brooks (2003). They examined the hypothesis that markets for Alaska lumber and logs are integrated with those of similar products from the US Pacific Northwest and Canada." Japan is the destination market for these three regions. Their study performs cointegration tests on paired log and lumber data. Results from the tests show that Alaska western hemlock (*Tsuga heterophylla* (Raf.) Sarg.) and Sitka spruce (*Picea sitchensis* (Bong.) Carr.) logs share an integrated market with logs originating in British Columbia and the U.S. Pacific Northwest. However, the authors note that the results for lumber proved strong but not unequivocal.

The overall conclusion from the cointegration tests confirms the assumption that Alaska's forest products exports and production share at least an imperfectly integrated market with Canada and the U.S. Pacific Northwest. Consequently, Alaska's forest products industry is "sensitive to international market conditions, including competition from other North American regions" (Stevens and Brooks 2003). The authors imply that, given the imperfect integration with competitors in North America, Alaska's high manufacturing costs of forest products play a key role in limiting the region's market share in Japan.

Finally, the Stevens and Brooks (2003) study does not challenge the view that Alaska species represent unique qualities. The authors, however, consider that the high-value logs and lumber obtained from old-growth Sitka spruce and Alaska yellow-cedar (*Chamaecyparis nootkatensis* (D. Don) Spach) represent a very small amount of Alaska's total forest production. As a result, the uniqueness in the quality of Alaska species has very little bearing on Alaska's market share in the imperfectly integrated commodity markets within which Alaska competes.

## Timber Industry in Alaska from 1997-2004

Here we present a brief review of local, national, and global events that have impacted the forest products industry in Alaska and the demand for timber in southeast Alaska.

### Tongass National Forest

What is the most appropriate use for the lands in the Tongass National Forest? The controversy has continued both at the local and national levels. Various advocacy groups continue to litigate the Tongass Land Management Plan of 1997. As this report is written, litigation at the Ninth Circuit Court has been remanded back to the District Court Alaska. Simultaneously, specific offerings of the timber sale program have been continuously challenged creating uncertainty in the availability national forest timber sales.

## The Forest Products Industry in Alaska

Another outcome of the 1997 Tongass Land Management Plan was that since 2000, capacity and production information has been collected directly from producers. This information is reported in publications by Kilborn et al. (2004) and Brackley et al. (in press) and used in relating the demand for national forest timber to annual timber sale programs.

In 2000, total annual capacity of all mills in southeast Alaska was approximately 340 million board feet Scribner scale (mmbf) of logs. The actual volume of timber delivered to the mills in 2000 was 87 mmbf. Since 2002, the capacity has stabilized at 250 mmbf and annual volume of logs processed in 2002, 2003, and 2004 were 40 mmbf, 32 mmbf, and 31 mmbf, respectively. From 2002-04, production has been at a level of 12 to 16 percent of total capacity.

The latest capacity report (Brackley et al., in press) also indicates that there have been major shifts in the markets served by Alaska sawmills. Prior to 1997, up to 95 percent of production was exported to Japan. Since 2000, exports have fallen and the volume shipped to domestic markets has ranged from 60 to 83 percent of production. Western hemlock continues to be the major species processed by Alaska mills (50 to 56 percent). Shipments to the continental 48 states are destined for sale as shop lumber or as niche market specialty products.