A federal grant program was approved ($4 million) in 2001 and 2002 to assist producers with the purchase of drying and secondary processing equipment. A recent review of the impacts of the grants (Nicholls et al., n.d.) determined that mills in Alaska now have the ability to dry approximately 6.6 mmbf annually. It is estimated that 0.8 mmbf of dry, surfaced lumber was produced in 2004. Producers drying lumber also reported that the dry, surfaced lumber was well received in local markets. One producer reported that the gain from drying and planning was marginal, but the ability to sell products has vastly improved. Given updated grading rules for Alaska lumber, some of the small mills are now selling dimension lumber and competing with local building supply stores.

## Demand Projections and Market Developments

Traditionally, Japan has accounted for up to 90 percent of the economic activity in the region defined as "North Asia" by the Food and Agriculture Organization (FAO). For the period 1994-2010, FAO (1997, 1998) projected steady increases in production, imports, and consumption of sawn wood products in this region. Approximate rates of growth were as follows: production 1.2 percent; imports 7.7 percent; and, consumption 2.2 percent. Exports from the region were expected to decline.

In reality, the FAO projections overestimated demand for all round wood and sawn products. The Japanese banking crisis in the 1990s caused housing construction to decline to some of the lowest levels recorded in recent decades. Contrary to FAO projections, economic indicators associated with lumber production continue to fall. Real changes are masked by the increasing levels of substitution of laminated products

for traditional solid wood products. These noted problems, however, are insignificant when compared to developments in China.

In the past 5 years, reported rates of growth for the Chinese economy have range from 12 to 17 percent. China has only recently joined international organizations such as the World Trade Organization (WTO) and FAO. Because of their previous isolated stance, reliable statistical information that defines economic conditions in China is not currently available and may not be available in the near future. However, we are aware of firms that are now shipping material to China instead of Japan. Value added manufacturing once done in Japan is now taking place in China. Finished goods (value added forest products) from China are now being shipped to Japan and other world markets. The current situation is chaotic, but experts agree that the emergence of China as a major producer, consumer, and exporter of forest products will most likely result in increased levels of demand for all forest products.

From 1997-2004, lumber imports into Japan declined 25 percent from 12.6 million cubic meters (5,250 million board feet) to 9.5 million cubic meters (3,958 million board feet) annually. During the same period, exports from the United States were reduced by 84 percent. In 1997, exports to Japan were in the form of solid wood products designed to meet the needs of Japan's traditional post and beam construction. At the same time, shipments of laminated products to Japan increased by 43 percent. The sources of the laminated products were Scandinavia and other nations. In summary, demand for

traditional products decreased, but some of the reductions were offset by new sources of supply.

## Methods

In this section we review the past methods and describe the current projection framework given the extensive market and production changes over the past decade.

### Description of the Model

The original Brooks and Haynes (1990) model applied material balancing approach to calculate the derived demand for forest products produced in southeast Alaska. Its conceptual basis was the same as used for projecting regional demand for national forest stumpage in early planning efforts (Haynes et al. 1981). At that time, there was interest in understanding the possible price impacts of various levels of national forest harvest flows consistent with product demand and timber supplies from other landowners. A model was developed that combined several economic concepts and resulted in a regional (or in this case, forest) estimate of the stumpage volume demanded.

Mathematically, derived demand for national forest timber is the dependent variable of interest to users. It is developed by estimating the roundwood equivalent of all material used to produce products from Alaska and subtracting the volume harvested from other landowners. The remaining amount is the derived demand for material (logs) from the

Tongass National Forest. Independent variables used to calculate derived demand include: statistics that describe volume of timber (consumed, produced, imported, and exported); volumes of pulp products; and conversion factors to determine raw material required to produce products. When considering market statistics, lumber and pulp are products that are consumed. Trade data are reported and tracked in terms of these products as opposed to raw timber. Given technical knowledge and understanding of production systems and associated conversion factors, the model works backward and calculates volumes of timber required to satisfy derived demand for products. After the fact, estimates of derived demand can be compared with historic data (actual volumes of timer harvested) to test the reliability of projections.

The original Brooks and Haynes model evolved from 1989-97 as a Lotus spreadsheet application (Lotus Software 1983). Figure 2 presents a diagram of the original model as it existed in 1994. At that time, the integrated industry used both high and low-grade logs. The major product produced from high-grade logs was rough-green lumber. Low-grade logs were chipped and processed by pulp mills to produce dissolving pulp. Almost all of the sawn (97 percent) and fiber products (80 percent) were exported to Japan.

Figure 3 presents a diagram of the revised model used in this project, which is now an Excel spreadsheet (Microsoft Corporation 1999). Portions of the model that describe pulp production no longer exist and as a result have been eliminated. The revised diagram also reflects assumptions relative to the flow of timber from various owners to

mills in the region. It has been assumed, for instance, that logs from Native ownerships are exported and not available to local mills. This assumption is based upon historic conditions.

**Description of Data**

The major data sources are much the same as before and include: Pacific Northwest Research Station, Production, Prices, Employment, and Trade in the Northwest Forest Industries (Warren 2005); Japan Wood-Products Information and Research Center (JAWIC 2006); FAOSTAT of the United Nations (FAO 2006); and, United States International Trade Commission (USITC 2005). The basic information from the above sources was in almost complete agreement (exports volumes of lumber to Japan reported by one source agree with imports from that source as reported by JAWIC). The JAWIC report also provided detailed information relative to Japan's forest products industry that was not available from other sources.

The logical agreement of data from various sources results from a cooperative effort of international agencies such as the WTO. This, however, is a relatively recent development and has not always been the case. In the conversion process it became obvious that past data inconsistencies had been logically balanced to the most correct values. As updates were made to trade data, corrections were incorporated. Data users (economists, modelers, etc.) have a choice of updating data in the model or proceeding with the original values. In this project, we updated model values when they were reported as corrections in the published sources.

Although data from the various sources were consistent, it was determined that the data relating to lumber exports from Alaska from 2000-04 were understated because of transshipments. That is, an increasing amount of lumber is shipped to Washington (reported as a domestic shipment) and then resold and shipped overseas. In the past, large volumes of lumber were shipped directly from Alaska ports to foreign markets. The export documents reflected these shipments. As the volumes of exports decreased, there has been an increase use of container shipments. Container shipments move by barge from Alaska to Tacoma, Washington, where they are reloaded for shipment to foreign ports. The export documentation is prepared in Tacoma and it is listed as the port of export. A comparison of the above noted data sources and the capacity reports (Brackley et al., in press; Kilborn et al. 2004) indicate that only approximately 10 percent of Alaska exports are reported in the traditional trade data.

## Applicability of the Model for Current Use

Until 1997, Japan was the major market for Alaska forest products. The long-term cutting contracts were held by firms closely linked by ownership to Japan or a history of selling large volumes of product to Japan. Since 1997, these ownership interests have sold their holdings in Alaska. A new type of owner is producing forest products in Alaska. In some cases, the new owners have a history of selling products in the domestic market. In at least one instance, a firm with historic roots in the U.S. Pacific Northwest and long-term customer relationship in the region moved to Alaska in search