of types of timber no longer available in Washington and Oregon. This firm's problem was supply and not markets. It appears that many of the small producers are finding that production of a dry, planed, and graded product is increasing their access to local markets. In addition to the changes in North America, the housing market in Japan has been dormant since 1998-99 and is just now showing signs of recovery. Regardless, it appears that the traditional link between Alaska and Japan may have become greatly diminished.

The Brooks and Haynes model was constructed based on the assumption that the major determinant of derived demand would be markets for lumber and pulp in Japan. All of the traditional elements of Japanese markets are in a state of flux. Just as in the United States, the high standard of living and associated costs of labor in Japan are resulting in the loss of many traditional jobs and the substitution of lower cost goods from China. As production shifts from Japan, the flow of resources is changing from Japan to China, or other low cost nations.

One logical solution for the suitability and continued use of the Brooks and Haynes model would be to revise it to represent recent changes in Pacific Rim forest products trade flows. Currently, this is not possible given the lack of available Chinese economic data.

## Origin of Demand Functions Used in Current Projections

In 2004, Japan's housing industry grew 2.5 percent (Nagahama 2005a) after a decade of little growth. In the same report, Nagahama noted that regardless of the increase in housing starts, imports of sawn lumber continued to decline. Nagahama (2004b, 2005b) and Japan Lumber Journal (2005) also reported that in 2004, imports of glulam increased at an annual rate of 13 percent. In addition, during the previous year China had captured 21 percent of the Japanese glulam market (Nagahama 2005b). China's share of the glulam market resulted from a rapid increase in production capacity supported by substantial Japanese investments in manufacturing in China. It is anticipated that similar shifts of manufacturing facilities to China will take place for many other engineered wood and value added products.

Sasatani et al. (2005) reviewed niche market opportunities for Alaska forest products in Japan. He concluded that there are numerous opportunities to market Alaska forest products in Japan given favorable economic changes (weakened U.S. dollar vs. yen) and Japan's traditional values for quality products.

Annual production of solid wood products in China was reviewed by Butterworth and Lei (2005). In 2005, marketable housing starts in China increased about 5 percent. The highlights of this report predicted that log, lumber, and wood-based panel productions were forecast to increase 5, 10, and 15 percent, respectively, in 2006.

Based upon the above sources of information, there will likely be a high and almost unprecedented demand for forest products in the Pacific Rim market. For the first time in history, however, there is a question if the Pacific Rim price will be sufficient to compete with domestic markets. During the past several years, Alaska producers have found ready markets for their products in domestic (Alaska and continental 48 states) markets.

Many people and organizations in Alaska would like to return to an integrated industry that uses both high and low-grade material. An integrated industry results in better utilization and larger volumes of operable wood, which in effect lowers unit operating costs. Studies by McDowell Group (2004), Leonard Guss Associates (2005), and Brackley and Davis (2004) have reviewed problems associated with medium density fiberboard (MDF) production in southeast Alaska. Leonard Guss (2005) identified high-grade MDF in thin sizes as a fiber product in short supply in Japan and China. The Guss study also suggested that sufficient resources existed in southeast Alaska to support two medium size plants. Additional studies by Wahl (2004) and Nagahama (2004a) confirm the increasing demand for MDF products and noted that manufacturing of the product in Japan increased 2.4 percent in 2003. The increase demand for this product is caused by a shift from thin plywood to thin MDF. In general, MDF is a fiber based product that can be produced from low cost material in the form of low-grade trees and residual products. On the other hand, solid wood, a relatively expensive raw material, is required for production of plywood.

Another uncertainty is the extent that sustained high prices for oil might force the development of alternative sources of energy. Biomass in the form of currently unused components of harvested trees (low-grade logs, small diameter stem material, branches, leaves, needles, bark, and various mill wastes) represent sources of material that have the potential to reduce dependency on oil. It is difficult to quantify the expected future demand for biomass material, but current legislation is designed to find uses for available material. It is possible that an integrated industry will return to Alaska as a result of the need to replace traditional sources of energy with some form of bioenergy.

## Assumptions

The following assumptions have been made to facilitate the current demand projections:

- Historically, the major component of the previously defined FAO's North Asia market was Japan. The new Pacific Rim market includes Japan, Korea, China, India, and other nations. In this model, all projections of future demand are for the Pacific Rim market. The historic data for Japan represent demand generated by a population of 127 million people. The Pacific Rim represents a population in excess of 2,430 million people.

- Export products will be considered synonymous with high-value products. The products may be exported or shipped to domestic markets. Producers will select markets based upon price.

- Alaska producers have unlimited access to domestic markets, both in Alaska and the continental 48 states.

- Lumber products shipped from Alaska have been classified as sawn wood. Large size solid sawn wood products are currently being replaced with engineered wood products (truss products, glulam, etc.) that contain small size solid sawn wood components. Projections in this report will be considered an aggregate of all traditional sawn wood and engineered products.

- The bulk of the production from southeast Alaska mills is assumed destined for sale as shop lumber or niche market products. Small amounts of lumber are milled and sold as dimension lumber.

- High quality logs harvested from Native lands will be sold to export markets.

- Existing chip markets are sufficient to use chips currently produced by southeast Alaska mills, until a local chip using industry is established. A result of this assumption is that in the short-term, Alaska mills will have little incentive to maximize chip production. The entire focus of the industry will be maximization of high quality and specialty lumber products.

- State lands will supply up to 6.8 mmbf of timber annually to mills in southeast Alaska. This figure is 6 mmbf less than the volume of available timber reported by the McDowell Group (2004). The 6.8 mmbf volume is adjusted to account for small and rejected sales.

- We assume that investment risk will be acceptable. Returns from forest products manufacturing will allow recovery of capital required to fund necessary improvements.

- In the rebuilt model, no attempt has been made to account for low-grade material. The model does, however, report chip volumes that are available from sawmill

production. In the all-lumber scenarios (scenario 1 and 2), utility logs may be left in the wood, sent directly to sawmill chippers, or exported. Specific disposition of utility logs will depend upon market conditions at time of harvest and processing.

- The volume of sawn wood imports to the defined Pacific Rim market will increase over the next 20 years to a level equal to Japan's imports in 1997. Subject to the assumption about export products being synonymous with high-value products, Alaska lumber will move to export markets. Projections of expected Pacific Rim sawn wood consumption, imports, exports, and production are presented in figure 4.

- Proposed harvests may be increased by salvage operations required to remove dead trees resulting from attack by insect and disease. Projected harvests do not include salvaged volumes.

## Results

The following sections report the updated projections for timber demand from the Alaska National Forests.

## Alternative Projections

We developed four scenarios to display alternative futures of Alaska's forest sector and the resulting demand for national forest timber. These scenarios have been labeled as follows:

Scenario 1--Limited lumber production

Scenario 2--Expanded lumber production