Scenario 3--Medium integrated industry

Scenario 4--High integrated industry

The model settings and characteristics of the scenarios are presented in table 2. Results of the model runs based on these four scenarios are listed in table 3, along with the Brooks and Haynes (1990, 1994, 1997) projections of demand for comparison.

The first two scenarios (limited lumber and expanded lumber) assume that lumber exports to the Pacific Rim will increase steadily over the projection period. The level of exports will increase to those experienced in the 1990s. With existing projections of future demand, this is a conservative view of expected exports to the Pacific Rim. In the limited lumber scenario (scenario 1), Alaska market share remains constant and increase in production is a direct response to Pacific Rim shipments. In the expanded lumber scenario (scenario 2), Alaska regains market share to a level that was experienced in the last decade. Given the lack of a market for low-grade and utility logs, the industry must process some low-quality material (see assumption relative to low-grade material). This is an implicit assumption, not reflected by the model settings.

The last two scenarios (medium integrated and high integrated) are based on slightly lower estimates of Pacific Rim lumber imports. In the medium integrated scenario (scenario 3), exports increase until 2012 and then remain constant. In the high integrated scenario (scenario 4), exports increase until 2012, remain constant from 2013-18, and then increase from 2019 onward. As presented in table 2, a facility that will use low-grade logs is added in 2008. In the high integrated scenario, a second

facility that will use low-grade logs is added in 2012. An implicit assumption of these two scenarios is that given the increased level of harvest, a higher quality mix of logs will be available for sawmills. Improved log quality will result in reduced amounts of low-grade lumber production.

The integrated industry scenarios (scenarios 3 and 4) are based upon reports and recommendations by the McDowell Group (2004) and Leonard Guss Associates, Inc (2005). These reports discussed world demand for MDF and availability of raw material in southeast Alaska. It was implicitly assumed that the existing forest products industry in southeast Alaska could make the transition from current conditions to an integrated industry. In reality, a critical element of the transition is timing with respect to an evolving sawmill industry. Therefore, a feature of our analysis is expansion that roughly synchronizes with expanding sawmill chip supply.

The possible strategies for creating an integrated industry are functionally unlimited. With extremely high levels of demand, the implementation time could be reduced. We have selected the described scenarios as reasonable and possible, given the outlined assumptions.

## Expanded Results Illustrated using the Medium Integrated Scenario

Table 4 presents an overall view of what will result from a future that moves in the direction of the medium integrated scenario. In this scenario, it is assumed that an integrated industry develops a use for the fiber produced from low-grade and utility logs.

As stated earlier, it has been assumed that an MDF plant will be built sometime from 2007-12. Direct use of wood fiber for energy production or manufacture of fuels, such as ethanol, is an alternative industry that would use similar volumes of wood. Regardless of the specific industry that develops, estimations of timber harvest by owner, product, and the resulting volumes of products are included in table 4.

**Key Market Share Values**

Tables 5A and 5B present the market shares settings that have been used in the four scenarios. The initial step in the model operation was to set import and consumption patterns for the Pacific Rim region. These values have been set to reflect a return to the levels of lumber consumption and imports that occurred from 1995-2000. This growth has been distributed over 20 years. Given these settings, the model reflects a constant growth pattern over the next 20 years. North American (NA) market share and Alaska (AK) market share are a function of the described limited lumber scenario (i.e., a scenario where the NA and AK market shares are constant would show growth proportional to the base consumption and import levels).

Table 5A shows that both the NA and AK values are constant in the limited lumber scenario. In the expanded lumber scenario, the AK share increases at a rate so that it doubles in 20 years (0.4 to 0.9 percent). In the medium integrated scenario, the AK market share increases from 0.5 to 1.6 percent over a period of 8 years and then remains constant. In the high integrated scenario, the AK share increases from 0.4 to 2.0 percent over 20 years. While the AK share of the market varies among the

scenarios, the NA market share is held constant at 49.3 percent. The net impact of these simulations, given the previously listed assumptions, is that the market for high-value products displays moderate growth and returns to past levels. A marketing program is one way for Alaska producers to capture additional market share. The marketing program would be based upon superior quality (production of a dry, surfaced, and attractively packaged product) and strength values of the Alaska product.

Given these basic conditions (Pacific Rim consumption and imports, NA market share, AK market share), there are almost unlimited ranges of settings that can be tested using the model that would produce essentially the same results. We have selected these settings because they convey responses reported by economic experts in North America and on-site in Pacific Rim nations.

## Sensitivity Analysis

Model sensitivity and response resulting from tables 5A and 5B values have been shown by comparing selected scenarios and independent variables (table 6). In table 6, the derived demand in the form of exports and domestic production are presented for the limited lumber, expanded lumber, and high integrated scenarios. For comparative purposes, the table also presents the North American share of Pacific Rim imports to give an idea of the relative size of the market available to Alaska producers.

## Stumpage Price Projections

Past timber projections have also reported price projections for Alaska stumpage. These projections have been developed from relations linking Alaska stumpage prices to stumpage prices in competing regions. The selection of competing regions has narrowed over time, reflecting changing markets for Alaska forest products. Currently, we use the U.S. Pacific Northwest market. Specifically, we develop stumpage price projections for southeast Alaska from softwood stumpage prices for timber harvested on the western side of Washington and Oregon. The underlying relations reflect how there is similar price movement in the two regions as the result of market arbitrage in shared markets for softwood lumber. Arbitrage is the process of buying and selling in two or more markets to take advantage of (and thereby eliminating) price differences. Some differences in prices among regions are based on differences in transportation costs (to markets) and other factors; however, these differences are minimized through arbitrage.

In earlier sections we have described the growing role that Pacific Northwest softwood lumber markets have played for Alaska producers. After adjustments for the loss of log export markets and reductions in federal harvest flows, the Pacific Northwest is once again expanding softwood lumber production, especially in the commodity grades (see Haynes and Fight 2004 for a discussion of lumber production by grade). This expansion is largely supported by private timber whose volume is expected to increase and whose size and species mix are expected to remain roughly stable (Zhou et al. 2005).

The historic and projected stumpage prices for southeast Alaska and the Pacific Northwest West (western Washington and Oregon) are shown in table 7. While not entirely obvious in the table, prices in the two regions diverged after 1990 as prices in the Pacific Northwest surged (peaking in 1993). During this time, federal harvests were first stopped by injunction and then reduced by the adoption of the Northwest Forest Plan. Projections of future softwood lumber markets can be taken from the RPA Timber Assessment Update (Haynes et al., in press). These projections envision a future where total U.S. forest products consumption increases 38 percent by 2050. Softwood lumber consumption is expected to increase 27 percent with U.S. production increasing by 21 percent. Increased lumber imports from a growing variety of sources continue to moderate lumber price increases. U.S. timber harvests grow by 30 percent with an increasing proportion coming from managed stands, mostly in the South and Pacific Northwest. These trends contribute to expectations that stumpage prices in both the South and Pacific Northwest will grow slowly in the next 5 decades, averaging 0.3 percent per year.

The data and projections shown in table 7 suggest relatively constant stumpage prices in the future. Chip prices can also be expected to remain constant in real terms. The recent price movements in southeast Alaska suggest that there is increasing variability around long-term average stumpage price, partially reflecting how small changes in quantities can have large impacts on stumpage prices. This is especially true in relatively small regional markets like southeast Alaska.