## Maximum Derived Demand

Maximum derived demand volumes of wood required by each scenario are presented in table 8. Alaska currently has an available supply of chips, but the volume in the southeast is not sufficient to supply the total resource needs of the recommended MDF plant size (capacity). Given this fact and an expectation of increasing chip production as a result of increase lumber production, the startup points for the proposed fiber using facility have been scheduled at times where a major portion of the required furnish is available in the form of sawmill chips. We have simulated the startup of the plants in 2008 and 2012 because this is an approximation of a point in time when chips should be available to partially fill the needs of each plant. There are other sources of fiber that might become available to the industry. First, when the pulp mills were active, low-grade logs from private (Native) lands were available as a source of raw material for pulp production. If these markets evolve again, logs from private lands may be available. Second, it is anticipated that increasing volumes of chips will be produced in south-central Alaska for export to Pacific Rim markets. While it is possible that material from this source might flow to southeast Alaska, it is more probable that someone would build a facility to use them in the port area. Given the above comments, it is estimated that the maximum wood requirement resulting from the scenarios is 370 mmbf of logs annually.

## Most Probable Outcome

Given the high degree of uncertainty surrounding developments in Alaska, we have deliberately avoided labeling a "most likely" projection. Instead, our objective was to

focus attention on key issues, such as competitiveness, efficiency, and predicted trends, and to translate the range of views on these issues into a range of values for parameters in our model. The model is a framework for specifying assumptions about the future for Alaska and displaying their implications in terms of derived demand for national forest timber.

The four scenarios represent possible future outcomes. Two conditions must exist if they are to develop. First, the supply of timber from the various ownerships has to be orderly and predictable. Second, capital must be available to support increases to existing capacity and construction of new facilities. This second condition depends on the first. A relatively secure supply of raw material is an essential component of scenarios that require new investment. A future that includes constant conflict that inhibits raw material flows will most likely create an unacceptable level of risk for investors and limit access to capital.

In the face of the various challenges implicit in scenarios 2 through 4, the outcome resulting from the limited lumber scenario (scenario 1) assumes greater likelihood of occurrence since it only depends on the continuation of the *status quo.* Implementing change is a major requirement in reaching the outcomes of the other scenarios. Each of those changes has its own likelihood of occurrence.

## Conclusions

From 1990-2004, the harvest of timber in Alaska declined by nearly 67 percent. During the same period, harvests from the Alaska National Forests have declined by 92 percent. Factors contributing to this decline included changes in the structure of the Alaska forest sector, changes in markets for Alaska products, and changes in conditions faced by Alaska's competitors. Our revised projections of average demand for Alaska National Forest timber from 2005-25 range from about 33 to 370 mmbf (table 3). Four broadly different scenarios display alternative futures for Alaska and the resulting demand for its National Forest timber. In addition to differences in the total quantity of timber demanded, these scenarios also differ in the use of the projected harvest. In the expanded lumber scenario, approximately two-thirds of the total potential harvest is used to manufacture lumber in Alaska. In the high integrated scenario, the entire saw log and utility log component of the timber harvest is assumed to be used to manufacture products in Alaska. The high integrated scenario may also require that low-grade timber from other owners (Native and state lands) become available to the industry, contrary to the assumption listed. This has happened in the past and could again occur in the future.

Critiques of projections for Alaska rest on different opinions about values for the major assumptions. For example, in the early 1990s the critical issue was projections of Alaska lumber exports. Jay Gruenfeld Associates (1991) expected Alaska lumber exports to Japan in the 1990s to average more than 400 mmbf. This implied that Alaska lumber production in 1990-99 would average more than peak production in the 1970s (lumber production in Alaska peaked in 1973). A previous projection (Brooks and

Haynes 1994) expected Alaska lumber exports to increase throughout the 1990s, but to average roughly 220 mmbf.  From 1990-96, Alaska lumber exports averaged 118 mmbf.  Projections in 1997 suggested that exports would increase 30 mmbf annually from the then current (1996) level and would range from 66 to 180 mmbf by 2010.  Reported volumes of lumber exported from Alaska during 2000-03 averaged 18.4 mmbf.  During the same period, shipments to domestic markets were 54.9 mmbf.  The current scenarios estimate that lumber production by 2010 will average between 69 and 147 mmbf.  All of our assumptions suppose there will be a timber sale program on the Tongass, as mandated by the current legislation.  Obviously, if this assumption is rejected then the ultimate outcome will differ.

## Suggestions for Future Research

During the conduct of this project, it became obvious that changing conditions in Alaska and world markets are rapidly making the existing model and approach obsolete.  Future attempts to project demand for National Forest timber in Alaska will require new methods and additional information.  Given identified problems, we recommend the following research projects:

- Small and medium producers are starting to sell dry, planed, and graded lumber in domestic markets.  These producers are competing directly against local retail lumber suppliers.  An effort should be started to collect and maintain lumber prices in this market so that competitive aspects can be defined.

- The transshipment problem has been identified and an effort is needed to develop reliable estimates of lumber exports from Alaska.

- The relative values of products shipped to export markets (e.g., value in Japanese yen or Chinese RMB per cubic meter) as opposed to products shipped to domestic markets (price in U.S. dollars per board foot tally) are not generally available. A project should be initiated to address this issue.

- Transportation costs (methods and distances to export ports within Alaska and the Pacific Northwest) are becoming an important cost required to determine profit maximization marketing schemes. Research is required to develop methods to determine cost information and make it available.

- Lumber recovery factors for shop lumber may average 20 percent below those for dimension lumber due to differences in nominal values used in board foot calculations. To address this issue, two types of information are required. First, information is lacking on how lumber is sawn and graded (dimension rules vs. shop rules). Second, appropriate conversion factors should be developed for both modes of production.

- If there is a continuing need to periodically update the demand for National Forest timber in Alaska, the approach should include production, import, export, and consumption information for defined products. The approach should convert expected or projected product volumes to required volumes of standing timber. It should also be revised to include changes in domestic markets (within Alaska and the continental 48 states). From an economic perspective, the shift between markets should be controlled by expected real price.

## Acknowledgments

The authors wish to acknowledge the assistance of **Maria Stiefel**, technical writer at the Alaska Wood Utilization Research and Development Center, for her assistance with the writing and preparation of the manuscript. They also want to acknowledge the assistance of **David Brooks** and thank him for his willingness to comment and assist with the rebuilding of the original Brooks and Haynes model.

## Metric Equivalents

| When you know: | Multiply by: | To find: |
| --- | --- | --- |
| Board feet, lumber scale | 0.0024 | Cubic meters, lumber |

## Footnotes

[†]Total timber harvest in Alaska in 1995 was 4 percent of the combined harvest in the greater Pacific Northwest (Oregon, Washington, and coastal British Columbia); national forests in Alaska contributed 30 percent (200 mmbf) of the Alaska total. The Tongass National Forest in southeast Alaska accounted for 99 percent of timber harvest from Alaska National Forests in 1995.