## Literature Cited

**Brackley, A.M.; Davis, E.F. 2004**. A model to evaluate the technical and economic feasibility of constructing a board plant (OSB or MDF) in southeast Alaska. In: Proceedings of the 38th international wood composites symposium. Pullman, WA: Washington State University. 43-71.

**Brackley, A.M.; Parrent, D.J.; Rojas, T.D. [In press].** Estimating sawmill processing capacity for Tongass timber: 2003 and 2004 update. Res. Note. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

**Brooks, D.J.; Haynes, R.W. 1990.** Timber products output and timber harvests in Alaska: projections for 1989-2010. Gen. Tech. Rep. PNW-GTR-261. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 48 p.

**Brooks, D.J.; Haynes, R.W. 1994.** Timber products output and timber harvests in Alaska: projections for 1992-2010. Gen. Tech. Rep. PNW-GTR-334. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 48 p.

**Brooks, D.J.; Haynes, R.W. 1997.** Timber products output and timber harvest in Alaska: projections for 1997-2010. Gen. Tech. Rep. PNW-GTR-409. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 17 p.

**Butterworth, J.; Lei, Z. 2005.** China, Peoples Republic of--Solid wood products annual 2005. GAIN Rpt. CH5052. Beijing, China: U.S. Foreign Agriculture Service, Global Agriculture Information Network. 27 p.

**Crone, L.K. 2005.** Southeast Alaska economics–a resource-abundant region competing in a global marketplace. Landscape and Urban Planning. 72(1-3): 215-249.

**Food and Agriculture Organization (FAO). 1997.** FAO provisional outlook for global forest products consumption, production and trade to 2010. Rome: Forestry Department, Forest Policy and Planning Division. 390 p.

**Food and Agriculture Organization (FAO). 1998.** Asia-Pacific forestry towards 2010. Rome: Forestry Department, Forest Policy and Planning Division. 242 p.

**Food and Agriculture Organization (FAO). 2006.** FAOSTAT [Database]. www.fao.org/forestry/site/29420/en. (January).

**Forest and Rangeland Renewable Resources Planning Act of 1974 [RPA]**; 16 U.S.C 1601.

**Haynes, R.W.; Adams, D.M.; Alig, R.J.; Ince, P.J.; Mills, J.R.; Zhou, X. [In press].** The 2005 RPA timber assessment update. Gen. Tech. Rep. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

**Haynes, R.W.; Brooks, D.J. 1990.** An analysis of the timber situation in Alaska: 1970-2010. Gen. Tech. Rep. PNW-GTR-264. Portland OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 33 p.

**Haynes, R.W.; Connaughton, K.P.; Adams, D.M. 1981.** Projections of the demand for national forest stumpage by region; 1980-2030. Res. Pap. PNW-282. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 13 p.

**Haynes, R.W.; Fight, R.D. 2004.** Reconsidering price projections for selected grades of Douglas-fir, coast hem-fir, inland hem-fir, and ponderosa pine lumber. Res. Pap. PNW-RP-561. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 31 p.

**Japan Lumber Journal. 2005.** Total production of laminated lumber in 2004 marked as new record with an increase of 5.9% to 1,490,000 cubic meters. JLJ Inc. 36(8): 17-15.

**Japan Wood-Products Information and Research Center (JAWIC). 2006.** Japan Wood Market Statistics. Tokyo: January.

**Jay Gruenfeld Associates. 1991.** Demand for Alaskan logs and lumber in the 1990s. Unpublished report. On file with: USDA Forest Service, Pacific Northwest Research

Station, Social and Economic Values Research Program, Forestry Sciences Laboratory, 3200 SW Jefferson Way, Corvallis, OR 97331.

**Kilborn, K.A.; Parrent, D.J.; Housley, R.D. 2004.** Estimating sawmill processing capacity for Tongass timber. Res. Note PNW-RN-545, Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 12 p.

**Leonard Guss Associates, Inc. 2005.** Technical and economic feasibility of constructing a medium density fiberboard plant in southeast Alaska. 107 p. Unpublished report. On file with: University of Alaska Fairbanks, Sitka Forest Products Program, PO Box 6410, Sitka, AK 99835.

**Lotus Software. ©1983.** Lotus 1-2-3 spreadsheet. Cambridge, MA.

**Nagahama, M. 2004a.** Japan's fiberboard production steady—MDF up 2004. GAIN Rpt. JA4035. Tokyo, Japan: U.S. Foreign Agriculture Service, Global Agriculture Information Network. 2 p.

**Nagahama, M. 2004b.** Japan--solid wood products–domestic glulam production explodes to meet demand 2004. GAIN Rpt. JA4031. Tokyo, Japan: U.S. Foreign Agriculture Service, Global Agriculture Information Network. 2 p.

**Nagahama, M. 2005a.** Japan solid wood products annual report 2005. GAIN Rpt. JA5046. Tokyo, Japan: U.S. Foreign Agricultural Service, Global Agriculture Information Network. 18 p.

**Nagahama, M. 2005b.** Japanese glued laminated product imports growing rapidly in 2004–An update. GAIN Rpt. JA5006. Tokyo, Japan: U.S. Foreign Agriculture Service, Global Agriculture Information Network. 2 p.

**Nicholls, D.L.; Brackley, A.M.; Rojas, T.D. [N.d.].** Alaska's lumber drying industry— trends in employment, dry kiln capacity, lumber volumes, and capital spending. Manuscript in preparation. On file with: D. Nicholls, Pacific Northwest Research Station, 204 Siginaka Way, Sitka, AK 99835.

**McDowell Group. 2004.** Timber markets update and analysis of potential for an integrated southeast Alaska timber industry. Juneau, AK. 66 p.

**Microsoft Corporation. ©1999.** Microsoft Office 2000. Redmond, WA.

**Sasatani, D.; Roos, J.A.; Brackley, A.M.; Eastin, I.L. 2005.** Niche market opportunities for Alaska forest products in Japan (2005 Update). Working Paper 100. Seattle, WA: Center for International Trade in Forest Products, College of Forest Resources, University of Washington. 52 p.

**State of Alaska. 2006.** Alaska by region [Political]. Juneau, AK: Department of Commerce, Community, and Economic Development. http://www.dced.state.ak.us/oed/student_info/learn/region.htm. (February).

**Stevens, J.A.; Brooks, D.J. 2003.** Alaska softwood market price arbitrage. Res. Pap. PNW-RP-556. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 12 p.

**Tongass Timber Reform Act of 1990 [TTRA];** Public Law No. 101-626, 104 Stat. 4426.

**United States International Trade Commission (USITC). 2005.** USITC Interactive Tarriff and Trade Dataweb [Database]. Version 2.7.4. http://dataweb.usitc.gov/scripts/user_set_.asp. (November).

**Wahl, A. 2004.** China's non-structural panel markets. In: Proceedings of the 38th international wood composites symposium. Pullman, WA: Washington State University. 21-27.

**Warren, D. 2005.** Production, prices, employment, and trade in Northwest forest industries, all quarters of 2003. Resour. Bull. PNW-RB-247. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 171 p.

**Zhou, X.; Haynes, R.W.; Barbour, J.R. 2005**. Projections of timber harvest in western Oregon and Washington by county, owner, forest type, and age class. Gen. Tech. Rep. PNW-GTR-633. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 30 p.

