DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Kevin Saxby
State of Alaska Department of Law
1031 West Fourth Ave Ste. 200
Anchorage, AK 99507
kevin_saxby@law.state.ak.us
907-269-5251

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. J04-010CV-JKS <br> ) <br> ) **DECLARATION OF MARTHA** <br> ) **WELBOURN FREEMAN** |

Martha Welbourn Freeman, under oath, states as follows;

1. I am the Forest Resources Program Manager for the state of Alaska, Department of Natural Resources, Division of Forestry. In that capacity, I supervise the forest management and timber sale-related programs administered by the Division, including all Department of Natural Resources timber sales in Southeast Alaska. The facts set forth herein have been gained through my official capacity and are based on my personal knowledge.

2. The Department of Natural Resources has committed itself to use available state-owned timber to support local mills in Southeast Alaska in an effort to ensure an

EXH. B
1

ongoing supply on a sustainable basis. This important policy is currently stated in the state's Coastal Region Southern Southeast Area Five-Year Schedule of Timber Sales, a statutorily-mandated annual production of the department, as follows;

> The Division of Forestry management intent for Southern Southeast is to provide raw material for the local timber industry in a way that is compatible with the sustained yield of renewable resources. The intent of the timber sale program is to help support the small to mid-sized wood product businesses in Alaska's southeastern communities. At the present time, all negotiated state timber sales in Southern Southeast Alaska require 100% primary manufacture in the state, with emphasis on producing value-added and high value-added products. The timber industry in the past has been dependent on the USFS land base for a timber supply, but recent federal land management policies and uncertainties have made the fiber supply to the local mills erratic. This has not been conducive to maintaining a stable industry or market for domestic products that are needed for community maintenance and growth. The state's land base cannot solely support this industry as it exists in its present form. However, it is Division of Forestry intent to try and fill the timber supply gaps when possible for the small and mid-sized operators. The state sales will be targeted to offer opportunity to as many local processors as possible.

3.  The Alaska Constitution requires forest resources to be managed on a sustained yield basis. "Sustained yield" is statutorily defined to mean,

The achievement and maintenance in perpetuity of a high level annual or regular periodic output of the various renewable resources of forest land and water without significant impairment of the productivity of the land and water, but does not require that timber must be harvested on a non-declining yield basis over a rotation period. AS 41.17.950(25).

4. To ensure that timber resources are managed sustainably, the Division of Forestry establishes an allowable cut for the state lands available for timber harvest in each management area. The first step is to identify the available timber lands through the state land use planning process. The state develops area plans, which are long range planning documents prepared by the Department of Natural Resources to determine the acceptable different uses of state lands in appropriately-sized regional areas such as Prince of Wales Island and Central/Southern Southeast during this planning process.

5. In developing the area plans, the Division of Forestry assesses the timber potential of the available state lands based on aerial photos, ground reconnaissance, and the historical knowledge of experienced field staff. Areas that are unsuitable for timber management due to topography, vegetation, stream buffers, or other concerns are deleted from the timber base. Then, the Division of Forestry determines the annual allowable cut by computing the total acreage of the available timber base and dividing that figure by the appropriate rotation periods for the timber types. A rotation period is the time it takes to grow a commercial stand of trees.

6. The state owns only a small portion of the land in Southeast Alaska. The major forest landowners are the US Forest Service and the Native Corporations-

particularly Sealaska. In all of Southern Southeast Alaska, the estimated total land base administered by the Department of Natural Resources is only 156,708 acres. Out of this total acreage, the Division of Forestry estimates that 49,333 acres are suitable for harvest after reductions for land committed to other uses, 100-foot no harvest buffers along known anadromous and high-value resident fish water bodies, exclusion zones from the area plans, and known eagle nesting areas. This area is, then, the timber base, or net allowable harvest acreage. When this figure is divided by the appropriate 100-year rotation period, an annual allowable cut of 493 acres is derived. The 100-year rotation period has been the standard for Southeast Alaska. Based on Division of Forestry experience with the land and timber base, the annual allowable cut of 493 acres would equate to 12.8 million board feet (12.8MMBF), based on an average volume of 26 thousand board feet per acre (26MBF). The Department of Natural Resources manages the allowable cut on a ten-year basis. Thus, the department limits the amount of timber sold in any given decade to ten times the annual allowable cut, or 128 MMBF. That is also the maximum that could be sold in any given year, if no timber had been sold in the previous nine years.

7.  The Southern Southeast Area is the primary area of state land that can contribute timber to help meet demand in southeast Alaska. A smaller amount of timber is available from state land in the Haines Area. However, the distance from most of the main mills and the poorer quality of timber in that area make it uneconomic to transport Haines Area timber to mills in Southern Southeast. The annual allowable cut from state land in the Haines Area is 5.88MMBF.

AFFIDAVIT OF MARTHA WELBOURN FREEMAN
Case No. J03-00029-cv-jks              4 of 5

EXH. B

8.      Prior to Fiscal Year 2005, state timber sales in the Southern Southeast Area were well below the annual allowable cut. The difference between the volume sold over the last nine years and the allowable cut for the decade provided a timber surplus that could be sold.  To help offset the decline in timber sales from the US Forest Service, the state committed to making this surplus timber available in the short term.  Beginning in Fiscal Year 2005, state sales exceeded the annual allowable cut and began using up this available surplus. Fiscal Year 2005 sales exceeded the allowable cut by 1.8 MMBF and Fiscal Year 2006 sales are projected to exceed it by 22.6 MMBF. Following these sales, the remaining surplus will only allow an additional 10-20 MMBF to be sold above the annual allowable cut. The Division of Forestry plans to offer all of its surplus volume by the end of Fiscal Year 2008. Once the surplus is exhausted, the maximum amount the state will be able to offer to southern southeast mills will again be the annual allowable cut of 12.8 MMBF. This volume will be far too small to make up for the sharp declines in federal timber offered since the early 1990's.

FURTHER AFFIANT SAYETH NAUGHT.
DATED this, 13th day of April, 2006.

_Martha W Freeman_

SUBSCRIBED AND SWORN TO before me this 13th day of April 2006.

_Kathleen C Johnson_
Notary Public, State of Alaska
My commission expires: Oct 31, 2006

EXH. B