Steve Silver
Amy Gurton Mead
Robertson, Monagle & Eastaugh
801 W. 10th Street, Suite 300
Juneau, Alaska 99801
(907) 586-3340 (telephone)
(907) 586-6818 (facsimile)

agmead@romea.com
ssilver628@aol.com

Attorneys for
Alaska Forest Association,
Intervenor Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNSEL et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>    Defendants. | Case No. J04-0010 CV (JKS) |

**ALASKA FOREST ASSOCIATION'S RESPONSE TO MOTION FOR EQUITABLE RELIEF PENDING REVISION OF THE TONGASS LAND MANAGEMENT PLAN**

The Alaska Forest Association opposes the Plaintiffs' request for equitable relief for the reasons identified in its response to the identical motion filed by Plaintiffs in *Organized Village of Kake v. United States Forest Service*, No. J04-0029 CV (JKS), Opposition to Plaintiffs' Motion for

Equitable Relief. The AFA hereby incorporates its opposition filed in *Organized Village of Kake* by reference, and attaches it here as Exh. 1.

RESPECTFULLY SUBMITTED this 18th day of April, 2006.

    s/Amy Gurton Mead
    STEVE SILVER
    AMY GURTON MEAD
    Robertson, Monagle & Eastaugh
    801 W 10th St., Ste. 300
    Juneau, AK  99801
    (907) 586-3340 (telephone)
    (907) 586-6818 (facsimile)

    agmead@romea.com
    ssilver628@aol.com

    Of Attorneys for Alaska Forest Association, Intervenor Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5/19/2006, a copy of the foregoing document was served electronically on the following attorneys of record:

Bruce Landon
Thomas Waldo
Nathaniel Lawrence
Kevin Saxby

_____
Laurie Gyles-Chesnut