BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>Defendants. | Case No. 1:04-cv-0010(JKS) |

**FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF PENDING REVISION OF THE TONGASS LAND MANAGEMENT PLAN**

Federal Defendants oppose Plaintiffs' Motion for Relief Pending Revision of the Tongass

Land Management Plan. The basis for this opposition is set forth in Federal Defendants'

Opposition to Plaintiffs' Motion for Relief Pending Revision of the Tongass Land Management

1

Plan filed in *Organized Village of Kake v. United States Forest Service,* J04-029 CV (JKS) (D. Alaska). A copy of that Opposition and supporting exhibits are attached hereto. A proposed order accompanies this Opposition.

  RESPECTFULLY SUBMITTED this 19th day of April, 2006 at Anchorage, Alaska.

            S/ Bruce M. Landon
            BRUCE M. LANDON
            Department of Justice
            Environment & Natural Resources Division
            801 B Street, Suite 504
            Anchorage, Alaska  99501-3657
            Phone: (907) 271-5452
            Facsimile: (907) 271-5827
            Email: bruce.landon@usdoj.gov

            Attorney for Federal Defendants


CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 19th day of April, 2006 a copy of the foregoing FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF PENDING REVISION OF THE TONGASS LAND MANAGEMENT PLAN, ATTACHMENT, EXHIBITS and PROPOSED ORDER was served electronically:

Thomas S. Waldo
Nathaniel S.W. Lawrence
Kevin Saxby
Steve Silver
Amy Gurton Mead

s. Bruce M. Landon