# *Final Environmental Impact Statement*

# *Tongass National Forest*
# *Land Management Plan Revision*

# *Alaska*

| | |
|---|---|
| **Responsible Agency:** | USDA Forest Service |
| **Responsible Official:** | Phil Janik, Regional Forester<br>USDA Forest Service, Alaska Region |
| **For Further Information:** | Beth Pendleton, Co-Team Leader<br>Forest Plan Revision Team<br>8465 Old Dairy Road<br>Juneau, Alaska 99801<br>907-586-8700 |

Abstract: This Final Environmental Impact Statement has been prepared for the revision of the Tongass Land Management Plan. It describes alternatives for managing the resources and uses of the Tongass National Forest, and discloses the potential environmental effects of implementing those alternatives. The revised Tongass Plan will direct all land management activities in the Forest. It will identify what land is to be managed for the different uses, and how the environment will be protected so these uses can be sustained.

### *January 1997*

The United States Department of Agriculture (USDA) prohibits discrimination in its programs on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, and marital or familial status. (Not all prohibited bases apply to all programs.) Persons with disabilities who require alternative means of communication program information (braille, large print, audiotape, etc.) should contact the USDA Office of Communications at (202) 720-2791.

To file a complaint, write the Secretary of Agriculture, U.S. Department of Agriculture, Washington, DC 20250, or call 1-800-245-6340 (voice) or (202) 720-1127 (TDD). USDA is an equal employment opportunity employer.

EXHIBIT 4
Page 1 of 78

# Chapter 1

# Purpose and Need

**Introduction**

Forest land and resource management planning is a process for developing, amending, and revising land and resource management plans (forest plans) for each of the National Forests in the National Forest System. Forest plans are required by the National Forest Management Act (NFMA) of 1976. Each forest plan is intended to guide the management of a National Forest for a 10-15 year period, at the end of which a formal revision is required.

The 17-million acre Tongass National Forest, the largest forest in the National Forest System, was also the first to complete a Land and Resource Management Plan under the National Forest Management Act. The original Tongass Forest Plan was approved in 1979, and has been amended twice (in 1986 and 1991). The first revision of this plan is now being considered.

A draft environmental impact statement (DEIS) documenting the environmental analysis for this revision was released for public review in June 1990. In November 1990, the Tongass Timber Reform Act (TTRA) was passed. This Act imposed several new requirements for management of the Tongass affecting the Forest Plan and resulted in the preparation of a Supplement to the DEIS, which was released in August 1991. (This Supplement is hereinafter referred to as the "1991 SDEIS.") TTRA made permanent changes to Forest Plan land allocations and standards and guidelines which applied to all alternatives in the Supplement. The 1991 SDEIS was in turn followed by the Revised Supplement in 1996. The Revised Supplement was necessitated by new information and analysis relevant to several important issues.

The release of a final environmental impact statement (FEIS) and decision had been scheduled for early 1993, but was put on hold in order to conduct the additional analysis which ultimately led to the Revised Supplement. A 1992 draft version of this FEIS included alternatives that became the basis of some Revised Supplement and FEIS alternatives. See Chapter 2.

This FEIS analyzes in detail 10 alternatives for future management of the Tongass National Forest. A separate document, the Land and Resource Management Plan (Forest Plan), is an expansion of the Preferred Alternative (Alternative 11) contained in this FEIS.

The actions preceding issuance of this FEIS have included identifying public issues (discussed later in this chapter and in Appendix A), developing criteria (guidelines) for use in assembling and analyzing data and information, and collecting and analyzing this data. The result was the "analysis of the management situation" (AMS) which examined, in detail, the historical trends, current situation, and supply and demand features of the resources and uses of the Tongass National Forest. (The Analysis of the Management Situation, Tongass National Forest, January 1990, is a separate document incorporated here by reference.) Both the public issues and the AMS have been updated based on analysis completed since passage of the Tongass Timber Reform Act (TTRA) (updated in the 1991 SDEIS) and completion of

EXHIBIT 4
Page 2 of 78       Purpose and Need ♦ 1-1

3. **Standards and Guidelines.** Standards and guidelines specify how projects and activities are to be carried out to satisfy multiple resource needs. Resource management policies for projects and activities to be carried out under the current Tongass Plan were first contained in the Southeast Alaska Area Guide. Many of these later became Region-wide standards and guidelines in the Alaska Regional Guide. Standards and guidelines have also been included in project implementation documents, and have been developed as a part of Regional direction in the form of handbooks, manual supplements and a Forest Plan amendment. The Tongass Plan Revision provides an opportunity to aggregate this direction into a Forest-specific package, and to validate, update and add to these existing standards and guidelines.

4. **Timber Suitability.** Under the Tongass Land Management Plan, lands were made available for a variety of uses including timber production. The methodology for determining the location of suitable lands for timber production (the "suitable" land base) was different than it is now. Revising the Forest Plan provides an opportunity to better identify suitable lands for timber management using current methodology.

5. **Allowable Sale Quantity.** The current Tongass Plan established an allowable sale quantity (a decadal ceiling on the amount of timber that can be supplied). This quantity was designed to meet market demands in Southeast Alaska, and to provide a significant contribution to Southeast Alaska's employment and local community stability while meeting multiple-use resource goals.

   Market demand for Southeast Alaska's timber is expected to remain high during the 1990's. However, during the same period a decrease is likely in the timber supply from Native Corporation lands, potentially increasing the demand for Tongass National Forest timber to supply markets for wood products and maintain timber-related employment. At the same time, in recognition of the needs of some non-timber resources, and in response to public issues, the maintenance or even reduction of the current allowable sale quantity needs to be considered. Both higher and lower allowable sale quantities are evaluated.

6. **Monitoring and Evaluation.** The current Tongass Plan provides direction for monitoring and evaluation, primarily for monitoring development-related activities. A revised monitoring plan is needed to ensure that the revised management prescriptions and standards and guidelines are effective in achieving the desired results.

**Public Issues**

Ten public issues were originally identified in 1988 for the Forest Plan Revision. These were used for the 1990 DEIS, and remained the same, with some updating, for the 1991 SDEIS. Each issue statement is framed as a question. These original issues are listed and briefly described here. The 1991 SDEIS added an additional concern, identifying and considering for recommendation potential Wild, Scenic, and Recreational Rivers.

EXHIBIT 4
Page 3 of 18

*Purpose and Need* ♦ 1-3

# B. Comments About Geographic Areas

## Introduction

These area-specific (or site-specific) comments are divided into three sections:

- "lists" of areas with generic comments but little or no individual comment;
- comments on specific areas, arranged by major geographic area; and
- "lists" of rivers pertaining to possible Wild and Scenic River designations.

The geographic areas usually include more than one specific area, although some areas with many in-depth comments may be listed separately. The geographic areas used as the main headings, and which are included in alphabetical order, are listed in the Table of Contents. Comments about existing or proposed Research Natural Areas, Special Interest Areas, or Experimental Forests are included under the Special Areas section of the Resource/Issue comments summaries.

Comments about individual rivers related to possible Wild and Scenic River designations are included with the descriptions of each river in Appendix F. The Record of Decision discusses the rational for the individual river recommendations.

Many comments were received on the DEIS about areas that subsequently became Wilderness or Legislated LUD II as a result of the Tongass Timber Reform Act. The majority of these comments requested protection for these areas similar to the designations that Congress gave them. Comments of this nature about these areas are not included in this summary, but other comments about these areas are included.

References made to timber sale numbers (sale #) are to the sales listed on the Long-Term Contracts Map in the map packet of the August, 1991 Supplement to the DEIS.

### Notes on Land Use Designations

In evaluating the LUD selections (or allocations), it should be noted that the Scenic Viewshed and Modified Landscape LUD's are applied where a mix of resource uses and activities, primarily scenic viewing, recreation uses and timber harvesting, occur together. These areas are managed so that the visual evidence of developments (harvest units, roads, etc.) receives emphasis during project design. These LUD's are often used along shorelines, bays and inlets, at developed recreation sites, and along major transportation routes. The requirements for timber harvest under these LUD's may also mean a reduction in the effects to wildlife habitat and associated subsistence resources than would occur under the Timber Production LUD.

Whenever the LUD selected for an area allows development activities, the Riparian Forest-wide standards and guidelines apply to all streams, and the Beach and Estuary Fringe Forest-wide standards and guidelines to all beach and estuary shoreline areas.

The term "Legislated LUD II" applies to the Land Use Designation II areas designated by Congress (Tongass Timber Reform Act of 1990) to be managed in perpetuity in the same manner as the LUD II areas in the 1979 (as amended) Forest Plan. Like Wilderness, these designations are already in place.

It should also be noted that allocating an area to a particular land use designation is not a decision about specific projects that will occur there, but only about the types of projects that may occur there. When individual projects and proposals are undertaken, an evaluation through an analysis of site-specific environmental effects occurs before a decision is made on whether or not the project should be implemented, and if so, how. Most of the concerns expressed about specific areas, the related resource values (including scenic quality, subsistence uses, wildlife habitat or recreation), and the potential effects that management

activities would have on these values will all be evaluated in much more detail at the project level whenever proposals are made.

## Lists of Areas

Note: The Land Use Designation (LUD) allocations of the revised Forest Plan for all the areas listed in items A through J below are included in Table 1 following item J. More in-depth responses for the allocation choices for most of these areas are included in the responses under the "Individual Area Comments."

A. **Comment:** Approximately 1,400 letters were received on the DEIS in response to a National Wildlife Federation article, a SEACC "Alert" (newsletter), and Wilderness Society or Sierra Club articles or newsletters. All of these sources listed specific areas for the public to include in their comments, and the majority of writers did so. Some of the publications just ask for "protection" of the areas, others asked that either the Remote Recreation or Old Growth prescriptions be applied. These areas are:

- Mt. Edgecumbe (National Recreation Area proposal)
- the entire Mansfield Peninsula
- Salmon Bay Lake "key tributaries"
- Honker Divide canoe route and adjacent roadless lands
- Cleveland Peninsula (defer harvest for 10-15 years)
- HR 987 areas left out of the Tongass Timber Reform Act
- River corridors with outstanding natural beauty, high fisheries production, or unique ecologic characteristics (no specific ones listed)
- all Research Natural Areas (no specific ones listed)

B. **Comment:** A short article in *Greenpeace Magazine* resulted in over 100 letters on the 1991 Supplement. Most writers included a list of several areas that should not be "back on the block" (scheduled to be clearcut: "Anyone who has been there knows that to clearcut these areas is madness."). These were:

Port Houghton/Sanborn Canal, Hoonah Sound, Cleveland Peninsula, Honker Divide, Sarkar Lakes and North and West Dall Island.

C. **Comment:** Southeast Alaska Conservation Council (SEACC) in their 1990 DEIS comments listed a number of areas as "deserving of special management attention," with the desire that "the integrity of these [be] safeguarded." No reasons were given. Most of these areas appear elsewhere in the summaries. Following is SEACC's list:

Sullivan Island, Mansfield Peninsula, Ushk and Deep Bays, Upper Tenakee Inlet, East Kuiu Island, Bay of Pillars, S. Kuiu, Rocky Pass, Duncan Canal, Castle River, Kah Sheets River, Beecher Pass, Port Houghton, Sanborn Canal, Blind Slough on Mitkof Island, the entire Salmon Bay Lake watershed, Honker Divide (Thorne River--Sweetwater), Sarkar Lakes, Indian Creek near Hollis, Cleveland Peninsula, Kegan Lake, Keete Inlet, Mabel Bay, and Kassa Inlet (all south of the Nutkwa watershed), Mount Edgecumbe, Lake Eva, Kelp Bay, Catherine Island, plus other specific subsistence, wildlife, fish, outstanding river corridors, and recreation places throughout the Tongass.

D. **Comment:** A Southeast Alaska Conservation Council (SEACC) "alert" ("Tongass Action Alert: Your Voice Needed") and other material resulted in another 100 or so letters. The majority of these included comments on areas as follows:

- establish and maintain the Honker Divide Canoe Route

EXHIBIT 4
Page 5 of 18
L-219

# Appendix L

- more Wild and Scenic Rivers in LUD II areas
- old growth or Remote recreation LUD's for the areas "supported for Wilderness by the U.S. House of Representatives," and certain other areas (which should have "the strongest protection possible"). These are listed in several letters as:

| | |
|---|---|
| Goose Flats/Upper Tenakee Inlet | Sarkar Lakes |
| Ushk Bay/Hoonah Sound | Kegan Lake |
| Port Houghton/Sanborn Canal | Honker Divide |
| North & West Dall Island | North Kruzof Island |
| Cleveland Peninsula | Mansfield Peninsula |
| Chilkat Peninsula | Rocky Pass |
| Salmon Bay Lake | Kalinin Bay |
| Duncan Canal | Dry Bay |
| East Kuiu Island | |

E. **Comment:** Several people at the public hearings held throughout Southeast Alaska listed areas for which was requested no roading or timber harvest. These included:

Duncan Canal, Goose Flats, Ushk Bay, Port Houghton, Kegan Lake, East Kuiu, Cleveland Peninsula, Rocky Pass, Chilkat Peninsula, Mansfield Peninsula and Honker Divide.

F. **Comment:** The following watersheds should be protected entirely:

Salmon Bay, Chuck River, Kadashan, Windham Bay, Rocky Pass, Sarkar Lakes, Blind Slough, Honker Divide, Harding River, Farragut Bay, Duncan Salt Chuck Creek, Port Houghton/Laura's Creek/Sanborn Canal (NCC)

G. **Comment:** In their comments to the 1991 Supplement, SEACC listed the following areas as "meriting special management protection" for their outstanding wildlife, fisheries, hunting, fishing, subsistence, recreation and tourism values. About one-third of these same areas were listed by Greenpeace.

| | | |
|---|---|---|
| Sullivan Island | Katzehin | Chilkat Range |
| Cowee Creek | Herbert/Eagle Rivers | Situk, Ahrnklin Rivers |
| Kalinin Bay | Spaulding Meadows | Arena Cove |
| Point Couverden | Endicott Arm | Port Houghton |
| Sanborn Canal | Mansfield Peninsula | Windham/Holkham Bays |
| Upper Tenakee Inlet | Poison Cove | Ushk & Deep Bays |
| Lake Eva | Kelp Bay | Mt. Edgecumbe |
| N. Kruzof | Catherine Island | Nakwasina/Halleck Is. |
| Hanus Bay | Kakul Narrows | Broad River |
| S. Kuiu | Bay of Pillars | E. Kuiu |
| Rocky Pass | Duncan Canal | Woewodski Island |
| Portage Bay | Wrangell Narrows | Blind Slough |
| Pt. Frederick | S. Wrangell Island | Whaletail/Menafee |
| N. Etolin | Farragut Bay | Dry Bay |
| Back Channel, Wrgl. | Harding/Eagle Rivers | Cape Fanshaw |
| Santa Ana | Honker Divide | Cleveland Peninsula |
| NW POW Island | W. POW Island | San Fernando Island |
| El Capitan | N. Sea Otter Sound | All of Salmon Bay Lake |
| Sarkar Lakes | Carroll River | Moira Sound |
| Kegan Lake | Indian Creek | W. Dall Island |
| Orchard Lake | George Inl. Salt Chuck | S. POW Island |
| Thomas Bay | Haida Inlets: Kassa, Mabel, Keete | |

L-220

EXHIBIT 4
Page 6 of 78

H. **Comment:** Several individuals commented that all areas proposed for Wilderness in the 1989 House Bill HR987 should be recommended for Wilderness, or otherwise given strong protection. These include:

- Port Houghton/Sanborn Canal (VCU's 79 and 84)
- South and East Kuiu (VCU's 410-414 and 416-418)
- North Tenakee Inlet (Goose Flats, Seal and Long Bays: VCU's 224-226, 228 and 229)
- Duncan Canal (VCU's 434-436, 438-440 and 448)
- Bay of Pillars (VCU 403)
- Point Adolphus (VCU 196)
- Hoonah Sound (VCU's 224-226)
- Chuck River/Holkham (VCU's 64, 68-70 and 72-74)
- Rocky Pass (VCU's 427-428)
- Nutkwa (VCU's 685, 688 and 689)
- Etolin Island (no VCU's in final bill)
- San Fernando Island (VCU 628)

I. **Comment:** A few individuals felt that "Multiple Use Management" should continue for the following areas:

Salmon Lake Bay tributaries, Honker Divide canoe route, Etolin Island, Cleveland and Mansfield Peninsulas, Mt. Edgecumbe, and Upper Game Creek.

J. **Comment:** (1996) The Alaska Rainforest Campaign and SEACC recommended the following areas for "LUD II or similar" protection:

Honker Divide, Cleveland Peninsula, Port Houghton, East Kuiu, Ushk Bay/DeepBay/Poison Cove, Broad Finger and Broad Creeks, Nakwasina, Kalinin, Chicken Creek (seee Pt. Adolphus), Upper Tenakee Inlet, Eleven Mile, Saook Bay (see Hanus Bay), Keete/Mabel Bays, Castle River, North Sea Otter Sound Islands, Calder-Holbrook addition, the rest of the Salmon Bay Lake watershed, NW Berners Bay, a restoration area on NW Prince of Wales Island, and SE Mitkoff Island. [The latter three general areas are not included in the table.]

A-J. **Response:** Table 1, which follows and extends over several pages, lists alphabetically the areas included in items A through J above, and gives the land use designations (LUD's) applied to these areas in the revised Forest Plan. More in-depth responses, including the rationale for the LUD allocations, for most of these areas may be found under part II. Individual Area Comments. In distinguishing between the three "timber harvest" LUD's, it should be noted that the Scenic Viewshed and Modified Landscape LUD's are applied where a mix of resource uses and activities, primarily scenic viewing, recreation uses and timber harvesting, occur together. These areas are managed so that the visual evidence of developments (harvest units, roads, etc.) receives emphasis during project design. The Timber Production LUD is used where industrial wood production is the main objective. Riparian areas, shorelines and estuaries receive protection for the other resources associated with these areas. Whenever the LUD selected for an area allows development activities, the Riparian, and Beach and Estuary Fringe, Forest-wide standards and guidelines apply, as previously discussed.

EXHIBIT 4
Page 7 of 78

L-221

**Table 1**
**LUD Allocations of Areas Listed in Generic Comments A-J**

| Area | Disposition |
|---|---|
| Arena Cove | This portion of Suemez Island is proposed as the Arena Cove/Cape Felix Geological Area (Special Interest Area LUD). |
| Back Channel | Most National Forest lands on both sides of Back (or Blake) Channel (between Wrangell Island and the mainland) have the Scenic Viewshed LUD, with the lower half along the mainland mainly in Semi-remote Recreation. A portion of Wrangell Island across from Madan Bay is in Timber Production. |
| Bay of Pillars | All of this area of Kuiu Island has been assigned to either Remote or Semi-remote Recreation (LUD's). |
| Beecher Pass | The National Forest portion (north end of Woewodski Island) has the Scenic Viewshed LUD. |
| Blind Slough | This area of Mitkof Island is proposed as the Blind Slough Scenic and Zoological Area (Special Interest Area LUD). Also, Blind River is a recommended Recreation River. |
| Broad River | This area along Peril Strait (across from Rodman Bay) will be managed under the Timber Production LUD, with Scenic Viewshed along the shoreline. |
| Cape Fanshaw | The National Forest lands along the Cape, except for Cape Fanshaw Research Natural Area, are in the Old-growth Habitat LUD. |
| Carroll River | Carroll River above Carroll Inlet on Revilla Island is in the Timber Production LUD, except for Modified Landscape at its mouth. |
| Castle River | The lower two miles of this river on the west side of Duncan Canal, including the recreation sites, are in the Semi-remote Recreation LUD. The upper portion is in Timber Production. |
| Catherine Is. | The north and northwest portions of the island (along Chatham Strait at Peril Strait) are assigned Scenic Viewshed, the east and south are in Old-growth Habitat, and the rest is in Modified Landscape or Timber Production. |
| Chilkat Pen. | All of the shoreline of the Chilkat Peninsula, including the areas seen from the cruiseship and ferry routes, is assigned Scenic Viewshed. Interior portions in the south, along the developed road system, will be managed for Timber Production. The rest of the peninsula is in Semi-remote Recreation. |
| Chuck R./ Holkham | The Chuck River, Endicott Arm and most of Holkham Bay (on the mainland south of Juneau) are now Wilderness. The remaining (northwest) part of Holkham Bay is assigned Semi-remote Recreation and Old-growth Habitat. |
| Cleveland Pen. | The western half of the peninsula is in Semi-remote Recreation. The eastern half is a combination of Old-growth Habitat, Timber Production, and Modified Landscape. |
| Cowee Creek | The National Forest portion of Cowee Creek (north of Juneau) is in the Scenic Viewshed LUD, overlain with the Minerals LUD. |
| Dry Bay | All of Dry Bay, on the mainland northwest of Thomas Bay, is in the Scenic Viewshed LUD. |
| Duncan Canal | The west side, and north end, of Duncan Canal (Kupreanof Island) are assigned the Semi-remote Recreation LUD. The east side south of the Wilderness is in Old-growth Habitat or Modified Landscape. See also Beecher Pass, Castle River and Kah Sheets River. |
| East Kuiu | The Port Camden area is in Timber Production. The shoreline and all bays and inlets south of Rocky Pass are in Modified Landscape or Old-growth Habitat, with Timber Production inland. See also Rocky Pass. |
| El Capitan | El Capitan Peak and southward to El Capitan Pass (northern Prince of Wales Island) is included in the Karst Areas Geological Area (Special Interest Area LUD). The north-south portion of El Capitan Pass (or Passage) is mostly in Timber Production; the east-west portion is Legislated LUD II on the south side and Modified Landscape |

| Area | Disposition |
|---|---|
| | on the north side. |
| Endicott Arm | See Chuck River/Holkham. |
| Etolin Island | See North Etolin Island and Whaletail/Menafee. |
| Farragut Bay | All of Farragut Bay (on the mainland north of Petersburg) is in Semi-remote Recreation. The Farragut River is recommended as a Wild and Scenic River. Adjacent bays and shoreline to the north and south are in Scenic Viewshed. |
| George In. Salt Chuck | The salt chuck itself (central Revilla Island) is in State of Alaska ownership. The adjacent National Forest land is in the Modified Landscape LUD. |
| Goose Flats | The portion of Goose Flats around the upper end of Tenakee Inlet, and inland for about one mile, is assigned Modified Landscape, and the more-inland part is in Timber Production. |
| Haida Inlets | Three inlets on south Prince of Wales Island were named: Kassa, Mabel, and Keete Inlets are all in Timber Production. |
| Hanus Bay/ Saook Bay | Most of Hanus Bay (along Peril Strait west of Catherine Island) is in the Scenic Viewshed LUD, with small portions in the Modified Landscape or Semi-remote Recreation LUD's. The mouth of Saook Bay is Scenic Viewshed, and most of the interior is in Timber Production. |
| Harding/Eagle R. | The Eagle River (south side of Bradfield Canal) is within an area assigned the Semi-remote Recreation LUD. The Harding River (north side of Bradfield Canal) is recommended as a Wild and Scenic River, and is surrounded by lands in Semi-remote Recreation. |
| Herbert/Eagle R. | The Herbert and Eagle Rivers (north of Juneau), and adjacent trails and recreation areas, are assigned the Semi-remote Recreation LUD. Except for the trails and recreation facilities, this is overlain by the Minerals LUD. |
| Honker Divide | The Thorne River and Hatchery Creek (central Prince of Wales Island) are recommended as Scenic and Recreation Rivers. The surrounding area, a corridor averaging two miles on the east and one to two miles on the west, is in the Old-growth Habitat, Scenic Viewshed and Modified Landscape LUD's. |
| Hoonah Sound | Most of this area of Chichagof Island is now in Legislated LUD II. The eastern portion along Peril Strait is in Scenic Viewshed and Old-growth Habitat. See also Ushk Bay. |
| Indian Creek | The lower half of the National Forest portion of this area (central Prince of Wales Island, next to Hollis) is in Modified Landscape, the upper half in Timber Production. |
| Kah Sheets R. | The river (south Kupreanof Island) is recommended as a Wild and Scenic River. The area around Kah Sheets Bay is in Semi-remote Recreation. |
| Kakul Narrows | Both sides of Kakul Narrows (between Peril Strait and Sergius Narrows north of Sitka) are in the Scenic Viewshed LUD. |
| Kalinin Bay | Kalinin Bay on north Kruzof Island is in Old-growth Habitat. |
| Katzehin | The Katzehin River (on Lynn Canal across from Haines) is recommended as a Wild River except for the lower two mile, which are in the Semi-remote Recreation LUD. The Wild River portion is surrounded by Remote Recreation. |
| Kegan Lake | The area around Kegan Lake (southeast Prince of Wales Island) is in the Semi-remote Recreation LUD. |
| Kelp Bay | Kelp Bay is along Chatham Strait on Baranof Island. Portage Arm is in Modified Landscape, Middle Arm is in Modified Landscape, and South Arm is in Remote Recreation. The Old-growth Habitat LUD extends around the rest of the south side of the bay. Pond Island is in Remote Recreation. See also Catherine Island. |
| Lake Eva | Lake Eva and surrounding area (south side of Peril Strait) are in the Semi-remote Recreation LUD. |
| Mansfield Pen. | All of Mansfield Peninsula is allocated to Semi-remote Recreation. The Minerals LUD is also applied to a portion of the peninsula. |

| Area | Disposition |
|---|---|
| Moira Sound | Most of the sound (southeast Prince of Wales Island), including the South and West Arms, is in the Timber Production LUD. The Kegan Lake area in Semi-remote Recreation. Portions of the North and South Arms are overlain with the Minerals LUD. |
| Mt. Edgecumbe | This area (south half of Kruzof Island) is proposed as the Mount Edgecumbe Geological Area (Special Interest Area LUD). |
| Nakwasina/ Halleck Is. | The shorelines of Nakwasina Sound (north of Sitka), and all of Halleck Island, are in Semi-remote Recreation. |
| N. & W. Dall Island | All National Forest lands on Dall Island, except for the northernmost part, are in Semi-remote Recreation, with several small areas part of the Karst Areas Geological Area (Special Interest Area LUD). The northern portion is in Modified Landscape. |
| N. Etolin Island | All shoreline areas, and most inlets and bays, are in Scenic Viewshed or Modified Landscape or Old-growth Habitat, as are all areas adjacent to the South Etolin Wilderness. The interior of Anita Bay and some inland areas are in Timber Production. |
| North Kruzof | North Kruzof is in a combination of Old-growth Habitat, Modified Landscape, and Timber Production. Sealion Cove is in Remote Recreation, and Shelikof Bay is in Semi-remote Recreation. See also Kalinin Bay. |
| N. Sea Otter Sound | Most lands of North Sea Otter Sound (northwest Prince of Wales Island) not in Legislated LUD II are in the Timber Production LUD. The passage between Marble and Orr Islands is in Modified Landscape. North Orr Island and other islands to the east are in Semi-remote Recreation. |
| NW Prince of Wales Is. | Port Protection and lands adjacent to Point Baker are in Semi-remote Recreation. Red Bay and the northern shoreline are primarily in Modified Landscape. Lab Bay and most interior areas are in Timber Production, with some areas in the Karst Areas Geological Area (Special Interest Area LUD). The western part south of Port Protection is in Legislated LUD II. See also El Capitan. |
| Nutkwa | Nutkwa Lagoon and Streams (south Prince of Wales Island) are now in Legislated LUD II; Nutkwa Inlet is in Timber Production. See also Haida Inlets. |
| Orchard Lake | Orchard Lake and surrounding lands on Revilla Island are in Semi-remote Recreation. |
| Pt. Adolphus | VCU 196 is the area east of the Point Adolphus Legislated LUD II area (north Chichagof Island). The shoreline and adjacent interior area outside the LUD II area, including Chicken Creek, is in Old-growth Habitat. |
| Point Couverdon | See Chilkat Peninsula. |
| Poison Cove | This area along Peril Strait north of Sitka is in Scenic Viewshed. |
| Portage Bay | Portage Bay, on Kupreanof Island, is mostly in Modified Landscape, with Scenic Viewshed at the head of the bay. |
| Port Frederick | All of the National Forest lands along the bay (north Chichagof Island) are in Old-growth Habitat, including Neka Bay and the Portage. |
| Port Houghton | The salt chuck at the end of the bay, Sanborn Canal and all shorelines of the bay are in Old-growth Habitat or Scenic Viewshed. |
| Rocky Pass | The lands on both sides of Rocky Pass (between Kuiu and Kupreanof Islands) are in Remote Recreation, with the lands around Big John Bay in Semi-remote Recreation. |
| Salmon Bay Lake | Salmon Bay and Salmon Bay Lake (north Prince of Wales Island) are now in Legislated LUD II. The Lake and Stream are also recommended as a Wild and Scenic River. Most of the surrounding lands (the tributaries or "watershed") are in Modified Landscape. |
| Sanborn Canal | See Port Houghton. |
| San Fernando Is. | This island west of Prince of Wales Island is all in Semi-remote Recreation. |
| Santa Anna | Santa Anna Creek and Lake Helen (upper Cleveland Peninsula) are recommended |

| Area | Disposition |
|---|---|
| | as a Scenic River. Santa Anna Inlet, except for the mouth of the creek, is in Timber Production. |
| Sarkar Lakes | Sarkar Lakes is recommended as a Wild, Scenic and Recreation River. The area around it (1979 Forest Plan LUD II area) is in Remote Recreation. The lands between there and the coast (west Prince of Wales) are assigned to Old-growth Habitat or Timber Production. |
| Situk/Ahrnklin R. | These two rivers are near Yakutat. All of the Situk River, between the Russell Fjord Wilderness and the ocean, is in a Semi-remote Recreation area. Most of the Ahrnklin is also in Semi-remote, with portions of the headwaters in Timber Production of Scenic Viewshed. |
| South Kuiu | All of South Kuiu (south of the Kuiu Wilderness) is assigned the Semi-remote Recreation LUD. |
| S. Prince of Wales Is. | We'll assume this refers to the area south of Hydaburg and Cholmomdeley Sound. Nutkwa, Haida Inlets, Moira Sound and Kegan Lake are discussed under those names. The National Forest lands immediately south of Hydaburg, are in Semi-remote Recreation. Cholmondeley Sound is a combination of Modified Landscape and Old-growth Habitat. Between Moira Sound and Kendrick Bay is Timber Production and Old-growth Habitat. |
| S. Wrangell Island | The road system of South Wrangell Island is included in the Scenic Viewshed or Modified Landscape LUD's, and most of the shoreline is in Scenic Viewshed. The rest is in Timber Production, except for an area in the Old-growth Habitat LUD near Toms Lake. See also Back Channel. |
| Spaulding Meadows | This recreation area north of Juneau, including the access trails, is in Semi-remote Recreation, with the Minerals LUD excluded. |
| Sullivan Island | All the National Forest land on Sullivan Island (northern Lynn Canal) is in Semi-remote Recreation. |
| Thomas Bay | The interior portion of Thomas Bay is assigned to Semi-remote Recreation. All the rest of the southern part is in Scenic Viewshed. The northern exterior of the bay has Scenic Viewshed along the shoreline and Modified Landscape inland. |
| Upper Game Creek | This area near Hoonah is in the Timber Production LUD. |
| Upper Tenakee Inlet | All the shoreline areas, bays and inlets are in Old-growth Habitat or Modified Landscape, with Timber Production inland. See also Goose Flats. |
| Ushk Bay | The bay is in Modified Landscape and Old-growth Habitat, with Timber Production inland. |
| W. Prince of Wales Is. | We'll assume this is the coastal area of Prince of Wales Island between Dall Island and the Mt. Calder/Holbrook Legislated LUD II area. North Sea Otter Sound is already discussed under that name, as are Sarkar Lakes, Arena Cove and San Fernando Island. The mainland below Craig is in Timber Production, except for Old-growth Habitat, Scenic Viewshed, Modified Landscape in Trocadero Bay, and a Special Interest Area at Soda Bay. Suemez Island, other than Arena Cove, is in Modified Landscape and (east half) and Timber Production (west half). Between Klawock and Sarkar Lakes/North Sea Otter Sound most of the mainland and islands are in Timber Production, except for Semi-remote Recreation around Salt Lake Bay, Scenic Viewshed and Modified Landscape at Staney Creek, and Old-growth habitat on south Hecata Island. |
| Whaletail/ Menafee | The outer half of Whaletail Peninsula (south Etolin Island) is in Scenic Viewshed and Old-growth Habitat, and the Menafee Inlet side in Modified Landscape. |
| Windham/ Holkham Bays | The interior portions of Windham Bay and surrounding area (about 60 miles south of Juneau on the mainland) are now in Wilderness; the rest of the bay shoreline is in Scenic Viewshed, with Timber Production inland. See Chuck River/Holkham for Holkham Bay. |

| Area | Disposition |
|---|---|
| Woewodski Island | Most of Woewodski Island (mouth of Duncan Canal between Mitkof and Kupreanof Islands) is placed in Scenic Viewshed, with the remainder in Modified Landscape. |
| Wrangell Narrows | The National Forest lands (west side of the narrows, below Petersburg) are mostly in Scenic Viewshed, with the remainder in Modified Landscape. |

**Comment:** The following transportation and/or utility corridors are not supported: Haines-Juneau road, Bradfield road, Sitka-Warm Springs road, Kadashan road or powerline, Petersburg-Kake road (strongly opposed). (NCC)

**Response:** A goal of the revised Forest Plan is to provide opportunities for resource uses that contribute to the local and regional economies of Southeast Alaska. Such opportunities include the development of transportation and utility systems. All of the potential road corridors to which the Transportation and Utility Systems (TUS) LUD is applied (including those listed here) are from the State of Alaska's Southeast Alaska Transportation Plan (1986). The potential power transmission intertie corridors are from a study (Harza, 1987) done for the Alaska Energy Authority. The potential state transportation corridors are based on the 1986 State Transportation Plan for Southeast Alaska.

In the revised Forest Plan we have shown the TUS LUD on some of these identified transportation and powerline intertie systems. This LUD would not actually apply unless a specific proposal was analyzed (through a separate environmental analysis process) and approved. None of the transportation corridors mentioned are currently funded in the State budget for a site specific environmental analysis.

Regarding Kadashan, there is no transportation corridor proposed. There is a powerline intertie corridor proposed. The State indicates, through a 1987 study by Harza Engineering, Inc., that a Sitka-Tenakee Springs-Hoonah powerline intertie would best be served by a powerline through the Kadashan valley. The Legislated LUD II designation in Kadashan does not preclude this type of development. A site-specific environmental analysis of alternative routes would be conducted before a final route was selected and developed. At this time, there is no funding for either further study or construction of this portion of the intertie network.

**Comment:** A form letter from Angoon (total of 48 signatures, 1990 DEIS) asks that the following areas be "identified and protected as subsistence areas." The areas should not have any "increased" development, including logging, road building and mining.

| | | |
|---|---|---|
| Big Basket Bay | Little Basket Bay | Kelp Bay |
| White Stone | Peril Straits | Hood Bay (North & South Arms) |
| Chiak | Mitchell Bay | Kanalku |
| Favorite Bay | Wilsons Cover | White Water Bay |
| Fishery Creek | Chatham Straits | Eastern Baranof shore |

**Response:** Of these 15 areas, eight are within the Kootznoowoo Wilderness (Admiralty Island National Monument) and would not have any development at all. The other areas are discussed below. For these discussions, it should be noted that the Scenic Viewshed and Modified Landscape LUD's are applied where a mix of resource uses and activities, primarily scenic viewing, recreation uses and timber harvesting, occur together. These areas are managed so that the visual evidence of developments (harvest units, roads, etc.) is minimized or reduced. This in turn may reduce effects to wildlife habitat and associated subsistence resources. Riparian areas, shorelines and estuaries are always protected.

- Big Basket and Little Basket Bays: both are in the Scenic Viewshed LUD.
- Kelp Bay: The Kelp Bay allocations are discussed in Table 1 above. These allocations were designed to minimize subsistence effects in selected areas.
- Whitestone Harbor: this area is in Modified Landscape.
- Peril Strait: Most of the shoreline and adjacent lands along Peril Strait are in Scenic Viewshed, and Hanus Bay is in Modified Landscape. The Lake Eva area is in Semi-remote Recreation. Rodman Bay, most of Appleton Cove, and Saook Bay are in Timber Production.
- Chatham Strait: All National Forest lands on the east side of Chatham Strait south of Mansfield Peninsula are in the Kootsnoowoo Wilderness; all of Mansfield is in Semi-remote Recreation. On the west side of Chatham Strait, the shoreline and adjacent lands south to Catherine Island are in Scenic Viewshed, with Freshwater and Sitkoh Bays, and the outer half of Catherine Island, in Modified Landscape. For the remainder of the strait, see Kelp Bay above, and Eastern Baranof Shore below.
- Eastern Baranof Shore: Except for Modified Landscape above and below Cosmos Cove, with Timber Production inland (but no sales scheduled), all of Eastern Baranof Island is in non-timber land use designations: Remote Recreation, Semi-remote Recreation and Wilderness.

**Comment:** The attributes which give a high-quality sport-fishing experience must be maintained within view of the following areas: (JCV)

| | | |
|---|---|---|
| Pavlof River | Castle River | Olive Cove and Creek |
| Kunk Lake | Helm Lake | Salmon Bay Lake |
| Sarkar Lake | Red Lake | North Thorne River |
| Miller Lake | Hatchery Creek | |

**Response:** All of these areas have been assigned land use designations that provide for or maintain sport fishing and recreation settings. In addition, riparian areas, shorelines and estuaries are always protected. Specifically:

- Pavlof River (and Lake), Olive Cove and Creek (National Forest portion), Helm Lake, and Red Lake are in Scenic Viewshed or Modified Landscape LUD's, which require that timber harvest is managed so that the visual evidence of developments (harvest units, roads, etc.) is minimized or reduced.
- Castle River and Kunk Lake are in Semi-remote Recreation.
- Salmon Bay Lake is in Legislated LUD II.
- Sarkar Lake is a recommended Wild, Scenic and Recreation River surrounded by Remote Recreation.
- Thorne River and Hatchery Creek (Honker Divide) are recommended as Scenic and Recreation Rivers, surrounded by Scenic Viewshed.
- Miller Lake is on private land.

**Comment:** Assign the following hydroelectric sites the TUS LUD: Swan Lake (near Thomas Bay), Sunrise Lake (on Woronkofski Island), Dorothy Lake (near Juneau) and the coastline to Snettisham, and a portion of the Baranof Island coastline (Takatz Lake to Manleyville).

**Response:** The TUS (transportation and utility systems) LUD, in respect to utility systems, has been applied to all potential utility interties identified by the Alaska Energy Authority (AEA). Dorothy Lake and Takatz Lake are included. The coastline to Snettisham already has an existing powerline.

EXHIBIT 4
13 of 78

L-227