Appendix L

**Comment:** One of my favorite view spots is Calder Bay. Calder Bay is now closed because of private ownership of the Bear Valley Lodge and because the Forest Service closed roads that went around Bear Valley Lodge.

**Response:** Road access management is not a forest plan level issue. Road access is managed at the project level. Calder Bay itself is allocated to the Modified Landscape LUD. This LUD allows for timber harvesting but requires the size, shape and location of the harvest units to be modified to mitigate the visual impacts. The areas surrounding Calder Bay are either allocate to LUD II or Special Interest Areas which preclude commercial timber harvest.

## Prince of Wales - Southeast (Kasaan Bay to Cape Chacon)

**Comments:** Kegan Lake: preserve this prime recreation area. Moira Sound: VCUs 691-2 should be in a LUD II-type prescription; retain VCU 684 as LUD II, to give protection for roadless recreation values. The west half of VCU 684 could be in Modified Landscape: it's not readily seen, and this would provide some harvest and access to an LTF. Since Polk Inlet has been heavily logged, leave nearby McKenzie Inlet alone. No timber harvest in VCU's 618-620 (esp. S & W McKenzie and Polk Inlet), 678, 679, 694 and 695. Put MA's K18, K19 and K24 in Timber Production. (AFA, KPC) Cholmondeley Sound: don't give the Native corporations any more land in this area, and no more clearcutting of the Sound; manage the area for recreation; the area is already overlogged: VCUs 674-5 should be in a recreation Rx. No logging in Hunter Bay; halt logging plans immediately at Johnson Lake. Protect the Eudora Roadless Area to maintain the ecological integrity of South Prince of Wales Wilderness. The Niblack area has important mineral values and many claims: leave the area in a LUD IV-type allocation, don't restrict mineral access. The Minerals Rx should not be applied at Kasaan, Bokan and Niblack-Dolomi: protection of water quality and the fishery should be the prime consideration. Change the LUD designation for Cape Chacon from Semi-primitive to Modified Landscape. (USGS) Comments specific to southeast Prince of Wales were not received in 1996.

**Response:** Based on these comments, Kegan Lake and Dickman Bay (VCU 684) are allocated to Old-growth Habitat and Semi-remote Recreation. This will provide for recreation uses. The North Arm of Moira is also allocated to Old-growth Habitat. The remainder of Moira sound is in the Timber Production LUD. Polk and McKenzie Inlets (north part of MA K18, VCU's 618-620) are both allocated to Timber Production, except for the Old Tom Creek Research Natural Area and Old-growth Habitat on the west side of McKenzie Inlet and in Goose Bay. The West Arm of Cholmondeley Sound (south part of MA K18, VCU's 674 and 675) is in a combination of other ownership timber production and Modified Landscape. The remainder of the National Forest lands in the Sound, including the South Arm and Kitkun Bay (MA K24, VCU's 677-679), are in Timber Production. There are still unconveyed Native land selections in Cholmondeley Sound: these are not within the jurisdiction of the Forest Service. MA K19 is all in Timber Production and Old-growth Habitat. VCU's 694 and 695, along the coast, are in Timber Production and Old-growth Habitat.

Hunter Bay is within Wilderness. The Niblack minerals tract is assigned the Timber Production LUD, overlain with the Minerals LUD. The Minerals LUD is also allocated to the Kasaan, Bokan and Dolomi tracts/areas, to recognize their high potential for development. There are no development proposals at this time, however. Whenever the LUD selected for an area allows development activities, the Riparian Forest-wide standards and guidelines apply to all streams, and the Beach and Estuary Fringe Forest-wide standard and guideline applies to all beach and estuary shoreline areas. The southeastern-most portion of Prince of Wales Island, including Cape Chacon, is allocated to Semi-remote Recreation and Old-growth Habitat. Lands further to the north include timber harvest, remote recreation, and modified landscape LUDs.

EXHIBIT 4
L-279
Page 65 of 78

**Appendix L**

**Comments:**  The Alaska Visitor Association (AVA) in 1996 proposed the following development in the Kegan Lake area: Hut to Hut Hiking (25 people) and Day Use Boat Docks (50 people).

**Response:**  This area is allocated to a Semi-Remote Recreation LUD.  Facilities compatible with this LUD would include small scale, rustic facilities such as recreation cabins, shelters, and docks. Occasional enclaves of concentrated recreation and tourism facilities may exist.  Proposed projects would likely be considered compatible within this LUD.

## Salmon Bay and Lake

**Comments:**  Many commenters (including Petersburg Fish and Game Advisory Committee, Narrows Conservation Coalition, and Salmon Bay Protective Association) asked for no logging or roading in the Salmon Bay watershed (beyond the area legislated as LUD II).  Cited were the unstable soils and the concern for protecting important subsistence, fisheries and recreation values.  One commenter asked for logging prescriptions (LUD IV type) for the areas outside the legislated LUD II portion.  The Salmon Bay area should be protected from logging due to its Old-growth Habitat, high populations of fish and wildlife, and highly erodible soils.  The entire 36,000-acre watershed (VCUs 534-5) should be protected from development: the area has important commercial and sport fishing, recreation, and subsistence values (PFG, NCC)  There should be better trails and cabins for Salmon Bay.

**Response:**  The area adjacent to the Salmon Bay Legislated LUD II and within the Salmon Bay Lake watershed (VCU 534) is mostly allocated to the Scenic Viewshed LUD, with the remainder in old-growth.  These LUD's provide for scenic and recreation values by minimizing the visibility of timber harvest activities.  In addition, the Riparian Forest-wide standards and guidelines apply to all streams, and the Beach and Estuary Fringe Forest-wide standard and guideline applies to all beach and estuary shoreline areas.  Areas with highly erodible soils are not included in the suitable timber land base.  VCU 535, to the east of the above area, is in a combination of Scenic Viewshed, Modified Landscape and Timber Production.  Trail and cabin maintenance and construction is normally a Ranger District or Administrative Area responsibility.

## Sarkar Lake

**Comments:**  Save it!  Sarkar Lake deserves protection: it is one of ADF&G's "gold pin" sportfish areas, has populations of wintering swans and other birds, has a canoe route, and contains unfragmented Old-growth Habitat.  Give it the Scenic Viewshed LUD.  More recreation facilities at Deweyville and Sarkar Coves.  There should be more developed recreation opportunities at Sarkar Lake.  Manage in Primitive Recreation the entire unfragmented block (MA K06); leave it in a LUD II-type designation. (NAS)  The blowdown in VCU 554.1 could be harvested: should be either Scenic Viewshed or Modified Landscape. (AFA, KPC)

For another part of the Tongass, I do support the wild and scenic river designation on the Thorne River and the Sarkar Lakes on Prince of Wales Island.  I think that's an appropriate designation for that area.

**Response:**  The lake and stream system of Sarkar Lakes is recommended as a Wild, Scenic and Recreation River for its fish, wildlife and other values.  The rest of Management Area K06 (VCU 554.1) is allocated to Remote Recreation to further maintain these values and the unroaded recreation opportunities in that area.  The National Forest land around Sarkar Cove is in Old-growth Habitat.  That area between MA K06 and the coast, is allocated to Old-Growth LUD and Timber Production.  Recreation facilities at Sarkar Lakes, or for Deweyville or Sarkar Coves, would be a

EXHIBIT __4__
Page 66 of 78

consideration for the Ranger District or Administrative Area levels. Developed facilities at Sarkar Lakes may be appropriate within the Recreation or Scenic River portions.


**Comments:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Sarkar Lake: hut to hut canoe system for 25 people and a backcountry resort for 100 people.

**Response:** VCU 554.1, Sarkar Lakes has been allocated to the Remote Recreation LUD and the Lake system is recommended for inclusion in the Wild, Scenic and Recreation River system. The Remote Recreation LUD provides for extensive, unmodified natural settings for primitive types of recreation and tourism. A goal of this LUD is to provide opportunities for independence, closeness to nature, and self-reliance in environments offering a high degree of challenge and risk. Recreation is managed to provide infrequent encounters and a high degree of solitude. Hut to hut recreation would be allowed but encounters would be limited according to the ROS classifications. Minor recreation and tourism developments may be compatible with the LUD objective depending on the scope, purpose, and magnitude of the proposal. Proposals will be evaluated on a case-by case-basis. Project level planning would be required to assessed the impacts of this proposal.


**Sea Otter Sound**

**Comments:** No more logging for northwest Prince of Wales, including the Sea Otter Sound islands. The Alternative P allocations for the islands in Sea Otter Sound are good. The islands here have had enough logging: it's time to stop. Concern with the effects on subsistence uses in Sea Otter Sound from any more timber harvest: the area has had too much logging already, it can't take any more. (NCC) The Old-growth Habitat wildlife habitat left should be preserved; if any more harvest, should only be from small sales. The islands to the West of Prince of Wales should have no more logging. (ANBK) The area called Bald Meadows on the SE side of Bald Mountain (Hecata Island) deserves special protection for its scenic and unique vegetative and geologic aspects. The scheduled timber harvest for the Naukati area is inconsistent with the subsistence and multiple-use needs of the people of the island. No logging in Scott Lagoon. MA's K4 and K11, and part of K7 (VCU's 587-589) should all be in Timber Production; Hecata Island is too exposed for much recreation use. VCU 556 can mostly be in Modified Landscape: it's a good area for small sales, easy to log. (AFA, KPC)

**Response:** The Sea Otter Sound area, including Kosciusko and Heceta and Tuxekan Islands, and Prince of Wales Island south of Naukati, has an extensive transportation network (roads and log transfer facilities) accessing suitable timberlands, and most of the area is allocated to Timber Production to maintain a timber harvest emphasis. Several timber sales are scheduled for the islands over the next decade (MA's K4, K7 and K11). Kosciusko Island, south of the Mount Calder/Holbrook TTRA LUD II is allocated as Timber Production. Portions of VCU's 541 and 543 are allocated as an Old-Growth LUD. Heceta Island is allocated as Timber Production with a medium size Old-Growth LUD allocated in VCU 563 and a portion of VCU 561 (southeast area of the Island, including the south side of Bald Mountain). Tuxekan Island (including Scott Lagoon) is in Timber Production. Whalehead, Whitecliff, Green, Eagle, Dove, Hoot, Owl, Cap and Clump Islands have been allocated to scenic viewshed. El Capitan, Sand, Teal, Flat, Keske, Singa, Scowl, Brockman, Spanberg, Scott, Tenass, Clam, Graveyard, Burnt and Sangao Islands have been allocated to Semi-Remote Recreation LUD to maintain the subsistence and recreation values. Marble Pass has been allocated to Modified Landscape. The remainder of Marbel and Orr Islands are allocated to Timber Production. The northeast portion of Orr Island has been allocated to Semi-Remote Recreation. Staney Creek (portions of VCU's 587 and 588) is in Scenic Viewshed and Modified Landscape. In addition, whenever the LUD selected for an area allows development activities, the Riparian Forest-wide standards and guidelines apply to all streams, and the Beach and Estuary Fringe Forest-wide standard and guideline applies to all beach and estuary shoreline areas. In addition all Islands less

EXHIBIT 4
Page 67 of 78

# Appendix L

than 1,000 acres in size will have no scheduled timber harvest, including many of the islands in Sea Otter Sound.

**Comment:** We have a road to Cape Pole that extends from West Edna over. I'd like to see that this road is maintained and left open so that we have access to Cape Pole. The forest is not being used especially in Edna Bay and Kosciusko Island.

**Response:** Road access management is not a forest plan level issue. Road access is managed at the project level. The area between Edna Bay and Cape Pole has been allocated for Timber Production to be managed for industrial wood production. The area north of the Trout Creek including Mount Francis and along Shipley Bay has been allocated to Old-growth Habitat. This area includes high-vulnerability karst lands and wildlife habitat. This area will be managed to provide a diversity of old-growth habitats. No timber harvest will be permitted in the Old-growth Habitat LUD.

**Comments:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Port Alice: Backcountry Recreation lodge for 400 people.

**Response:** Port Alice on Heceta Island has been allocated as Timber Production. This LUD provides Roaded Modified recreation opportunities. Major and minor recreation and tourism developments may be compatible with the LUD objective depending on the scope, purpose, and magnitude of the proposal. Proposals will be evaluated on a case-by case-basis. Project level planning would be required to assessed the impacts of this proposal.

## Thorne Bay

**Comments:** Most commenters who mentioned Thorne Bay expressed concern about it's economic future due to anticipated declines in timber harvesting. Individuals were also concerned about local recreation opportunities for the local residents. Examples of these comments include:

Tourists are overcrowding Thorne River, large numbers of tourists are having a negative environmental impact on this river. Recreational experience will suffer if resource development is phased out and tourism expanded.

The community of Thorne Bay is dependent on timber - KPC - main source of income, it also keeps the small mills producing. Thorne Bay started as a logging camp. What tradition is here that would obviously be adversely affected by your proposal.

**Response:** The National Forest System lands adjacent to Thorne Bay are allocated to Modified Landscape, Timber Production and Recreation River along the Thorne River. The land use designation of Timber Production emphasizes management to maintain and promote industrial wood production. These lands will be managed to advance conditions favorable for the timber resource and for long-term timber production. Other land use designations also identify timber harvest opportunities. If the Thorne River is adopted as a Recreation River, a River Management Plan will be completed addressing recreation use.

**Comment:** Additional protection for Eleven Mile is favored for fish, wildlife, recreation, subsistence, and cultural purposes. The Eleven Mile area on Prince of Wales Island is highly valued by folks all over Prince of Wales for subsistence. That should not be logged. No further logging of Eleven-Mile on Prince of Wales Island. Keep out of Eleven Mile -- people have logged all along the shore and have destroyed some of the grave markers that are there.

EXHIBIT  4
Page  68  of  78

**Response:** The Eleven Mile area is allocated to Semi-Remote Recreation, providing motorized and non-motorized recreation opportunities in natural appearing environments. Interaction with others is low and the opportunity for independence and self-reliance is moderate to high. This allocation will maintain the area in its current condition for subsistence and recreation opportunities. Timber harvest is limited to salvage of catastrophic events or beachlog recovery. The Forest Service is required by law to protect cultural sites. The Beach and Estuary buffer will also serve to protect cultural sites.

**Comment:** The following should all be in Timber Production, as noted (AFA, KPC): VCU's 554.2, 557 and 571 - these areas are already roaded, have good timber sale economics; VCU's 572 and 581-585 - a road along the beach connecting Thorne Bay with Coffman Cove would provide year-round access and recreation opportunities; VCU's 576, 577, 590, and 594-596 - this is the core of Ketchikan Pulp's operations out of Thorne Bay.

**Response:**
- VCU's 554.2, 557 and 571 are all, or substantially all, allocated to Timber Production emphasizing industrial wood production. The only exception is for small Old-growth Habitat Reserves which are needed to maintain wildlife viability.
- VCU's 572 and 581-585, along the coast between Coffman Cove and Thorne Bay, are primarily in Scenic Viewshed and Modified Landscape, with some Timber Production inland and scattered small Old-growth Habitat reserves. These areas are along the marine highway and cruise ship routes, and are important for scenic quality and recreation. These allocations would not preclude completion of a road along the coast. The route proposed for the road linking Coffman Cove with Thorne Bay is allocated as a Proposed Road Corridor.
- VCU's 577 and 590 are all, or substantially all, in Timber Production. The only exception is two small Old-growth Habitat reserves in upper Logjam Creek and Staney Creek as part of the wildlife viability strategy. The major portion of VCU 576 has been allocated to Old-Growth LUD, and a Research Natural Area (lower Rio Roberts) and a portion allocated to Modified Landscape. This was needed as a portion of the Honker Divide large Old-growth Habitat reserve for the wildlife viability strategy. Portions of VCU's 595 and 596 are allocated to Modified Landscape or Scenic Viewshed to provide a scenic setting for several popular recreation areas; other portions are in Timber Production. In addition, the area just north of Control Lake was allocated to the Old-growth Habitat LUD to serve as a small reserve for the wildlife viability strategy.

**Whale Pass and vicinity**

**Comments:** Commenters were opposed to logging near Whale Pass subdivision, concerned about: scenic quality (including visual effects of logging on Thorne Island), property values, water quality, eagle nests, noise. They were also concerned with impacts to the recreation and tourism industry of Whale Pass from logging in the general area (including Neck Lake and recreation use there). VCU 551 (Thorne Island) and the area to the west of Whale Pass should be in Scenic Viewshed to protect the tourism and scenic values. Logging in Whale Pass will effect hunting and trapping, especially Thorne Island where there are three wolf packs.

**Response:** National Forest lands adjacent to Whale Pass are in Modified Landscape and Timber Production. Modified Landscape will provide for scenic and recreation values while allowing timber harvest. Lands to the east and northwest are in Timber Production. Within these LUD's the Riparian Forest-wide standards and guidelines apply to all streams, and the Beach and Estuary Fringe Forest-wide standard and guideline applies to all beach and estuary shoreline areas. Eagle nests are always protected with a no-harvest buffer. Thorne Island is allocated to Modified Landscape, which

# Appendix L

will help maintain scenic and recreation values. The area south of Whale Pass (Mable Creek) and VCU 553 are allocated to Old-Growth LUD which does not schedule timber harvest and will maintain scenic and recreation qualities.

## Revilla Island (and nearby islands)

**General Summary:** Several commenters (including Tongass Conservation Society) asked for the protection of natural values, especially roadless recreation, in several areas including Orchard Lake and Carroll and George Inlets. Others felt that a better road system on Revilla Island (also often Gravina Island) would benefit Ketchikan residents by creating more recreation opportunities. A petition signed by over 700 Ketchikan residents stated:

"We the undersigned, recommend a Tongass Land Management Plan change or alternative that expands and disperses recreational opportunities on lands near Ketchikan by expanding the existing road system to connect with the roads at Margarita Bay, Traitor Cove, Neets Bay and Shrimp Bay on the north and the existing roads connecting with those in George Inlet, Carroll Inlet and Thorne Arm to the south."

A few commenters opposed expansion of the road system: they'd like more trails. Some (including Alaska Forest Association and Ketchikan Pulp Corporation) wanted timber harvest emphasized in certain areas or throughout the island.

**Response:** Areas on Revilla (short for Revillagigedo) Island having suitable timber land accessed by an existing or approved road system (these are mainly in the northwest and south central portions of the island) are allocated to LUD's which provide for timber harvesting. Modified Landscape is allocated in many of the bays and shoreline areas (including Carroll Inlet) to help maintain scenic qualities associated with recreation use, otherwise, the allocation is usually Timber Production. Other areas with high recreation values are allocated to Semi-Remote Recreation (including Orchard Lake, Naha Bay and some of Gravina Island) or Remote Recreation (including Swan Creek above Swan Lake and upper Orchard Creek). Areas with high scenic values, particularly near Ketchikan or associated with popular recreation places, are in Scenic Viewshed. A potential transportation route north from Ketchikan to the Bradfield River has been identified by the State of Alaska, and is within an identified Transportation and Utility Corridor. The State has not funded for additional road corridor studies at this time. National Forest roads are normally developed only in conjunction with individual timber sales. In the past, for the areas mentioned in the petition, log transfer facilities have been more economical to use than a road connection to Ketchikan.

Following are more detailed comments on specific areas:

> **Comment:** The trans/utility corridors near Ketchikan should be in Modified Landscape LUD (if not TM).

> **Response:** The Transportation and Utility Systems Corridor from Ketchikan north is underlain by several different LUD allocations, depending on the resource values and proposed uses of specific areas. Most of these are explained above. None of these LUD's would preclude development of such systems. The segment of the corridor which runs along Carroll Inlet intentionally had the Old-growth Habitat LUD pulled back from the shore line to not obstruct the corridor.

> **Comment:** The Township of Loring stated that logging within their watershed (Sections 17, 20-22, 28 and 29 of the Ketchikan C5 quadrangle) was not acceptable. Also, Indian Point and east is important for subsistence use and should have no logging or road building.

EXHIBIT ___4___
Page __70__ of __78__

**Response:** All of the Loring watershed, in the north side of Naha Bay as described above, is allocated to Semi-Remote Recreation. No logging or road construction will occur there. This includes the area east of Indian Point.

**Comment:** Orchard Lake was mentioned for protection of its wildlife, subsistence and recreation values: it's an important recreation place, easily accessible. Protect the roadless recreation values of Orchard Lake: manage it as Primitive Recreation or Old-growth Habitat, leaving it in a pristine condition for recreation use. (TCS) Halt logging plans immediately at Orchard Lake and Creek; others said defer harvest for at least 10-15 years. Some roads and trails would be O.K. in this area, but no "commercial development." All of MA K32 should be in Timber Production, otherwise it will be uneconomic for KPC to log it. (AFA, KPC)

**Response:** Orchard Creek and Lake itself is allocate to Recreation and Wild River. The area surrounding the Wild & Scenic River recommendation is allocated to Semi-Remote Recreation. Shrimp Bay is in Modified Landscape with Timber Production inland. Timber sales are scheduled north and south of the area. The rest of MA K32 is in Timber Production, except for Modified Landscape in bays and coastal areas where scenic quality and recreation values are important and a network of small Old-growth Habitat reserves needed as part of the wildlife viability strategy..

No timber harvest in VCU's 746, 753 and 756 (including sale #68). Manage Carroll and George Inlets for recreation. Most Revilla Island VCU's, including Carroll and George Inlets, should have the Timber Production LUD; all of MA K35 should be in Timber Production to provide an economic timber program. (AFA, KPC) Manage VCU's 758 and 760 as LUD IV to maximize timber harvest. VCU 747 should be in Timber Production or Modified Landscape: private land logging has made managing for scenic quality "futile." (AFA, KPC) Others said defer harvest for at least 10-15 years: the area is important as a habitat retention area.

**Comment:** Carroll River Flats was mentioned for protection of its wildlife, subsistence and recreation values.

**Response:** Carroll Creek is all within the Timber Production LUD, except for Modified Landscape at its mouth. Within these LUD's, the Riparian, and Beach Fringe and Estuary, Forest-wide standards and guidelines apply. The west fork of Carroll Creek is allocated to Old-growth Habitat due to its high wildlife, fisheries and subsistence values.

**Response:** The east side of Carroll Inlet is in Modified Landscape, with Timber Production inland. This will help maintain the recreation setting of the inlet while providing for timber harvest. The west side of Carroll Inlet is allocated to Old-growth Habitat to serve as a small Old-growth Habitat reserve as part of the wildlife viability strategy. The lands adjacent to George Inlet are in non-National Forest ownership, except where George and Carroll Inlets meet (VCU 758), which is in Semi-Remote Recreation for its scenic and recreation values. VCU 747, behind the head of George Inlet, is in Modified Landscape around the State lands. North of that, and west in the adjacent portion of VCU 746, the area visible from Saddle Lakes is in Scenic Viewshed. Upper Thorne Arm (including VCU 756) has Modified Landscape along the shore and Timber Production inland. The Cone Point area (VCU 760) is allocated to Scenic Viewshed along the coast and visible slopes, with Timber Production inland. MA K35, consisting of Carroll Inlet and Thorne Arm, is mostly described above. The remaining lands are in Timber Production, except for Semi-Remote Recreation in the Coho Cove/Moth Bay area (marine highway and cruise ship routes).

**Comment:** the Naha LUD II area should not have a road corridor: find another route. (TCS)

EXHIBIT 4    L-285
Page 71 of 78

**Response:** The potential Ketchikan-to-Bradfield transportation route, as currently identified, runs through the narrow southern extension of the Naha Legislated LUD II area for about one mile. There are no proposals at this time, but if such a route were to be developed, this and all feasible alternate routes would be thoroughly evaluated before the actual route was located.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in the Naha area: Day-use Wildlife Observatory - up to 25 persons

**Response:** This area contains a day-use shelter, three lake recreation cabins, stream and lake fishing, high-use trail, saltwater boat dock at trailhead. The LUD for this area is Wild and Scenic River. This LUD specifies to manage use and activities to meet levels of social encounters, on-site developments, methods of access, and visitor impacts indicated for the Semi-Primitive ROS class. River generally is in an unmodified, free-flowing condition. Moderate user contact is expected. Minimal facilities and structures rustic in appearance are typically allowed. The activities proposed are generally consistent with this LUD.

**Comment:** Individuals in 1996 requested that VCU 731 be managed as LUD IV to maximize timber harvest; put VCU 731 into Modified Landscape to allow for utility corridor and road development, and roaded recreation.
Halt logging plans immediately at Bell Island and Anchor Pass

**Response:** VCU 731 is allocated to Semi-Remote Recreation, including Bell Island Hot Springs, for the recreation uses and opportunities associated with primitive settings in this area. Timber values are low, and this designation would not preclude a utility or transportation corridor development. Bell Island is part of VCU 731 just discussed. Anchor Pass is also allocated to Semi-Remote Recreation which precludes timber harvest.

**Comment:** Manage Hassler Pass as in Alternative B: recognize its recreation potential

**Response:** Hassler Island is allocated to Scenic Viewshed along Hassler Pass, and Modified Landscape along Gedney Pass. These LUD's will maintain the area's recreation values and uses.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Portage Cove, Swedish Meadow, and Herman Creek and Lake: Boardwalks, Paths, Trails; Day Boat Dock - 6 to 20 persons; Flight-Seeing Landings - 10 to 50 per day; Day-use Recreation - 10 persons.

**Response:** The current LUD for these areas is Wilderness Monument. This LUD intent is to manage use and activities to meet levels of social encounters, on-site developments, methods of access, and visitor impacts indicated for the Semi-Primitive ROS class. Minimal facilities and structures rustic in appearance are generally permitted. The proposed activities and use levels are generally inconsistent with this LUD

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Lake Grace and Manzanita Bay: Small Cruiseship Shorewalk - up to 25 persons

**Response:** These are fresh and salt water locations within the Wilderness National Monument LUD. This LUD specifies to manage use and activities to meet levels of social encounters, on-site developments, methods of access, and visitor impacts indicated for the Primitive and Semi-Primitive ROS classes. Major and Minor recreation-related developments are not allowed by law or regulation

EXHIBIT 4
Page 72 of 78

or are not consistent with agency policy and regulations. Therefore, these activities and use levels are typically inconsistent with this LUD

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Long Lake: Paths, Trails, Day Boat Dock (6 to 20 people), Flight-Seeing Landings (10 to 50 per day), and Day-use Recreation (10 people).

**Response:** This area currently contains a day-use shelter, lake fishing, and a primitive trail. The area is in the Semi-Remote Recreation LUD. As such it will manage use and activities to meet levels of social encounters, on-site developments, methods of access, and visitor impacts indicated for the Semi-Primitive ROS class. Generally in an unmodified natural environment with infrequent user contact and minimal structures with rustic appearance. The proposed activities, facilities & use are consistent with this LUD.

**Comment:** Allow small-scale logging on Gravina Island. (KPC)

**Response:** Gravina Island is allocated to Semi-Remote Recreation and Scenic Viewshed along the shorelines and visible slopes of lower Nichols Passage and along Clarence Strait to Grant Cove. A small Old-growth Habitat reserve is allocated to Old-growth Habitat. Timber Production is allocated to its inland areas and north end of Bostwick Inlet. This allocation will allow for small scale logging.

**Comment:** Some of the safe harbors of Duke Island should be open for limited development (such as fishing lodges, moorage buoys or floats)

**Response:** Duke Island and adjacent islands is proposed for the Special Interest Area LUD. Moorage buoys or floats for recreation access would be allowed, but not developments such as lodges.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Duke Island and Pond Bay: Backcountry Recreation Lodge - 480 person capacity

**Response:** This area has an unique topography with many potholes that rarely freeze in winter; used extensively by wintering waterfowl, including trumpeter swans; surrounding waters used by marine mammals as haulouts. The LUD for this area is a Special Interest Area (Zoologic). This LUD is for area possessing unique or unusual biologic, sociologic, or geologic attributes. Designation and management objectives are to protect these characteristics, to foster public use and enjoyment, and scientific use, where appropriate. Resources contained within these areas are not available for development. The proposed Lodge would not typically be consistent with this LUD.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Hall Cove on Duke Island: Day-use Wildlife Observatory (50 people).

**Response:** This area has an unique topography with many potholes that rarely freeze in winter; used extensively by wintering waterfowl, including trumpeter swans; surrounding waters used by marine mammals as haulouts. The LUD for this area is Special Interest Area. This LUD is for areas possessing unique or unusual biologic, sociologic, or geologic attributes. Designation and management objectives are to protect these characteristics, to foster public use and enjoyment, and scientific use, where appropriate. Resources contained within these areas are not available for development. The proposed activity and use is consistent with the LUD

EXHIBIT ___4___ L-287

Page _73_ of _78_

**Appendix L**

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Mary's Island and Custumhouse Cove: Backcountry Recreation Lodge - 480 person capacity

**Response:** This area has an unique topography with many potholes that rarely freeze in winter; used extensively by wintering waterfowl, including trumpeter swans; surrounding waters used by marine mammals as haulouts. The LUD for this area is a Special Interest Area (Zoologic). This LUD is for area possessing unique or unusual biologic, sociologic, or geologic attributes. Designation and management objectives are to protect these characteristics, to foster public use and enjoyment, and scientific use, where appropriate. Resources contained within these areas are not available for development. The proposed Lodge would not typically be consistent with this LUD.


## Tenakee Inlet

**Comments:** Many commenters (including the City of Tenakee Springs, Taku Conservation Society, Juneau Sierra Club, National Audubon Society, and Tenakee Fish and Game Advisory Board) stated that the important scenic, wildlife, fishing and (especially) subsistence values and habitats of Tenakee Inlet must be protected. They felt that the area has many natural values warranting protection, that there is much public support for protection and for reducing timber harvest. Some questioned why the preferred alternative (1991 Supplement) was the only alternative offering "NO" protection for the area (also in contrast to last year's preferred). (TAKU) Other general comments: no protection is offered for the important recreation and subsistence areas; Tenakee Inlet is a nature observers paradise, with an incomparable aesthetic quality (except for the few logged areas). (See also Subsistence comments.)

Specific areas mentioned as needing protection (or no clearcutting) are:
- the drainages of Seal and Long Bays (which have some of the highest concentrations of deer in the Tongass) and Goose Flats: Goose Flats, Seal Bay and Long Bay are "beyond value" as fish and wildlife habitat
- all important deer wintering habitat in Crab and Saltery Bays
- no timber harvest in VCU's 202 and 223
- the shoreline of MA's C29 and C34 should be allocated to the Modified Landscape LUD; VCU's 202 and 224 should be in Scenic Viewshed
- as a minimum, VCU's 225, 226, 228 and 229 should have the "strongest possible protection." This area is highly important for subsistence, hunting and fishing, and for the value of the wildlife habitat: there are projections (by ADF&G) of serious declines if more logging occurs. (TSFG)
- manage MA C29 as Wilderness, Primitive Recreation (NAS) or Old Growth, for its high-value wildlife habitat and high scenic value
- manage MA C29 in Timber Production: this is needed for an economic harvest; there isn't much use of this area. (AFA, APC)
- MA C34 should be managed to emphasize subsistence and wildlife. (SSPB)
- MA C32 should be in Timber Production; there is no justification for the Scenic Viewshed or Modified Landscape allocations. (AFA, APC)

The 1996 comments are similar to those above. Additional comments concerned the "world class" brown bear habitat on Chichagof Island, particularly in Upper Tenakee Inlet, Ushk Bay, Deep Bay, and Poison Cove; also that because of Native corporation logging around Hoonah, Upper Tenakee Inlet needs to be protected to provide habitat.

**Response:** (For VCU 202 and the Port Frederick portion of Management Area C29, see Chichagof Island.) Basically, all the shoreline of Tenakee Inlet (from Tenakee Springs in the north around the upper inlet and down to the Kadashan Legislated LUD II area on the south) is allocated to Old-growth Habitat or Modified

L-288

EXHIBIT 4
PAGE 74 of 78

Landscape, and all the inland areas to Old-growth Habitat or Timber Production. Modified Landscape provides for scenic and recreation values, with timber harvesting done to minimize the visibility of activities. Within the Modified Landscape and Timber Production LUD's, the Riparian standards and guidelines apply to all streams, and the Beach and Estuary Fringe standards and guidelines apply to all beach and estuary shoreline areas, providing additional protection for the associated fish, wildlife and subsistence resources outside the Old-growth Habitat LUD areas. The foregoing applies to Saltery and Crab Bays (MA C34), and to Goose Flats (VCU 224) to the Tenakee Inlet portion of MA C29, and to VCU's 223, 225 and 226. Seal and Long Bays (VCU's 229 and 228) are in Old-Growth Habitat. In MA C32, Old-Growth Habitat replaces Modified Landscape.

**Other areas**

> **Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development in Sand Bay: Leased proprietary camp (15 P/S)

> **Response:** This AVA site includes both Old Growth Habitat and Scenic Viewshed LUDs. The stated activity and activity level are generally allowable in these LUDs.

> **Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for Tenakee Trail: Small cruiseship shorewalk (25).

> **Response:** This AVA site is located within Old Growth Habitat and Timber Production LUDs. The stated activity is generally allowable in both LUDs although the stated activity levels would exceed guidelines for all activities except day-boat docks in the Old Growth Habitat LUD.

## Yakutat area

**Comments:** The City of Yakutat asked that the Yakutat Forelands be managed for fish and wildlife, subsistence and scenic quality. Timber sales should not be permitted, except for small sales and personal use. They don't want even the possibility of future timber development, citing adverse effects to tourism and saying they've "had enough." The general area (especially near the Alsek River) should be preserved for its educational and recreation values (no more logging).
Off-road vehicle restrictions are needed to protect fragile areas. No timber harvest in VCU's 364 and 373. The Situk and Ahrnklin headwaters should be in Primitive Recreation. (NAS) (See also Wild and Scenic River comments.)

**Response:** Most National Forest lands in the Yakutat area, outside of Wilderness and Legislated LUD II, have been allocated to the Remote and Semi-remote Recreation LUD's, including all lands along or near the Alsek River. Pike Lakes and vicinity is proposed as a Special Interest Area (Pike Lakes Recreation Area). A few areas with suitable timber lands and roaded access (including VCU's 364 and 373) are in the Timber Production or Scenic Viewshed LUD's. No timber sales are scheduled for any of these areas during the next decade. All of the Situk River outside the Wilderness is in a Semi-remote LUD, as is most of the Ahrnklin. Portions of the Ahrnklin headwaters are in Scenic Viewshed or Timber Production: the Riparian standards and guidelines also apply to these portions. Off-road vehicle management is normally a Ranger District level responsibility.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development at Russell Fiord (SW corner) (access via roads and trails). Boardwalks, paths and trails (A & B)

**Appendix L**

**Response:** This AVA site appears to include Wilderness and Timber Production LUDs. The stated activities and activity levels are generally allowable in these LUDs.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development for the northwest coast of Yakutat: Hut to hut (25).

**Response:** This AVA site includes Old Growth Habitat, Scenic Viewshed and Semi-Remote Recreation LUDs. The stated activity is generally allowable in these LUDs although the stated activity level slightly exceeds guidelines for Old Growth Habitat and Semi-Remote Recreation LUDs.

**Comment:** The Alaska Visitor Association (AVA) in 1996 proposed the following development at Dangerous River Bridge, including the airstrip: Backcountry recreation lodge (100).

**Response:** This AVA site appears to be located within a Scenic Viewshed and/or Semi-Remote Recreation LUD. The stated activity and activity level is generally allowable, or allowable as an enclave, in either LUD.

# Wild and Scenic Rivers

Comments on rivers included here are general comments and "lists" without individual discussion. Comments on groups of rivers from 1996, however, are included in the Wild and Scenic Rivers section in the Resource/Issue comments summaries. Comments by individual river are included with the river descriptions in Appendix E.

**Comment:** Several commenters (including the Tongass Conservation Society) said they supported the Alternative A recommendations for rivers, or "all eligible rivers." A few supported the Alternative P recommendations, usually with additions (noted below).

No rivers should be recommended for inclusion in the National Wild and Scenic Rivers system. (AFA, AMA, SEA, STATE, others). (See Wild and Scenic Rivers comments in the Resource/Issue section for more discussion.)

No Tongass rivers qualify for inclusion in the National Wild and Scenic Rivers system. I support Alternative C for rivers. Also, over half the eligible rivers are in areas already protected by Congressional designations: there's no need for another designation, and the standards and guidelines will protect river values anyway.

**Response:** We believe the Wild and Scenic Rivers Act obligates us to examine the eligibility and suitability of rivers on the Tongass for their consideration as additions to the National Wild and Scenic Rivers System. Many view this as an opportunity to preserve rivers in their free-flowing condition, and highlight their outstandingly remarkable values. Others may view this as a constraint to future development opportunities, and federal interference. The revised Forest Plan recommends designation of 28 rivers with a total of 484 miles, as additions to the national system. These recommendation were made after careful consideration of the outstandingly remarkable values of each eligible river and the representation by geographic province, and opportunities which may be foreclosed or enhanced by designation. The 28 rivers provide representation within six of the seven Geographic Provinces in Southeast Alaska. We agree, the standards and guidelines maintain many of the river values, however designation will ensure maintaining the free-flowing character, and provide management to maintain specifically identified outstandingly remarkable features for each of the 28 rivers.

**L-290**

EXHIBIT 4
Page 76 of 78

**Appendix L**

**Comment:** The following rivers should be given the "fullest protection possible" as Wild and Scenic Rivers:

| | |
|---|---|
| Barnes Lake | Canoe Point Stream |
| Harris River | Honker Divide |
| Hunter Bay Lake and Stream | Salmon Bay and Lakes |
| Sarkar Lake and Stream | Shipley Creek |
| Soda Creek and Lake | Sweetwater Lake |
| Thorne River and Hatchery Creek | |

**Response:** Sarkar Lake and Streams, Thorne River and Hatchery Creek, and Salmon Bay Lake and Stream, are recommended in the revised Forest Plan as additions to the National Wild and Scenic Rivers System. Barnes and Sweetwater Lakes are included in the Thorne River and Hatchery Creek recommendation, as a Recreational classification, while most of the river is recommended as Scenic. This includes much of the area known as Honker Divide. Sarkar is recommended as a combination of Wild, Scenic, and Recreational classification, its highest level of eligibility. Salmon Bay Lake and Stream is recommended as a combination of Wild and Scenic classifications, its highest level of eligibility. Shipley Creek is within a legislated LUD II, and part of Hunter Bay Lakes and Streams is within a Wilderness. The remainder of Hunter Bay Lakes and Streams is within a Semi-remote Recreation land use designation thus primarily maintaining the area as a natural setting, unless minerals development should occur in the future. Soda Creek and Lake is within a Special Interest Area land use designation in the revised Forest Plan, which would likely maintain the river values. Harris River and Canoe Point Stream are in land use designations which permit timber harvest, and will be managed in accordance with Riparian Forest-wide standards and guidelines.

**Comment:** The following rivers should be included in the preferred as Wild Rivers:

| | |
|---|---|
| Castle River | Duncan Salt Chuck Creek |
| Fall Dog Creek | Kakoo Creek |
| Kashaks Creek and Lake | Kooshnie Hen Creek |
| Scenery Creek | Tootney Hen Creek |

**Response:** Fall Dog Creek, and most of Kah Sheets Creek and Lake, are included in the revised Forest Plan as Wild Rivers. A major tributary of Kah Sheets Creek is recommended as Scenic. The remaining rivers are considered, but others were recommended instead in the revised Forest Plan to represent the particular geographic province.

**Comment:** The Narrows Conservation Coalition supports all the river recommendation in Alternative A for the Stikine Area, with the exception that all 16 miles of the Harding River should have the Wild designation. Other Alternative A rivers supported by this group are: Chuck River, Kadashan River (but the major northwest tributary to the Kadashan should have been determined eligible), Salmon Bay Lake and Stream, and Sarkar Lakes.

**Response:** Of the 39 eligible rivers identified in Alternative A for the Stikine area, 13 are recommended for designation in the revised Forest Plan to represent their respective geographic provinces. Fifteen miles of the Harding River are included in this recommendation, as a Scenic River, to allow for future fish enhancements and possible transportation needs. The Kadashan River is recommended as Scenic in the preferred alternative as opposed to Wild in Alternative 1 (formerly A). We assume the major northwest tributary mentioned is Tonalite Creek, which was not found to possess any outstandingly remarkable feature thus was found not eligible. Salmon Bay Lake and Stream and Sarkar Lakes are also recommended for designation in the revised Forest Plan. The Chuck River was considered but was not recommended in the revised Forest Plan for designation.

EXHIBIT 4
77 of 78

**Appendix L**

**Comment:** Support Wild and Scenic status for: Naha, Stikine, Blossom, Blue, Chikamin, Essowah, Orchard, Sarkar, and Thorne rivers.

**Response:** The Naha, Blue, Chickamin, Sarkar, and Thorne Rivers are all recommended in the revised Forest Plan for Wild and Scenic Rivers designation. The others were not found suitable.

EXHIBIT 4
78 of 78