BRUCE M. LANDON
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Phone: (907) 271-5452
Facsimile: (907) 271-5827
Email: bruce.landon@usdoj.gov

Attorney for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>        Defendants. | Case No. 1:04-cv-0010 (JKS) |

(PROPOSED) ORDER REGARDING REMEDY

In *Natural Resources Defense Council v. United States Forest Service, (NRDC I)* 421 F.3d 797 (9th Cir. 2005), the Ninth Circuit found a number of defects in the Tongass Land Management Plan (TLMP) Final Environmental Impact Statement (FEIS) and Record of

1

Decision (ROD).  The Circuit remanded to this Court "to conduct such further proceedings as are appropriate, and consistent with this opinion, to address the scope of permanent injunctive relief."  *Id.* at 816 n.29.

This action is one of four actions pending in this Court alleging defects in the TLMP FEIS and ROD identical to those found by the Ninth Circuit in (*NRDC I*).  On April 17, 2006, federal defendants filed a stipulation.  With the exception of Fusion and Buckdance/Madder and the sales, against which plaintiffs sought no injunctive relief, federal defendants agreed in the stipulation not to offer for sale timber from the site-specific projects at issue in the four pending cases until well past the expected completion date of the new TLMP ROD in response to the Ninth Circuit's decision in *NRDC I*.  The stipulation obviates the need for any additional injunctive relief at this time.

Accordingly, the stipulation of federal defendants is hereby APPROVED.  The Forest Service shall not, until the earliest of January 1, 2008 or the date the Forest Service publishes a record of decision for the environmental impact statement prepared for the Tongass Land Management Plan in response to the decision in *Natural Resources Defense Council v. United States Forest Service*, 421 F.3d 797 (9th Cir. 2005) offer any contracts for timber sales or associated road construction pursuant to the following timber sale projects:

1. Sea Level (except for the Buckdance/Madder sale and associated road contracts),

2. Cholmondeley,

3. Finger Mountain,

4. Canal Hoya,

5. Crane and Rowan,

6. Madan,

7. Threemile

8. That portion of the Woodpecker Timber Sale Project that is the subject of the 2003 Record of Decision,

9. That portion of the Chasina Timber Sale Project not within the modified Fusion timber sale contract described in the Consent Decree filed July 26, 2004, in this action.

To the extent that plaintiffs' Motion for Equitable Relief Pending Revision of the Tongass Land Management Plan exceeds the restrictions contained in the federal defendants' stipulation as approved by the Court, that motion is DENIED. The denial is without prejudice to renewal if the federal defendants have not published a record of decision for the environmental impact statement being prepared for the Tongass Land Management Plan in response to the decision in *Natural Resources Defense Council v. United States Forest Service*, 421 F.3d 797 (9th Cir. 2005) by October 31, 2007.


DATED: _____   _____
                                         JAMES K. SINGLETON
                                         United States District Judge