Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. J04-010 CV (JKS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J04-010 CV (JKS)

Plaintiffs' seek an extension of time until May 15, 2006 to file a reply brief in support of their motion for equitable relief. The brief is currently due on May 3, 2006.

Defendants and Intervenor-Defendants do not oppose this motion.

Respectfully submitted this 28th day of April, 2006,

/s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Thomas Waldo, certify that on April 28, 2006, a true and correct copy of PLAINTIFFS' UNOPPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF was served electronically to Bruce M. Landon and Amy Gurton Mead, and by first-class mail to Steve Silver and Kevin Saxby.

/s/ Thomas S. Waldo
Thomas S. Waldo

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J04-010 CV (JKS)                1