IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

NATURAL RESOURCES DEFENSE COUNCIL,   )
SOUTHEAST ALASKA CONSERVATION   )
COUNCIL, SIERRA CLUB, THE WILDERNESS   )
SOCIETY, and CENTER FOR BIOLOGICAL   )
DIVERSITY,   )
  )
      Plaintiffs,   )
  )
      v.   )
  )   Case No. J04-010 CV (JKS)
UNITED STATES FOREST SERVICE; UNITED   )
STATES DEPARTMENT OF AGRICULTURE;   )
MARK REY, in his official capacity as Under   )
Secretary of Agriculture; DENNIS E. BSCHOR, in   )
his official capacity as Alaska Regional Forester; and   )
FORREST COLE, in his official capacity as Forest   )
Supervisor for the Tongass National Forest.   )
  )
      Defendants.   )
  )
  )

ORDER GRANTING EXTENSION OF TIME


Upon consideration of Plaintiffs' unopposed motion (Docket No. 69) for extension of

time to file a reply brief in support of their motion for equitable relief (Docket No. 53), it is

hereby ORDERED that the motion is GRANTED.  The reply brief is now due May 15, 2006.


DATED:___May 11, 2006_____          _____/s/James K. Singleton_____
                                      JAMES K. SINGLETON
                                      United States District Judge



Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J04-010 CV (JKS)