Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. J04-010 CV (JKS) |

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR EQUITABLE RELIEF**

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J04-010 CV (JKS)

In support of the motion for equitable relief (Docket No. 53), Plaintiffs Natural Resources Defense Council, et al., hereby incorporate by reference and attach as Exhibit B their reply in support of equitable relief filed in *Organized Village of Kake v. United States Forest Service*, No. J04-0029 CV (JKS).

Respectfully submitted this 15th day of May, 2006,

   /s/ Thomas S. Waldo

Thomas S. Waldo (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, Tom Waldo, certify that on May 15th, 2006, a true and correct copy of PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR EQUITABLE RELIEF, with accompanying documents, was served electronically to Bruce M. Landon, Amy Gurton Mead, and Steve Silver, and by first-class mail to Kevin Saxby.

  /s/ Thomas S. Waldo
Thomas S. Waldo

Natural Resources Defense Council, et al. v.
U.S. Forest Service, et al.
J04-010 CV (JKS)                    1