# Wildlife Research Final Report

# ABUNDANCE, PREY AVAILABILITY AND DIETS OF AMERICAN MARTENS: IMPLICATIONS FOR THE DESIGN OF OLD-GROWTH RESERVES IN SOUTHEAST ALASKA

Rodney W. Flynn, Thomas V. Schumacher, Merav Ben-David



Exhibit 91, page 1 of 12

# ABUNDANCE, PREY AVAILABILITY AND DIETS OF AMERICAN MARTENS: IMPLICATIONS FOR THE DESIGN OF OLD-GROWTH RESERVES IN SOUTHEAST ALASKA

**Rodney W. Flynn**

Alaska Department of Fish and Game, Division of Wildlife Conservation,
P. O. Box 240020, Douglas, AK 99824

**Thomas V. Schumacher**

Alaska Department of Fish and Game, Division of Wildlife Conservation,
P. O. Box 240020, Douglas, AK 99824

**Merav Ben-David**

Department of Zoology and Physiology, 3166, University of Wyoming, 1000 E. University Ave., Laramie, WY 82071

**Final Report**
U.S. Fish and Wildlife Service Grant
DCN 70181-1-G133


Alaska Department of Fish and Game

Southeast Regional Office
P.O. Box 240020
Douglas, Alaska
Tel: 907-465-4353

December 2004

iii

# Contents

ACKNOWLEDGEMENTS ......................................................................................................... ii
INTRODUCTION ..................................................................................................................... 1
STUDY AREAS ........................................................................................................................ 4
   General ................................................................................................................................ 4
   Specific Study Sites ........................................................................................................... 4
   Habitat Evaluation ............................................................................................................. 9
METHODS ............................................................................................................................... 10
   Marten Abundance and Density ...................................................................................... 10
   Landscape Habitat Analysis and Marten Abundance ..................................................... 12
   Small Mammal Abundance ............................................................................................. 12
   Marten Diets .................................................................................................................... 13
RESULTS ................................................................................................................................ 15
   Marten Abundance and Density ...................................................................................... 15
   Habitat Analysis and Marten Density ............................................................................. 19
   Small Mammal Abundance ............................................................................................. 19
   Marten Diets .................................................................................................................... 21
DISCUSSION .......................................................................................................................... 25
MANAGEMENT IMPLICATIONS ....................................................................................... 30
FUTURE DIRECTION ........................................................................................................... 31
LITERATURE CITED ............................................................................................................ 33
APPENDICES ......................................................................................................................... 40

*Abstract*: Under the Tongass Land Management Plan (TLMP), the U.S. Forest Service is required to leave old-growth reserves that will support viable American marten (*Martes americana*) populations. Specifically, TLMP states that large Old Growth Reserves (OGRs) should support a minimum of 25 female martens. We estimated marten densities at 8 sites throughout Southeast Alaska and projected the number of females in a 16,200 ha OGR. From September 2001 to December 2003, we captured 85 individual martens (50 M, 35 F) from 1–3 times in 8 study areas. Capture rates varied widely among areas with the highest capture rates on Chichagof Island and Thomas Bay, and the lowest capture rates at the Kuiu and Etolin Islands. Marten densities were lower than expected in most areas. Point estimates for numbers of females inhabiting a large OGR were less than the 25 assumed in TLMP at all study areas except Chichagof Island. Point estimates for Point Couverden and Thomas Bay were 19 and 15 females, respectively. Estimates for the remaining 5 study areas ranged from 4–10 females in a large OGR. Although estimates were relatively imprecise, 80% confidence limits included 25 females at only 3 study areas.

Studies of martens conducted on northeast Chichagof Island from 1991-1998 found that marten diets varied seasonally and annually, especially in response to small rodent numbers. On northeast Chichagof martens fed on voles during periods of high abundance, but switched to feed on seasonally available salmon (*Oncorhynchus* spp.) when vole numbers were low. Nonetheless,

on northeast Chichagof Island, the number of potential alternative mammalian foods for martens is relatively limited (i.e., long-tailed vole (*Microtus longicaudus*), Keen's mouse (*Peromyscus keeni*), and red squirrels (*Tamiasciurus hudsonicus*). In this study, we explored whether martens inhabiting geographic areas with higher diversity of potential foods such as other islands and mainland sites in the Alexander Archipelago would exhibit different dietary patterns. Using stable isotope analysis of blood samples taken from live-captured martens and muscle samples concurrently collected from trapped small mammals, we determined that the pattern observed on Chichagof Island applies to other locations in the Tongass. Our results suggested that marten populations on different islands in the Tongass National Forest rely heavily on long-tailed voles. Where vole numbers were low, salmon was the main source of food for martens during fall even in areas where prey diversity was higher than on Chichagof Island. The threshold of vole abundance at which martens switched to feed on salmon was about 1 vole per 100 trap-nights. Also, we determined that when vole numbers were low and both mice and salmon were available, martens fed on salmon. Nonetheless, the low densities of martens in our study areas that included salmon streams suggested that availability of alternative foods at other times of year such as ungulate carrion could also influence survival and reproduction in these carnivores.

Because the assumptions made in TLMP regarding the minimum number of females in OGRs may not be met in most areas, the efficacy of the conservation measures for martens in the Forest Plan needs additional consideration. For populations of martens where OGRs and lands in other non-development land use designations (LUDs) are unlikely to support a sufficient number of females and where further timber harvest is planned, additional conservation measures may be necessary. Increasing the size and proportion of higher quality habitat of OGRs would likely result in higher density of martens in individual OGRs. Because of the apparent importance of salmon as an alternate food in years of low vole abundance, the inclusion of salmon streams within OGRs may increase carrying capacity for martens. Therefore, the U.S. Forest Service should insure the inclusion of salmon-spawning streams in old-growth reserves. Finally, increased connectivity among OGRs would increase the likelihood that populations function as metapopulations and would be repopulated by immigration after local extinctions have occurred. On islands where marten numbers are low, allocating wider corridors between OGRs than required by TLMP may enhance dispersal and therefore viability of marten population. Also, roads through corridors may reduce their effectiveness because fur trappers often use roads to target animals. Finally altering harvest practices may improve the dispersal matrix and facilitate the existence of meta-populations. For example, yarding logs by helicopter would reduce the need to build roads, partial harvest instead of clearcutting could maintain higher habitat value for martens and voles, and clumping timber harvest would reduce the fragmentation of the remaining habitat.

**Key words:** abundance estimation, American marten, conservation strategy, diet relationships, *Martes americana*, old-growth reserves, small mammals, Southeast Alaska, stable isotope analysis, Tongass National Forest

## INTRODUCTION

The conservation strategy of the Tongass Land Management Plan (TLMP) emerged from the principles of metapopulation theory (U.S. Forest Service 1997). A metapopulation is defined as groups of conspecifics (or populations) that are distributed over patches of suitable habitat, spatially isolated by a matrix of unsuitable habitat, which could be crossed but could not support resident animals (McCullough 1996). A metapopulation may persist over time if extinctions of local populations are not synchronized, and extirpated areas can be recolonized from other adjacent populations (Hedrick 1996). Connectivity of suitable habitat patches is important for maintaining the viability of the metapopulation through dispersal (McCullough 1996).

Under the direction of metapopulation theory, the TLMP conservation strategy created a matrix of old-growth reserves (OGRs) of various sizes, shapes, and spacings (Fig. 1). Several species were identified as "design" species based on their dependency on forested habitats and the assumption that their preservation will also facilitate the long-term persistence of other species in the assemblage, including other terrestrial mammals and migratory birds (Buskirk 1992, Suring et al. 1993). Those species included, among others, the northern flying squirrel (*Glaucomys sabrinus*) as an indicator for small (< 4,047 ha) old-growth reserves, American martens (*Martes americana*) as an indicator of medium size reserves (4,047 – 16,200 ha), and wolves (*Canis lupus*) and bears (*Ursus* spp.) as indicators of large old-growth reserves (> 16,200 ha; U.S. Forest Service 1997). In developing the conservation strategy 2 assumptions were made: 1) OGRs will be sufficient to support well-distributed, viable



Figure 1. Our interpretation of the old-growth reserve system on central Prince of Wales Island based on an examination of the layout of lands in non-development Land Use Designations (LUDs) (U.S. Forest Service GIS database).

populations and 2) the harvested matrix will provide habitats that will allow for dispersal of individuals among the old-growth reserves. These assumptions, however, were not previously tested.

American martens were chosen as one of the design species in TLMP because they exhibit a consistent close association with mature forests throughout their distributional range (Snyder and Bissonette 1987, Buskirk 1992, Thompson and Curran 1995, Sturtevant et al. 1996). Mature, closed canopy stands confer thermoregulatory advantages that can enhance winter survival (Harlow 1994, Taylor and Buskirk 1996, Wilbert et al. 2000). In addition, the high structural complexity of old-growth forests

1

influences availability of den and resting sites, food availability, and foraging success (Buskirk and Ruggiero 1994, Sherburne and Bissonette 1994, Taylor and Buskirk 1994, Ben-David et al. 1997, Chapin et al. 1997, Ruggiero et al. 1998, Wilbert et al. 2000), as well as providing protection from predation (Hodgeman et al. 1997, Leiffers and Woodward 1997). Indeed, the strong association between *Martes* species and forested habitats can also be seen in the fossil record (Powell 1981, Clark et al. 1987, Graham and Graham 1994). In addition, marten pelts represent significant economic value to local residents, and thus have added significance for multiple use management of the Tongass National Forest (TNF).

Industrial forestry practices have resulted in fragmentation of mature forests throughout North America (Buskirk and Ruggiero 1994). Timber harvest of old growth high and low volume stands, particularly the clear-cutting method, detrimentally affects martens (Soutiere 1979, Buskirk and Ruggiero 1994, Thompson and Harestad 1994, Hargis et al. 1999). Previous studies have shown that martens avoided open areas that lack overhead cover (Buskirk and Powell 1994) and selected mature forest types over regenerating clear-cuts within their home ranges (Payer 1999). Also, forest fragmentation and the associated increase in second-growth stands on the landscape are associated with alterations in habitat selection by martens and reduced survivorship and reproduction (Thompson and Harestad 1994, Bissonette et al. 1997, Chapin et al 1998). Therefore, forest management activities on the TNF were expected to affect population abundance of these carnivores (Sidle and Suring 1986).

Densities of martens have been linked to availability of prey, primarily small mammals (Thompson and Colgan 1987). Kartashov (1989) demonstrated that in sables (*M. zibellina*) the percent of breeding females varies greatly among years. Thompson and Colgan (1987) as well as Strickland and Douglas (1987) observed lower ovulation rates in *M. americana* during years of low prey availability accompanied with declines in population numbers. Similarly, other studies identified small rodents as the most common prey in diets of martens (Buskirk and MacDonald 1984, Douglas et al. 1983, Martin 1987, 1994, Thompson and Colgan 1990). Based on these observations, the TLMP conservation strategy assumed that in years of low prey abundance 25 and 5 resident female martens would inhabit large ($\geq$ 16,200 ha) and medium ($\geq$ 4,047 ha) OGRs, respectively. These assumptions and relationships were based on the best information available at the time including a review of the current literature and preliminary information from a field study in progress on Chichagof Island (Suring et al. 1993). Subsequent studies (Flynn and Schumacher 2001) on Chichagof Island found lower marten abundance in years of high prey availability than those assumed in the Forest Plan for years of low prey availability (R. W. Flynn, unpublished data). Therefore, the old-growth reserve system, as currently designed, likely will support fewer martens than assumed in the TLMP. If fewer, those populations may not be viable in the long-term unless additional conservation measures are implemented.

Furthermore, TLMP assumed that marten abundance and population dynamics were similar across the TNF. Because the composition and relative abundance of small mammal communities in Southeast Alaska differs substantially by island (Table 1), food availability for insular marten populations likely differs as well. For example, northern flying squirrels occur on the mainland and many islands in southern Southeast, but not on the larger islands of northern Southeast. Red-backed voles

2

Table 1. Mammalian prey items potentially available to American martens at 8 locations in Southeast Alaska (X = present; - = absent). Species distributions are based on MacDonald and Cook (1996). Actual species abundances will vary by location. Ungulate density index is based on deer pellet-group counts and presence of moose.

| Location | Long-tailed voles | Tundra voles | Southern red-backed voles | Northern red-backed voles | Keen's mice | Northern flying squirrels | Red squirrels | Ungulate density index |
|---|---|---|---|---|---|---|---|---|
| Chichagof Is. | X | X | - | - | X | - | X | 1.00 |
| Etolin Is. | X | - | X | - | X | X | X | 0.30 |
| Kuiu Is. | X | - | - | - | X | - | X | 0.32 |
| Kupreanof Is. | X | - | - | - | X | - | X | 0.56 |
| Point Couverden | X | - | - | X | X | X | X | 0.21 |
| Prince of Wales Is. | X | - | - | - | X | X | - | 0.69 |
| Thomas Bay | X | - | X | - | X | X | X | 0.59 |
| Yakutat | X | X | - | X | X | - | X | 0.41 |

(*Clethrionomys* spp.) occur on much of the mainland and only a few islands in central Southeast. Both species may be important food items. Long-tailed voles (*Microtus longicaudus*; a principal food for martens on Chichagof Island) occur on most islands and the entire mainland, but their abundance appears to vary substantially, especially temporally. For example, long-tailed voles occur on Mitkof Island, but only 4 records exist in the University of Alaska Museum collection (MacDonald and Cook 1996). On northeast Chichagof Island, vole numbers fluctuated between 0.0 and 11.1 captures/100 trap nights from 1991-1998 (Flynn and Ben–David, *in prep*). Studies of diets of martens conducted on Chichagof Island from 1991-1998 found that marten diets varied seasonally and annually, and were correlated with numbers of small rodents (Ben-David et al. 1997). On Chichagof Island martens fed on long-tailed voles year round during periods of high abundance, but switched to feed on salmon (*Oncorhynchus* spp.) during the fall in years when vole numbers were low (Ben-David et al. 1997, Flynn and Ben-David, *in prep*). Although alternative foods existed, marten abundance and productivity were related to an index of abundance of long-tailed voles. Nonetheless, on Chichagof Island the number of potential foods for martens was relatively limited and the number of potential mammalian prey restricted to 3 species including long-tailed voles, Keen's mice (*Peromyscus keeni*), and red squirrels (*Tamiasciurus hudsonicus*). We assumed that geographic areas with higher diversity of potential foods, such as other islands and mainland sites in the Alexander Archipelago, would support more numerous and stable marten populations.

In this study, we tested the assumption of the TLMP conservation strategy that OGRs on different island and mainland sites will support viable marten populations. Specifically, we estimated the density of martens on 8 island and mainland sites across Southeast Alaska and compared these densities with those listed in the TLMP conservation strategy. Next, we evaluated abundance and diets of martens in relation to the abundance of small mammals in these 8 locations. We expected that on islands with more diverse or stable rodent numbers, marten densities would be greater and populations would fluctuate less. Also, we predicted that in locations with high diversity of small mammals, martens would switch to alternative mammalian prey when vole numbers were low. In contrast, in areas with low diversity of small mammals, we

3

predicted that martens would switch to feed on salmon when abundance of voles is low. Information from this study will be useful in evaluating the long-term viability of marten populations in the old-growth reserve system of the current Forest Plan.

## STUDY AREAS

### General

Southeast Alaska (Fig. 2) consists of rugged mountains, numerous islands, and conifer-dominated rain forest. Mountains rise from the sea to over 1,400 m. The maritime climate is cool, and moist throughout the year. In the Juneau area, the annual precipitation ranges from 135 cm at the airport to 236 cm at downtown. Heavy snow accumulations often occur during winter; higher elevations are snow-covered for 7 to 9 months of the year. The natural vegetation is dominated by temperate rain forest, one of the world's most limited ecosystems (Alaback 1988), interspersed with muskegs and alpine tundra. Because of the lack of frequent, large-scale, catastrophic natural disturbance, the rain forests of southeast Alaska are predominantly in an old-growth condition (Alaback and Juday 1989). Sitka spruce (*Picea sitchensis*) or western hemlock (*Tsuga heterophylla*) dominate the overstory of most plant associations on productive sites (Martin 1988, Alaback 1989, Samson et al. 1989). Poorly drained sites often contain mountain hemlock (*Tsuga mertensiana*), Alaska-yellow cedar (*Chamaecyparis nootkatensis*), or western red cedar (*Thuja plicata*). The understory, depending on site conditions, may be dominated by shrubs such as blueberry (*Vaccinium* sp.), rusty menziesia (*Menziesia ferruginea*), or devil's club (*Oplopanax horridum*). Bunchberry (*Cornus canadensis*), trailing raspberry (*Rubus pedatus*), and skunk cabbage (*Lysichitum americanum*) are common forbs.

In order to evaluate habitat composition, we used the timber type (TIMTYP) landcover map available from the U.S. Forest Service. Although developed for timber management purposes at a forest-wide scale (Caouette et al. 2000), this landcover map was the only digital database that encompassed all of our study areas. For this analysis, we used geographic information system (GIS) software to group land cover into 6 categories based on forest condition. Non-forest included alpine, shrub, muskeg, and estuary habitats. Clearcut habitat included those sites logged since 1970 because canopy closure by regenerating forest generally occurs at about 35 years after cutting (Alaback 1982). Scrub forest included unproductive, old-growth forest in volume class 3 (VC3). Volume class 4 (VC4) sites included all old-growth forest in VC4 only. Because we found little volume class 6 or 7 at most study areas or OGRs, we grouped all volume classes $\geq 5$ as volume class $5^+$ (VC5$^+$). Even-aged forest included stands originating from clearcuts prior to 1970, windthrow, or primary succession after deglaciation (i.e., Yakutat).

### Specific Study Sites

We selected 8 geographic areas located across southeast Alaska for study based on geographic distribution, species assemblages and accessibility (Fig. 2). The selected areas represented distinct assemblages of potential marten prey species. Mammal species considered included Keen's mice, long-tailed voles, northern red-backed voles (*Clethrionomys rutilus*), southern red-backed voles (*C. gapperi*), red squirrels, northern flying squirrels, shrews (*Sorex* sp.), and Sitka black-tailed deer (*Odocoileus hemionus sitkensis* (Table 1, Fig. 3). Moose (*Alces alces*) were present in a few areas, notably Thomas Bay and Yakutat. We based mammal distributions on MacDonald and Cook (1996), but had no prior data on

4

## MANAGEMENT IMPLICATIONS

In Southeast Alaska, populations of martens on islands and areas of the mainland, isolated by glaciers and major rivers, are demographically independent because martens generally do not cross water barriers (Buskirk and Ruggiero 1994). These populations also show genetic isolation (Stone et al. 2002, Small et al. 2003). Because the demographic characteristics of populations of martens appeared related to the abundance of prey (Thompson and Colgan 1987, this study) and because assemblages and abundances of potential prey differ by island (MacDonald and Cook 1996, this study) and through time (Flynn and Schumacher 2001), conservation measures for martens should be tailored to specific populations, not for the TNF as a whole.

Our findings indicated that on most study areas, even in years of high abundance of long-tailed voles, large OGRs would likely not support the 25 female martens assumed in TLMP (U.S. Forest Service 1997). Therefore, for populations of particular concern, it will be important to understand the range of these fluctuations when developing future conservation plans. The conservation strategy in TLMP recognized the importance of managing for periodic lows in marten populations. Nonetheless, until more information becomes available on the nature of these fluctuations in different parts of the TNF, such conservation plans will be deficient. Although our study captured some of the spatial and temporal variation in marten densities in the Alexander Archipelago, we only visited sites in 1 – 3 consecutive years, and therefore did not capture the full range of fluctuations in marten population. In addition, whether 25 resident females are required or sufficient for the maintenance of viable populations in OGRs as well as to ensure the persistence of metapopulations remains unclear.

Our findings also suggested that the habitat suitability model used to evaluate the effects of timber management on martens probably overestimates the number of martens. The current model, developed over a decade ago from data collected on Chichagof Island, assigns densities of martens to habitat types based only on vegetative features and does not take into account the differing assemblages and abundances of prey found throughout the TNF. Our data illustrates the need to include information on the dynamics of prey populations, especially long-tailed voles, and the distribution of salmon streams on the landscape in future improvements of this habitat suitability model.

Based on our findings, the efficacy of the conservation measures for martens in the Forest Plan will require additional consideration. For populations of martens where OGRs and lands in other non-development LUDs are unlikely to support a sufficient number of females and where further timber harvest is planned, additional conservation measures may be necessary. We suggest that an increase of the size and proportion of higher quality habitat of OGRs would likely result in increase in the number of martens in individual OGRs. As an initial step in re-evaluating the conservation strategy for martens on the TNF, we recommend mapping all large and medium OGRs, determining their size and forest composition, and applying marten density estimates for locations with available data. Many planned large OGRs will likely be larger than the minimum size of 16,200 ha. Therefore, even with low densities, larger than required OGRs may support the minimum number of female martens. Because of the apparent importance of salmon as an alternate food in years of low vole abundance (Ben-David et al. 1997, this study), the inclusion of salmon streams

within OGRs may also increase carrying capacity for martens.

Finally, increased connectivity among OGRs would increase the likelihood that populations will function as metapopulations and OGRs would be repopulated by immigration after local extinctions have occurred. Little information exists on the proper design of corridors or their use by martens. However, we suspect that wider forested corridors would be more likely used by martens for dispersal. On islands where marten numbers are low, designating wider corridors between OGRs than required by TLMP may enhance viability of the population. Also, roads through corridors may reduce their effectiveness because fur trappers often use them.

Management of matrix lands may hold the greatest potential for enhancing conservation of martens. On a forest-wide basis, about 57% of the timber production land is unsuitable for harvest (U.S. Forest Service 1997). Mapping the distribution and vegetative cover of these lands would be an initial step in providing information about potential habitat for populations of martens when TLMP is fully implemented. For populations where marten numbers are low and planned logging will threaten viability, several changes to forest management could minimize the effects of logging. Yarding logs by helicopter would reduce the need to build roads and thereby maintain refugia from fur trapping. Using partial harvest instead of clearcutting could also maintain habitat value for martens while allowing some timber harvest. To most benefit martens, the goal of partial harvesting should be to maintain productivity for small mammals, especially voles, within harvested stands. To do this the productivity of plants beneath the forest canopy must be maintained as a food source for small mammals. On study plots throughout Southeast Alaska, Deal (2001) found that partial harvesting prescriptions retaining >50% of the basal area of a stand including trees in all size classes prevented establishment of a new tree cohort and retained understory plant communities similar to old-growth forest. Widespread use of partial harvesting prescriptions instead of clearcutting on lands managed for timber production could significantly enhance conservation of martens. Finally, because unfragmented forest supports the highest densities of martens (Snyder and Bissonette 1987, Chapin et al. 1997, 1998, Hargis and Bissonette 1997, Potvin et al. 2000), we recommend clumping timber harvest to maintain the largest possible blocks of uncut forest.

## FUTURE DIRECTION

The past 3 years of research has documented that densities of most marten populations in the TNF were lower than assumed in the TLMP conservation strategy for this design species. Our data indicated that by consuming seasonally available salmon, martens in areas where voles are scarce could maintain body condition similar to martens in areas with abundant voles. However, the low densities of martens in these areas suggest that availability of food at other times of year could affect the dynamics of these populations through survival and reproduction. Therefore, understanding the relation between diet, body condition, reproduction and survival in martens in relation to the availability of small mammal and other prey at other times of the year may provide insight into the frequency and amplitude of fluctuations in the marten numbers.

Because of the high spatial and temporal variability in marten densities that we found across the TNF, more study sites should be sampled in the future to better clarify the effects of habitat and diversity of prey

assemblages on marten population dynamics. Two large islands in northern Southeast (Admiralty and Baranof islands) should be surveyed to increase samples sizes for islands with relatively simple prey fauna. These islands are inhabited by other vole species, i.e. tundra (*Microtus oeconomus*) and meadow voles (*Microtus pennsylvanicus*). ADFG fur sealing records indicate that martens may reach similar densities on northern Baranof Island as they occur on Chichagof Island, suggesting that these voles may function like long-tailed voles. Also, ADFG deer pellet-group survey data indicates that northern Baranof and Admiralty islands support densities of deer similar to Chichagof Island. Abundances of tundra vole populations and their contribution to marten diets have not been studied. Admiralty Island, where martens appear less abundant than on Chichagof or Baranof Islands, also supports high numbers of deer, but is populated by meadow voles. These islands are in close proximity, have similar topography, and aside from species of voles, support similar assemblages of prey species. An investigation of marten abundance, diets, and prey availability on these islands would enhance our understanding of the relative value of the 3 species of voles for martens. Also, the Southeast Mainland showed large variability in marten numbers, suggesting that expansion of sampling is also merited there.

On Chichagof Island during the 1990's, populations of small mammals and martens peaked at about 6-year intervals. On other island and mainland sites, small mammals and thus martens may fluctuate at different intervals. Additional years of data in each study area would allow better estimates of the range of temporal fluctuations in marten densities.

Because marten densities were best predicted by catch rates of long-tailed vole and Keen's mice along with ungulate abundance, surveys of these species would provide useful information on the likely status of marten populations. Long-tailed voles might be considered a keystone species (Simberloff 1998) because of their influence on other species, particular small predators. For areas with significant future timber harvest planned, monitoring of small mammals would provide insight into possible marten population status and trends. Generally, the abundance of small mammals is easier to estimate than other mammals, but more research into cost-effective sampling approaches would be important. Our small mammal sampling effort was quite modest, but still provided useful results. In addition, the effects of partial harvesting, which may cause little change to the understory vegetation compared to unharvested stands (Deal 2001), on small mammal communities merits further investigation.

Finally, if OGRs do not support the minimum number of females as stated in TLMP, unrestricted movement among OGRs may ameliorate the effects of local extirpation. Marten populations in harvested landscapes probably behave as metapopulations where individuals disperse among adjacent reserves. Such dispersal through connecting corridors would maintain gene flow, ensure maintenance of genetic variability, and reduce the risk of local extinction. The ability of martens to disperse across open spaces, however, is unclear. Future work should concentrate on estimating dispersal rates of martens through the harvested matrix. In such studies, martens could be tagged and their movements monitored to study dispersal. Alternately or in conjunction, DNA analysis could be used to explore dispersal patterns in relation to fragmented landscapes by evaluating gene flow, number of migrant per generation, as well as dispersal distances with assignment tests (Cornuet et al. 1999,

Blundell et al. 2002). This investigation of dispersal and gene flow in populations of martens would also allow for the determination of corridor characteristics necessary for maintaining connectivity of marten populations.

## LITERATURE CITED

ALABACK, P. B. 1982. Dynamics of understory biomass in Sitka spruce-western hemlock forests of southeast Alaska. Ecology 63:1932-1948

_____. 1988. Endless battles, verdant survivors. Natural History 97:45-48.

_____, AND G. P JUDAY. 1989. Structure and composition of low elevation old-growth forests in research natural areas of southeast Alaska. Natural Areas Journal 9:27-39.

BEN-DAVID, M. 1996. Seasonal diets of mink and martens: effects of spatial and temporal changes in resource abundance. Ph.D. Dissertation, University of Alaska Fairbanks. Fairbanks.

_____, 1997. Diet analysis of northern goshawks using stable isotope ratios. Pages 17-23 in K. Titus, C. Flatten, and R. Lowell, eds. Goshawk ecology and habitat relationships on the Tongass National Forest. Federal Aid in Wildlife Restoration Progress Report, Study SE-4-2. Alaska Department of Fish and Game, Douglas.

_____, D. M. SCHELL, AND R. W. FLYNN. 1997. Annual and seasonal changes in diets of martens: evidence from stable isotope analysis. Oecologia 111:280-291.

_____, R. T. BOWYER, L. K. DUFFY, D. ROBY, AND D. M. SCHELL. 1998a. Social behavior and ecosystem processes: river otter latrines and nutrient dynamics of terrestrial vegetation. Ecology 79:2567-2571.

_____, T. A. HANLEY, AND D. M. SCHELL. 1998b. Fertilization of terrestrial vegetation by spawning Pacific salmon: the role of flooding and predator activity. Oikos 83:47-55.

_____, AND SCHELL, D. M. 2001. Mixing models in analyses of diet using multiple stable isotopes: a response. Oecologia 127:180-184.

_____, E. SHOCHAT, AND L. ADAMS. 2001. Utility of stable isotope analysis in studying foraging ecology of herbivores: examples from moose and caribou. Alces 37: 421-434.

BISSONETTE, J. A., D. J. HARRISON, C .D. HARGIS, AND T. G. CHAPIN. 1997. The influence of spatial scale and scale-sensitive properties on habitat selection by American marten. Pages 368-385 in J. A. Bissonette, ed. Wildlife and Landscape Ecology. Springer-Verlag, New York, New York, USA.

BLUNDELL, G. M., M. BEN-DAVID, P. GROVES, R. T. BOWYER, AND E. GEFFEN. 2002. Characteristics of sex-biased dispersal and gene flow in coastal river otters: implications for natural recolonization of extirpated populations. Molecular Ecology 11:289-303.

BURT, W. H., AND R. P. GROSSENHEIDER. 1976. A field guide to the mammals of North America. Houghton Mifflin Company. Boston, Massachusetts, USA.

BUSKIRK, S. W. 1992. Conserving circumboreal forests for martens and fishers. Conservation Biology 6:318-320.

33

OMB APPROVAL NO. 2700-0042

| SOLICITATION, OFFER, AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. R10-05-033 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 4 May 2005 | PAGE OF PAGES 1 |
|---|---|---|---|---|

**IMPORTANT** - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY   CODE   | 8. ADDRESS OFFER TO |
|---|---|
| USDA Forest Service R10 Regional Office 709 W. 9th PO Box 21628 Juneau, AK 99802-1628 | **Tongass National Forest Federal Building – 648 Mission Street Ketchikan, AK 99901** |

| 9. FOR INFORMATION CALL: | A. NAME Caroline Wallace | B. TELEPHONE NO. *(Include area code)* **(NO COLLECT CALLS)** 907-586-7912 or cwallace@fs.fed.us |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

**Upper Carroll Road Project**

**Price Range**

The Government's estimate is between $1,000,000 and $5,000,000.

11. The Contractor shall begin performance within <u>10</u> calendar days and complete it within <u>703</u> calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. *(See _____.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* ☒ YES   ☐ NO | 12B. CALENDAR DAYS 15 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and <u>001</u> copies to perform the work required are due at the place specified in Item 8 by **1400** *(hour)* local time **3 Jun 2005** *(date)*. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee   ☒ is,   ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than <u>60</u> calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212 Computer Generated | 1442-101 | **STANDARD FORM 1442** (REV. 4-85) Prescribed by GSA FAR (48 CFR) 53.236-1(e) |
|---|---|---|

**Exhibit 92, page 1 of 3**

| ADDENDA SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | | PAGE | OF |
| PROJECT NAME | R10-05- | Updated Thru FAC 27 | 28 | 51 |

Case 1:04-cv-00010-JKS   Document 71-7   Filed 05/15/2006   Page 14 of 20

| | |
|---|---|
| 52.222-37 | Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and other Eligible Veterans (DEC 2001) |
| 52.222-39 | Notification of Employee Rights Concerning Payments of Union Dues and Fees (DEC 2004) |
| 52.223-6 | Drug-Free Workplace (MAY 2001) |
| 52.223-14 | Toxic Chemical Release Reporting (AUG 2003) |
| 52.225-13 | Restrictions on Certain Foreign Purchases (DEC 2003) |
| 52.227-1 | Authorization and Consent (JUL 1995) |
| 52.227-2 | Notice and Assistance Regarding Patent and Copyright Infringement (AUG 1996) |
| 52.227-4 | Patent Indemnity -- Construction Contracts (APR 1984) |
| 52.228-2 | Additional Bond Security (OCT 1997) |
| 52.228-11 | Pledges of Assets (FEB 1992) |
| 52.228-12 | Prospective Subcontractor Requests for Bonds (OCT 1995) |
| 52.228-14 | Irrevocable Letter of Credit (DEC 1999) |
| 52.228-15 | Performance and Payment Bonds – Construction (JUL 2000) |
| 52.229-3 | Federal, State, and Local Taxes (APR 2003) |
| 52.232-5 | Payments Under Fixed-Price Construction Contracts (SEP 2002) |
| 52.232-9 | Limitation on Withholding of Payments (APR 1984) |
| 52.232-17 | Interest (JUN 1996) |
| 52.232-23 | Assignment of Claims (JAN 1986) |
| 52.232-27 | Prompt Payment for Construction Contracts (OCT 2003) |
| 52.232-33 | Payment by Electronic Funds Transfer – Central Contractor Registration (OCT 2003) |
| 52.233-1 | Disputes (JULY 2002) |
| 52.233-3 | Protest After Award (AUG 1996) |
| 52.236-2 | Differing Site Conditions (APR 1984) |
| 52.236-3 | Site Investigation and Conditions Affecting the Work (APR 1984) |
| 52.236-5 | Material and Workmanship (APR 1984) |
| 52.236-6 | Superintendence by The Contractor (APR 1984) |
| 52.236-7 | Permits and Responsibilities (NOV 1991) |
| 52.236-8 | Other Contracts (APR 1984) |
| 52.236-9 | Protection of Existing Vegetation, Structures, Equipment, Utilities, and Improvements (APR 1984) |
| 52.236-10 | Operations and Storage Areas (APR 1984) |
| 52.236-11 | Use and Possession Prior to Completion (APR 1984) |
| 52.236-12 | Cleaning Up (APR 1984) |
| 52.236-13 | Accident Prevention (NOV 1991) |
| 52.236-15 | Schedules for Construction Contracts (APR 1984) |
| 52.236-17 | Layout of Work (APR 1984) |
| 52.236-21 | Specifications and Drawings for Construction (FEB 1997) |
| 52.236-26 | Preconstruction Conference (FEB 1995) |
| 52.242-13 | Bankruptcy (JUL 1995) |
| 52.243-4 | Changes (AUG 1987) |
| 52.245-1 | Property Records (APR 1984) |
| 52.245-2 | Government Property (Fixed-Price Contracts) (MAY 2004) |
| 52.246-21 | Warranty of Construction (MAR 1994) Alternate I (APR 1984) |
| 52.248-3 | Value Engineering -- Construction (FEB 2000) |
| ==52.249-2== | ==Termination for Convenience of the Government (MAY 2004)--Alternate I (SEP 1996)== |
| 52.249-10 | Default (Fixed-Price Construction) (APR 1984) |
| 52.253-1 | Computer Generated Forms (JAN 1991) |

**Exhibit 92, page 2 of 3**

**52.249-2  Termination for Convenience of the Government (Fixed-Price).**

*Alternate I (Sept 1996).* If the contract is for construction, substitute the following paragraph (g) for paragraph (g) of the basic clause:

   (g) If the Contractor and Contracting Officer fail to agree on the whole amount to be paid the Contractor because of the termination of work, the Contracting Officer shall pay the Contractor the amounts determined as follows, but without duplication of any amounts agreed upon under paragraph (f) of this clause:
      (1) For contract work performed before the effective date of termination, the total (without duplication of any items) of—
         (i) The cost of this work;
         (ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subdivision (g)(1)(i) of this clause; and
         (iii) A sum, as profit on subdivision (g)(1)(i) of this clause, determined by the Contracting Officer under 49.202 of the Federal Acquisition Regulation, in effect on the date of this contract, to be fair and reasonable; however, if it appears that the Contractor would have sustained a loss on the entire contract had it been completed, the Contracting Officer shall allow no profit under this subdivision (g)(1)(iii) and shall reduce the settlement to reflect the indicated rate of loss.
      (2) The reasonable costs of settlement of the work terminated, including—
         (i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;
         (ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and
         (iii) Storage, transportation, and other costs incurred, reasonably necessary for the preservation, protection, or disposition of the termination inventory.

**Exhibit 92, page 3 of 3**

| Sale Name | Bid Status | District Name | MBF Volume | Adv Date | Bidder Name | Bid Value | Rk |
|---|---|---|---|---|---|---|---|
| | | Tongass NF Bidders & Buyers FY04 & FY05 | | | | | |
| Lucky Logger | Valid Bids | Thorne Bay | 491.62 | 10/1/2003 | Viking Lumber Company | $4,074.00 | 1 |
| Flora's Folly | Valid Bids | Yakutat | 192.39 | 10/16/2003 | T & T Lumber Harold Robbi | $1,901.00 | 1 |
| Situk Blowdown Re-Offer | Valid Bids | Yakutat | 22194.73 | 10/17/2003 | Alcan Forest Products, LLC | $378,544.00 | 1 |
| Election Special Salvage | Valid Bids | Thorne Bay | 56.17 | 12/1/2003 | Ronger E Grant | $403.00 | 1 |
| Election Special Salvage | Valid Bids | Thorne Bay | 56.17 | 12/1/2003 | Ralph Porter, Porter Lumb | $213.00 | 2 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | Ralph Porter, Porter Lumb | $4,785.00 | 1 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | James Harrison | $4,059.00 | 2 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | 3-D Logging | $3,056.00 | 3 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | Ronger E Grant | $2,509.00 | 4 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | Red Esslinger Mountain Ma | $1,720.00 | 5 |
| Stromboli Special Salvage | Valid Bids | Thorne Bay | 73.16 | 12/1/2003 | Keith Landers H & L Salva | $552.00 | 6 |
| Cabin Fever | Valid Bids | Thorne Bay | 27.88 | 12/3/2003 | Pat Richter Csl Farm And | $377.00 | 1 |
| Microsale #68 | Valid Bids | Thorne Bay | 8.62 | 12/8/2003 | Brent Cole | $1,240.00 | 1 |
| Microsale #70 | Valid Bids | Thorne Bay | 2.72 | 12/8/2003 | Hummer Enterprise Richard | $414.00 | 1 |
| Microsale #71 | Valid Bids | Thorne Bay | 9.43 | 1/8/2004 | Ralph Porter, Porter Lumb | $904.00 | 1 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | H & L Salvage, Inc. | $5,749.00 | 1 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | Jack Harrison | $4,814.00 | 2 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | Ronger E Grant | $4,804.00 | 3 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | Ralph Porter, Porter Lumb | $4,180.00 | 4 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | 3-D Logging | $3,104.00 | 5 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | Red Esslinger Mountain Ma | $2,816.00 | 6 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | W R Jones & Sons Lumber | $2,251.00 | 7 |
| Rocky Ratz Special Salvage | Valid Bids | Thorne Bay | 41.62 | 2/14/2004 | Brent Cole | $530.00 | 8 |
| Green's Creek Settlement | Valid Bids | Admiralty | 29.23 | 3/26/2004 | Kennecott Green's Creek M | $116.00 | 1 |
| Surku Swing Salvage | Valid Bids | Thorne Bay | 314.68 | 4/3/2004 | Dean Blankenship North St | $17,570.00 | 1 |
| Thorne Island | Valid Bids | Thorne Bay | 1906.23 | 4/3/2004 | Viking Lumber Company | $47,282.00 | 1 |
| Microsale 72 | Valid Bids | Thorne Bay | 14.35 | 4/5/2004 | Hummer Enterprise Richard | $1,687.00 | 1 |
| Prime Special Salvage | Valid Bids | Thorne Bay | 139.57 | 4/7/2004 | Jack Harrison | $14,146.00 | 1 |
| Prime Special Salvage | Valid Bids | Thorne Bay | 139.57 | 4/7/2004 | H & L Salvage, Inc. | $11,275.00 | 2 |
| Prime Special Salvage | Valid Bids | Thorne Bay | 139.57 | 4/7/2004 | Alpine Forest Products | $1,772.00 | 3 |
| Prime Special Salvage | Valid Bids | Thorne Bay | 139.57 | 4/7/2004 | Dean Blankenship North St | $1,666.00 | 4 |
| Prime Special Salvage | Valid Bids | Thorne Bay | 139.57 | 4/7/2004 | Ralph Porter, Porter Lumb | $1,570.00 | 5 |
| Yatuk Creek Salvage | Valid Bids | Thorne Bay | 272.7 | 4/14/2004 | Ralph Porter, Porter Lumb | $4,833.00 | 1 |
| Yatuk Creek Salvage | Valid Bids | Thorne Bay | 272.7 | 4/14/2004 | James Harrison | $1,907.00 | 2 |
| Micro Sale #13 | Valid Bids | Craig | 11.26 | 4/21/2004 | Red Esslinger Mountain Ma | $825.00 | 1 |
| Orion North | Valid Bids | Ketchikan | 8374.73 | 4/23/2004 | Pacific Log & Lumber Ltd. | $81,128.00 | 1 |
| Mop Point Administrative | Valid Bids | Ketchikan | 2660.1 | 4/26/2004 | Pacific Log & Lumber Ltd. | $22,393.00 | 1 |
| Micro Sale # 2 | Valid Bids | Craig | 10.01 | 5/13/2004 | H & L Salvage, Inc. | $1,064.00 | 1 |
| Microsale # 77 | Valid Bids | Thorne Bay | 11.07 | 6/9/2004 | William Kaufman Murwood | $1,302.00 | 1 |
| Microsale #78 | Valid Bids | Thorne Bay | 2.87 | 6/9/2004 | Jerry Baker Weird Alaska | $337.00 | 1 |
| Microsale #79 | Valid Bids | Thorne Bay | 4.1 | 6/15/2004 | William Thomason Wood Cut | $1,655.00 | 1 |
| Microsale #80 | Valid Bids | Thorne Bay | 1.23 | 7/6/2004 | Harold A Rhodes | $145.00 | 1 |

Page 1

**Exhibit 93, page 1 of 5**

Tongass NF Bidders & Buyers FY04 & FY05

| Sale Name | Bid Status | District Name | MBF Volume | Adv Date | Bidder Name | Bid Value | Rk |
|---|---|---|---|---|---|---|---|
| Finger Point | Valid Bids | Petersburg | 10311.04 | 7/20/2004 | Viking Lumber Company | $73,926.00 | 1 |
| Microsale #83 | Valid Bids | Thorne Bay | 5.74 | 7/21/2004 | Pete Smith | $1,731.00 | 1 |
| Microsale #74 | Valid Bids | Thorne Bay | 5.33 | 7/22/2004 | Ralph Porter, Porter Lumb | $622.00 | 1 |
| Microsale #81 | Valid Bids | Thorne Bay | 4.1 | 8/3/2004 | Hummer Enterprise Richard | $482.00 | 1 |
| Licking Creek | Valid Bids | Ketchikan | 15278.77 | 8/9/2004 | Pacific Log & Lumber Ltd. | $70,349.00 | 1 |
| Microsale 85 | Valid Bids | Thorne Bay | 4.51 | 8/17/2004 | Harold A Rhodes | $530.00 | 1 |
| Beaver Pond | Valid Bids | Hoonah | 189.76 | 8/20/2004 | Dan Fanning D & L Woodwor | $17,037.00 | 1 |
| Beaver Pond | Valid Bids | Hoonah | 189.76 | 8/20/2004 | Icy Straits Lumber & Mill | $9,086.00 | 2 |
| Upside | Valid Bids | Hoonah | 237.56 | 8/20/2004 | Icy Straits Lumber & Mill | $27,233.00 | 1 |
| Upside | Valid Bids | Hoonah | 237.56 | 8/20/2004 | Dan Fanning D & L Woodwor | $10,041.00 | 2 |
| KGCMC - Intertie Settlement | Valid Bids | Juneau | 42.76 | 8/30/2004 | Kwaan Electric Transmissi | $257.00 | 1 |
| Microsale # 84 | Valid Bids | Thorne Bay | 8.2 | 8/30/2004 | William Kaufman Murwood | $964.00 | 1 |
| Micro Sale # 17 | Valid Bids | Craig | 22.55 | 9/2/2004 | Norsemen Wood Products | $2,652.00 | 1 |
| Micro Sale # 15 | Valid Bids | Craig | 6.97 | 9/15/2004 | H & L Salvage, Inc. | $777.00 | 1 |
| Microsale # 73 | Valid Bids | Thorne Bay | 13.12 | 9/23/2004 | Hummer Enterprise Richard | $1,543.00 | 1 |
| Microsale # 89 | Valid Bids | Thorne Bay | 7.79 | 9/24/2004 | Glenn Keller Bear Valley | $898.00 | 1 |
| Midway Reoffer Ii | Valid Bids | Hoonah | 8222.44 | 9/27/2004 | Icy Straits Lumber & Mill | $53,050.00 | 1 |
| Microsale # 90 | Valid Bids | Thorne Bay | 17.63 | 9/28/2004 | Harold A Rhodes | $2,073.00 | 1 |
| Kogish Shinaku II | Valid Bids | Thorne Bay | 8025.96 | 9/30/2004 | Viking Lumber Company | $130,000.00 | 1 |
| Micro Sale #12 | Valid Bids | Craig | 1.53 | 9/30/2004 | Raymond Clavel, Rehoboth | $141.00 | 1 |
| Microsale # 86 | Valid Bids | Thorne Bay | 4.92 | 10/21/2004 | Ernie Eads | $2,864.00 | 1 |
| Microsale # 92 | Valid Bids | Thorne Bay | 3.28 | 12/6/2004 | Jerry Baker Weird Alaska | $386.00 | 1 |
| Microsale # 91 | Valid Bids | Thorne Bay | 1.64 | 10/26/2004 | Scott Arrington | $193.00 | 1 |
| Micro Sale # 94 | Valid Bids | Thorne Bay | 4.1 | 12/9/2004 | Steve Johnson | $482.00 | 1 |
| Microsale # 87 | Valid Bids | Thorne Bay | 25.01 | 11/18/2004 | Brent Cole | $2,911.00 | 1 |
| Micro Sale # 95 | Valid Bids | Thorne Bay | 5.33 | 12/9/2004 | Scott Arrington | $378.00 | 1 |
| Microsale # 93 | Valid Bids | Thorne Bay | 5.33 | 11/18/2004 | William Kaufman Murwood | $627.00 | 1 |
| Greens Creek Sand Pit | Valid Bids | Juneau | 13.03 | 11/19/2004 | Kennecott Green's Creek M | $52.00 | 1 |
| Micro Sale #11 | Valid Bids | Craig | 2.47 | 12/16/2004 | Larry Trumble | $264.00 | 1 |
| Micro Sale #9 | Valid Bids | Craig | 0.89 | 12/16/2004 | Fred Ensign Windy Point S | $117.00 | 1 |
| Micro Sale # 98 | Valid Bids | Thorne Bay | 5.33 | 1/4/2005 | Steve Johnson | $441.00 | 1 |
| Cascade Point ROW Settlement | Valid Bids | Juneau | 634.56 | 1/31/2005 | Dept. Of Transoration & | $3,287.00 | 1 |
| Micro Sale #82 | Valid Bids | Thorne Bay | 22.96 | 1/31/2005 | Steve Johnson | $1,898.00 | 1 |
| Flyboy Salvage | Valid Bids | Thorne Bay | 10.66 | 2/8/2005 | Harold A Rhodes | $3,000.00 | 1 |
| Flyboy Salvage | Valid Bids | Thorne Bay | 10.66 | 2/8/2005 | Steve Johnson | $1,560.00 | 2 |
| Micro Sale #97 | Valid Bids | Thorne Bay | 23.37 | 2/9/2005 | Scott Arrington | $1,932.00 | 1 |
| Micro Sale #18 | Valid Bids | Craig | 0.35 | 3/17/2005 | Larry Trumble | $38.00 | 1 |
| Microsale #88 | Valid Bids | Thorne Bay | 2.05 | 3/22/2005 | William Kaufman Murwood | $170.00 | 1 |
| Coyak Salvage | Valid Bids | Yakutat | 7958.53 | 4/13/2005 | Alcan Forest Products, Ll | $94,109.00 | 1 |
| Microsale # 102 | Valid Bids | Thorne Bay | 21.73 | 4/15/2005 | Red Esslinger Mountain Ma | $1,598.00 | 1 |
| Microsale # 99 | Valid Bids | Thorne Bay | 4.1 | 4/15/2005 | William Kaufman Murwood | $339.00 | 1 |
| Microsale #101 | Valid Bids | Thorne Bay | 18.86 | 4/15/2005 | Steve Johnson | $1,559.00 | 1 |

**Exhibit 93, page 2 of 5**

| Sale Name | Bid Status | District Name | MBF Volume | Adv Date | Bidder Name | Bid Value | Rk |
|---|---|---|---|---|---|---|---|
| | | Tongass NF Bidders & Buyers FY04 & FY05 | | | | | |
| Woodchine Re-Sale | Valid Bids | Petersburg | 41.31 | 4/26/2005 | Se Alaska Wood Products | $515.00 | 1 |
| Microsale # 104 | Valid Bids | Thorne Bay | 2.05 | 5/2/2005 | Larry Trumble | $170.00 | 1 |
| Shady | Valid Bids | Wrangell | 4091.34 | 5/3/2005 | Se Alaska Wood Products | $27,841.00 | 1 |
| Microsale # 103 | Valid Bids | Thorne Bay | 8.61 | 5/12/2005 | Scott Arrington | $680.00 | 1 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | Mel Cook | $6,232.00 | 1 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | Ralph Porter, Porter Lumb | $4,798.00 | 2 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | H & L Salvage, Inc. | $3,497.00 | 3 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | Thorne Bay Wood Products | $2,718.00 | 4 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | William Thomason Wood Cut | $2,523.00 | 5 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | W R Jones & Sons Lumber | $1,671.00 | 6 |
| Angel | Valid Bids | Thorne Bay | 101.15 | 5/14/2005 | Keith Dahl | $1,576.00 | 7 |
| Binder | Valid Bids | Thorne Bay | 43.25 | 5/14/2005 | James Harrison | $3,134.00 | 1 |
| Binder | Valid Bids | Thorne Bay | 43.25 | 5/14/2005 | Ralph Porter, Porter Lumb | $2,785.00 | 2 |
| Binder | Valid Bids | Thorne Bay | 43.25 | 5/14/2005 | Mel Cook | $1,250.00 | 3 |
| Binder | Valid Bids | Thorne Bay | 43.25 | 5/14/2005 | H & L Salvage, Inc. | $810.00 | 4 |
| Binder | Valid Bids | Thorne Bay | 43.25 | 5/14/2005 | William Thomason Wood Cut | $734.00 | 5 |
| Vientos Cinco #5 Special | Valid Bids | Thorne Bay | 69.69 | 5/14/2005 | H & L Salvage, Inc. | $1,731.00 | 1 |
| Vientos Cinco #5 Special | Valid Bids | Thorne Bay | 69.69 | 5/14/2005 | Thorne Bay Wood Products | $1,608.00 | 2 |
| Vientos Cinco #5 Special | Valid Bids | Thorne Bay | 69.69 | 5/14/2005 | W R Jones & Sons Lumber | $1,317.00 | 3 |
| Vientos Cinco #5 Special | Valid Bids | Thorne Bay | 69.69 | 5/14/2005 | Keith Dahl | $1,311.00 | 4 |
| Vientos Cinco #5 Special | Valid Bids | Thorne Bay | 69.69 | 5/14/2005 | Mel Cook | $1,242.00 | 5 |
| Microsale #105 | Valid Bids | Thorne Bay | 42.23 | 5/26/2005 | Harold A Rhodes | $3,460.00 | 1 |
| 'B' Road Powerline | Valid Bids | Admiralty | 313.19 | 6/7/2005 | Kwaan Electric Transmissi | $1,803.00 | 1 |
| Ambrosia | Valid Bids | Craig | 142.71 | 6/11/2005 | H & L Salvage, Inc. | $3,534.00 | 1 |
| Ambrosia | Valid Bids | Craig | 142.71 | 6/11/2005 | Keith Dahl | $2,518.00 | 2 |
| Microsale # 107 | Valid Bids | Thorne Bay | 3.69 | 6/17/2005 | Larry Trumble | $305.00 | 1 |
| Microsale # 67 | Valid Bids | Thorne Bay | 15.58 | 6/17/2005 | H & L Salvage, Inc. | $1,431.00 | 1 |
| Prime Special Salvage Res | Valid Bids | Thorne Bay | 153.79 | 6/17/2005 | Ernie Eads | $18,515.00 | 1 |
| Prime Special Salvage Res | Valid Bids | Thorne Bay | 153.79 | 6/17/2005 | Ralph Porter, Porter Lumb | $17,791.00 | 2 |
| Prime Special Salvage Res | Valid Bids | Thorne Bay | 153.79 | 6/17/2005 | Norsemen Wood Products | $13,938.00 | 3 |
| Microsale # 109 | Valid Bids | Thorne Bay | 6.15 | 7/7/2005 | William Kaufman Murwood | $535.00 | 1 |
| Microsale # 106 | Valid Bids | Thorne Bay | 6.56 | 7/19/2005 | Steve Johnson | $445.00 | 1 |
| Microsale # 108 | Valid Bids | Thorne Bay | 1.23 | 7/19/2005 | Danny Sunde | $141.00 | 1 |
| Microsale # 112 | Valid Bids | Thorne Bay | 12.3 | 7/19/2005 | William Thomason Wood Cut | $431.00 | 1 |
| Big Bear | Valid Bids | Hoonah | 149.9 | 7/22/2005 | Dan Fanning D & L Woodwor | $2,900.00 | 1 |
| Big Bear | Valid Bids | Hoonah | 149.9 | 7/22/2005 | Vincent S. Schafer | $2,178.00 | 2 |
| Dry Stream Special Salvag | Valid Bids | Hoonah | 111.9 | 7/22/2005 | Wes Tyler Icy Straits Lum | $1,026.00 | 1 |
| Low Ridge | Valid Bids | Hoonah | 159.9 | 7/22/2005 | Steve Little | $2,826.00 | 1 |
| Low Ridge | Valid Bids | Hoonah | 159.9 | 7/22/2005 | Wes Tyler Icy Straits Lum | $2,474.00 | 2 |
| Microsale # 110 | Valid Bids | Thorne Bay | 3.69 | 7/26/2005 | Jeff Larson | $250.00 | 1 |
| Kensington Gold Proj Sett | Valid Bids | Juneau | 887.5 | 7/27/2005 | Coeur Alaska, Inc. | $67,510.00 | 1 |
| Luck Lac II | Valid Bids | Thorne Bay | 8586.04 | 7/29/2005 | Viking Lumber Company | $123,653.00 | 1 |

Page 3

**Exhibit 93, page 3 of 5**

Tongass NF Bidders & Buyers FY04 & FY05

| Sale Name | Bid Status | District Name | MBF Volume | Adv Date | Bidder Name | Bid Value | Rk |
|---|---|---|---|---|---|---|---|
| Micro Sale #20 | Valid Bids | Craig | 5.49 | 8/29/2005 | Winrod Logging Jon D Winr | $610.00 | 1 |
| Little Rock | Valid Bids | Craig | 143.74 | 9/18/2005 | H & L Salvage, Inc. | $2,685.00 | 1 |
| Beaver Tail Special Salva | Valid Bids | Thorne Bay | 212.11 | 9/19/2005 | James Harrison | $13,411.00 | 1 |
| Beaver Tail Special Salva | Valid Bids | Thorne Bay | 212.11 | 9/19/2005 | William Thomason Wood Cut | $12,993.00 | 2 |
| Beaver Tail Special Salva | Valid Bids | Thorne Bay | 212.11 | 9/19/2005 | Ernie Eads | $11,110.00 | 3 |
| Beaver Tail Special Salva | Valid Bids | Thorne Bay | 212.11 | 9/19/2005 | Ralph Porter, Porter Lumb | $10,887.00 | 4 |
| Mink Tail Special Salvage | Valid Bids | Thorne Bay | 152.89 | 9/19/2005 | William Thomason Wood Cut | $9,719.00 | 1 |
| Mink Tail Special Salvage | Valid Bids | Thorne Bay | 152.89 | 9/19/2005 | Ernie Eads | $6,519.00 | 2 |
| Mink Tail Special Salvage | Valid Bids | Thorne Bay | 152.89 | 9/19/2005 | Ralph Porter, Porter Lumb | $3,296.00 | 3 |
| Microsale # 111 | Valid Bids | Thorne Bay | 9.5 | 9/23/2005 | Rodney Howard | $1,139.00 | 1 |
| Microsale # 113 | Valid Bids | Thorne Bay | 6 | 9/23/2005 | William Kaufman Murwood | $281.00 | 1 |
| Kosciusko Stewardship Pro | Valid Bids | Thorne Bay | 517.05 | 9/29/2005 | Pat Richter Csl Farm And | $4,580.00 | 1 |
| Lindenberg | Valid Bids | Petersburg | 23239.47 | 9/29/2005 | Viking Lumber Company | $233,339.00 | 1 |
| Skipping Cow | Valid Bids | Wrangell | 18640.9 | 9/29/2005 | Alcan Forest Products, Ll | $554,135.00 | 1 |

Page 4

**Exhibit 93, page 4 of 5**

Tongass NF Bidders & Buyers FY04 & FY05

| Sale Name | Bid Status | District Name | MBF Volume | Adv Date | Bidder Name | Bid Value | Rk | |
|---|---|---|---|---|---|---|---|---|
| Luck Lac | No Bids | Thorne Bay | 11451.08 | 6/23/2004 | Repackaged & awarded as Luck Lac II. | | | |
| Kake Stringer | No Bids | Petersburg | 13.94 | 7/1/2004 | | | | |
| Drumlin | No Bids | Thorne Bay | 1253.85 | 9/25/2004 | | | | |
| Boundary | No Bids | Ketchikan | 3067.21 | 9/30/2004 | | | | |
| Power Special Salvage | No Bids | Thorne Bay | 39.24 | 10/16/2004 | | | | |
| Porcupine Salvage Sale | No Bids | Wrangell | 804.38 | 12/23/2004 | | | | |
| Porcupine Salvage Reoffer | No Bids | Wrangell | 753.9 | 4/27/2005 | | | | |
| Bearclaw Special Salvage | No Bids | Wrangell | 25.78 | 5/19/2005 | | | | |
| Buckdance-Madder | No Bids | Ketchikan | 17326.26 | 6/1/2005 | | | | |
| Cobble Creek | No Bids | Thorne Bay | 349.65 | 7/30/2005 | | | | |
| Drumlin Reoffer | No Bids | Thorne Bay | 1079.65 | 7/30/2005 | | | | |
| Doughnut | No Bids | Wrangell | 2296.69 | 8/4/2005 | | | | |
| Bocephus | No Bids | Petersburg | 6242.33 | 8/11/2005 | | | | |
| Midpoint Special Salvage | | Wrangell | 115.79 | 9/23/2005 | Alaska Timber Wolf | $1,090.52 | 1 | FY 06 Award |
| Upper Carroll II | | Ketchikan | 16494.59 | 9/30/2005 | Pacific Log & Lumber | $185,142.93 | 1 | FY 06 Award |

**Exhibit 93, page 5 of 5**