## Stumpage Price Projections

Past timber projections have also reported price projections for Alaska stumpage. These projections have been developed from relations linking Alaska stumpage prices to stumpage prices in competing regions. The selection of competing regions has narrowed over time, reflecting changing markets for Alaska forest products. Currently, we use the U.S. Pacific Northwest market. Specifically, we develop stumpage price projections for southeast Alaska from softwood stumpage prices for timber harvested on the western side of Washington and Oregon. The underlying relations reflect how there is similar price movement in the two regions as the result of market arbitrage in shared markets for softwood lumber. Arbitrage is the process of buying and selling in two or more markets to take advantage of (and thereby eliminating) price differences. Some differences in prices among regions are based on differences in transportation costs (to markets) and other factors; however, these differences are minimized through arbitrage.

In earlier sections we have described the growing role that Pacific Northwest softwood lumber markets have played for Alaska producers. After adjustments for the loss of log export markets and reductions in federal harvest flows, the Pacific Northwest is once again expanding softwood lumber production, especially in the commodity grades (see Haynes and Fight 2004 for a discussion of lumber production by grade). This expansion is largely supported by private timber whose volume is expected to increase and whose size and species mix are expected to remain roughly stable (Zhou et al. 2005).

The historic and projected stumpage prices for southeast Alaska and the Pacific Northwest West (western Washington and Oregon) are shown in table 7.  While not entirely obvious in the table, prices in the two regions diverged after 1990 as prices in the Pacific Northwest surged (peaking in 1993).  During this time, federal harvests were first stopped by injunction and then reduced by the adoption of the Northwest Forest Plan.  Projections of future softwood lumber markets can be taken from the RPA Timber Assessment Update (Haynes et al., in press).  These projections envision a future where total U.S. forest products consumption increases 38 percent by 2050.  Softwood lumber consumption is expected to increase 27 percent with U.S. production increasing by 21 percent.  Increased lumber imports from a growing variety of sources continue to moderate lumber price increases.  U.S. timber harvests grow by 30 percent with an increasing proportion coming from managed stands, mostly in the South and Pacific Northwest.  These trends contribute to expectations that stumpage prices in both the South and Pacific Northwest will grow slowly in the next 5 decades, averaging 0.3 percent per year.

The data and projections shown in table 7 suggest relatively constant stumpage prices in the future.  Chip prices can also be expected to remain constant in real terms.  The recent price movements in southeast Alaska suggest that there is increasing variability around long-term average stumpage price, partially reflecting how small changes in quantities can have large impacts on stumpage prices.  This is especially true in relatively small regional markets like southeast Alaska.

## Maximum Derived Demand

Maximum derived demand volumes of wood required by each scenario are presented in table 8. Alaska currently has an available supply of chips, but the volume in the southeast is not sufficient to supply the total resource needs of the recommended MDF plant size (capacity). Given this fact and an expectation of increasing chip production as a result of increase lumber production, the startup points for the proposed fiber using facility have been scheduled at times where a major portion of the required furnish is available in the form of sawmill chips. We have simulated the startup of the plants in 2008 and 2012 because this is an approximation of a point in time when chips should be available to partially fill the needs of each plant. There are other sources of fiber that might become available to the industry. First, when the pulp mills were active, low-grade logs from private (Native) lands were available as a source of raw material for pulp production. If these markets evolve again, logs from private lands may be available. Second, it is anticipated that increasing volumes of chips will be produced in south-central Alaska for export to Pacific Rim markets. While it is possible that material from this source might flow to southeast Alaska, it is more probable that someone would build a facility to use them in the port area. Given the above comments, it is estimated that the maximum wood requirement resulting from the scenarios is 370 mmbf of logs annually.

## Most Probable Outcome

Given the high degree of uncertainty surrounding developments in Alaska, we have deliberately avoided labeling a "most likely" projection. Instead, our objective was to

focus attention on key issues, such as competitiveness, efficiency, and predicted trends, and to translate the range of views on these issues into a range of values for parameters in our model.  The model is a framework for specifying assumptions about the future for Alaska and displaying their implications in terms of derived demand for national forest timber.

The four scenarios represent possible future outcomes.  Two conditions must exist if they are to develop.  First, the supply of timber from the various ownerships has to be orderly and predictable.  Second, capital must be available to support increases to existing capacity and construction of new facilities.  This second condition depends on the first.  A relatively secure supply of raw material is an essential component of scenarios that require new investment.  A future that includes constant conflict that inhibits raw material flows will most likely create an unacceptable level of risk for investors and limit access to capital.

In the face of the various challenges implicit in scenarios 2 through 4, the outcome resulting from the limited lumber scenario (scenario 1) assumes greater likelihood of occurrence since it only depends on the continuation of the *status quo.*  Implementing change is a major requirement in reaching the outcomes of the other scenarios.  Each of those changes has its own likelihood of occurrence.

## Conclusions

From 1990-2004, the harvest of timber in Alaska declined by nearly 67 percent. During the same period, harvests from the Alaska National Forests have declined by 92 percent. Factors contributing to this decline included changes in the structure of the Alaska forest sector, changes in markets for Alaska products, and changes in conditions faced by Alaska's competitors. Our revised projections of average demand for Alaska National Forest timber from 2005-25 range from about 33 to 370 mmbf (table 3). Four broadly different scenarios display alternative futures for Alaska and the resulting demand for its National Forest timber. In addition to differences in the total quantity of timber demanded, these scenarios also differ in the use of the projected harvest. In the expanded lumber scenario, approximately two-thirds of the total potential harvest is used to manufacture lumber in Alaska. In the high integrated scenario, the entire saw log and utility log component of the timber harvest is assumed to be used to manufacture products in Alaska. The high integrated scenario may also require that low-grade timber from other owners (Native and state lands) become available to the industry, contrary to the assumption listed. This has happened in the past and could again occur in the future.

Critiques of projections for Alaska rest on different opinions about values for the major assumptions. For example, in the early 1990s the critical issue was projections of Alaska lumber exports. Jay Gruenfeld Associates (1991) expected Alaska lumber exports to Japan in the 1990s to average more than 400 mmbf. This implied that Alaska lumber production in 1990-99 would average more than peak production in the 1970s (lumber production in Alaska peaked in 1973). A previous projection (Brooks and

Haynes 1994) expected Alaska lumber exports to increase throughout the 1990s, but to average roughly 220 mmbf. From 1990-96, Alaska lumber exports averaged 118 mmbf. Projections in 1997 suggested that exports would increase 30 mmbf annually from the then current (1996) level and would range from 66 to 180 mmbf by 2010. Reported volumes of lumber exported from Alaska during 2000-03 averaged 18.4 mmbf. During the same period, shipments to domestic markets were 54.9 mmbf. The current scenarios estimate that lumber production by 2010 will average between 69 and 147 mmbf. All of our assumptions suppose there will be a timber sale program on the Tongass, as mandated by the current legislation. Obviously, if this assumption is rejected then the ultimate outcome will differ.

## Suggestions for Future Research

During the conduct of this project, it became obvious that changing conditions in Alaska and world markets are rapidly making the existing model and approach obsolete. Future attempts to project demand for National Forest timber in Alaska will require new methods and additional information. Given identified problems, we recommend the following research projects:

- Small and medium producers are starting to sell dry, planed, and graded lumber in domestic markets. These producers are competing directly against local retail lumber suppliers. An effort should be started to collect and maintain lumber prices in this market so that competitive aspects can be defined.

- The transshipment problem has been identified and an effort is needed to develop reliable estimates of lumber exports from Alaska.

- The relative values of products shipped to export markets (e.g., value in Japanese yen or Chinese RMB per cubic meter) as opposed to products shipped to domestic markets (price in U.S. dollars per board foot tally) are not generally available. A project should be initiated to address this issue.

- Transportation costs (methods and distances to export ports within Alaska and the Pacific Northwest) are becoming an important cost required to determine profit maximization marketing schemes. Research is required to develop methods to determine cost information and make it available.

- Lumber recovery factors for shop lumber may average 20 percent below those for dimension lumber due to differences in nominal values used in board foot calculations. To address this issue, two types of information are required. First, information is lacking on how lumber is sawn and graded (dimension rules vs. shop rules). Second, appropriate conversion factors should be developed for both modes of production.

- If there is a continuing need to periodically update the demand for National Forest timber in Alaska, the approach should include production, import, export, and consumption information for defined products. The approach should convert expected or projected product volumes to required volumes of standing timber. It should also be revised to include changes in domestic markets (within Alaska and the continental 48 states). From an economic perspective, the shift between markets should be controlled by expected real price.

## Acknowledgments

The authors wish to acknowledge the assistance of **Maria Stiefel**, technical writer at the Alaska Wood Utilization Research and Development Center, for her assistance with the writing and preparation of the manuscript.  They also want to acknowledge the assistance of **David Brooks** and thank him for his willingness to comment and assist with the rebuilding of the original Brooks and Haynes model.

## Metric Equivalents

| When you know: | Multiply by: | To find: |
| --- | --- | --- |
| Board feet, lumber scale | 0.0024 | Cubic meters, lumber |

## Footnotes

[1]Total timber harvest in Alaska in 1995 was 4 percent of the combined harvest in the greater Pacific Northwest (Oregon, Washington, and coastal British Columbia); national forests in Alaska contributed 30 percent (200 mmbf) of the Alaska total.  The Tongass National Forest in southeast Alaska accounted for 99 percent of timber harvest from Alaska National Forests in 1995.

## Literature Cited

**Brackley, A.M.; Davis, E.F. 2004**. A model to evaluate the technical and economic feasibility of constructing a board plant (OSB or MDF) in southeast Alaska. In: Proceedings of the 38th international wood composites symposium. Pullman, WA: Washington State University. 43-71.

**Brackley, A.M.; Parrent, D.J.; Rojas, T.D. [In press].** Estimating sawmill processing capacity for Tongass timber: 2003 and 2004 update. Res. Note. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

**Brooks, D.J.; Haynes, R.W. 1990.** Timber products output and timber harvests in Alaska: projections for 1989-2010. Gen. Tech. Rep. PNW-GTR-261. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 48 p.

**Brooks, D.J.; Haynes, R.W. 1994.** Timber products output and timber harvests in Alaska: projections for 1992-2010. Gen. Tech. Rep. PNW-GTR-334. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 48 p.

**Brooks, D.J.; Haynes, R.W. 1997.** Timber products output and timber harvest in Alaska: projections for 1997-2010. Gen. Tech. Rep. PNW-GTR-409. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 17 p.

**Butterworth, J.; Lei, Z. 2005.** China, Peoples Republic of--Solid wood products annual 2005. GAIN Rpt. CH5052. Beijing, China: U.S. Foreign Agriculture Service, Global Agriculture Information Network. 27 p.

**Crone, L.K. 2005.** Southeast Alaska economics–a resource-abundant region competing in a global marketplace. Landscape and Urban Planning. 72(1-3): 215-249.

**Food and Agriculture Organization (FAO). 1997.** FAO provisional outlook for global forest products consumption, production and trade to 2010. Rome: Forestry Department, Forest Policy and Planning Division. 390 p.

**Food and Agriculture Organization (FAO). 1998.** Asia-Pacific forestry towards 2010. Rome: Forestry Department, Forest Policy and Planning Division. 242 p.

**Food and Agriculture Organization (FAO). 2006.** FAOSTAT [Database]. www.fao.org/forestry/site/29420/en. (January).

**Forest and Rangeland Renewable Resources Planning Act of 1974 [RPA]**; 16 U.S.C 1601.

**Haynes, R.W.; Adams, D.M.; Alig, R.J.; Ince, P.J.; Mills, J.R.; Zhou, X. [In press].** The 2005 RPA timber assessment update. Gen. Tech. Rep. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station.

**Haynes, R.W.; Brooks, D.J. 1990.** An analysis of the timber situation in Alaska: 1970-2010. Gen. Tech. Rep. PNW-GTR-264. Portland OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 33 p.

**Haynes, R.W.; Connaughton, K.P.; Adams, D.M. 1981.** Projections of the demand for national forest stumpage by region; 1980-2030. Res. Pap. PNW-282. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 13 p.

**Haynes, R.W.; Fight, R.D. 2004.** Reconsidering price projections for selected grades of Douglas-fir, coast hem-fir, inland hem-fir, and ponderosa pine lumber. Res. Pap. PNW-RP-561. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 31 p.

**Japan Lumber Journal. 2005.** Total production of laminated lumber in 2004 marked as new record with an increase of 5.9% to 1,490,000 cubic meters. JLJ Inc. 36(8): 17-15.

**Japan Wood-Products Information and Research Center (JAWIC). 2006.** Japan Wood Market Statistics. Tokyo: January.

**Jay Gruenfeld Associates. 1991.** Demand for Alaskan logs and lumber in the 1990s. Unpublished report. On file with: USDA Forest Service, Pacific Northwest Research

Station, Social and Economic Values Research Program, Forestry Sciences Laboratory, 3200 SW Jefferson Way, Corvallis, OR 97331.

**Kilborn, K.A.; Parrent, D.J.; Housley, R.D. 2004**. Estimating sawmill processing capacity for Tongass timber. Res. Note PNW-RN-545, Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 12 p.

**Leonard Guss Associates, Inc. 2005.** Technical and economic feasibility of constructing a medium density fiberboard plant in southeast Alaska. 107 p. Unpublished report. On file with: University of Alaska Fairbanks, Sitka Forest Products Program, PO Box 6410, Sitka, AK 99835.

**Lotus Software. ©1983.** Lotus 1-2-3 spreadsheet. Cambridge, MA.

**Nagahama, M. 2004a.** Japan's fiberboard production steady–MDF up 2004. GAIN Rpt. JA4035. Tokyo, Japan: U.S. Foreign Agriculture Service, Global Agriculture Information Network. 2 p.

**Nagahama, M. 2004b.** Japan--solid wood products–domestic glulam production explodes to meet demand 2004. GAIN Rpt. JA4031. Tokyo, Japan: U.S. Foreign Agriculture Service, Global Agriculture Information Network. 2 p.

**Nagahama, M. 2005a.** Japan solid wood products annual report 2005. GAIN Rpt. JA5046. Tokyo, Japan: U.S. Foreign Agricultural Service, Global Agriculture Information Network. 18 p.

**Nagahama, M. 2005b.** Japanese glued laminated product imports growing rapidly in 2004–An update. GAIN Rpt. JA5006. Tokyo, Japan: U.S. Foreign Agriculture Service, Global Agriculture Information Network. 2 p.

**Nicholls, D.L.; Brackley, A.M.; Rojas, T.D. [N.d.].** Alaska's lumber drying industry— trends in employment, dry kiln capacity, lumber volumes, and capital spending. Manuscript in preparation. On file with: D. Nicholls, Pacific Northwest Research Station, 204 Siginaka Way, Sitka, AK 99835.

**McDowell Group. 2004.** Timber markets update and analysis of potential for an integrated southeast Alaska timber industry. Juneau, AK. 66 p.

**Microsoft Corporation. ©1999.** Microsoft Office 2000. Redmond, WA.

**Sasatani, D.; Roos, J.A.; Brackley, A.M.; Eastin, I.L. 2005.** Niche market opportunities for Alaska forest products in Japan (2005 Update). Working Paper 100. Seattle, WA: Center for International Trade in Forest Products, College of Forest Resources, University of Washington. 52 p.

**State of Alaska. 2006.** Alaska by region [Political]. Juneau, AK: Department of Commerce, Community, and Economic Development. http://www.dced.state.ak.us/oed/student_info/learn/region.htm. (February).

**Stevens, J.A.; Brooks, D.J. 2003.** Alaska softwood market price arbitrage. Res. Pap. PNW-RP-556. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 12 p.

**Tongass Timber Reform Act of 1990 [TTRA];** Public Law No. 101-626, 104 Stat. 4426.

**United States International Trade Commission (USITC). 2005.** USITC Interactive Tarriff and Trade Dataweb [Database]. Version 2.7.4. http://dataweb.usitc.gov/scripts/user_set .asp. (November).

**Wahl, A. 2004.** China's non-structural panel markets. In: Proceedings of the 38th international wood composites symposium. Pullman, WA: Washington State University. 21-27.

**Warren, D. 2005.** Production, prices, employment, and trade in Northwest forest industries, all quarters of 2003.  Resour. Bull. PNW-RB-247. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 171 p.

**Zhou, X.; Haynes, R.W.; Barbour, J.R. 2005.** Projections of timber harvest in western Oregon and Washington by county, owner, forest type, and age class. Gen. Tech. Rep. PNW-GTR-633. Portland, OR: U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station. 30 p.



**Exhibit 94, page 43 of 57**

## Tables and Figures

**Table 1--Past projections of average annual derived demand for Alaska National Forest timber**

| Period[a] | Brooks and Haynes[b] (1990) | Brooks and Haynes[c] (1994) | Brooks and Haynes (1997) |
|---|---|---|---|
| | *Million board feet* | | |
| 1983-1987 | 281.0 | 281.0 | 281.0 |
| 1988-1992 | 414.0 | 414.0 | 414.0 |
| 1993-1997 | **404.0** | **300.0** | **192.0** |
| 1998-2002 | **403.0** | **315.0** | **113.0** |
| 2003-2007 | **397.0** | **332.0** | **152.0** |
| 2008-2012 | **401.0** | **335.0** | **174.0** |

[a] Years are the period over which the 5 year averages are calculated. Data that were not historic at the time of the projection have been entered in bold font.
[b] The base projection assumed two pulp mills would continue operating and 50 year contracts continue in force.
[c] Base projection assumed that one pulp mill would remain operating.

**Table 2--Characteristics of scenarios to define demand for Alaska timber**

| Characteristic | Scenario | | | |
|---|---|---|---|---|
| | Number 1 | Number 2 | Number 3 | Number 4 |
| | Limited lumber production | Expanded lumber production | Medium integrated industry | High integrated industry |
| | *Million cubic meters* | | | |
| Pacific Rim lumber imports: | | | | |
| Starting | 8,077 | 8,077 | 8,077 | 8,077 |
| Ending | 11,042 | 11,042 | 9,099 | 10,098 |
| | *Percent* | | | |
| AK share NA Market[a]: | | | | |
| Starting | 0.39 | 0.39 | 0.39 | 0.39 |
| Ending | .39 | 1.14 | 1.60 | 2.34 |
| Estimated low-grade (# 3 Common and Utility) in sawmill log mix | 33 | 33 | 10 | 10 |
| Demand stimulation | No | Yes | Yes | Yes |
| Market for low-grade logs | No | No | Yes | Yes |
| Number of fiber plants | 0 | 0 | 1 | 2 |
| | *Thousand cubic meters per year* | | | |
| Capacity | -- | -- | 175 | 350 |
| | *Dry metric tons* | | | |
| Raw material | -- | -- | 160 | 320 |
| | *Year* | | | |
| Year 1st plant comes online | -- | -- | 2008 | 2008 |
| Year 2nd plant comes online | -- | -- | -- | 2012 |

-- = Not applicable.
[a] AK is Alaska market and NA is North American market.

**Table 3--Alternative projections of average annual derived demand for Alaska National Forest timber**

| Period[a] | Scenario | | | | Brooks and Haynes[c] (1990) | Brooks and Haynes[d] (1994) | Brooks and Haynes (1997) |
|---|---|---|---|---|---|---|---|
| | Limited lumber | Expanded lumber | Medium integrated[b] | High integrated[b] | | | |
| | *Million board feet* | | | | | | |
| 1983-1987 | 281.0 | 281.0 | 281.0 | 281.0 | 281.0 | 281.0 | 281.0 |
| 1988-1992 | 414.0 | 414.0 | 414.0 | 414.0 | 414.0 | 414.0 | 414.0 |
| 1993-1997 | 200.2 | 200.2 | 200.2 | 200.2 | **404.0** | **300.0** | **192.0** |
| 1998-2002 | 94.2 | 94.2 | 94.2 | 94.2 | **403.0** | **315.0** | **113.0** |
| 2003-2007 | **32.8** | **34.8** | **47.3** | **47.3** | **397.0** | **332.0** | **152.0** |
| 2008-2012 | **34.0** | **48.2** | **169.0** | **185.8** | **401.0** | **335.0** | **174.0** |
| 2013-2017 | **37.9** | **70.1** | **204.4** | **299.0** | | | |
| 2018-2022 | **46.7** | **108.1** | **204.0** | **317.0** | | | |
| 2022-2025 | **46.7** | **142.9** | **204.4** | **360.1** | | | |

[a] Years are the period over which the 5 year averages are calculated.  Data that were not historic at the time of the projection have been entered in bold font.

[b] Projection assumes an industry (one or more facilities) will be created that use pulp chips produced by southeast Alaska sawmills, low grade logs, and other biomass products in a fiber based board, chemical, or energy facilities.  Medium density fiberboard is one possible alternative.  Given globalization of the forest products industry, other chemical and energy uses are possible.

[c] The base projection assumed two pulp mills would continue operating and 50 year contracts continue in force.

[d] Base projection assumed that one pulp mill would remain operating.

**Exhibit 94, page 47 of 57**

Table 4--Summary of historical and projected periodic Alaska timber harvest by owner, harvest by product, and production of forest products 1970-2025 (Scenario 3: medium integrated industry)

| Year | Timber harvest by owner[a] | | | | | Timber harvest by product[b] | | | | | Production of forest products[c] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | National forest | Private | Other public | Timber imports | Total | Saw log exports | Lumber | Fiber or energy | Timber imports | Saw log exports | Lumber | Fiber or energy products | Wood chip exports |
| | Million board feet, round wood equivalents | | | | | | | | | | Million board feet | | Thousand short tons | |
| 1970 | 596.2 | 539.5 | 0.0 | 56.7 | 0.0 | 594.2 | 53.3 | 264.1 | 276.8 | 0.0 | 47.8 | 302.0 | 288.5 | 19.9 |
| 1975 | 551.5 | 489.4 | 7.5 | 54.6 | 4.0 | 615.7 | 43.3 | 282.5 | 289.8 | 4.0 | 43.3 | 341.2 | 298.8 | 56.5 |
| 1980 | 603.9 | 411.0 | 146.8 | 46.1 | 25.5 | 661.6 | 149.8 | 197.7 | 314.1 | 25.5 | 149.8 | 239.9 | 327.1 | 83.7 |
| 1985 | 653.0 | 280.7 | 346.5 | 25.8 | 34.5 | 690.6 | 318.3 | 105.7 | 266.6 | 34.5 | 318.3 | 125.7 | 303.0 | 4.6 |
| 1990 | 1031.9 | 413.5 | 596.9 | 21.5 | 12.5 | 1089.7 | 574.7 | 167.4 | 347.6 | 12.5 | 574.7 | 204.2 | 379.2 | 48.5 |
| 1995 | 791.5 | 200.2 | 568.0 | 23.3 | 10.3 | 832.1 | 545.5 | 95.9 | 190.7 | 10.3 | 545.5 | 117.0 | 177.2 | 116.3 |
| 2000 | 447.8 | 93.3 | 320.7 | 33.7 | 0 | 478.2 | 359.4 | 80.7 | 38.1 | 0 | 359.4 | 98.4 | 0 | 141.9 |
| 2005 | 311.9 | 47.3 | 210.6 | 55.6 | 0 | 317.4 | 212.1 | 48.1 | 57.3 | 0 | 212.1 | 58.6 | 0 | 148.3 |
| **2010** | **358.9** | **169.0** | **105.1** | **84.8** | **0** | **358.9** | **102.2** | **124.4** | **132.4** | **0** | **102.2** | **151.7** | **102.8** | **214.1** |
| **2015** | **392.5** | **204.4** | **103.8** | **84.8** | **0** | **392.5** | **102.2** | **171.2** | **119.1** | **0** | **102.2** | **208.8** | **73.7** | **214.1** |
| **2020** | **392.5** | **204.4** | **103.8** | **84.8** | **0** | **392.5** | **102.2** | **171.2** | **119.1** | **0** | **102.2** | **208.8** | **73.7** | **214.1** |
| **2025** | **392.5** | **204.4** | **108.3** | **84.8** | **0** | **392.5** | **102.2** | **171.2** | **119.1** | **0** | **102.2** | **208.8** | **73.7** | **214.1** |

Note:  Totals may not equal column entries due to rounding errors and the balancing methods.
[a] Historic data reconciled to reported total.
[b] Product totals reconciled to derived demand.
[c] Products reconciled to derived demand.

**Exhibit 94, page 48 of 57**

Table 5A--Historic (1995-2004) and assumed (2005-25) values for key elements in the limited lumber, expanded lumber, medium integrated, and high integrated production scenarios

| | Alaska share of North American shipments to Pacific Rim | | | | North American share of Pacific Rim softwood lumber imports | | | |
|------|------------------|-------------------|---------------------|--------------------|------------------|-------------------|---------------------|--------------------|
| Year | Limited lumber | Expanded lumber | Medium integrated | High integrated | Limited lumber | Expanded lumber | Medium integrated | High integrated |
| | | | | *Percent* | | | | |
| 1990 | 6.63 | 6.63 | 6.63 | 6.63 | 88.37 | 88.37 | 88.37 | 88.37 |
| 1991 | 5.03 | 5.03 | 5.03 | 5.03 | 88.69 | 88.69 | 88.69 | 88.69 |
| 1992 | 4.03 | 4.03 | 4.03 | 4.03 | 88.27 | 88.27 | 88.27 | 88.27 |
| 1993 | 3.97 | 3.97 | 3.97 | 3.97 | 88.00 | 88.00 | 88.00 | 88.00 |
| 1994 | 3.02 | 3.02 | 3.02 | 3.02 | 84.10 | 84.10 | 84.10 | 84.10 |
| 1995 | 1.33 | 1.33 | 1.33 | 1.33 | 79.43 | 79.43 | 79.43 | 79.43 |
| 1996 | .70 | .70 | .70 | .70 | 80.06 | 80.06 | 80.06 | 80.06 |
| 1997 | .90 | .90 | .90 | .90 | 67.24 | 67.24 | 67.24 | 67.24 |
| 1998 | .38 | .38 | .38 | .38 | 69.75 | 69.75 | 69.75 | 69.75 |
| 1999 | .57 | .57 | .57 | .57 | 64.23 | 64.23 | 64.23 | 64.23 |
| 2000 | 1.23 | 1.23 | 1.23 | 1.23 | 59.88 | 59.88 | 59.88 | 59.88 |
| 2001 | 1.36 | 1.36 | 1.36 | 1.36 | 55.38 | 55.38 | 55.38 | 55.38 |
| 2002 | .47 | .47 | .47 | .47 | 50.38 | 50.38 | 50.38 | 50.38 |
| 2003 | .39 | .39 | .39 | .39 | 47.28 | 47.28 | 47.28 | 47.28 |
| 2004 | .39 | .41 | .45 | .45 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2005 | .39 | .43 | .53 | .53 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2006 | .39 | .45 | .62 | .62 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2007 | .39 | .47 | .73 | .73 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2008 | .39 | .50 | .85 | .85 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2009 | .39 | .52 | 1.00 | 1.00 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2010 | .39 | .55 | 1.17 | 1.17 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2011 | .39 | .57 | 1.36 | 1.36 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2012 | .39 | .60 | 1.60 | 1.60 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2013 | .39 | .63 | 1.60 | 1.64 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2014 | .39 | .66 | 1.60 | 1.69 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2015 | .39 | .70 | 1.60 | 1.74 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2016 | .39 | .73 | 1.60 | 1.80 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2017 | .39 | .77 | 1.60 | 1.85 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2018 | .39 | .81 | 1.60 | 1.91 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2019 | .39 | .85 | 1.60 | 1.96 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2020 | .39 | .89 | 1.60 | 2.02 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2021 | .39 | .93 | 1.60 | 2.08 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2022 | .39 | .98 | 1.60 | 2.14 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2023 | .39 | 1.03 | 1.60 | 2.21 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2024 | .39 | 1.08 | 1.60 | 2.28 | 49.29 | 49.29 | 49.29 | 49.29 |
| 2025 | .39 | 1.14 | 1.60 | 2.34 | 49.29 | 49.29 | 49.29 | 49.29 |

**Table 5B—Shares of Alaska lumber output going to export and domestic markets, for all scenarios**

| Year | Export share | Domestic share |
|------|------|------|
| | *Percent* | |
| 1990 | 95.00 | 5.00 |
| 1991 | 85.00 | 15.00 |
| 1992 | 60.00 | 40.00 |
| 1993 | 70.00 | 30.00 |
| 1994 | 60.00 | 40.00 |
| 1995 | 82.00 | 18.00 |
| 1996 | 71.00 | 29.00 |
| 1997 | 39.80 | 60.20 |
| 1998 | 7.82 | 92.18 |
| 1999 | 12.02 | 87.98 |
| 2000 | 28.30 | 71.70 |
| 2001 | 28.30 | 71.70 |
| 2002 | 17.70 | 82.30 |
| 2003 | 17.70 | 82.30 |
| 2004 | 31.00 | 69.00 |
| 2005 | **17.00** | **83.00** |
| 2006 | **17.00** | **83.00** |
| 2007 | **17.00** | **83.00** |
| 2008 | **17.00** | **83.00** |
| 2009 | **17.00** | **83.00** |
| 2010 | **17.00** | **83.00** |
| 2011 | **17.00** | **83.00** |
| 2012 | **17.00** | **83.00** |
| 2013 | **17.00** | **83.00** |
| 2014 | **17.00** | **83.00** |
| 2015 | **17.00** | **83.00** |
| 2016 | **17.00** | **83.00** |
| 2017 | **17.00** | **83.00** |
| 2018 | **17.00** | **83.00** |
| 2019 | **17.00** | **83.00** |
| 2020 | **17.00** | **83.00** |
| 2021 | **17.00** | **83.00** |
| 2022 | **17.00** | **83.00** |
| 2023 | **17.00** | **83.00** |
| 2024 | **17.00** | **83.00** |
| 2025 | **17.00** | **83.00** |

**Table 6--Sensitivity analysis: Five year average values used to calculate annual derived demand**

| Year | Alaska share of North American shipments to Pacific Rim[a] | | | North American share of Japan or Pacific Rim imports[a] | | | Alaska shipments to domestic markets[b] | | |
|---|---|---|---|---|---|---|---|---|---|
| | Expanded lumber | Limited lumber | High integrated | Expanded lumber | Limited lumber | High integrated | Expanded lumber | Limited lumber | High integrated |
| | *MMBF lumber tally* | | | | | | | | |
| 1985 | 119.5 | 119.5 | 119.5 | 1770.2 | 1770.2 | 1770.2 | 6.3 | 6.3 | 6.3 |
| 1990 | 174.0 | 174.0 | 174.0 | 3041.6 | 3041.6 | 3041.6 | 30.1 | 30.1 | 30.1 |
| 1995 | 74.7 | 74.7 | 74.7 | 3617.9 | 3617.9 | 3617.9 | 42.2 | 42.2 | 42.2 |
| 2000 | 18.1 | 18.1 | 18.1 | 2196.8 | 2196.8 | 2196.8 | 80.3 | 80.3 | 80.3 |
| 2005 | 8.8 | 8.1 | 10.9 | 1924.2 | 1924.2 | 1924.2 | 37.3 | 33.6 | 47.7 |
| 2010 | **11.8** | **8.3** | **25.8** | **2146.7** | **2146.7** | **2146.7** | **57.5** | **40.7** | **125.9** |
| 2015 | **16.5** | **9.1** | **39.0** | **2348.3** | **2348.3** | **2348.3** | **80.3** | **44.5** | **190.6** |
| 2020 | **23.0** | **10.0** | **46.3** | **2569.2** | **2569.2** | **2569.2** | **112.1** | **47.8** | **226.1** |
| 2025 | **29.9** | **10.7** | **55.7** | **2760.5** | **2760.5** | **2760.5** | **146.1** | **52.4** | **272.1** |

[a] Values are 5 year averages from model table 5, resulting from report tables 5A and 5B settings.
[b] Values are 5 year averages from model table 3, resulting from report tables 5A and 5B settings.



**Table 7--Historic and projection stumpage prices[a] for southeast Alaska and the Pacific Northwest West**

| Year | Pacific Northwest West | Southeast Alaska |
|------|------------------------|------------------|
| *1982 Dollars per thousand board feet* | | |
| 1975 | 121.64 | 36.66 |
| 1980 | 158.62 | 104.50 |
| 1985 | 84.57 | 6.76 |
| 1990 | 204.58 | 52.49 |
| 1995 | 363.15 | 28.26 |
| 2000 | 232.53 | 30.08 |
| 2002 | 207.95 | 31.45 |
| 2010 | **209.00** | **43.53** |
| 2020 | **244.00** | **53.51** |
| 2030 | **222.00** | **47.24** |
| 2040 | **225.00** | **48.09** |
| 2050 | **238.00** | **51.80** |

Note: Pacific Northwest West (western Washington and Oregon) prices are for timber harvested; southeast Alaska prices are for timber sold on the Tongass National Forest.

[a] The price projections were developed using the equation: southeast Alaska price = -16.11 + .285 Pacific Northwest West price (estimated with data for 1975 to 2002).

**Table 8--Maximum projected annual demand for Alaska National Forest timber by scenario and harvest component for 2025**

| Scenario | Saw log | Cedar log exports | Low-grade and utility[a] | Total harvest or derived demand[b] |
|---|---|---|---|---|
| | | *Million board feet* | | |
| Limited lumber | 45.8 | 1.8 | 0.0 | 47.7 |
| Expanded lumber | 147.2 | 5.9 | 0 | 153.1 |
| Medium integrated | 164.4 | 6.6 | 33.5 | 204.4 |
| High Integrated | 274.7 | 11.0 | 84.2 | 369.9 |

[a] "Low-grade" refers to saw log grades that are not commonly used in lumber production in Alaska. The range of grades included in this category differs by the scenario.
[b] The saw log portion of harvest, net of utility volumes.

DRAFT



Figure 1—Alaska by region.
Source: State of Alaska 2006.

DRAFT

DRAFT





Figure 2—Structure and material flow of the original Brooks and Haynes (1994) model.

DRAFT

DRAFT



Figure 3—Structure and material flow of the revised model (shaded areas represent those removed from original model).

DRAFT



Figure 4—Pacific Rim consumption, production, imports, and exports of sawn wood, 1965-2004, and projections for 2005-25.

