

United States
Department of
Agriculture

Forest Service

Tongass
National
Forest
R10-MB-570

January 2006



# Kuiu Timber Sale Area

## Draft Environmental Impact Statement



Exhibit 95, page 1 of 8

# Kuiu Timber Sale Area

## Draft Environmental Impact Statement

**Tongass National Forest**
**USDA Forest Service**
**Alaska Region**

| | |
|---|---|
| Lead Agency: | USDA Forest Service<br>Tongass National Forest<br>648 Mission Street<br>Ketchikan, AK 99901 |
| Responsible Official: | Forrest Cole,<br>Forest Supervisor<br>Tongass National Forest |
| For Further<br>Information Contact: | Kris Rutledge, Planning Team Leader<br>Tongass National Forest<br>P.O. Box 1328<br>Petersburg, Alaska 99833<br>(907) 772-5905 |
| Abstract: | The Tongass National Forest proposes to harvest timber and build associated temporary roads in the Kuiu Timber Sale Area on Kuiu Island. This EIS examines one no-action alternative and four action alternatives with a range of harvest levels from approximately 14.6 to 42.6 million board feet (mmbf) of timber. Alternatives consider both clearcut harvest and partial harvest methods. One alternative includes some helicopter yarding. All alternatives include the choice of two log transfer facilities (LTF), one of which would require reconstruction. All action alternatives include reducing the number of miles of open road in the project area. Options for the location, size and habitat composition of three small old-growth habitat reserves are considered. |

- the location, amount, and method of timber harvest, temporary road construction, log transfer facilities, and silvicultural practices,
- access management measures including storage of classified roads,
- any necessary project-specific mitigation measures and monitoring requirements,
- a determination whether there may be a significant restriction on subsistence uses, and
- whether any changes in the small old-growth habitat reserves in Value Comparison Units (VCUs) 398, 399, or 402 should be made, and approved as a non-significant amendment to the Forest Plan.

## Purpose and Need

The Kuiu Timber Sale is proposed at this time to respond to goals and objectives of the Tongass Land and Resource Management Plan, and to help move the project area toward desired conditions described in that plan. Applicable forest-wide goals and objectives include the following:

- Providing for a vigorous and healthy forest environment, including management of the timber resource for production of sawtimber and other wood products from suitable lands made available for timber harvest on an even-flow, long-term sustained yield basis, and in an economically efficient manner

- Ensuring the Forest Service acts in a responsible manner by: 1) providing a timber supply sufficient to meet the annual market demand for the Tongass National Forest, 2) meeting the demand for the planning cycle while maintaining a Forest-wide system of old-growth forest habitat to sustain old-growth associated species and resources, and 3) ensuring that the old-growth habitat reserve system meets the minimum size, spacing, and composition criteria

- Providing for current and future habitat needs of endemic wildlife species

- Maintaining and enhancing current riparian conditions

- Providing diverse opportunities for resource uses that contribute to the local and regional economies of Southeast Alaska, supporting a wide range of natural-resource employment opportunities within Southeast Alaska's communities

# Chapter 1

# Purpose and Need

Purpose and Need **1**

## 1.5 Management Direction

The Kuiu Timber Sale EIS is a project-level analysis. The scope of the analysis is confined to the Kuiu Timber Sale Area, addressing the significant issues and environmental consequences of the proposed action and its alternatives. While it does not attempt to address decisions made at higher levels of planning, it does implement direction provided at those higher levels.

The Forest Plan embodies the provisions of the National Forest Management Act (NFMA), its implementing regulations, and other guiding documents. The Forest Plan sets forth in detail the direction for managing the land and resources of the Tongass National Forest. Where appropriate, this EIS tiers to the Forest Plan.

In Sierra Club v. Lyons (J00-0009 CV (JKS)), The U.S. District Court, District of Alaska directed the Forest Service to prepare a supplemental environmental impact statement that evaluated and considered roadless areas within the Tongass for recommendations as potential wilderness areas. In February 2003, The Tongass National Forest completed the Supplemental Environmental Impact Statement to the Forest Plan (referred to as the Forest Plan SEIS in this document). The No-Action alternative was selected, continuing management under the 1997 Forest Plan with no new wilderness recommendations. The Forest Plan SEIS provides updated inventory information to which this project tiers.

**1.5.1 Forest Plan Land Use Designations**

The Forest Plan uses land use designations (LUDs) to guide the management of the National Forest System lands on the Tongass National Forest. Chapter 3 of the Forest Plan contains a detailed description of each land use designation. The Kuiu Timber Sale Area includes three of these land use designations – Timber Production, Recreational River, and Old-growth Habitat Reserve (Table 1-1). Goals, objectives and desired future conditions of each are summarized below. The locations of each land use designation on Kuiu Island, including the Kuiu Timber Sale Area, are shown on Figure 1-2. Less than one percent of the lands in the project area are non-National Forest System Lands.

The area contains no known features of special interest other than two bands of karst[1]. The mapped karst resources encompass approximately 6,624 acres or 16 percent of the project area. The area does not include

---

[1] Karst – A type of topography that develops in areas underlain by soluble rocks, primarily limestone. Dissolution of the subsurface strata results in areas of well-developed surface drainage resulting in sinkholes, collapsed channels, or caves.

# 1 Purpose and Need

any Potential Research Natural Areas and has not been identified for any other scientific purpose.

### 1.5.1.1 Timber Production LUD (42,905 acres)

These lands are managed for the production of saw timber and other wood products on an even-flow, long-term sustained yield basis. The forested areas are healthy stands with a balanced mix of age classes. An extensive road system is developed for accessing timber as well as recreation, hunting, fishing, and other public and administrative uses. Roads may be closed, either seasonally or year-round, to address resource and other needs. Management activities will generally dominate most seen areas. A variety of wildlife habitats, predominately in the early and middle successional stages are present.

Within the Timber Production LUD are areas of beach and estuary fringe, riparian reserves, high-vulnerability karst, Riparian Management Areas (RMAs), non-forested areas, and non-productive forested areas that total approximately 8,182 acres. These acres are considered unsuitable for timber production and were removed from the suitable[1] timber base by the Forest Plan. Before the signing of the Forest Plan Record of Decision, approximately 1,739 acres of what is now unsuitable land had been harvested. Most of this harvest took place in what are now recognized as riparian areas, beach fringe areas, and non-development LUDs. These acres are included in the total acres harvested discussion in the "Prior Management of the Area" section in this chapter and throughout the EIS.

Approximately 29,362 acres in the Timber Production LUD are considered suitable for timber production of which 8,654 acres have been previously harvested. Of the total acres harvested in the project area (approximately 1,739 from unsuitable lands and 8,654 from suitable lands) 4,766 acres have been pre-commercially thinned. The remaining 5,627 are too young and not large enough for commercial thinning. The second growth that is on suitable land, is not proposed for harvest at this time.

---

[1] Suitable Forest land - Forest land that is producing or is capable of producing crops of industrial wood and; 1) has not been withdrawn by Congress, the Secretary of Agriculture, or the Chief of the Forest Service; 2) existing technology and knowledge is available to ensure timber production without irreversible damage to soils productivity or watershed conditions; 3) existing technology and knowledge, as reflected in current research and experience, provides reasonable assurance that it is possible to restock adequately within five years after final harvest, 4) adequate information is available to project responses to timber management activities, and 5) where timber harvest is allowed under the Forest Plan.

# Appendix A

## Reasons for Scheduling the Environmental Analysis of the Kuiu Timber Sale Area

Exhibit 95, page 7 of 8

purchasers to have a continuous supply of timber volume available for harvest so they can plan their operations.

**How Appeals and Litigation Affect the Timber Sale Program**

Timber harvest projects require site-specific environmental analysis that usually is documented in an environmental assessment (EA) or an environmental impact statement (EIS). The public is notified of the analysis and is provided the opportunity to comment on proposals and file an appeal on decisions. The appeal process for most timber harvest projects takes up to 105 days before implementation to occur.

When decisions are appealed and affirmed through the appeal process, the project can still be litigated. Litigation can be a lengthy process. Although litigation does not preclude offering timber for sale, the Forest Service and potential purchasers are often reluctant to enter into a contract where the outcome is uncertain. Two sales within the last year were enjoined from harvest after the contracts were awarded. The outcome of litigation affects the Forest's ability to provide a reliable timber supply.

# How Does the Forest Service Decide Where Timber Harvest Projects should be Located?

The location of timber sale projects is based first on the land allocation decisions in the Forest Plan. Under the 1997 Forest Plan, lands designated for possible timber harvest are in the development land use designations (LUDs), primarily the Timber Production, Modified Landscape, and Scenic Viewshed Land Use Designations.

**Timber Resource Land Suitability**

The second consideration is the suitability of the land for timber production. Many acres within the development LUDs are not suitable for timber production due to poor soils or steep slopes. The process for determining the suitability of the land is found in the Forest Plan, Appendix A. Figure A-1 depicts the classification of all the lands within the Tongass National Forest. Four percent of the Tongass land base, the suitable, available and scheduled forest land, provides the land base for the Allowable Sale Quantity of 267 MMBF per year. Under the 1997 Forest Plan, the remainder of the land, approximately 96 percent, does not allow, is not scheduled, or is not physically suitable.

OMB APPROVAL NO. 2700-0042

| **SOLICITATION, OFFER, AND AWARD** *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO. AG-0116-S-06-0022 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 04/20/2006 | PAGE OF PAGES 1 / 77 |
|---|---|---|---|---|

**IMPORTANT** - The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY         CODE | | 8. ADDRESS OFFER TO |
|---|---|---|
| Tongass National Forest Federal Building, 648 Mission Street Ketchikan, AK 99901 | | Same as Block 7 |

| 9. FOR INFORMATION CALL: | A. NAME Tonya Rymer | B. TELEPHONE NO. *(Include area code)* **(NO COLLECT CALLS)** (907) 228-6244 |
|---|---|---|

**SOLICITATION**

NOTE:  In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

# LOGJAM ROADS

The Government's estimate is between $250,000 and $500,000.

NOTE:
  (1) This is a competitive **HUBZONE Set-Aside** Procurement.  All eligible and responsible HUBZONE sources may submit a bid.  Any questions about HUBZONE eligibility should be directed to the Offeror's cognizant Small Business Administration Office.  The North American Industrial Classification System Code for this procurement is 237310.
  (2) Facsimile bids for this solicitation are acceptable however bid guarantees must be original.

11. The Contractor shall begin performance within 10 calendar days and complete it within 360 calendar days after receiving ☐ award,   ☒ notice to proceed. This performance period is ☒ mandatory,   ☐ negotiable. *(See Section F.2.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)*    ☒ YES    ☐ NO | 12B. CALENDAR DAYS 15 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and _____ copies to perform the work required are due at the place specified in Item 8 by **3:00 pm** *(hour)* local time **May 22, 2006** *(date)*.  If this is a sealed bid solicitation, offers must be publicly opened at that time.  Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee   ☒ is,   ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 60 calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212 Computer Generated | 1442-101 | **STANDARD FORM 1442** (REV. 4-85) Prescribed by GSA FAR (48 CFR) 53.236-1(e) |
|---|---|---|

**Exhibit 96, page 1 of 2**

## SECTION C--DESCRIPTION/SPECIFICATIONS

### C.1  PROJECT SCOPE

a. Description:

This project is for the reconditioning of 3.79 miles of existing Forest Service road (NFSR 2052000) and construction of 1.96 miles of new road (NFSR 2052000-2 and NFSR 3035246-2).

The reconditioning runs along NFSR 2052000 from its intersection with NFSR 20 to its end. This will entail installing three culverts, developing and placing 498 cubic yards of borrow at designated places to raise grade and to fill holes and slumps, and reconditioning 3.79 miles of road.

Construction of NFSR 2052000-2 MP 3.79 to MP 5.56 and NFSR 3035246-2 MP 0.75 to MP 0.94 includes clearing and grubbing; furnishing, hauling and placing road material on the traveled way including turnouts/pullouts, parking areas and approach road intersections; installing bridges, metal culverts and log culverts; mobilization, pit development, and seeding and fertilizing.

The intent of the contract is to provide for the complete construction of the project described in the contract.  Unless otherwise provided, the Contractor is to furnish all labor, materials, equipment, tools, transportation, and supplies, and perform all work required to complete the project in reasonably close conformity with the drawings and specifications, and in accordance with the provisions of the contract.  Payment for contract work will be made **only for and under** those pay items included in the Schedule of Items.  All other work and materials will be considered as incidental to and included in the payment for items shown.

b. Location:

This project is located on Prince of Wales Island in Southeast Alaska and begins approximately 25 miles by road west of the city of Thorne Bay.  Access to Prince of Wales Island is either by the IFA ferry, boat, airplane or helicopter.

c. Price Range:  $250,000 to $500,000

### C.2  Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03.

The Standard Specifications for the Construction of Roads and Bridges on Federal Highway Projects, FP-03, are included by reference.  The requirements contained in these specifications are hereby made a part of this solicitation and any resultant contract.

The FP-03 U.S. Customary version is available through the Federal Lands Highway Headquarters office:

**Exhibit 96, page 2 of 2**