IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br>SOUTHEAST ALASKA CONSERVATION COUNCIL,<br>SIERRA CLUB,<br>THE WILDERNESS SOCIETY, and CENTER FOR<br>BIOLOGICAL DIVERSITY,<br><br>                Plaintiff,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE; UNITED<br>STATES DEPARTMENT OF AGRICULTURE;<br>MARK REY, in his official as Under<br>Secretary of Agriculture; DENNIS E.<br>BSCHOR, in his official capacity as<br>Alaska Regional Forester; and FORREST<br>COLE, in his official capacity as<br>Forest Supervisor for the Tongass<br>National Forest,<br><br>                Defendant. | Case No. 1:04-cv-0010 (JKS) |

ORDER

The parties' Joint Motion for Extension of Time to File Status Report is GRANTED. The parties shall meet, confer, and submit a written status report no later than November 17, 2006, filed by the Plaintiffs separately in *Organized Village of Kake v. U.S. Forest Sevice*, 1;04-CV-29-JKS (D. Alaska), *Natural Resources Defense Council v. U.S. Forest Service (NRDC I)*, 1:03-cv-29-JKS (D. Alaska) and *Natural Resources Defense Council v. U.S. Forest Service*

*(NRDC III)*, 1:04-cv-10-JKS (D. Alaska), informing the Court what issues, if any remain open in each case and what remains to be done to bring each case to a close.


Dated:  November 14, 2006                             /s/James K. Singleton, Jr.
                                                     JAMES K. SINGLETON, JR.
                                                     U.S. District Judge