Thomas S. Waldo
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK  99801-1145
Phone:  (907) 586-2751
Fax:  (907) 463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest.<br><br>    Defendants. | Case No. 1:04-cv-0010-JKS |

**STIPULATED DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) Fed.R.Civ.P., and the settlement agreement of the parties, this action is hereby dismissed without prejudice to re-filing if the Forest Service reinstates the Woodpecker 2003 Record of Decision or issues any other new decision document based on the Woodpecker Project Area Final Environmental Impact Statement.  All parties shall bear their own costs and attorney fees.

Respectfully submitted this 8th day of June, 2007.

/s/ Thomas S. Waldo
THOMAS S. WALDO (ABA# 9007047)
Eric P. Jorgensen (ABA# 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
Ph: 907-586-2751
Fax: 907-463-5891
Email: twaldo@earthjustice.org

Nathaniel S. W. Lawrence
NATURAL RESOURCES DEFENSE COUNCIL
3723 Holiday Drive, SE
Olympia, WA 98501
Phone: (360) 534-9900
Fax: (360) 534-9909
Email: nlawrence@nrdc.org

Attorneys for Plaintiffs


/s/ Bruce M. Landon (consent)
BRUCE M. LANDON
Attorney for Federal Defendants


/s/ Steve W. Silver (consent)
STEVE W. SILVER
Attorney for Intervenor-Defendant
Alaska Forest Association

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
*1:04-cv-0010-JKS*

2

    /s/ Kevin Saxby (consent)
KEVIN SAXBY
Attorney for Intervenor-Defendant
State of Alaska

## CERTIFICATE OF SERVICE

I, Thomas S. Waldo Waldo, certify that on June 8, 2007, a true and correct copy of the foregoing document, STIPULATED DISMISSAL WITHOUT PREJUDICE, was served electronically to Bruce M. Landon, Steve Silver, and Kevin Saxby.

/s/ Thomas S. Waldo
Thomas S. Waldo

*Natural Resources Defense Council, et al. v.*
*U.S. Forest Service, et al.*
1:04-cv-0010-JKS