IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL, SOUTHEAST ALASKA CONSERVATION COUNCIL, SIERRA CLUB, THE WILDERNESS SOCIETY, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES FOREST SERVICE; UNITED STATES DEPARTMENT OF AGRICULTURE; MARK REY, in his official capacity as Under Secretary of Agriculture; DENNIS E. BSCHOR, in his official capacity as Alaska Regional Forester; and FORREST COLE, in his official capacity as Forest Supervisor for the Tongass National Forest,<br><br>　　　　　　Defendant. | Case No. 1:04-cv-0010 (JKS) |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The parties' Stipulated Dismissal without Prejudice is **GRANTED**. Pursuant to Rule 41(a)(1)(ii) Federal Rule of Civil Procedure, and the settlement agreement of the parties, this action is hereby dismissed without prejudice to refiling if the Forest Service reinstates the Woodpecker 2003 Record of Decision or issues any other new decision document based on the Woodpecker Project Area Final Environmental Impact Statement. All parties shall bear their own costs and attorney fees.

　　　　IT IS SO ORDERED.

Dated:  June 11. 2007　　　　　　　　　　　　　　　/s/James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge